UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br>11 Dupont Circle, N.W.<br>Washington, D.C. 20036<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br>Washington, D.C. 20528<br><br>      Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No. 06cv0173 (RJL)<br>:<br>:<br>:<br>:<br>:<br>: |

**CERTIFICATE OF COMPLIANCE**

Undersigned counsel for plaintiff Citizens for Responsibility and Ethics in Washington hereby certifies that on February 2, 2006, pursuant to the Court's Case Management Order of February 1, 2006, a copy of the case management order was served by first-class mail on the following:

      U.S. Attorney's Office for the District of Columbia
      Civil Division
      555 - 4th Street, N.W.
      Washington, D.C. 20530
      Attn: Craig Lawrence, Acting Chief

      Respectfully submitted,

      /s/
      Anne L. Weismann
      (D.C. Bar No. 298190)
      Melanie Sloan
      (D.C. Bar No. 434584)

      Citizens for Responsibility and

                Ethics in Washington
                11 Dupont Circle, N.W.
                Washington, D.C.  20036
                Phone: (202) 588-5565
                Fax: (202) 588-5020

                Attorneys for Plaintiff

Dated: February 2, 2006