IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITIZENS FOR RESPONSIBILITY AND )
ETHICS IN WASHINGTON, )
11 Dupont Circle, N.W. )
Washington, D.C. 20036 )
 )
       Plaintiff, )
 ) Civil Action No. 06-173 (RJL)
       v. )
 )
UNITED STATES DEPARTMENT )
OF HOMELAND SECURITY, )
Washington, DC 20528 )
 )
       Defendant. )
_____)

**DEFENDANT'S ANSWER**

# EXHIBIT A

U.S. Department of Homeland Security
500 C Street, SW
Washington, DC 20472

 FEMA

September 20, 2005

Ms. Melanie Sloan
Citizens for Responsibility and Ethics in Washington
11 DuPont Circle, NW, 2nd Floor
Washington, DC 20036

RE: Freedom of Information Act Request
    FOIA Case No.: 05-263

Dear Ms. Sloan:

The U.S. Department of Homeland Security (DHS)/Federal Emergency Management Agency (FEMA) acknowledges receipt of your Freedom of Information Act (FOIA) request dated September 7, 2005. In your letter you provided a lengthy list of the different types of records you were asking for, all of which pertained to preparation, response and recovery efforts from Hurrican Katrina.

Pursuant to the FOIA, 5 USC 552(a)(6)(A)(i), FEMA has twenty working days upon receipt of a request to make a determination. In unusual circumstances, such as an agency's backlog or the need to examine a voluminous amount of records required by the request, FEMA can extend the twenty-day time limit for processing a request.

FEMA processes FOIA requests using "multi-track processing," which allows the Agency to process FOIA requests on a first-in/first-out basis, within each track. FEMA places FOIA requests in its routine or complex track based on the amount of work and time involved in processing the request. Your request has been assigned to the complex track. Please note that upon further evaluation of your request, you may be notified that your request has been transferred to another track or that appropriate processing fees must be levied.

In addition to a request for records, you asked that we expedite the processing of your request. Requests and appeals will be taken out of order and given expedited treatment whenever it is determined that they involve:

> 1. Circumstances in which the lack of expedited treatment could reasonably be expected to pose an imminent threat to the life or physical safety of an individual;

2. An urgency to inform the public about an actual or alleged federal government activity, if made by a person primarily engaged in disseminating information. 6 C.F.R. § 5.5(d)(1)(i) and (ii).

3. A requester within the category in paragraph (d)(1)(ii) of this section also must establish a particular urgency to inform the public about government activity involved in the request, beyond the public's right to know about government activity generally. 6 C.F.R. § 5.5(d)(3).

Please be advised that your request for expedited processing does not sufficiently meet all of the criteria under the FOIA and the applicable regulations. To the extent that it can be determined, your request did not specifically address or establish an imminent threat to the life or physical safety of an individual or a particular urgency to inform the public beyond the public's right to know about government activity generally. Therefore, your request for expedited processing has been denied.

You may appeal this determination within 60 days from the date of this letter. Your appeal should include copies of your original request and this response, as well as a discussion of the reasons supporting your appeal. The envelope should be plainly marked to indicate that it contains a Freedom of Information Act appeal. If you decide to appeal, please send your appeal to:

> Freedom of Information Act/Privacy Act Appeals
> U.S. Department of Homeland Security
> 245 Murray Lane, SW, Building 410
> Washington, DC 20528

A primary mission of FEMA is to provide necessary assistance to all of the victims of Hurricane Katrina. Consequently, many of the individuals who will search for responsive records to your request are deployed to various locations around the Gulf Coast in support of FEMA's primary mission of disaster assistance.

Due to the unprecedented number of victims and FEMA's limited resources, an extension of time to respond to your requests is required in order to ensure their orderly processing. This extension is also necessary in order for FEMA staff to conduct an adequate search and to appropriately examine a potentially voluminous amount of responsive records. And, as already stated, the majority of FEMA's staff have been deployed. We are being inundated with requests from different media organizations for records directly related to Katrina's aftermath. Consequently, we estimate that it may take approximately 90 additional days to process your FOIA request.

We will comply with your request to the extent permissible by law. Any records not subject to an exemption will be forwarded to you promptly upon completion of FEMA's

search and review process. If you have any questions regarding your request, please contact me at 202-646-3051. Thank you for your interest in FEMA's programs and policies.

Sincerely,

Jeffery Ovall
FOIA Specialist
FEMA Office of General Counsel