IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, 11 Dupont Circle, N.W. Washington, D.C. 20036<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Washington, DC 20528<br><br>Defendant. | Civil Action No. 06-173 (RJL) |

**DEFENDANT'S ANSWER**

# EXHIBIT C

1

U.S. Department of Homeland Security
500 C Street, SW
Washington, DC 20472


FEMA

Ms. Melanie Sloan
Executive Director
Citizens for Responsibility
   and Ethics in Washington
11 DuPont Circle, N.W.
Washington, D.C. 20036

JAN 2 4 2006

RE:  Freedom of Information Act Request
     FOIA Case No. : 05-263

Dear Ms. Sloan:

This letter is in response to your Freedom of Information Act (FOIA) request dated September 7, 2005. In that request, you asked for any and all records relating to the Federal Emergency Management Agency's (FEMA) response to Hurricane Katrina. Among other items, you requested studies, assessments, presentations, and scenarios of the potential devastation a powerful hurricane could wreak on the Gulf Coast, including, but not limited to the eight-day tabletop exercise conducted in July 2004 and intended to prepare FEMA for a catastrophic hurricane in New Orleans and plans created regarding the Federal government's response to any such scenarios.

In responding to a FOIA request, the U.S. Department of Homeland Security (DHS)/FEMA's search will include responsive records in its control on the date the search began. FEMA's search began on September 9, 2005.

FEMA embarked on a "Catastrophic Planning" initiative in FY 2003, concentrating on thirteen southeastern Louisiana Parishes (including the City of New Orleans) because of their vulnerability to hurricane disasters. In cooperation with the relevant State and local governments, the intent of the initiative was to examine projected damages and effects associated with a catastrophic hurricane, to confirm current disaster response capabilities, to identify anticipated shortfalls, and to initiate comprehensive planning strategies to address the shortfalls.

The Southeast Louisiana Catastrophic Hurricane Planning Project documents the results of this collaborative effort. Topic-specific "planning workshops" using a catastrophic hurricane scenario (Hurricane Pam) to frame the discussions were selected as the best approach for identifying and qualifying the scale of requirements needed to build a plan for responding to a catastrophic hurricane.

The goal of the Southeast Louisiana Catastrophic Hurricane Planning Project was to begin assessing the immediate, intermediate and long-term needs for catastrophic planning and seed

Ms. Melanie Sloan
Page 2

the eventual development of a comprehensive and systematic operational plan. The ultimate goal was for the concepts identified in the Southeast Louisiana Catastrophic Hurricane Planning Project to be integrated into a final catastrophic plan. The project did not result in a catastrophic planning document per se, but rather a framework for developing such a plan.

The following documentation is being provided to you as an initial release of the information you requested:

- Explanatory Documents
- Louisiana Project 7-2004 Hurricane Pam Briefing Document
- Joint Project Development Plan, 5-26-2004
- Louisiana Project Timeline
- Southeast Louisiana Catastrophic Hurricane Planning Project – Preliminary Planning Documents
- Hurricane Pam Exercise Phase I Briefing
- Facilitator Orientation for July 18, 2004
- IEM's Scenario-Driven Planning Workshop Process
- Hurricane Pam Exercise Participant Information Packet, July 16 – 23, 2004
- Hurricane Pam Phase 1-A Workshop Participant Information Packet, November 29 – December 3, 2004
- Louisiana Catastrophic Planning Phase 1-B Workshop Participant Information Packet, July 25 – 29, 2005
- Plans Collected (Source documents used to support the development of Hurricane Pam)
- IEM's 2004 Louisiana Catastrophic Hurricane Planning Exercise Executive Summary

Your request is granted in part at no cost to you. Subsequent supplemental material will be forthcoming at a later date, however the enclosed information responds to your request with as much information as is available at this time. FEMA will continue to search for any additional documents that are responsive to your request. You do not need to file a secondary request for this additional information, as it will be distributed to you as soon as it is available.

Cell phone numbers have been withheld as allowed by the Freedom of Information Act, 5 U.S.C. 552 (b)(2) and (6). FOIA Exemption 2 ("High 2") protects information applicable to internal administrative and personnel matters, such as employee emergency phone numbers, to the extent that disclosure would risk circumvention of an agency regulation or statute, impede the effectiveness of an agency's activities, or reveal sensitive information that may put the security and safety of an agency activity or employee at risk. Exemption 6 exempts from disclosure records the release of which would cause a clearly unwarranted invasion of personal privacy. Similarly, email addresses are being withheld as allowed by the Freedom of Information Act, 5 U.S.C. 552 (b)(6), Exemption 6. Weighed against the privacy interest of the individuals is the lack of public interest in the release of phone numbers and email addresses, and the fact that the

Ms. Melanie Sloan
Page 3

release of such adds no information about agency activities, which is the core purpose of the FOIA. Therefore, after a careful balancing of the factors supporting and opposing disclosure, phone numbers and email addresses have been withheld on the basis of Exemptions 2 and 6 of the FOIA.

In this initial release of information, we are releasing a total of 748 responsive pages, 734 of which are released in their entirety, and 14 of which are released with excisions.

I am the official responsible for this determination. You may appeal this determination within 60 days from the date of this letter. Your appeal should include copies of your original request and this response, as well as a discussion of the reasons supporting your appeal. The envelope should be plainly marked to indicate that it contains a Freedom of Information Act appeal. If you decide to appeal, please send your appeal to:

> Freedom of Information Act/Privacy Act Appeals
> U.S. Department of Homeland Security
> 245 Murray Lane, SW, Building 410
> Washington, DC  20528

For your information, your FOIA request, including your identity and the information made available, is releasable to the public under subsequent FOIA requests. In responding to these requests, FEMA does not release personal privacy information, such as home address, telephone number, or social security number, all of which are protected from disclosure under FOIA Exemption 6.

Thank you for your interest in FEMA's programs and policies.

Sincerely,

*for* Michael W. Lowder
Deputy Director
Response Division