# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

CITIZENS FOR RESPONSIBILITY AND :
ETHICS IN WASHINGTON :
11 Dupont Circle, N.W. :
Washington, D.C. 20036 :
 :
   Plaintiff, :
 :
  v. : Civil Action No. 06cv0173 (RJL)
 :
U.S. DEPARTMENT OF HOMELAND :
SECURITY :
Washington, D.C. 20528 :
 :
   Defendant. :
_____:

## PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT Plaintiff Citizens for Responsibility and Ethics in

Washington ("CREW") has a new address and telephone number. All service, correspondence,

and notices in this action should be directed to:

  Anne L. Weismann
  Citizens for Responsibility and Ethics in Washington
  1400 Eye Street, N.W.
  Suite 450
  Washington, D.C. 20005
  Telephone: (202) 408-5565, ext. 108
  Fax: (202) 588-5020
  E-Mail: Aweismann@citizensforethics.org

     Respectfully submitted,

     _____/s/_____
     Anne L. Weismann
     (D.C. Bar No. 298190)
     Melanie Sloan
     (D.C. Bar No. 434584)
     Citizens for Responsibility and
      Ethics in Washington

1400 Eye Street, N.W.
Suite 450
Washington, D.C.  20005
Phone: (202) 5408-5565
Fax: (202) 588-5020

Attorneys for Plaintiff

Dated: March 15, 2006