UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br>11 Dupont Circle, N.W.<br>Washington, D.C. 20036<br><br>   Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br>Washington, D.C. 20528<br><br>   Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 06cv0173 (RJL)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**JOINT MEET AND CONFER STATEMENT**

  Pursuant to the Court's Case Management Order of February 1, 2006, plaintiff and defendant have conferred and hereby submit this joint report. The parties note that, as provided in the May 17, 2001 amendment of Local Civil Rule 16.3, this proceeding, which has been brought under the Freedom of Information Act ("FOIA"), is exempt from the local rule's requirements. Accordingly, pursuant to the Court's Case Management Order, the parties submit the following statement:

  1. This action arises under the Freedom of Information Act, 5 U.S.C. §552, as amended, as well as agency FOIA regulations. Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") alleges that the U.S. Department of Homeland Security ("DHS")violated FOIA in connection with Plaintiff's September 7, 2005 request to DHS's component, the Federal Emergency Management Agency, for documents related to Hurricane Katrina. Count One of the Complaint alleges that Defendant violated the FOIA, 5 U.S.C. §§ 552(a)(3)(A) and (a)(4)(B) by

failing to release the records Plaintiff requested. Count Two of the Complaint alleges that Defendant violated the FOIA, 5 U.S.C. § 552(a)(6)(A)(i), by failing to respond to Plaintiff's FOIA request within the statutory time period. Count Three of the Complaint alleges that Defendant violated the FOIA, 5 U.S.C. §552(a)(6)(E), and agency regulations by denying Plaintiff's request for expedition. Defendant denies that it violated FOIA in any way.

    2. Given that DHS has not yet completed its processing of Plaintiff's FOIA request, Counsel believe it is premature to propose a scheduling time line for the filing of such motions. Instead, counsel have conferred and have agreed that DHS will complete its processing of Plaintiff's request pursuant to the following schedule:

| Date | Processing |
|---|---|
| May 3, 2006: | approximately 25% of total processing |
| May 24, 2006: | approximately 25% of total processing |
| June 14, 2006: | approximately 25% of total processing |
| July 5, 2006 | remainder of the processing |

    3. In light of the agreed-upon schedule for completing the processing of Plaintiff's FOIA request, the parties request that their time for submitting any proposed schedule for the briefing of dispositive motions be deferred until July 26, 2006, three weeks after DHS completes its processing. At that time, the parties will be in a better position to evaluate what issues remain for litigation, and to propose an appropriate process for resolving those issues.

    Respectfully submitted,

    \_\_\_/s/_____
Anne L. Weismann
(D.C. Bar No. 298190)
Melanie Sloan
(D.C. Bar No. 434584)
Citizens for Responsibility and Ethics

2

  in Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C.  20005
Phone: (20) 408-5565
Fax: (202) 588-5010

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ELIZABETH J. SHAPIRO (D.C. Bar 418925)
Assistant Director
Federal Programs Branch

   /s/
Peter M. Bryce (NY & IL Bars)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
<u>Mailing Address</u>
P.O. Box 883
Washington, D.C.  20044
<u>Delivery Address</u>
20 Massachusetts Ave., N.W., Room 7221
Washington, D.C.  20001
Telephone: (202) 616-8335
Fax: (202) 616-8470
peter.bryce@usdoj.gov

Attorneys for Defendant

Dated: April 4, 2006