IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, 11 Dupont Circle, N.W. Washington, D.C. 20036 )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Washington, DC 20528 )<br><br>Defendant. ) | Civil Action No. 06-173 (RJL) |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND
BRIEFING SCHEDULE ON SUMMARY JUDGMENT**

     Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure defendant Department of Homeland Security (DHS) hereby moves for a 30-day extension of time under the briefing schedule set by the Court on August 4, 2006. Defendant anticipates that during this time, it will be in a position to release significant additional materials pursuant to plaintiff's request to the Federal Emergency Management Agency (FEMA) under the Freedom of Information Act (FOIA). As set forth below, good cause exists for the requested extension.

     1.     Defendant has been working diligently to prepare an appropriate <u>Vaughn</u> index and declaration to support a motion for summary judgment under the FOIA. This effort has been time- and resource intensive, involving careful review of the withheld materials and internal consultations within FEMA and DHS. Defendant has made significant progress in its preparation of a <u>Vaughn</u> index and declaration. Moreover, as a result of its ongoing review and

1

consultation, defendant has now determined that it will be able to release additional materials in response to plaintiff's FOIA request. This will require some additional consultation, however, within FEMA, as well its parent agency, DHS, to determine exactly which materials will be released, and will also entail the need for careful and appropriate redaction.

    2.    A 30-day extension is warranted. The extension would allow defendant time to process and release additional material. This, in turn, would conserve judicial resources, since release of additional materials would narrow the scope of the litigation and obviate the need for briefing and submissions regarding the released materials. Plaintiff would not be prejudiced by this extension. In fact, an extension will result in precisely what plaintiff is seeking in this case — the release of additional materials pursuant to plaintiff's FOIA request.

    3.    In light of the foregoing, defendant respectfully requests that this Court grant this Motion and extend the current briefing schedule as follows.

| | |
|---|---|
| January 19, 2007: | Defendant's Motion for Summary Judgment |
| February 20, 2007: | Plaintiff's Opposition and Cross Motion for Summary Judgment |
| March 22, 2007: | Defendant's Opposition to Plaintiff's Cross-Motion and Reply to Plaintiff's Opposition |
| April 6, 2007: | Plaintiff's Reply to Defendant's Opposition |

    4.    Pursuant to Local Rule 7(m), the undersigned has consulted with plaintiff's counsel and understands the plaintiff does not oppose the relief sought in this Motion.

Dated: December 14, 2006                Respectfully submitted,

                                            PETER D. KEISLER
                                            Assistant Attorney General

                                            JEFFREY A. TAYLOR

United States Attorney

ELIZABETH J. SHAPIRO (D.C. Bar 418925)
Assistant Director

 /s/ Peter M. Bryce
Peter M. Bryce (NY and IL Bars)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6138
Washington, D.C.  20001
Telephone: (202) 616-8335
Fax: (202) 616-8470
peter.bryce@usdoj.gov
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND )<br>ETHICS IN WASHINGTON, )<br>11 Dupont Circle, N.W. )<br>Washington, D.C. 20036 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF HOMELAND SECURITY, )<br>Washington, DC 20528 )<br>)<br>Defendant. )<br>) | Civil Action No. 06-173 (RJL)<br><br>PROPOSED ORDER |

Having considered defendant's Unopposed Motion To Extend Briefing Schedule On Summary Judgment (the "Motion"), and the entire record of this case, the Court hereby GRANTS the Motion.

It is further, ORDERED that the following briefing schedule be entered:

January 19, 2007:   Defendant's Motion for Summary Judgment

February 20, 2007:   Plaintiff's Opposition and Cross Motion for Summary Judgment

March 22, 2007:   Defendant's Opposition to Plaintiff's Cross-Motion and Reply to Plaintiff's Opposition

April 6, 2007:   Plaintiff's Reply to Defendant's Opposition

DATED:_____

_____
HON. RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

4