## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____ )

**CITIZENS FOR RESPONSIBILITY** )
**AND ETHICS IN WASHINGTON** )
**1400 Eye Street, N.W.** )
**Suite 450** )
**Washington, D.C. 20005** )
)
   **Plaintiff,** )
)    **Civil Action No. 06cv0173 (RJL)**
  **v.** )
)
**U.S. DEPARTMENT OF HOMELAND** )
**SECURITY,** )
**Washington, D.C. 20528** )
)
   **Defendant.** )
_____ )

### PLAINTIFF'S NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Kimberly D. Perkins hereby enters an appearance on

behalf of Plaintiff Citizens for Responsibility and Ethics in Washington as lead counsel.

Counsel requests that copies of court orders, filings, and other court papers be sent by Electronic

Case Filing to Kimberly D. Perkins.

       Respectfully Submitted


       _____/s/_____
       KIMBERLY D. PERKINS
       D.C.. Bar No. 481460
       Citizens for Responsibility and
       Ethics in Washington
       1400 Eye Street, Suite 450
       Washington, D.C. 20005
       (202) 408-5565

Dated: December 18, 2006