**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND | ) | |
| ETHICS IN WASHINGTON, | ) | |
| 11 Dupont Circle, N.W. | ) | |
| Washington, D.C. 20036 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06-173 (RJL) |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF HOMELAND SECURITY, | ) | |
| Washington, DC 20528 | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND
BRIEFING SCHEDULE ON SUMMARY JUDGMENT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure defendant Department of Homeland Security (DHS) hereby moves for a 30-day extension of time under the briefing schedule set by the Court on December 20, 2006.  Good cause exists for the requested extension as set forth below.

1.      In the last thirty days, as a result of significant additional review and processing of the materials at issue in this FOIA action, defendant has now released an additional 327 pages of material to the plaintiff.  Consequently, and notwithstanding the intervening holidays, the scope of withheld material at issue in this litigation has been substantially narrowed and plaintiff has received significant additional information pursuant to its FOIA request.

2.      Defendant anticipates that after further review and consultation, it will be in a position to release still more additional materials to plaintiff.  As a result, the scope of this

1

litigation will be further narrowed and plaintiff will receive significant additional information pursuant to its FOIA request.  In order to do so, however, defendant needs additional time for further internal review and consultation, for careful processing and redaction, and for preparation of appropriate submissions in support of summary judgment for remaining withheld materials.

3.     The requested extension is warranted.  By giving defendant time to process and release additional materials and thus narrow further the scope of this litigation, granting the extension would conserve judicial resources and the resources of the parties.  Moreover, granting an extension will likely result in precisely what plaintiff is seeking in this case — the release of still more materials pursuant to plaintiff's FOIA request.

4.     In light of the foregoing, defendant respectfully requests that the Court grant this Motion and extend the current briefing schedule as follows.

| | |
|---|---|
| February 20, 2007: | Defendant's Motion for Summary Judgment |
| March 22, 2007: | Plaintiff's Opposition and Cross Motion for Summary Judgment |
| April 23, 2007: | Defendant's Opposition to Plaintiff's Cross-Motion and Reply to Plaintiff's Opposition |
| May 7, 2007: | Plaintiff's Reply to Defendant's Opposition |

5.     Pursuant to Local Rule 7(m), the undersigned has consulted with plaintiff's counsel and understands the plaintiff does not oppose the relief sought in this Motion.


Dated: January 16, 2007                    Respectfully submitted,

                                           PETER D. KEISLER
                                           Assistant Attorney General

                                           JEFFREY A. TAYLOR
                                           United States Attorney

                                           ELIZABETH J. SHAPIRO (D.C. Bar 418925)

Assistant Director

/s/ Peter M. Bryce
Peter M. Bryce (NY and IL Bars)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6138
Washington, D.C.  20001
Telephone: (202) 616-8335
Fax: (202) 616-8470
peter.bryce@usdoj.gov
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND | ) | |
| ETHICS IN WASHINGTON, | ) | |
| 11 Dupont Circle, N.W. | ) | |
| Washington, D.C. 20036 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06-173 (RJL) |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | PROPOSED ORDER |
| OF HOMELAND SECURITY, | ) | |
| Washington, DC 20528 | ) | |
| | ) | |
| Defendant. | ) | |

Having considered defendant's Unopposed Motion To Extend Briefing Schedule On

Summary Judgment (the "Motion"), and the entire record of this case, the Court hereby

GRANTS the Motion.

It is further, ORDERED that the following briefing schedule be entered:

February 20, 2007:    Defendant's Motion for Summary Judgment

March 22, 2007:    Plaintiff's Opposition and Cross Motion for Summary Judgment

April 23, 2007:    Defendant's Opposition to Plaintiff's Cross-Motion and Reply to
Plaintiff's Opposition

May 7, 2007:    Plaintiff's Reply to Defendant's Opposition

DATED:_____

_____
HON. RICHARD J. LEON
UNITED STATES DISTRICT JUDGE