**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITEIZENS FOR RESPONSIBILITY AND )<br>ETHICS IN WASHINGTON, )<br>11 Dupont Circle, N.W. )<br>Washington, D.C. 20036 )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF HOMELAND SECURITY, )<br>Washington, DC 20528 )<br>)<br>   Defendant. )<br>_____) | Civil Action No. 06-173 (RJL) |

**PROPOSED ORDER**

Upon consideration of defendant Department of Homeland Security's Motion for Summary Judgment, the briefing of the parties, and the entire record in this case, it is hereby,

ORDERED that defendant's motion is granted and summary judgment shall be entered in defendant's favor.

SO ORDERED.

DATED:_____

_____
HON. RICHARD J. LEON
UNITED STATES DISTRICT JUDGE