# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND | ) | |
| ETHICS IN WASHINGTON, | ) | |
| 11 Dupont Circle, N.W. | ) | |
| Washington, D.C. 20036 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06-173 (RJL) |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF HOMELAND SECURITY, | ) | |
| Washington, DC 20528 | ) | |
| | ) | |
| Defendant. | ) | |

**EXHIBIT 5 TO DECLARATION OF ADRIAN SEVIER**

**From:** Rhode, Patrick
**Sent:** Wednesday, August 24, 2005 10:47 AM
**To:** Morris, Scott
**Subject:** Re: Trop Storm

Thank you

Tippie

-----Original Message-----
From: Morris, Scott <Scott.Morris@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>
Sent: Wed Aug 24 10:41:50 2005
Subject: Trop Storm

We are anticipating and preparing for a double hit in FL.  Perhaps a Cat 1 in South FL in
early morn of Fri and a Cat 1 + in panhandle as storm crosses peninsula and goes into the
warm gulf waters (tuesdayish).

b5

Tippie

FL

**From:** Pawlowski, Michel
**Sent:** Sunday, August 28, 2005 9:52 AM
**To:** Lokey, William; Wells, Scott
**Subject:** Potential Chief of Staff Candidates



5

65

```
From:          Lokey, William
Sent:          Sunday, August 28, 2005 12:15 PM
To:            Pawlowski, Michel
Subject:       Re: Potential Chief of Staff Candidates


Is Bakersky available?
-------------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Pawlowski, Michel <Michel.Pawlowski@fema.gov>
To: Lokey, William <William.Lokey@fema.gov>; Wells, Scott <Scott.Wells@fema.gov>
Sent: Sun Aug 28 09:52:05 2005
Subject: Potential Chief of Staff Candidates
```



```
Michel S. Pawlowski
```

182

**From:** Altshuler, Brooks
**Sent:** Sunday, August 28, 2005 8:58 PM
**To:** Brown, Michael D
**Subject:** Fw: IIMG

**Importance:** High

Fyi
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 20:27:37 2005
Subject: Fw: IIMG

This is HSC pushing this. This is the job of the long term recovery esf in the nrp and
fema is the lead.  Let them play their raindeer games as long as they are not turning
around and tasking us with their stupid questions.  None of them have a clue about
emergency management[or economic impacts for that matter
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Heath, Michael <Michael.Heath@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Burris, Ken <Ken.Burris@fema.gov>
CC: Sharro, Stephen <Stephen.Sharro@fema.gov>
Sent: Sun Aug 28 19:48:21 2005
Subject: IIMG

Patrick,

Just received a call from ████████████████████████████████████████████

                                                                          b5

He said that he wanted to let you know, that it was not to "get into our knickers".

ML

| | |
|---|---|
| From: | Altshuler, Brooks |
| Sent: | Sunday, August 28, 2005 8:58 PM |
| To: | Brown, Michael D |
| Subject: | Fw: IIMG |
| | |
| Importance: | High |

Fyi
-----------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 20:27:37 2005
Subject: Fw: IIMG

This is HSC pushing this. This is the job of the long term recovery esf in the nrp and
fema is the lead.  Let them play their raindeer games as long as they are not turning
around and tasking us with their stupid questions.  None of them have a clue about
emergency management [or economic impacts for that matter
-----------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Heath, Michael <Michael.Heath@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Burris, Ken <Ken.Burris@fema.gov>
CC: Sharro, Stephen <Stephen.Sharro@fema.gov>
Sent: Sun Aug 28 19:48:21 2005
Subject: IIMG

Patrick,


Just received a call █████████████████████████████████████████       b5
████████████████████████if there is catastrophic flooding in and around New Orleans.


He said that he wanted to let you know, that it was not to "get into our knickers".


ML

**From:**      Lowder, Michael
**Sent:**      Sunday, August 28, 2005 7:43 AM
**To:**        Rule, Natalie; Rhode, Patrick; Andrews, Nicol D - Public Affairs; Brown, Michael D
**Cc:**        Altshuler, Brooks; Craig, Daniel; Worthy, Sharon
**Subject:**   RE: tomorrow's VTC

I'm sure he did, and we will follow up again this morning.



b5

-----Original Message-----
From: Rule, Natalie
Sent: Sunday, August 28, 2005 7:40 AM
To: Lowder, Michael; Rhode, Patrick; Andrews, Nicol D - Public Affairs; Brown, Michael D
Cc: Altshuler, Brooks; Craig, Daniel; Worthy, Sharon
Subject: Re: tomorrow's VTC

Thanks, mike.  Definitely will keep that clearly in the minds of staff.  I understand that
by our alerting dick gray yesterday, he was going to alert the states precisely so it
would not be a surprise and so they would understand is just video and only at the top for
eather.  I do hope dick took that action.  Thanks for the heads up!
---------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Andrews, Nicol D - Public Affairs
<Nicol.D.Andrews@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>
CC: Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>;
Rule, Natalie <Natalie.Rule@fema.gov>; Worthy, Sharon <Sharon.Worthy@fema.gov>
Sent: Sun Aug 28 07:31:01 2005
Subject: RE: tomorrow's VTC

The states are very uncomfortable when they see media in the room on the vtc....

-----Original Message-----
From: Rhode, Patrick
Sent: Saturday, August 27, 2005 6:49 PM
To: Andrews, Nicol D - Public Affairs; Brown, Michael D
Cc: Altshuler, Brooks; Craig, Daniel; Rule, Natalie; Worthy, Sharon; Lowder, Michael
Subject: Re: tomorrow's VTC

Understood - thank you

-----   iginal Message-----
F      rews, Nicol D - Public Affairs <Nicol.D.Andrews@fema.gov>
          Michael D <Michael.D.Brown@fema.gov>
          trick <Patrick.Rhode@fema.gov>; Altshuler, Brooks
          er@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>; Rule, Natalie
          a.gov>; Worthy, Sharon <Sharon.Worthy@fema.gov>
          9:45:27 2005
          's VTC

          in attendance at the beginning of tomorrow's VTC.  like we did
          film (no audio or tri-pods allowed) and stay only for the roll
                              236

| | |
|---|---|
| **From:** | Craig, Daniel [▮▮▮▮▮▮▮▮▮▮] |
| **Sent:** | Monday, August 29, 2005 7:14 PM |
| **To:** | 'Brown, Michael D'; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Subject:** | RE: |

Just spoke to the Housing Assistance Center (HAC), draft of the plan should be ready
tomorrow, but it will take a while to get the housing requirements.
The is very little (none) communications in MS, they just finished a call with the state.
They will do there best.  They have our 4 new Housing contractors on site, building to 200
staff, have the Corps involved and housing units headed to the south.  Let me know if you
have any specific housing questions, or send them to Brad directly.

-----Original Message-----
From: Brown, Michael D [▮▮▮▮▮▮▮▮▮▮▮▮▮▮]
Sent: Monday, August 29, 2005 7:09 PM
To: '▮▮▮▮▮▮▮▮▮▮▮▮▮'; '▮▮▮▮▮▮▮▮▮▮▮▮▮; '▮▮▮▮▮▮▮▮▮▮▮'
Subject: Re:

Couldn't get him foc is tracking down for me

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@dhs.gov>
To: 'Brown, Michael D' <▮▮▮▮▮▮▮▮▮▮>; '▮▮▮▮▮▮▮▮'
'▮▮▮▮▮▮▮▮▮'>; Altshuler, Brooks ▮▮▮▮▮▮▮▮▮▮; Craig, Daniel
▮▮▮▮▮▮▮▮▮
Sent: Mon Aug 29 19:00:37 2005
Subject: RE:

Please call Riley - thanks

-----Original Message-----
From: Brown, Michael D [▮▮▮▮▮▮▮▮▮▮]
Sent: Monday, August 29, 2005 7:00 PM
To: '▮▮▮▮'; Altshuler, Brooks; Craig, Daniel
Subject: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

From:           Rhode, Patrick
Sent:           Monday, August 29, 2005 6:24 AM
To:             Brown, Michael D
Subject:        RE: Sounds like you have good signal there

Me too!

Let me know when there might be a good time to call and check in.

Are you going to do the vtc from down there?

Thanks,

65

-----Original Message-----
From: Brown, Michael D
Sent: Monday, August 29, 2005 6:21 AM
To: Rhode, Patrick
Subject: Re: Sounds like you have good signal there

Yes, sitting in the chair, putting mousse in my hair....

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Mon Aug 29 06:08:03 2005
Subject: Sounds like you have good signal there

I'm in office if you get time to call in between

1



From:           Rhode, Patrick
Sent:           Monday, August 29, 2005 6:25 AM
To:             Craig, Daniel
Subject:        RE: let's meet briefly at 8 this am to compare notes -

b5

-----Original Message-----
From: Craig, Daniel
Sent: Monday, August 29, 2005 6:22 AM
To: Rhode, Patrick
Subject: Re: let's meet briefly at 8 this am to compare notes -

Ok

Daniel A. Craig
Director, Recovery Division
DHS/FEMA

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Buikema, Edward <Edward.Buikema@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>;
Burris, Ken <Ken.Burris@fema.gov>; Lowder, Michael <Michael.Lowder@fema.gov>; Altshuler,
Brooks <Brooks.Altshuler@fema.gov>; Garratt, David <Dave.Garratt@fema.gov>; Heath, Michael
<Michael.Heath@fema.gov>
Sent: Mon Aug 29 06:21:29 2005
Subject: let's meet briefly at 8 this am to compare notes -

In my office if you can swing by -


Thanks all -


Patrick

1



| From: | Rhode, Patrick |
| Sent: | Monday, August 29, 2005 6:28 AM |
| To: | Craig, Daniel |
| Subject: | RE: let's meet briefly at 8 this am to compare notes - |

yes

```
-----Original Message-----
From: Craig, Daniel
Sent: Monday, August 29, 2005 6:26 AM
To: Rhode, Patrick
Subject: Re: let's meet briefly at 8 this am to compare notes -

Are you here

Daniel A. Craig
Director, Recovery Division
DHS/FEMA


-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Craig, Daniel <Daniel.Craig@fema.gov>
Sent: Mon Aug 29 06:24:58 2005
Subject: RE: let's meet briefly at 8 this am to compare notes -
```

b 5

```
-----Original Message-----
From: Craig, Daniel
Sent: Monday, August 29, 2005 6:22 AM
To: Rhode, Patrick
Subject: Re: let's meet briefly at 8 this am to compare notes -

Ok

Daniel A. Craig
Director, Recovery Division
DHS/FEMA


-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Buikema, Edward <Edward.Buikema@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>;
Burris, Ken <Ken.Burris@fema.gov>; Lowder, Michael <Michael.Lowder@fema.gov>; Altshuler,
Brooks <Brooks.Altshuler@fema.gov>; Garratt, David <Dave.Garratt@fema.gov>; Heath, Michael
<Michael.Heath@fema.gov>
Sent: Mon Aug 29 06:21:29 2005
Subject: let's meet briefly at 8 this am to compare notes -

In my office if you can swing by -


Thanks all -


Patrick
```

1



From:          Rhode, Patrick
Sent:          Monday, August 29, 2005 6:28 AM
To:            Craig, Daniel
Subject:       RE: let's meet briefly at 8 this am to compare notes -

yes

-----Original Message-----
From: Craig, Daniel
Sent: Monday, August 29, 2005 6:26 AM
To: Rhode, Patrick
Subject: Re: let's meet briefly at 8 this am to compare notes -

Are you here

Daniel A. Craig
Director, Recovery Division
DHS/FEMA

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Craig, Daniel <Daniel.Craig@fema.gov>
Sent: Mon Aug 29 06:24:58 2005
Subject: RE: let's meet briefly at 8 this am to compare notes -

b5

-----Original Message-----
From: Craig, Daniel
Sent: Monday, August 29, 2005 6:22 AM
To: Rhode, Patrick
Subject: Re: let's meet briefly at 8 this am to compare notes -

Ok

Daniel A. Craig
Director, Recovery Division
DHS/FEMA

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Buikema, Edward <Edward.Buikema@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>;
Burris, Ken <Ken.Burris@fema.gov>; Lowder, Michael <Michael.Lowder@fema.gov>; Altshuler,
Brooks <Brooks.Altshuler@fema.gov>; Garratt, David <Dave.Garratt@fema.gov>; Heath, Michael
<Michael.Heath@fema.gov>
Sent: Mon Aug 29 06:21:29 2005
Subject: let's meet briefly at 8 this am to compare notes -

In my office if you can swing by -


Thanks all -


Patrick

1





**From:**          Rhode, Patrick
**Sent:**          Monday, August 29, 2005 6:30 AM
**To:**            Craig, Daniel
**Subject:**       RE: let's meet briefly at 8 this am to compare notes -

Don't' eat it all - Throw me the other half........

-----Original Message-----
From: Craig, Daniel
Sent: Monday, August 29, 2005 6:29 AM
To: Rhode, Patrick
Subject: RE: let's meet briefly at 8 this am to compare notes -

I'll come up and we can discuss, I'm just finishing an egg mcmuffin

-----Original Message-----
From: Rhode, Patrick
Sent: Monday, August 29, 2005 6:28 AM
To: Craig, Daniel
Subject: RE: let's meet briefly at 8 this am to compare notes -

yes

-----Original Message-----
From: Craig, Daniel
Sent: Monday, August 29, 2005 6:26 AM
To: Rhode, Patrick
Subject: Re: let's meet briefly at 8 this am to compare notes -

Are you here

Daniel A. Craig
Director, Recovery Division
DHS/FEMA

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Craig, Daniel <Daniel.Craig@fema.gov>
Sent: Mon Aug 29 06:24:58 2005
Subject: RE: let's meet briefly at 8 this am to compare notes -

_b5_

-----Original Message-----
From: Craig, Daniel
Sent: Monday, August 29, 2005 6:22 AM
To: Rhode, Patrick
Subject: Re: let's meet briefly at 8 this am to compare notes -

Ok

Daniel A. Craig
Director, Recovery Division
DHS/FEMA

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Buikema, Edward <Edward.Buikema@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>;
Burris, Ken <Ken.Burris@fema.gov>; Lowder, Michael <Michael.Lowder@fema.gov>; Altshuler,
Brooks <Brooks.Altshuler@fema.gov>; Garratt, David <Dave.Garratt@fema.gov>; Heath, Michael



**From:**        Brown, Michael D
**Sent:**        Monday, August 29, 2005 6:59 PM
**To:**          Rhode, Patrick
**Cc:**          Altshuler, Brooks
**Subject:**     Re: Kristina Interagency Long Term Recovery Office/ supplemental

Yes and yes. I'll call him when I get to the bus.

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
CC: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Mon Aug 29 18:13:14 2005
Subject: Kristina Interagency Long Term Recovery Office/ supplemental

Mike,


Two quick items -


We are hearing grumbles that some may want to begin the interagency group again - with
your permission if you don't have a chance to discuss with him, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ My fear is that
if we don't, then IIMG or someone else may try to do this for us.  Might also answer some
questions that hsc and sec's office are asking.

b5


Thanks,


Patrick

1

**From:** Rhode, Patrick
**Sent:** Monday, August 29, 2005 8:59 PM
**To:** Lowder, Michael
**Subject:** Re: Coast guard rescue missions in LA

thanks

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>
Sent: Mon Aug 29 20:07:24 2005
Subject: RE: Coast guard rescue missions in LA

Will do, but the estimates will really be "guesstamites"  This is going to go on for
days... all across South Louisiana and Mississippi.  When they are able to get boats out
into the flooded areas, and helicopters in the air, they will be identifying more and
more.

The state has a good plan for an organized search, using air, ground, and water searches.
The state has the lead, but it is supported by the interagency.

The media reports will balloon tomorrow as well, because they will be out in force, in the
air, on the ground and in boats too, looking for people to report on.

We'll keep you posted as best as we can.


-----Original Message-----
From: Rhode, Patrick
Sent: Monday, August 29, 2005 8:01 PM
To: Lowder, Michael
Subject: Re: Coast guard rescue missions in LA

Please keep us posted on any estimates of people trapped anything fema can add to assist -
you da man, Mike

Thanks

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>
Sent: Mon Aug 29 19:56:57 2005
Subject: Re: Coast guard rescue missions in LA

They are working a major S&R Task Force across NO. This includes boats.  Many boats are
having a problem getting around.



-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Buikema, Edward <Edward.Buikema@fema.gov>; Lowder, Michael <Michael.Lowder@fema.gov>
Sent: Mon Aug 29 19:44:57 2005
Subject: Coast guard rescue missions in LA

b2
b5



**From:** Rhode, Patrick
**Sent:** Monday, August 29, 2005 10:19 AM
**To:** Heath, Michael
**Subject:** RE: superdome

Send to Brown as well if you can - takns

-----Original Message-----
From: Heath, Michael
Sent: Monday, August 29, 2005 10:12 AM
To: Rhode, Patrick; Altshuler, Brooks; Burris, Ken
Subject: RE: superdome



We s                          shortly.

-----Original Message-----
From: Lowder, Michael
Sent: Monday, August 29, 2005 9:39 AM
To: Brown, Michael D; Rhode, Patrick; Heath, Michael; Buikema, Edward; Craig, Daniel;
Lokey, William; Jones, Gary
Subject: FW: superdome

F Y I

-----Original Message-----
From: Green, Matthew
Sent: Monday, August 29, 2005 9:36 AM
To: Lowder, Michael
Subject: RE: superdome

Report

------------------------------------------------
Matthew Green
FEMA Hurricane Liaison Team Coordinator
National Hurricane Center
11691 SW 17th Street
Miami, Florida, 33165-2149 USA

-----Original Message-----
From: Lowder, Michael
Sent: Monday, August 29, 2005 9:21 AM
To: Green, Matthew
Subject: RE: superdome

1

**From:** Heath, Michael

**Sent:** Monday, August 29, 2005 4:18 PM

**To:** Rhode, Patrick

65

CREW FOIA 17

**From:**     Lokey, William
**Sent:**     Tuesday, August 30, 2005 9:09 AM
**To:**       'Donley, Diane'
**Subject:**  RE: Diane Donley's location

Diane,  All circuits have been busy and have had problem getting you.

My desk phone is ████████

-----Original Message-----
From: Donley, Diane [mailto:Diane.Donley@dhs.gov]
Sent: Monday, August 29, 2005 11:25 AM
To: 'william.lokey@dhs.gov'
Subject: Diane Donley's location

I am here in Baton Rouge at the Ramada Inn and am available if you need any assistance.  I
can be reached at ████████████ .
--------------------------
Sent from my BlackBerry Wireless Handheld



**From:** Rhode, Patrick
**Sent:** Tuesday, August 30, 2005 10:40 AM
**To:** Morris, Scott
**Subject:** RE: NOT URGENT - PA Money for LA, MS, AL

Sounds interesting – thanks – would be helpful if you could engage Dan or one of his folks if you can -

tippie

**From:** Morris, Scott
**Sent:** Tuesday, August 30, 2005 10:18 AM
**To:** Rhode, Patrick
**Subject:** NOT URGENT - PA Money for LA, MS, AL



b5

Hang in there. Let me know how I can help.



**From:**    Morris, Scott
**Sent:**    Tuesday, August 30, 2005 10:41 AM
**To:**    Rhode, Patrick
**Subject:** RE: NOT URGENT - PA Money for LA, MS, AL

I'll do it. Tip

---

**From:** Rhode, Patrick
**Sent:** Tuesday, August 30, 2005 10:40 AM
**To:** Morris, Scott
**Subject:** RE: NOT URGENT - PA Money for LA, MS, AL

Sounds interesting – thanks – would be helpful if you could engage Dan or one of his folks if you can –

tippie

---

**From:** Morris, Scott
**Sent:** Tuesday, August 30, 2005 10:18 AM
**To:** Rhode, Patrick
**Subject:** NOT URGENT - PA Money for LA, MS, AL

Hang in there. Let me know how I can help.

9/20/2005



**From:**    Rhode, Patrick
**Sent:**    Tuesday, August 30, 2005 10:42 AM
**To:**      Morris, Scott
**Subject:** RE: NOT URGENT - PA Money for LA, MS, AL

thx

---

**From:** Morris, Scott
**Sent:** Tuesday, August 30, 2005 10:41 AM
**To:** Rhode, Patrick
**Subject:** RE: NOT URGENT - PA Money for LA, MS, AL

I'll do it.  Tip

---

**From:** Rhode, Patrick
**Sent:** Tuesday, August 30, 2005 10:40 AM
**To:** Morris, Scott
**Subject:** RE: NOT URGENT - PA Money for LA, MS, AL

Sounds interesting – thanks – would be helpful if you could engage Dan or one of his folks if you can -

tippie

---

**From:** Morris, Scott
**Sent:** Tuesday, August 30, 2005 10:18 AM
**To:** Rhode, Patrick
**Subject:** NOT URGENT - PA Money for LA, MS, AL

b5

Hang in there. Let me know how I can help.

| From: | Stanton, Maria |
|---|---|
| Sent: | Tuesday, August 30, 2005 3:34 PM |
| To: | Rhode, Patrick |
| Subject: | RE: Natalie Rule x4279 |

*Maria*

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*

| From: | Rhode, Patrick |
|---|---|
| Sent: | Tuesday, August 30, 2005 3:32 PM |
| To: | Stanton, Maria |
| Subject: | RE: Natalie Rule x4279 |

Just tried her -- can't get through............

**From:** Stanton, Maria
**Sent:** Tuesday, August 30, 2005 3:30 PM
**To:** Rhode, Patrick
**Subject:** Natalie Rule x4279

Please call as soon as possible.

*Maria*

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*



1

**From:** Rhode, Patrick
**Sent:** Tuesday, August 30, 2005 3:39 PM
**To:** Stanton, Maria
**Subject:** RE: Natalie Rule x4279

thanks

b5

**From:** Stanton, Maria
**Sent:** Tuesday, August 30, 2005 3:34 PM
**To:** Rhode, Patrick
**Subject:** RE: Natalie Rule x4279

*Maria*

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*

**From:** Rhode, Patrick
**Sent:** Tuesday, August 30, 2005 3:32 PM
**To:** Stanton, Maria
**Subject:** RE: Natalie Rule x4279

Just tried her – can't get through…………

**From:** Stanton, Maria
**Sent:** Tuesday, August 30, 2005 3:30 PM
**To:** Rhode, Patrick
**Subject:** Natalie Rule x4279

Please call as soon as possible.

*Maria*

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*

1



**From:**    Buikema, Edward
**Sent:**    Tuesday, August 30, 2005 10:14 AM
**To:**      Rhode, Patrick; Altshuler, Brooks
**Subject:** DOD Transportation Assets.

65

Patrick/Brooks,

Ed

**From:** Rhode, Patrick
**Sent:** Tuesday, August 30, 2005 10:16 AM
**To:** Buikema, Edward; Altshuler, Brooks
**Subject:** RE: DOD Transportation Assets.

Go ahead and call Verga, a ███████████████████████████

---

**From:** Buikema, Edward
**Sent:** Tuesday, August 30, 2005 10:14 AM
**To:** Rhode, Patrick; Altshuler, Brooks
**Subject:** DOD Transportation Assets.

65

Patrick/Brooks,

██████████████████████████████████████████████

Ed

9/20/2005



| From: | Long, Casey |
|---|---|
| Sent: | Tuesday, August 30, 2005 6:24 PM |
| To: | Rhode, Patrick; Altshuler, Brooks; Burris, Ken; Heath, Michael; Craig, Daniel; Rule, Natalie; Schumann, James; Bossert, Thomas; Buikema, Edward; Maurstad, David; Jamieson, Gil; Lowder, Michael; Andrews, Nicol D - Public Affairs |
| Cc: | Nieuwejaar, Sonja |
| Subject: | Katrina - Offers of International Assistance |
| Attachments: | HU Katrina - Offers of Intl Assistance 8_30_05 (for dist).xls |

b5

I've attached a status update on the countries who have offered to provide assistance in responding/recovering to Hurricane Katrina.

**From:**   Rhode, Patrick
**Sent:**   Tuesday, August 30, 2005 4:37 PM
**To:**     Buikema, Edward; Lowder, Michael
**Subject:** New Orleans

b5

b2

I'm doing media in a few minutes.............pls let me know - thanks

9/20/2005

| | |
|---|---|
| **From:** | DiFalco, Frank [Frank.Difalco@dhs.gov] |
| **Sent:** | Tuesday, August 30, 2005 5:09 PM |
| **To:** | Heath, Michael |
| **Cc:** | Rhode, Patrick |
| **Subject:** | ████████████████ |

Frank J. DiFalco
Deputy Director
Homeland Security Operations Center

CREW FOIA 28

| From: | DiFalco, Frank [Frank.Difalco@dhs.gov] |
|---|---|
| Sent: | Tuesday, August 30, 2005 5:03 PM |
| To: | Heath, Michael |
| Cc: | Rhode, Patrick |
| Subject: | ████████████████ |
| Attachments: | DHS-FEMA Actions Katrina.doc |

Frank J. DiFalco
Deputy Director
Homeland Security Operations Center

CREW FOIA 29

**From:**    Rule, Natalie
**Sent:**    Tuesday, August 30, 2005 4:57 PM
**To:**    Rhode, Patrick
**Subject:** RE: ████████████████████████

████████████████████████████████████

**From:** Rhode, Patrick
**Sent:** Tuesday, August 30, 2005 4:53 PM
**To:** Rule, Natalie
**Subject:** ███████████████████████████

████████████████████████████████

| | |
|---|---|
| **From:** | Gair, Brad |
| **Sent:** | Wednesday, August 31, 2005 8:07 AM |
| **To:** | Craig, Daniel; Souza, Kevin |
| **Cc:** | Garratt, David; Lokey, William; Buikema, Edward; Lowder, Michael |
| **Subject:** | RE: |

All 5 will be engaged shortly.  I am working on how to most effectively integrate right now.
ESF-6 will arrive today, same with USACE.  I will request DoD.

Brad Gair
DHS/FEMA
(office)
(cell)
(fax)

**From:** Craig, Daniel
**Sent:** Wednesday, August 31, 2005 6:55 AM
**To:** Gair, Brad; Souza, Kevin
**Cc:** Garratt, David; Lokey, William; Buikema, Edward; Lowder, Michael
**Subject:**

Brad,

Dan

**Daniel A. Craig**
Director, Recovery Division
Department of Homeland Security
500 C Street, SW
Washington, DC 20472

daniel.craig@dhs.gov

**From:**   Heath, Michael

**Sent:**   Wednesday, August 31, 2005 8:46 AM

**To:**   Buikema, Edward; Lowder, Michael

**Cc:**   Carwile, William; Lokey, William; 'Bahamonde, Marty'; Beeman, Mike; Rhode, Patrick; Altshuler, Brooks; Rule, Natalie; 'Beyer, Todd W.'; 'Atkiss, Steven A.'; 'Zemp, DeWitt'

**Subject:** White House Deputy COS/White House advance team

Thanks.

-Mike

Office:
Cell:
Personal cell:

2
5
φ

**From:** ████████████████████████████████████████
**Sent:** Wednesday, August 31, 2005 7:17 PM
**To:** Fema-NRCC; Nieuwejaar, Sonja; Long, Casey; Lokey, William; william.carville@dhs.gov
**Subject:** FW: Canadian offer of Assistance

████████████████████████

██████████████

**From:** ██████████████████████████████
**Sent:** Wednesday, August 31, 2005 4:52 PM
**To:** ██
**Cc:** ████████████████████████████████
**Subject:** FW: Canadian offer of Assistance



——Original Message——
**From:** ████████████████
**Sent:** Wed 8/31/2005 10:33 AM
**To:** ██████████
**Cc:** ██████████████████
**Subject:** RE: Canadian offer of Assistance



**From:** ████████████
**Sent:** Wednesday, August 31, 2005 9:26 AM
**To:** ████████████████████████
**Subject:** FW: Canadian offer of Assistance

9/21/2005                              CREW FOIA 33



**From:** ████████████
**Sent:** Wednesday, August 31, 2005 10:00 AM
**To:** ████████████████
**Cc:** ████████████████████████
**Subject:** RE: Canadian offer of Assistance

**From:** ████████████
**Sent:** Wednesday, August 31, 2005 9:32 AM
**To:** █████
**Cc:** ████████████████████
**Subject:** RE: Canadian offer of Assistance

This message is *unclassified* in accordance with EO 12958.

**From:** ████████████

9/21/2005                    CREW FOIA 34

**Sent:** Wednesday, August 31, 2005 9:30 AM
**To:** 
**Cc:**
**Subject:** RE: Canadian offer of Assistance

*This message is* UNCLASSIFIED *in accordance with E.O. 12958, and unless otherwise noted, solely represents my views.*

-----Original Message-----
**From:**
**Sent:** Wednesday, August 31, 2005 8:40 AM
**To:** 
**Subject:** FW: 08 31 05 0600 Hurricane Katrina SITREP 10

-----Original Message-----
**From:**
**Sent:** Tuesday, August 30, 2005 3:38 PM
**To:**
**Cc:**
**Subject:** RE: International coordination works!



**From:**
**Sent:** Tuesday, August 30, 2005 3:12 PM
**To:**
**Cc:**
**Subject:** RE: International coordination works!



-----Original Message-----



**From:**     Maurstad, David
**Sent:**     Wednesday, August 31, 2005 5:55 PM
**To:**       Brown, Michael D
**Subject:**  Impact to NFIP
**Importance:** High
**Sensitivity:** Confidential

**Mike,**

**I appreciate your tireless leadership during this very challenging event. It is indeed a privilege to serve with you. I want to provide you a very quick report on the initial assessment I've conducted on the potential impact of Katrina to the National Flood Insurance Fund. I wouldn't bother you with this except it is so monumental in scope.**

**I've been working with Ken Burris and Peggy Young to assist them in responding to DHS and OMB inquiries.**

**I've done an analysis by county in each state affected. This analysis includes the number of policies in force, the total coverage (liability) afforded by those policies, estimated percentage of total policies on which claims will be filed, the assumed severity of the losses and estimated amount that may be paid to policyholders.**

**To keep this in context as to the unusual set of circumstances Katrina created, last year's hurricane season led to the largest number of claims in one year (43,000) with the most claim payments (around $1.9 Billion) in one year in the 37 year history of the program. The average severity of these losses is about $40,000.**



b5

9/19/2005

Doing this same analysis the other counties affected in FL, AL, MS and Ohio River Valley; adding in estimate for other September storms and payments for Increased Cost of Compliance (a provision that provides payments outside policy limits) the potential of $24.5 Billion in payments from the National Flood Insurance Fund.

b5

For example, I had a conference call with the major Write Your Own Companies this morning.
When the time is right I'm available to brief you in far greater detail.
Travel safe, take care of your self and continue to reflect the commitment to the people of the impacted areas that reflects the entire FEMA family.
David

9/19/2005

**From:** Rhode, Patrick
**Sent:** Thursday, September 01, 2005 8:16 PM
**To:** Brown, Michael D
**Subject:** Two cents

Mike -

You did a hell of a job on the press conf this evening!



b5

Hang in there

From:           Brown, Michael D
Sent:           Thursday, September 01, 2005 9:32 PM
To:             Rhode, Patrick
Subject:        RE: Two cents

Can you call me right now on     I'm here for about 15 moreminutes.  It's 8:29
central

-----Original Message-----
From: Rhode, Patrick
Sent: Thursday, September 01, 2005 7:16 PM
To: Brown, Michael D
Subject: Two cents

Mike -

You did a hell of a job on the press conf this evening!



Hang in there

1

| | |
|---|---|
| From: | Rhode, Patrick |
| Sent: | Thursday, September 01, 2005 9:59 PM |
| To: | Brown, Michael D |
| Subject: | Re: Two cents |

Sorry I missed you - just now seeing this -

So you know - I asked lokey to keep pushing commodities to dome and convention center all night by hook or crook - planes, trains, autos.........

I told him we would give him the first FEMA medal if everyone at dome/convention eat breakfast and are hydrated........or just gone

Hang in there

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>
Sent: Thu Sep 01 21:31:48 2005
Subject: RE: Two cents

Can you call me right now on ▬▬▬▬▬▬▬ I'm here for about 15 moreminutes. It's 8:29  b 6
central

-----Original Message-----
From: Rhode, Patrick
Sent: Thursday, September 01, 2005 7:16 PM
To: Brown, Michael D
Subject: Two cents

Mike -

You did a hell of a job on the press conf this evening!

On your pfo cell my two cents -



b5

Hang in there



**From:** Rhode, Patrick
**Sent:** Thursday, September 01, 2005 9:59 PM
**To:** Brown, Michael D
**Subject:** Re: Two cents

Sorry I missed you - just now seeing this -

So you know - I asked lokey to keep pushing commodities to dome and convention center all
night by hook or crook - planes, trains, autos.........

I told him we would give him the first FEMA medal if everyone at dome/convention eat
breakfast and are hydrated.......or just gone

Hang in there

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>
Sent: Thu Sep 01 21:31:48 2005
Subject: RE: Two cents

Can you call me right now on ~~~~~~~~~~ I'm here for about 15 moreminutes.  It's 8:29      b6
central

-----Original Message-----
From: Rhode, Patrick
Sent: Thursday, September 01, 2005 7:16 PM
To: Brown, Michael D
Subject: Two cents

Mike -

You did a hell of a job on the press conf this evening!



b5

Hang in there

1



**From:**    Gair, Brad
**Sent:**     Friday, September 02, 2005 7:39 PM
**To:**       Lokey, William
**Cc:**       Garratt, David; Craig, Daniel; Ward, Nancy; Souza, Kevin
**Subject:** Loulsiana Temporary Housing - Ready for Immediate Action



Please advise.

Brad Gair
DHS/FEMA
940.323.2750 (fax)



**From:**   Lokey, William
**Sent:**   Friday, September 02, 2005 6:55 PM
**To:**     'EST-ESF15'
**Cc:**     Buikema, Edward
**Subject:** RE: Critical Commodities Release

ESF-15:



**From:** EST-ESF15 [mailto:Est-ESF15@dhs.gov]
**Sent:** Friday, September 02, 2005 5:08 PM
**Subject:** Critical Commodities Release

# Press Release

**Critical Commodities Continue Into Disaster Areas While Government Responds to Challenges of Most Catastrophic Disaster in U.S. History**

Washington - FEMA, along with its federal partners, state governments and voluntary agencies, are all working to keep meals ready to eat (MREs), food, water, ice, medical supplies, generators, and other critical commodities flowing into hurricane-hit areas, said Michael D. Brown, Department of Homeland Security's Principal Federal Officer for Hurricane Katrina response and head of the Federal Emergency Management Agency.

"This is a disaster of catastrophic magnitude like none we've seen before," said Brown. "It has created challenges that we are working around the clock to address and fix. In the meantime, we continue life-saving and sustaining efforts and directing resources to those with the most urgent needs."

To date,

• 15,000 evacuations have been made from the New Orleans Superdome to the Astrodome in Houston and are continuing today to San Antonio for housing at Kelly Air Force Base. Evacuations will continue from Louisiana to Reunion Arena in Dallas, and Lackland AFB, Tex.

• 2,000 patients have been evacuated from the New Orleans airport. Seven National Disaster Medical Service Disaster Medical Assistance Teams (DMATs) and 3 strike teams are supporting New Orleans medical facilities and hospitals not fully operational and setting up MASH-style tents. Five DMATs and 5 strike teams are working in medical facilities and hospitals in Gulfport, Biloxi and other areas of Mississippi.

- Commodities delivered to date include:
- 1.9 million MREs
- 6.7 million liters of water
- 1.7 million pounds of ice
- More than 600 buses to transport evacuees
- As of yesterday, there were 204 shelters with a population of 53,004. This number fluctuates daily.
- More than 170,000 meals a day are being served throughout the affected areas.
- 14,000 National Guard are on the ground in three states and an additional 1,400 will arrive today and 1,400 on Saturday to assist with security of victims and responders. A total of 27,000 members of the National Guard will be deployed to the affected areas.

- 200 Border Patrol agents, 200 additional law enforcement officers from other Louisiana jurisdictions and 2,000 officers from neighboring states are assisting in restoring order in the streets of New Orleans.

- Nearly 500 U.S. Corps of Engineers civilians and soldiers are working on the New Orleans levee breach and coordinating the transport of ice and water.

- A Disaster Recovery Center (DRC) is opening today in Bayou La Batre, Ala., and another tomorrow in Chatom, Ala.

- FEMA is setting up a Joint Housing Solutions Center to bring together public, private and voluntary agency stakeholders to develop innovative funding and streamlined operational partnerships to address the short and long-term housing needs of disaster victims.

- More than 7,000 people have been rescued - Urban Search and Rescue task forces have made more than 2,000 rescues and U.S. Coast Guard ships, boats and aircraft have been used to rescue approximately 5,000 people.

Affected individuals in declared counties can register online for disaster assistance at www.fema.gov or call FEMA's toll-free registration line 1-800-621-FEMA (3362) - TTY 800-462-7585, hours. Victims are encouraged to register on-line due to the possibility of high call volume. If registering by phone, owners of commercial properties and residents with only minor losses are urged to wait a few days before calling so those whose homes were destroyed or heavily damaged can be served first. Phone lines are open 24-hours, 7 days a week.

FEMA prepares the nation for all hazards and manages federal response and recovery efforts following any national incident. FEMA also initiates mitigation activities, trains first responders, works with state and local emergency managers, and manages the National Flood Insurance Program and the U.S. Fire Administration. FEMA became part of the U.S. Department of Homeland Security on March 1, 2003.

### 





**From:**   Lokey, William
**Sent:**   Friday, September 02, 2005 3:36 PM
**To:**     Russo, James N
**Subject:** RE: OPEN CALL for Assistance ANY AGENCY or Person

Nick, We have received numerous inquiries such as this. :                              :. This
group does not appear to have the urgency as others. I just pass them to the SAR group for plotting and
planning. You looked good on TV

---

**From:** Russo, James N
**Sent:** Friday, September 02, 2005 2:35 PM
**To:** Lokey, William; Gallagher, Mark; Coachman, Sandy
**Subject:** FW: OPEN CALL for Assistance ANY AGENCY or Person

Folks, this may be a hoax, but I received this first by phone from the IRS. It may be worth a look if you have
personnel in this area. Stay safe

---

**From:** Yarbrough Linnie E [mailto
**Sent:** Friday, September 02, 2005 3:22 PM
**To:** 'James.russo@dhs.gov'
**Subject:** FW: OPEN CALL for Assistance ANY AGENCY or Person


Linnie E. Yarbrough
Senior Security Support Specialist
Emergency Management/Physical Security
Mission Assurance & Security Services
Tennessee


-----Original Message-----
From: Cothron Melissa R.
Sent: Friday, September 02, 2005 1:51 PM
To: Ruf Eric C; Yarbrough Linnie E
Subject: FW: OPEN CALL for Assistance ANY AGENCY or Person


See below, Dan Boone's answer. Does anyone have a FEMA contact?

Melissa Cothron, M.Ed.
LR Specialist/Chief, Health Services Section
801 Broadway, RM A440



Nashville, TN  37203
Phone: 615-250-5323
Fax: 615-250-5736
OS:HC:R:FO:B


-----Original Message-----
From: Boone Dan
Sent: Friday, September 02, 2005 1:44 PM
To: Cothron Melissa R
Subject: RE: OPEN CALL for Assistance ANY AGENCY or Person


The only thing I can think of would be to forward it to FEMA, but I have no contacts there.  I'm a little suspect of it though -- they don't give an address.  Could be a hoax.

-----Original Message-----
From: Cothron Melissa R
Sent: Friday, September 02, 2005 1:35 PM
To: Boone Dan
Subject: FW: OPEN CALL for Assistance ANY AGENCY or Person


Dan, see below.  Is there anything that we can do?

Melissa Cothron, M.Ed.
LR Specialist/Chief, Health Services Section
801 Broadway, RM A440
Nashville, TN  37203
Phone: 615-250-5323
Fax: 615-250-5736
OS:HC:R:FO:B


-----Original Message-----
From: Ruf Eric C
Sent: Friday, September 02, 2005 1:25 PM
To: Cothron Melissa R
Subject: FW: OPEN CALL for Assistance ANY AGENCY or Person


-----Original Message-----
From: Johnson Robert Mark
Sent: Friday, September 02, 2005 12:28 PM
To: Ruf Eric C
Subject: FW: OPEN CALL for Assistance ANY AGENCY or Person

Eric, I hope I was not the only one to receive this emergency request.
But please forward it nonetheless.

Mark Johnson
Program Analyst
SPEC Area 3
SE:W:CAR:SPEC:FO:DAL
MC 0700 MSRO, Room 460
4050 Alpha Road
Dallas, Texas 75244
Phone: 972-308-1541
Fax:    972-308-1879


-----Original Message-----
From: EmergencyEmail.ORG [mailto:bounced@emergencyemailnetwork.net]
Sent: Friday, September 02, 2005 9:25 AM
To: robert.m.johnson@irs.gov
Subject: LA: OPEN CALL for Assistance ANY AGENCY or Person


OPEN CALL FOR IMMEDIATE ASSISTANCE any agency any person

We have a Salvation Army Building in New Orleans
Has victims on 2nd and third floor with no way out.
1st Floor Flooded.

No food or water left in building.

THE EMERGENCY EMAIL & WIRELESS NETWORK http://www.emergencyemail.org/



**From:**          Brown, Michael D [Michael.D.Brown@dhs.gov]
**Sent:**          Friday, September 02, 2005 5:24 AM
**To:**            Altshuler, Brooks; 'patrick.rhode@dhs.gov'

Unless I'm being recalled today - Jackson is coming down with Chertoff - let's deploy the
list as agreed upon with ████████████████████ DPFO.

Keep ████████here as additional PA staff with ████████press secretary.

b5

CREW FOIA 51

From:           Brown, Michael D [Michael.D.Brown@dhs.gov]
Sent:           Friday, September 02, 2005 5:29 AM
To:             Altshuler, Brooks; 'patrick.rhode@dhs.gov'
Subject:        Re:

I also have a couple of people who want to come in and help. Either here or in DC. ▮▮▮▮
▮▮▮▮▮▮ was Sen Allards guy and is a state rep in CO. Can we use him? Maybe help Schumann?

On earlier email I forgot to mention I want to keep ▮▮▮▮▮ here but in OLA.


-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>; 'patrick.rhode@dhs.gov'
<patrick.rhode@dhs.gov>
Sent: Fri Sep 02 05:24:17 2005
Subject:

Unless I'm being recalled today - Jackson is coming down with Chertoff - let's deploy the
list as agreed upon with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Keep ▮▮▮▮▮ here as additional PA staff with ▮▮▮▮▮ as press secretary.

b5