**From:** Rhode, Patrick
**Sent:** Friday, September 02, 2005 7:18 AM
**To:** 'Michael.D.Brown@dhs.gov'; 'Brooks.Altshuler@dhs.gov'; 'Patrick.Rhode@dhs.gov'
**Subject:** Re:

Ok

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@dhs.gov>
To: Altshuler, Brooks <Brooks.Altshuler@dhs.gov>; 'patrick.rhode@dhs.gov'
<Patrick.Rhode@dhs.gov>
Sent: Fri Sep 02 05:28:42 2005
Subject: Re:

I also have a couple of people who want to come in and help. Either here or in DC. ▇▇▇▇
▇▇▇▇ was Sen Allards guy and is a state rep in CO. Can we use him? Maybe help Schumann?

On earlier email I forgot to mention I want to keep ▇▇▇▇▇ here but in OLA.


-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>; 'patrick.rhode@dhs.gov'
<patrick.rhode@dhs.gov>
Sent: Fri Sep 02 05:24:17 2005
Subject:

Unless I'm being recalled today - Jackson is coming down with Chertoff - let's deploy the
list as agreed upon with ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Keep ▇▇▇▇▇▇ here as additional PA staff with ▇▇▇▇▇▇ as press secretary.

b5



| | |
|---|---|
| **From:** | Carwile, William [William.Carwile@dhs.gov] |
| **Sent:** | Saturday, September 03, 2005 9:07 PM |
| **To:** | 'Turner, Libby'; 'gary.jones@dhs.gov'; 'marylynne.miller@dhs.gov'; 'william.carwile@dhs.gov'; 'william.lokey@dhs.gov'; 'Ron.sherman@dhs.gov'; 'nancy.ward@dhs.gov' |
| **Subject:** | RE: Transportation |

Not sure where the rumor/letter came from.  I have released a PSA and mentioned on several media interviews that there is no FEMA prohibition against moving commodities, including fuel.

-----Original Message-----
From: Turner, Libby [mailto:Libby.Turner@dhs.gov]
Sent: Saturday, September 03, 2005 9:05 PM
To: 'gary.jones@dhs.gov'; 'marylynne.miller@dhs.gov'; 'william.carwile@dhs.gov'; 'william.lokey@dhs.gov'; 'Ron.sherman@dhs.gov'; 'nancy.ward@dhs.gov'
Subject: Transportation

Transportation of goods including travel by other federal agencies is becoming and will become more of a problem. USPS is having trucks turned away and refused fuel. I am finding that various "interim" mechanisms (memo on FEMA letterhead) etc exist, and it won't take long for those to be passed around and everyone but the "right" people to have access. We will need to be transporting things soon through Donations Management and so.....



Libby

**From:** Beall, Jack
**Sent:** Saturday, September 03, 2005 8:01 AM
**To:** Lokey, William
**Subject:** RE:

I am being requested to open a hospital in 48 hours. Working to put the crew together to be able to accomplish that task.

---

**From:** Lokey, William
**Sent:** Saturday, September 03, 2005 6:17 AM
**To:** Beall, Jack
**Subject:**

Jack: I am thinking out of the Box. Med capacity at airport was strained. Capability at LSU could not take more. Helos have no place to take victims. Need med at Convention Center. No support from state or local,



9/21/2005

**From:** Rhode, Patrick
**Sent:** Sunday, September 04, 2005 7:37 AM
**To:** 'bill.lokey@dhs.gov'
**Cc:** Lowder, Michael; Buikema, Edward
**Subject:** Fw: Generator for St. Bernard Parish

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Biscoe, Kevin <Kevin.Biscoe@fema.gov>
CC: Lowder, Michael <Michael.Lowder@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>
Sent: Sun Sep 04 07:25:23 2005
Subject: Re: Generator for St. Bernard Parish

Pls let him know we are working this issue - thx


-----Original Message-----
From: Biscoe, Kevin <Kevin.Biscoe@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>
Sent: Sat Sep 03 23:39:29 2005
Subject: Generator for St. Bernard Parish

Mr. Henry Rodriguez, Parish President called to contact you concerning a dire need for a
600kw, 480V, 3phase generator. He can be reached at ▮▮▮▮▮▮ circuits may be busy) or
through Mr. Ray Garofalo at ▮▮▮▮▮▮▮

**From:**          Rhode, Patrick
**Sent:**          Sunday, September 04, 2005 7:39 AM
**To:**            'william.lokey@dhs.gov'
**Subject:**       Fw: Generator for St. Bernard Parish

```
-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: 'bill.lokey@dhs.gov' <bill.lokey@dhs.gov>
CC: Lowder, Michael <Michael.Lowder@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>
Sent: Sun Sep 04 07:37:01 2005
Subject: Fw: Generator for St. Bernard Parish
```

b5

```
-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Biscoe, Kevin <Kevin.Biscoe@fema.gov>
CC: Lowder, Michael <Michael.Lowder@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>
Sent: Sun Sep 04 07:25:23 2005
Subject: Re: Generator for St. Bernard Parish
```

Pls let him know we are working this issue - thx

```
-----Original Message-----
From: Biscoe, Kevin <Kevin.Biscoe@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>
Sent: Sat Sep 03 23:39:29 2005
Subject: Generator for St. Bernard Parish
```

Mr. Henry Rodriquez, Parish President called to contact you concerning a dire need for a
600kw, 480V, 3phase generator. He can be reached at ████████ (circuits may be busy) or
through Mr. Ray Garofalo at ████████

b6

1

**From:** Rhode, Patrick
**Sent:** Sunday, September 04, 2005 3:35 PM
**To:** 'Brown, Michael D'
**Subject:** RE:

How are you holding up?


-----Original Message-----
From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Sunday, September 04, 2005 3:08 PM
To: Altshuler, Brooks; 'patrick.rhode@dhs.gov'
Subject:

b5
b6



| | |
|---|---|
| **From:** | Rhode, Patrick |
| **Sent:** | Sunday, September 04, 2005 5:47 PM |
| **To:** | Jamieson, Gil; 'ken.burris@dhs.gov' |
| **Subject:** | RE: IIMG |

I'm sorry about that Gil -

-----Original Message-----
From: Jamieson, Gil
Sent: Sunday, September 04, 2005 2:36 PM
To: Rhode, Patrick; 'ken.burris@dhs.gov'
Subject: IIMG



--------------------------------
Sent from my BlackBerry Wireless Handheld

b 5

b 5



| | |
|---|---|
| From: | Worthy, Sharon [Sharon.Worthy@dhs.gov] |
| Sent: | Tuesday, September 06, 2005 6:06 PM |
| To: | 'michael.d.brown@dhs.gov' |
| Cc: | 'Tillie.James@dhs.gov' |
| Subject: | Max Mayfield |

Hi, your plate if full but you should schedule a short private call to Max Mayfield who
called me this afternoon.

Max has been interviews by numerous news organizations, including NY Times, LA Times and
Times-Picayune, to name a few. Every reporter wants to know about the FEMA NOAA
relationship. They want to know when NOAA notifies FEMA...how that notification is made.
Who partiicpates in the notification.



b5

I think that the two of you should chat even for a moment. I'm well aware that your time
is precious and important but so are friends...a term you've used consistently when
speaking of Max.

I copied Tillie so that she could get this call on your schedule.

| | |
|---|---|
| **From:** | Rhode, Patrick |
| **Sent:** | Tuesday, September 06, 2005 9:37 PM |
| **To:** | Carwile, William |
| **Subject:** | Re: how are you and my friend Robert Latham doing down there? |

Thanks Bill for all the work

-----Original Message-----
From: Carwile, William <William.Carwile@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>
Sent: Tue Sep 06 21:25:38 2005
Subject: R

66
65



re

Regards, Bill

From: Rhode, Patrick
Sent: Tuesday, September 06, 2005 7:13 PM
To: Carwile, William
Subject: how are you and my friend Robert Latham doing down there?



FL

| | |
|---|---|
| **From:** | Rhode, Patrick |
| **Sent:** | Tuesday, September 06, 2005 9:37 PM |
| **To:** | Carwile, William |
| **Cc:** | Munoz, Jesse |
| **Subject:** | |

65
66
62

Thanks Bill

-----Original Message-----
From: Carwile, William <William.Carwile@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>
CC: Munoz, Jesse <Jesse.Munoz@fema.gov>
Sent: Tue Sep 06 21:27:12 2005
Subject:

Sent: Tuesday, September 06, 2005 6:58 PM
To: Carwile, William; Latham, Robert

FL





teams from the Guard late tomorrow afternoon.
Additional Guard resources are being identified for
deployment as early as Monday, to take the water and
ice distribution mission.   We have water and ice
distribution for the first 24-36 hours in storage,
left over from Hurricane Dennis.

Search and rescue assets from other parts of
the state are being identified and prepared to deploy
late this afternoon or early tomorrow.   Also asking
locals to identify alternate power needs for critical
resources.

Any questions of the State of Mississippi?

(No response.)

Patrick,



MIKE LOWDER:   Thank you very much, Bob,
we'll definitely circle back, appreciate it.

Any other questions for Mississippi?

(No response.)

b5

Let's go to the State of Alabama.

ALABAMA:   Good morning, Mike, morning,
Patrick.   We've got our PSE activated at Level 1,
we've got an ERD-A here, we've got Ron Sherman arrived

12



VTC 12

MIKE BROWN: Oh, yes. When should we expect

your request in, Bruce?

ALABAMA: (Missing) right now. Toby Roth,

the Governor's Chief of Staff is here, so we've got

all the documents ready to go, Mike. So as soon as

that happens, we'll get it to Ron and get it on up to

you.

MIKE BROWN: All right. ▬▬▬▬▬▬▬

▬▬▬▬▬▬▬

Okay. Great. (Missing.)

FLORIDA: (Missing) responding. South

Florida, we're maintaining that, and we're getting

ready with the evacuations that are now occurring in

the panhandle.

More importantly, I am not anticipating any

FEMA assets other than the recovery assets we

currently have. We're not going to put in a request

for resources in lieu of the greater need to the west

of us.

In addition, we're planning our search and

rescue missions for our counties, also building our

task force structures to provide assistance to the

neighboring states in EMAC, and pretty much are

gearing up with Governor Bush's direction to support

23

b(5), DPP

| | |
|---|---|
| From: | Blades, Sharon |
| Sent: | Tuesday, August 24, 2004 6:05 PM |
| To: | Bearden, Joe; Laird, Vicki; Riley, Chris; Williams, Shirley |
| Subject: | Conference Call on Cat Plan Funding |
| Importance: | High |

b(5), DPP

Joe and Chris,

Shirley, Vicky, and I were having a planning meeting today to develop some milestones and discuss the budget.

We have set up a conference call for Wednesday, August 25, at 10:00am Eastern time which is 9:00am Central time.  The call in number is 1-800-320-4330 and at the prompt key in 475141.



b(5). DPP

b(5) PPP

In addition I am forwarding a message between Mike Lowder and Richard Braddock on some other funding recently obtained for the Louisiana project.

Talk to you tomorrow.

b(s) PPP

Sharon
202-646-3031

| Tracking: | Recipient | Delivery | Read |
|---|---|---|---|
| | Bearden, Joe | Delivered: 8/24/2004 6:05 PM | |
| | Laird, Vicki | Delivered: 8/24/2004 6:05 PM | Read: 8/24/2004 9:11 PM |
| | Riley, Chris | Delivered: 8/24/2004 6:05 PM | Read: 8/25/2004 9:52 AM |
| | Williams, Shirley | Delivered: 8/24/2004 6:05 PM | Read: 8/24/2004 6:08 PM |
| | Bearden, Joe2 | Delivered: 8/24/2004 6:05 PM | |

b(s) PPP



b(s) DPP



1

*b*

**From:** Blades, Sharon
**Sent:** Wednesday, April 28, 2004 2:34 PM
**To:** Dukes, CDenise; Boone, Morris; Braddock, Richard
**Subject:** FW: LA Project Budget Update

**Importance:** High

Denise,

the money they are talking about is down at the bottom. I have highlited in red.

-----Original Message-----
**From:** Hepler, Megs
**Sent:** Friday, April 16, 2004 10:36 AM
**To:** Tolbert, Eric; Lowder, Michael; Braddock, Richard; Boone, Morris; Laird, Vicki; Joyner, Gloria; Blades, Sharon
**Cc:** Hepler, Megs; Larson, Margaret
**Subject:** FW: LA Project Budget Update
**Importance:** High

Attached below is the latest budget estimate from Region VI for the Louisiana CAT Planning effort.

-----Original Message-----
**From:** Fairley, Wayne
**Sent:** Friday, April 16, 2004 9:08 AM
**To:** Hepler, Megs
**Subject:** FW: LA Project Budget Update

*The new budget is attached. If you need any further breakdown or explanation, please call. Thanks for your assistance. this procedure and method has been well received by the state and they are excited to be moving in this direction.*

**Wayne Fairley**
**RVI Response Operations**
**(940) 898-5145 Desk**

-----Original Message-----
**From:** Wallace, MarkR6
**Sent:** Friday, April 16, 2004 07:43
**To:** Castleman, Ron; Jones, Gary; Black, Brenda J; Robinson, Tony; Fairley, Wayne; Wells, Scott; 'Dsmith (E-mail); 'Sfontenot (E-mail)
**Subject:** LA Project Budget Update

Wayne said we needed to show the latest budget. It is attached in a powerpoint slide that breaks the budget down by functional working group/



At

1

*b(5), DPP*



b(5), DPP



**LA Project Budget
4-12-04 Fed....**

*R. Mark Wallace*
*R6 Response Operations*

CREW FOIA 790



| | |
|---|---|
| **From:** | Hepler, Megs |
| **Sent:** | Friday, April 16, 2004 10:36 AM |
| **To:** | Tolbert, Eric; Lowder, Michael; Braddock, Richard; Boone, Morris; Laird, Vicki; Joyner, Gloria; Blades, Sharon |
| **Cc:** | Hepler, Megs; Larson, Margaret |
| **Subject:** | FW: LA Project Budget Update |
| | |
| **Importance:** | High |

Attached below is the latest budget estimate from Region VI for the Louisiana CAT Planning effort.

-----Original Message-----
| | |
|---|---|
| **From:** | Fairley, Wayne |
| **Sent:** | Friday, April 16, 2004 9:08 AM |
| **To:** | Hepler, Megs |
| **Subject:** | FW: LA Project Budget Update |

The new budget is attached. If you need any further breakdown or explanation, please call. Thanks for your assistance. this procedure and method has been well received by the state and they are excited to be moving in this direction.

*Wayne Fairley*
*RVI Response Operations*
*(940) 898-5145 Desk*

-----Original Message-----
| | |
|---|---|
| **From:** | Wallace, MarkR6 |
| **Sent:** | Friday, April 16, 2004 07:43 |
| **To:** | Castleman, Ron; Jones, Gary; Black, Brenda J; Robinson, Tony; Fairley, Wayne; Wells, Scott; 'Dsmith (E-mail); 'Sfontenot (E-mail) |
| **Subject:** | LA Project Budget Update |

Wayne said we needed to show the latest budget. It is attached in a powerpoint slide that breaks the budget down by functional working group/



b(5), DPP





LA Project Budget
4-12-04 Fed....

*R. Mark Wallace*
*R6 Response Operations*

2

CREW FOIA 792



| | |
|---|---|
| **From:** | Blades, Sharon |
| **Sent:** | Monday, April 19. 2004 11:32 AM |
| **To:** | Dukes, CDenise |
| **Cc:** | Joyner, Gloria; Braddock, Richard; Boone, Morris |
| **Subject:** | New Orleans Status |
| | |
| **Importance:** | High |

b(5).DPP

Denise,

As you requested, here is the "reminder" e-mail.  I know you aren't familiar with funding for catastrophic planning so thanks for getting this info Megs.



Please give me a call as soon as you can after your noon conference call with Richard and Morris.

Thanks.

Sharon

**Tracking:**

| Recipient | Delivery | Read |
|---|---|---|
| Dukes, CDenise | Delivered: 4/19/2004 11:32 AM | Read: 4/19/2004 1:12 PM |
| Joyner, Gloria | Delivered: 4/19/2004 11:32 AM | Read: 4/19/2004 12:22 PM |
| Braddock, Richard | Delivered: 4/19/2004 11:32 AM | Read: 4/28/2004 1:58 PM |
| Boone, Morris | Delivered: 4/19/2004 11:32 AM | |

**From:** Blades, Sharon
**Sent:** Monday, April 26, 2004 1:38 PM
**To:** Braddock, Richard; Boone, Morris
**Cc:** Joyner, Gloria
**Subject:** Funding for New Orleans & Catastrophic Planning

**Importance:** High

b(5).DPP

Welcome Back Richard!

Can I see you today?

The SOW has gone out for Requests for Quotes and we will have them by this Friday (April 30, 2004).

Thanks

Sharon
x 3031

**Tracking:**

| Recipient | Delivery | Read |
|---|---|---|
| Braddock, Richard | Delivered: 4/26/2004 1:38 PM | Read: 4/26/2004 3:05 PM |
| Boone, Morris | Delivered: 4/26/2004 1:38 PM | |
| Joyner, Gloria | Delivered: 4/26/2004 1:38 PM | Read: 4/26/2004 1:53 PM |
| Laird, Vicki | Delivered: 4/26/2004 1:38 PM | Read: 4/26/2004 2:01 PM |

1

| From: | Pawlowski, Michel |
| Sent: | Friday, March 11, 2005 6:17 PM |
| To: | Lowder, Michael |
| Cc: | Miller, Jeffrey; Hepler, Megs; Blades, Sharon |
| Subject: | FW: Louisiana Catastrophic Planning |

b(5) DPP

Mike:

M.S.P.

**From:** Robinson, Tony
**Sent:** Friday, March 11, 2005 6:01 PM
**To:** Blades, Sharon; Pawlowski, Michel; Larson, Margaret
**Cc:** Jones, Gary; Fairley, Wayne; Riley, Chris
**Subject:** Louisiana Catastrophic Planning

Region VI met yesterday with the state of Louisiana to discuss the next session of the LA Catastrophic planning effort that was agreed to during our November/December session. They have commitments from state and local participants for an April 18 session. The State and contractor (IEM) have funding for this session; however funds are still needed for the federal participation.

The workgroup milestones for the April session will be forwarded in the next week.

Your cooperation is appreciated.

Tony Robinson
Response and Recovery Division Director
DHS-FEMA Region VI
Office: (940) 898-5309
Fax: (940) 898-5163
email: tony.robinson1@dhs.gov

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

Page 1 of 1

**From:** Vernetti, Julie

**Sent:** Thursday, June 23, 2005 10:44 AM

**To:** Blades, Sharon

**Subject:** FW: LA Hurricane Program

Hey Sharon-here is Dennis Lee's comments and past hurricane studies

**From:** Lee, Dennis
**Sent:** Wednesday, June 22, 2005 1:04 PM
**To:** Vernetti, Julie
**Cc:** Chuck Gregg (Chuck.Gregg@fema.gov); Frank Pagano (frank.pagano@dhs.gov)
**Subject:** LA Hurricane Program

*Julie - As discussed on the conference call today, I have attached a document detailing the products/reports FEMA has been involved with for the State of Louisiana hurricane program. To summarize the Regions thoughts in conjunction with Sen. Landrieu's funding request, we offer the following:*

b(5)DPP



Hope this helps explain our viewpoint in this matter. If we can assist further please let us know.

Dennis L. Lee
Dept. of Homeland Security
FEMA Region VI
Denton, Texas



b(5), DPP

**From:** Zellars, Bill
**Sent:** Thursday, March 03, 2005 9:39 AM
**To:** Robinson, Tony
**Cc:** Goins, Ronald; Blades, Sharon
**Subject:** CAT Planning for New Orleans

Tony:
I understand the R6 has the lead on CAT Planning for New Orleans,

I understand that a planning meeting is being held March 11.

These a important issues for us, because with all of the things going on now, there is little coordination an any level. If continued, this will result as you know in having to repeat some if not all of the agreement we make in he interim.

You cooperation is appreciated.

*Bill Zellars*
*Readiness, Coordination & Planning Unit*
*Support Services Section*
*Response Logistics Branch*
*202-646-3984 (O)*
*_____C)*

| | |
|---|---|
| om: | Blades, Sharon |
| nt: | Monday, November 04, 2002 2:47 PM |
| o: | Glick, Jeff; Harrison, Eunice; Husar, Ihor; Jones, Melvin; Pawlowski, Michel; Ward, Cassandra; Wilcox, Dan; Williams, Marcella; Yagerman, Barbara |
| Subject: | Cat Program Foundation Documents VI (E-Mail) |
| Importance: | High |

-----Original Message-----

| | |
|---|---|
| From: | Lowder, Michael |
| Sent: | Wednesday, May 08, 2002 6:04 PM |
| To: | Bonifas, Michelle; Blades, Sharon |
| Cc: | Hess, Charles |
| Subject: | FW: Notes from Different Conference Calls |

b(s),DPP

For your information and use...

ML

-----Original Message-----

| | |
|---|---|
| From: | Arcurio, Josie |
| Sent: | Wednesday, May 08, 2002 2:24 PM |
| To: | Ward, Nancy; Lowder, Michael |
| Subject: | FW: Notes from Different Conference Calls |

fl

-----Original Message-----

| | |
|---|---|
| From: | Calambro, Mark |
| Sent: | Wednesday, May 08, 2002 11:04 AM |
| To: | Alcoreza, Oscar; Buck, Dick; Gladwell, Angela; Howard, Melissa; Huddleston, Marie; Ketchum, John; Langenbach, Randolph; Litty, Ted; Mravcak, Agnes; Quinones, Tomas; Satar, Abdul; Scott, Douglas |
| Cc: | Arcurio, Josephine; Baggett, Donald; Carleton, John; Fay, Paul; Hallstead, Carl; Hecker, Ed, USACE; Irwin, William E, USACE; Sherman, Ron; Skalitzky, Ken; Weldy, Lisa; Zuiderhoek, Terrie |
| Subject: | Notes from Different Conference Calls |

**Folks,**

**I sat in on a number of conference calls that provided some interesting info related to Catastrophic Planning . . . some for your Situational Awareness.**

**Video Teleconference (VTC) with R6, R4 and the States of MS and LA, 2 May 02.  Some interesting bits of info:**

b(s),DPP



CREW FOIA 808

b(5), DPP



A few notes from the ERT-N Conference Call, 19 Apr 02.



Notes from Cascadia (Subduction Earthquake) Conference Call, 8 May 02.



Mark M. Calambro
Planning and Evaluation Branch
Recovery Division, RRR Directorate
Voice: (202) 646-3531 / FAX:  3304/3147
E-Mail: Mark.Calambro@fema.gov

FEMA Headquarters
500 C Street, SW, FCP 713
Washington, DC 20472

**From:** Blades, Sharon
**Sent:** Monday, November 04, 2002 2:47 PM
**To:** Glick, Jeff; Harrison, Eunice; Husar, Ihor; Jones, Melvin; Pawlowski, Michel; Ward, Cassandra; Wilcox, Dan; Williams, Marcella; Yagerman, Barbara
**Subject:** Cat Program Foundation Documents VI (E-Mail)

**Importance:** High

-----Original Message-----
**From:** Lowder, Michael
**Sent:** Wednesday, May 08, 2002 6:04 PM
**To:** Bonifas, Michelle; Blades, Sharon
**Cc:** Hess, Charles
**Subject:** FW: Notes from Different Conference Calls

For your Information and use...

ML

-----Original Message-----
**From:** Arcurio, Josie
**Sent:** Wednesday, May 08, 2002 2:24 PM
**To:** Ward, Nancy; Lowder, Michael
**Subject:** FW: Notes from Different Conference Calls

YI

-----Original Message-----
**From:** Calambro, Mark
**Sent:** Wednesday, May 08, 2002 11:04 AM
**To:** Alcoreza, Oscar; Buck, Dick; Gladwell, Angela; Howard, Melissa; Huddleston, Marie; Ketchum, John; Langenbach, Randolph; Litty, Ted; Mravcak, Agnes; Quinones, Tomas; Satar, Abdul; Scott, Douglas
**Cc:** Arcurio, Josephine; Baggett, Donald; Carleton, John; Fay, Paul; Hallstead, Carl; Hecker, Ed, USACE; Irwin, William E, USACE; Sherman, Ron; Skalitzky, Ken; Weldy, Lisa; Zuiderhoek, Terrie
**Subject:** Notes from Different Conference Calls

**Folks,**

**I sat in on a number of conference calls that provided some interesting info related to Catastrophic Planning . . . some for your Situational Awareness.**

**Video Teleconference (VTC) with R6, R4 and the States of MS and LA, 2 May 02.  Some interesting bits of info:**





A few notes from the ERT-N Conference Call, 19 Apr 02.



Notes from Cascadia (Subduction Earthquake) Conference Call, 8 May 02.



Mark M. Calambro
Planning and Evaluation Branch
Recovery Division, RRR Directorate
Voice: (202) 646-3531 / FAX: 3304/3147
E-Mail: Mark.Calambro@fema.gov

FEMA Headquarters
500 C Street, SW, FCP 713
Washington, DC 20472

Catastrophic Plan for Southeast Louisiana and the New Madrid Seismic Zone

supervisory approval. Approved timesheets are electronically forwarded to the IEM Business Office every Monday morning.

### 1.3 Discounts

The following discounts (Table 1) will apply to labor rates for any contract awarded to IEM under Stage One of this proposal. All follow-on work, meaning Stages Two and Three of the RFQ, will be considered cumulative. (For example, if the total value of the initial award is up to one million dollars, a 3.0% discount will be applied to all labor rates. If FEMA issues a follow-on effort, Stage 2 for instance, priced at an additional one million dollars, IEM and its team members would apply a 4.0% discount on labor since the cumulative value of both awards exceeds one million dollars but is less than or equal to two million dollars).

**Table 1: Labor Rate Discounts**

| Award Value | Percent Labor Rate Discount |
|---|---|
| Up to One Million Dollars | 3.0% |
| Above One Million Dollars | 4.0% |

### 1.3.1 Period of Performance

The price quotation contained in this volume is applicable for the duration of the period of performance specified in the RFQ.

### 1.3.2 Estimation of Labor

The labor rates shown in Table 2 below are from IEM's GSA MOBIS schedule.

**Table 2: Labor by MOBIS Categoy and Function**

| GSA LABOR CATEGORY | Company ID | FUNCTION | GSA RATE | GSA DISCOUNTED RATE | FCLRS | TOTAL DOLLARS |
|---|---|---|---|---|---|---|
| **PROGRAM MANAGEMENT GROUP** | | | | | | |
| Executive Manager | IEM | Executive Manager | $ 207.54 | $ 201.31 | 120.00 | $ 24,157.20 |
| Principal | Dewberry | Senior Manager | $ 152.17 | $ 147.60 | 40.00 | $ 5,904.00 |
| Expert III | IEM | Senior Manager | $ 145.75 | $ 141.38 | 190.00 | $ 26,448.40 |
| Expert II | IEM | Program Manager | $ 138.96 | $ 134.81 | 200.00 | $ 26,962.00 |
| Expert I | IEM | Project Manager | $ 129.54 | $ 125.65 | 200.00 | $ 25,130.00 |
| Program Manager II | Dewberry | Project Manager | $ 124.09 | $ 120.37 | 88.00 | $ 10,592.56 |
| Analyst | IEM | Task Lead | $ 71.92 | $ 69.76 | 200.00 | $ 13,952.00 |
| | | | Program Management Group Total | | 1,028.00 | $ 133,146.16 |
| **PLANS GROUP** | | | | | | |
| Principal Consultant | URS | Planner/Exercise Support | $ 144.00 | $ 139.68 | 240.00 | $ 33,523.20 |
| Expert I | IEM | Senior Planner | $ 129.54 | $ 125.65 | 160.00 | $ 20,104.00 |



IEM, Inc.                                                                                              4

Use or disclosure of data contained in this sheet is subject to the restriction set forth on the front of this proposal or quotation.



*Catastrophic Plan for Southeast Louisiana and the New Madrid Seismic Zone*

| GSA LABOR CATEGORY | Company ID | FUNCTION | GSA RATE | GSA DISCOUNTED RATE | HOURS | TOTAL DOLLARS |
|---|---|---|---|---|---|---|
| Expert I | IEM | | $ 129.54 | $ 125.65 | 24.00 | $ 3,015.60 |
| Senior Environmental Professional | URS | Planner/Exercise Support | $ 111.00 | $ 107.67 | 240.00 | $ 25,840.80 |
| Senior Training Specialist | IEM | Public Information Specialist | $ 99.99 | $ 96.99 | 64.00 | $ 6,207.36 |
| Associate Consultant | IEM | Planner/Analyst | $ 86.77 | $ 84.17 | 160.00 | $ 13,467.20 |
| Associate Consultant | IEM | Business Analyst | $ 86.77 | $ 84.17 | 64.00 | $ 5,386.88 |
| Associate Consultant | IEM | Planner | $ 86.77 | $ 84.17 | 80.00 | $ 6,733.60 |
| Training Specialist | IEM | Planner/Analyst | $ 75.23 | $ 72.97 | 360.00 | $ 26,269.20 |
| Senior Support Specialist | IEM | Planner | $ 63.91 | $ 61.99 | | $ 8,926.56 |
| Senior Support Specialist | IEM | Planner/Exercise Designer | $ 63.91 | $ 61.99 | 160.00 | $ 9,918.40 |
| Support Specialist | IEM | | $ 54.17 | $ 52.54 | | $ 29,422.40 |
| Support Specialist | IEM | | $ 54.17 | $ 52.54 | 60.00 | $ 3,152.40 |
| Support Specialist | IEM | Writer/Editor | $ 54.17 | $ 52.54 | 480.00 | $ 25,219.20 |
| | | | | **Plans Group Total** | 2,796.00 | $ 217,186.90 |
| **EXERCISE GROUP** | | | | | | |
| Environmental Planner III | Dewberry | Exercise Designer | $ 116.55 | $ 113.05 | 200.00 | $ 22,610.00 |
| Senior Consultant | IEM | Senior Analyst | $ 107.13 | $ 103.92 | 56.00 | $ 5,819.52 |
| Senior Consultant | IEM | Senior Exercise Designer | $ 107.13 | $ 103.92 | 120.00 | $ 12,470.40 |
| Senior Environmental Engineer | Dewberry | Exercise Support | $ 106.82 | $ 103.62 | 80.00 | $ 8,289.60 |
| Associate Consultant | IEM | Medical Specialist | $ 86.77 | $ 84.17 | 80.00 | $ 6,733.60 |
| Senior Analyst | IEM | Automation Support | $ 77.12 | $ 74.81 | 56.00 | $ 4,189.36 |
| Senior Analyst | IEM | Multimedia Developer | $ 77.12 | $ 74.81 | 224.00 | $ 16,757.44 |
| Training Specialist | IEM | Transportation Analyst | $ 75.23 | $ 72.97 | 160.00 | $ 11,675.20 |
| Environmental Planner II | Dewberry | Exercise Support | $ 73.37 | $ 71.17 | 120.00 | $ 8,540.40 |
| Analyst | IEM | Exercise Designer | $ 71.92 | $ 69.76 | 144.00 | $ 10,045.44 |
| Associate Consultant | URS | Exercise Support | $ 65.00 | $ 63.05 | 240.00 | $ 15,132.00 |
| Senior Support Specialist | IEM | Exercise Designer | $ 63.91 | $ 61.99 | 144.00 | $ 8,926.56 |
| Support Specialist | IEM | Information Analyst | $ 54.17 | $ 52.54 | 64.00 | $ 3,362.56 |
| | | | | **Exercise Group Total** | 1,688.00 | $ 134,552.08 |
| | | | | **TOTAL LABOR SUMMARY** | 5 512.00 | $ 483,865.04 |

\* *Labor categories discounted 3%*

 IEM, Inc.

Use or disclosure of data contained in this sheet is subject to the restriction set forth at the front of this proposal or quotation



### 1.3.3 Other Direct Costs

Table 3 provides the project direct support costs for communications (telephone, facsimile, etc.), reproduction, shipping and handling, and expendable office supplies. IEM's estimate for Other Direct Costs is based on direct hours. Based on historical and current data, IEM tracks and calculates ODC as a percentage of direct hours to develop its ODC cost factors. During the cost estimating process, the cost proposal staff gathers information from the technical staff directly involved in the proposal to support its estimate of ODC. The technical staff specifies if usage will be low, medium, or high for each ODC category. IEM has different factors based on the estimated usage. IEM's estimating is regularly reviewed and is approved by the DCAA. See below for the calculation. (Table 4 provides a breakdown of Consulting Services, which are also included as ODC costs).

### Table 3: Other Direct Costs

**Communications**

| | | | | | | |
|---|---|---|---|---|---|---|
| Task 1 | 580 | 0.1364 | $ 79.11 | $ 2.06 | $ 81.17 | $ 8.73 | $ 89.90 |
| Task 2 | 412 | 0.1364 | $ 56.20 | $ 1.46 | $ 57.66 | $ 6.20 | $ 63.86 |
| Task 3 | 924 | 0.0296 | $ 27.36 | $ 0.71 | $ 28.06 | $ 3.02 | $ 31.08 |
| Task 4 | 1,012 | 0.1364 | $138.04 | $ 3.59 | $ 141.63 | $ 15.23 | $ 156.86 |
| Task 5 | 1,335 | 0.0296 | $ 39.52 | $ 1.03 | $ 40.55 | $ 4.36 | $ 44.91 |

**Reproductions**

| | | | | | | |
|---|---|---|---|---|---|---|
| Task 1 | 580 | 0.0104 | $ 6.03 | $ 0.16 | $ 6.19 | $ 0.67 | $ 6.86 |
| Task 2 | 412 | 0.0104 | $ 4.28 | $ 0.11 | $ 4.39 | $ 0.47 | $ 4.86 |
| Task 3 | 924 | 0.0104 | $ 9.61 | $ 0.25 | $ 9.86 | $ 1.06 | $ 10.92 |
| Task 4 | 1,012 | 0.0421 | $ 42.61 | $ 1.11 | $ 43.72 | $ 4.70 | $ 48.42 |
| Task 5 | 1,335 | 0.0104 | $ 13.88 | $ 0.36 | $ 14.24 | $ 1.53 | $ 15.77 |

**Shipping**

| | | | | | | |
|---|---|---|---|---|---|---|
| Task 1 | 580 | 0.0379 | $ 21.98 | $ 0.57 | $ 22.55 | $ 2.42 | $ 24.97 |
| Task 2 | 412 | 0.0379 | $ 15.61 | $ 0.41 | $ 16.02 | $ 1.72 | $ 17.74 |
| Task 3 | 924 | 0.0379 | $ 35.02 | $ 0.91 | $ 35.93 | $ 3.86 | $ 39.79 |
| Task 4 | 1,012 | 0.1408 | $142.49 | $ 3.70 | $146.19 | $ 15.72 | $ 161.91 |
| Task 5 | 1,335 | 0.0379 | $ 50.60 | $ 1.32 | $ 51.92 | $ 5.58 | $ 57.50 |

**Supplies**

IEM, Inc.

Use or disclosure of data contained in this sheet is subject to the restriction set forth at the front of this proposal or quotation.



Catastrophic Plan for Southeast Louisiana and the New Madrid Seismic Zone

| | | | | | G & A | | | |
|---|---|---|---|---|---|---|---|---|
| Task 1 | 580 | 0.0517 | $ 29.99 | $ 0.78 | $ 30.77 | $ 3.31 | $ | 34.08 |
| Task 2 | 412 | 0.0517 | $ 21.30 | $ 0.55 | $ 21.85 | $ 2.35 | $ | 24.20 |
| Task 3 | 924 | 0.0517 | $ 47.77 | $ 1.24 | $ 49.01 | $ 5.27 | $ | 54.28 |
| Task 4 | 1,012 | 0.3750 | $379.50 | $ 9.87 | $389.37 | $ 41.86 | $ | 431.23 |
| Task 5 | 1,335 | 0.0517 | $ 69.02 | $ 1.79 | $ 70.81 | $ 7.61 | $ | 78.42 |

**Other Direct Costs Summary**

| | | | | |
|---|---|---|---|---|
| Task 1 | $  89.90 | $  6.85 | $ 24.97 | $  155.81 |
| Task 2 | $  63.86 | $  4.85 | $ 17.74 | $  110.88 |
| Task 3 | $  31.06 | $ 10.92 | $ 39.79 | $  136.07 |
| Task 4 | $ 155.86 | $ 48.42 | $151.91 | $  796.42 |
| Task 5 | $  44.91 | $ 15.77 | $ 57.59 | $  196.60 |

### Table 4: Consulting Services

| Consultant | Description of Services | Hourly Rate | G & A | Total | Fee | Fully Burdered Rate | Hours | Total Estimated Costs |
|---|---|---|---|---|---|---|---|---|
| Ernest Abbott | Legal Advisor | $ 200.00 | $ 5.20 | $205.20 | $ 22.06 | $ 227.26 | 2.00 | $  454.52 |
| Gary McConnell | Emergency Response and Recovery Consulting | $ 25.00 | $ 3.25 | $128.25 | $ 13.79 | $ 142.04 | 80.00 | $11,363.20 |
| Barry Scanlon | Public Safety and Emergency Management Consulting | $ 350.00 | $ 9.10 | $359.10 | $ 38.60 | $ 397.70 | | $16,909.00 |
| James Lee Witt | Disaster Management Consulting, Facilitation and Coordination with Executive-Level Stakeholders. | $ 500.00 | $13.00 | $513.00 | $ 55.15 | $ 568.15 | | $11,363.00 |

### 1.3.4 Travel Costs

Travel cost obligations are inserted into the accounting system by the IEM travel coordinator within 24 hours of making a reservation. These costs include (1) scheduled transportation cost provided by the ticket agency at the time reservations are made, and (2) hotel and meal per diem cost specified in the Federal Joint Travel Regulation (JTR) for the destination city or area. This allows the IEM Program Manager to review projected travel cost quickly and near actual cost. Upon receipt of individual-expense statements and invoices from travel providers (hotels, ticket agencies, rental car companies, etc.), planning cost figures are compared to actual costs. Any discrepancies are resolved, with narrative explanations of each instance where actual costs exceeded planned costs. The actual costs are posted to the account as soon as authorized by the IEM Program Manager.

IEM, Inc.                                                                                 7

Use or disclosure of data contained in this sheet is subject to the restriction set forth at the front of this proposal or quotation.



To develop travel costs, five representative locations were selected and cost calculated based on the following requirements:

- Air travel based on coach rates
- Federal Joint Travel regulations
- Federally approved per diem rates

The sum shown in the travel table below is at cost. IEM does not apply fee to travel. Trip cost includes round-trip coach airfare, hotel and meal per diem based on federally approved rates, ground transportation (rental car, taxi, or commuter train) and authorized miscellaneous such as toll fees, as appropriate. Travel costs for this effort are outlined in Table 5 below:

IEM, Inc.

Use or disclosure of data contained in this sheet is subject to the restriction set forth at the front of this proposal or quotation

IEM, Inc.

**Table 5: Travel Costs**

| Task | Location | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1-Project Management | Baton Rouge/Washington, DC-REA | Attend kick-off meeting as directed by FEMA | | 1 | 4 | $ 528.00 | $ 176.00 | | |
| 1-Project Management | Atlanta/Washington, DC-REA | Attend kick-off meeting as directed by FEMA | | 1 | 4 | $ 625.00 | $ 176.50 | | |
| 1-Project Management | Atlanta/Baton Rouge, LA | Attend coordination meeting as directed by FEMA | | 1 | 4 | $ 273.00 | $ 180.80 | | |
| 2-Meetings Support | Atlanta/New Orleans, LA | Attend coordination meeting as directed by FEMA | | 2 | 5 | $ 1,314.00 | $ 423.00 | | |
| 2-Meetings Support | Baton Rouge/New Orleans (Mileage) | Attend coordination meeting as directed by FEMA | | | 4 | $ | $ 665.00 | | |
| 3-Exercise Design | Baton Rouge/Denton, TX | Exercise design, coordination, and data acquisition for FEMA Region as directed by FEMA | | | 3 | $ 137.50 | $ 77.50 | 1,530 | |

Use or disclosure of data contained in this sheet is subject to the restriction set forth at the front of the proposal or quotation.

9

Catastrophic Plan for Southeast Louisiana and the New Madrid Seismic Zone

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3-Exercise Design | Salt Lake City/Denton, TX | Exercise, design, coordination, and data acquisition for FEMA Region as directed by FEMA | | 1 | $ | 137.50 | $ 77.50 | | 0 |
| 4-Exercise Execution | Baton Rouge/Denton, TX | IEM Exercise Support | | 1 | $ | 412.50 | $ 232.50 | | |
| 4-Exercise Execution | Atlanta/New Orleans, LA | IEM Exercise Support | | 1 | $ | 1,095.00 | $ 362.50 | | |
| 4-Exercise Execution | Washington DC/New Orleans, LA | IEM Exercise Support | | 2 | $ | 2,190.00 | $ 705.00 | | 0 |
| 4-Exercise Execution | Washington DC/New Orleans, LA | Dewberry Exercise Support | | 2 | $ | 2,190.00 | $ 705.00 | | 0 |
| 4-Exercise Execution | Washington DC/New Orleans, LA | JLW Exercise Support | | 1 | $ | 1,095.00 | $ 362.50 | | 0 |
| 4-Exercise Execution | Salt Lake/New Orleans, LA | IEM Exercise Support | | 1 | $ | 1,095.00 | $ 362.50 | | 0 |
| 4-Exercise Execution | Birmingham/New Orleans, LA | IEM Exercise Support | | 2 | $ | 2,190.00 | $ 705.00 | | 0 |
| 4-Exercise Execution | Washington DC/Denton, TX | Dewberry Exercise Support | | 1 | $ | 412.50 | $ 232.50 | | 0 |

Use or disclosure of data contained in this sheet is subject to the restriction set forth at the front of this proposal or quotation.



IEM, Inc.

10




*Catastrophic Plan for Southeast Louisiana and the New Madrid Seismic Zone*

### 1.3.5 Cost Summary

A capsule view of the total cost proposed for this effort is shown in Table 6. IEM believes that a combination of our competitive rates, talented and qualified work force, and extensive and proven literature search and technical analysis experience provides the Government with the "best value" package.

Table 6: Summary Table of Project Costs

| Cost Category | Hours | Dollars |
|---|---|---|
| Labor * | 5512 | $ 483,885.04 |
| Other Direct Cost | 142 | $ 40,486.28 |
| Travel | | $ 35,041.00 |
| Total | 5,654 | $ 559,412.32 |

\* *Includes 3% discount on all GSA labor categories*

### 1.4 Supplies or Services and Prices/Cost

IEM's price by cost category as specified in Standard Form 18 to the RFQ is provided in Table 7.

Table 7: Supplies or Services and Price/Costs (RFQ Standard Form 18)

| Cost Category | Description | Price * |
|---|---|---|
| Personnel Salary and Benefits * | "Obtain enhanced disaster response planning and technical and project management support; assist FEMA, State and local government to enhance response planning activities and operations by focusing on specific catastrophic disasters; those disasters that by definition will immediately overwhelm the existing disaster response capabilities of local, State, and Federal Governments." | $ 483,885.04 |
| Travel | Air travel based on 5 representative locations, all at coach rates, and following Federal Joint Travel regulations and approved per diems. | $ 35,041.00 |
| Supplies | Meeting supplies and general office/computer supplies and training room accommodations. | $ 1,397.56 |
| Services | Consulting Services | $ 39,088.72 |
| Equipment | Computer hardware and software, communications equipment. | $ 0.00 |
| Contract Amount | Total Cost | $ 559,412.32 |

\* *Labor categories discounted 3%*



 IEM, Inc.

data contained in this sheet is subject to the restriction set forth at the front of this proposal or quotation.

11





From: FEMA-NRCC
Sent: Tuesday, August 30, 2005 1:25 PM
To: Lowder, Michael; Lokey, William; Pawlowski, Michel; Gray, Richard; Hammett-Morgan; Linda; FEMA-NRCC; FEMA HSCenter; FEMA OPERATIONS CENTER; EST-DIR; EST-DEPUTY; EST-OPS; 'EST-ESF05CH'
Cc: Mastapeter, Craig
Subject:





POC: MAJ Todd Burton
     Chief, Operational Planning Branch
     NGB J3 Future Operations

     Cell:
     Fax:

 NRCC Watch



9/21/2005

CREW FOIA 1349

| | |
|---|---|
| **From:** | Lowder, Michael |
| **Sent:** | Tuesday, August 30, 2005 2:27 PM |
| **To:** | Lokey, William; Wells, Scott |
| **Cc:** | Jones, Gary; Buikema, Edward |
| **Subject:** | FW: Could you send this email to White House Communications |

Bill / Scott,

b(5), DPP

If you send us the information, we'll be glad to help do the contacts.

Thanks!

ML

**From:** Kendall, Karyn Richman [mailto:_____]
**Sent:** Tuesday, August 30, 2005 2:23 PM
**To:** Lowder, Michael; Redclay, Bruce
**Cc:** Pitkin, Douglas; Kaniewski, Daniel J.
**Subject:** FW: Could you send this email to White House Communications

Mike,

This came to me in a very roundabout way, but I wanted to forward it to someone at FEMA.

b(5), DPP

Thanks
Karyn

**From:** Johns, Christopher S.
**Sent:** Tuesday, August 30, 2005 2:06 PM
**To:** Kendall, Karyn Richman
**Subject:** FW: Could you send this email to White House Communications

Don't know if there's anything appropriate for you to do with this.  Thought I'd forward it to you.

-csj

**From:** Jamie Price-O'Donnell [mailto:_____]
**Sent:** Tuesday, August 30, 2005 1:30 PM
**To:** Christopher Johns; Johns, Christopher S.
**Subject:** Could you send this email to White House Communications

Chris,

The email below is from the President of St. Bernard Parish.  He left this message on the forum on http://www.nola.com/forums/stbrownhall/.  This forum is the only way St. Bernard residents are able to communicate with

9/21/2005

each other right now.

This may be a drastic request, but could you send this email to White House Communications or the FEMA office so someone can contact him and let him know relief efforts are in place for St. Bernard?

Thank you
Jamie

Henry "Junior" RodriguezPresidentSt. Bernard Parish, Louisiana(504) 278-4200

Dear President Bush:

My name is Henry "Junior" Rodriguez and I am President of St. Bernard Parish Louisiana.

My parish is completely flooded from the recent passage of hurricane Katrina. The eye of the hurricane passed directly over my parish and has caused mass destruction and complete flooding.

Of our community of 67,000 citizens, many are surrounded by water and have no place to go. We have NO food, NO water, NO sanitation, NO power, and NO communication.

We have no way to rescue or recover our citizens.

Absolutely no attempt has been made to communicate with me regarding the catastrophe that has occurred to the citizens that I represent.

I cannot believe that in a country as sophisticated as the United States of America that the leadership in the White House cannot somehow communicate NOW with me and the local government that I represent.

This disaster is a direct outgrowth of the neglect of the Federal Government to address the costal erosion problem of southern Louisiana.

I implore you to please contact me directly or have the appropriate federal agency respond IMMEDIATELY to this disaster. I am in danger of having many citizens die if they are not rescued now.

On behalf of the citizens of St. Bernard Parish, Louisiana, I am begging for your help.

Sincerely,

Henry "Junior" RodriguezPresident, St. Bernard Parish, Louisiana

9/21/2005



From:        Lowder, Michael
Sent:        Tuesday, August 30, 2005 2:42 PM
To:          Lokey, William
Subject:     Re: Could you send this email to White House Communications

Thanks


-----Original Message-----
From: Lokey, William <William.Lokey@fema.gov>
To: Lowder, Michael <Michael.Lowder@fema.gov>
Sent: Tue Aug 30 14:41:00 2005
Subject: RE: Could you send this email to White House Communications

Will do


From: Lowder, Michael
Sent: Tuesday, August 30, 2005 1:27 PM
To: Lokey, William; Wells, Scott
Cc: Jones, Gary; Buikema, Edward
Subject: FW: Could you send this email to White House Communications


Bill / Scott,

██████████████████████████████████████     b (5), DPP

If you send us the information, we'll be glad to help do the contacts.


Thanks!



ML


From: Kendall, Karyn Richman [mailto:███████████████████
Sent: Tuesday, August 30, 2005 2:23 PM
To: Lowder, Michael; Redcay, Bruce
Cc: Pitkin, Douglas; Kaniewski, Daniel J.
Subject: FW: Could you send this email to White House Communications


Mike.

                                    34

CREW FOIA 1352

his came to me in a very roundabout way, but I wanted to forward it to someone at FEMA.

b(5), DPP

ranks

aryn

om: Johns, Christopher S.
nt: Tuesday, August 30, 2005 2:06 PM
: Kendall, Karyn Richman
bject: FW: Could you send this email to White House Communications

n't know if there's anything appropriate for you to do with this.  Thought I'd forward
to you.

j

om: Jamie Price-O'Donnell [mailto:
t: Tuesday, August 30, 2005 1:30 PM
: Christopher Johns; Johns, Christopher S.
bject: Could you send this email to White House Communications

is,

The email below is from the President of St. Bernard Parish.  He left this message on
forum on http://www.ncla.com/forums/stbtownhall/.  This forum is the only way St.
nard residents are able to communicate with each other right now.

This may be a drastic request, but could you send this email to White House
munications ot the FEMA office so someone can contact him and let him know relief
orts are in place for St. Bernard?

nk you

ie

y "Junior" RodriguezPresidentSt. Bernard Parish, Louisiana

President Bush:

35 

My name is Henry "Junior" Rodriguez and I am President of St. Bernard Parish Louisiana.

My parish is completely flooded from the recent passage of hurricane Katrina. The eye of the hurricane passed directly over my parish and has caused mass destruction and complete flooding.

In our community of 67,000 citizens, many are surrounded by water and have no place to go. We have NO food, NO water, NO sanitation, NO power, and NO communication.

We have no way to rescue or recover our citizens.

Absolutely no attempt has been made to communicate with me regarding the catastrophe that has occurred to the citizens that I represent.

I cannot believe that in a country as sophisticated as the United States of America that the leadership in the White House cannot somehow communicate NOW with me and the local government that I represent.

This disaster is a direct outgrowth of the neglect of the Federal Government to address the costal erosion problem of southern Louisiana.

I implore you to please contact me directly or have the appropriate federal agency respond IMMEDIATELY to this disaster. I am in danger of having many citizens die if they are not rescued now.

On behalf of the citizens of St. Bernard Parish, Louisiana, I am begging for your help.

Sincerely,

Henry "Junior" RodriguezPresident, St. Bernard Parish, Louisiana

36

om:           Lowder, Michael
nt:           Tuesday, August 30, 2005 2:42 PM
:             Lokey, William
bject:        Re: Could you send this email to White House Communications

anks

---Original Message-----
om: Lokey, William <William.Lokey@fema.gov>
: Lowder, Michael <Michael.Lowder@fema.gov>
nt: Tue Aug 30 14:41:00 2005
bject: RE: Could you send this email to White House Communications

ll do

om: Lowder, Michael
nt: Tuesday, August 30, 2005 1:27 PM
: Lokey, William; Wells, Scott
:: Jones, Gary; Buikema, Edward
bject: FW: Could you send this email to White House Communications

ll / Scott,

b(5), DPP

you send us the information, we'll be glad to help do the contacts.

anks!

om: Kendall, Karyn Richman [mailto:                    ]
nt: Tuesday, August 30, 2005 2:23 PM
: Lowder, Michael; Redcay, Bruce
:: Pitkin, Douglas; Kaniewski, Daniel J.
bject: FW: Could you send this email to White House Communications

ke,

293

his came to me in a very roundabout way, but I wanted to forward it to someone at FEMA.

b(5), DPP

hanks

aryn

rom: Johns, Christopher S.
ent: Tuesday, August 30, 2005 2:06 PM
o: Kendall, Karyn Richman
ubject: FW: Could you send this email to White House Communications

on't know if there's anything appropriate for you to do with this.  Thought I'd forward
: to you.

:j

rom: Jamie Price-O'Donnell [mailto:jmpriceo@hotmail.com]
ent: Tuesday, August 30, 2005 1:30 PM
o: Christopher Johns; Johns, Christopher S.
ubject: Could you send this email to White House Communications

hris,

    The email below is from the President of St. Bernard Parish.  He left this message on
he forum on http://www.nola.com/forums/stbtownhall/.  This forum is the only way St.
ernard residents are able to communicate with each other right now.

    This may be a drastic request, but could you send this email to White House
ommunications ot the FEMA office so someone can contact him and let him know relief
fforts are in place for St. Bernard?

hank you

amie

nry "Junior" RodriguezPresidentSt. Bernard Parish, Louisiana(504) 278-4200

ar President Bush:

294

Page 1 of 2

**From:** Lokey, William
**Sent:** Tuesday, August 30, 2005 2:43 PM
**To:** Lowder, Michael
**Subject:** RE: Could you send this email to White House Communications

Will do

**From:** Lowder, Michael
**Sent:** Tuesday, August 30, 2005 1:27 PM
**To:** Lokey, William; Wells, Scott
**Cc:** Jones, Gary; Buikema, Edward
**Subject:** FW: Could you send this email to White House Communications

Bill / Scott,

Can you have someone work this, and then close the loop with WH Comm?

If you send us the information, we'll be glad to help do the contacts.

Thanks!

ML

**From:** Kendall, Karyn Richman [mailto:
**Sent:** Tuesday, August 30, 2005 2:23 PM
**To:** Lowder, Michael; Redcay, Bruce
**Cc:** Pitkin, Douglas; Kaniewski, Daniel J.
**Subject:** FW: Could you send this email to White House Communications



Mike,

This came to me in a very roundabout way, but I wanted to forward it to someone at FEMA.

b (5), DPP

Thanks
Karyn

**From:** Johns, Christopher S.
**Sent:** Tuesday, August 30, 2005 2:06 PM
**To:** Kendall, Karyn Richman
**Subject:** FW: Could you send this email to White House Communications

Don't know if there's anything appropriate for you to do with this. Thought I'd forward it to you.

csj

**From:** Jamie Price-O'Donnell [mailto:



9/21/2005

**Sent:** Tuesday, August 30, 2005 1:30 PM
**To:** Christopher Johns; Johns, Christopher S.
**Subject:** Could you send this email to White House Communications

Chris,

The email below is from the President of St. Bernard Parish. He left this message on the forum on
http://www.nola.com/forums/stblowhall/. This forum is the only way St. Bernard residents are able to communicate with
each other right now.

This may be a drastic request, but could you send this email to White House Communications or the FEMA office so
someone can contact him and let him know relief efforts are in place for St. Bernard?

Thank you
Jamie

Henry "Junior" RodriguezPresidentSt. Bernard Parish, Louisiana(504) 278-4200

Dear President Bush:

My name is Henry "Junior" Rodriguez and I am President of St. Bernard Parish Louisiana.

My parish is completely flooded from the recent passage of hurricane Katrina. The eye of the hurricane
passed directly over my parish and has caused mass destruction and complete flooding.

Of our community of 67,000 citizens, many are surrounded by water and have no place to go. We have
NO food, NO water, NO sanitation, NO power, and NO communication.

We have no way to rescue or recover our citizens.

Absolutely no attempt has been made to communicate with me regarding the catastrophe that has
occurred to the citizens that I represent.

I cannot believe that in a country as sophisticated as the United States of America that the leadership in
the White House cannot somehow communicate NOW with me and the local government that I
represent.

This disaster is a direct outgrowth of the neglect of the Federal Government to address the costal erosion
problem of southern Louisiana.

I implore you to please contact me directly or have the appropriate federal agency respond
IMMEDIATELY to this disaster. I am in danger of having many citizens die if they are not rescued
now.

On behalf of the citizens of St. Bernard Parish, Louisiana, I am begging for your help.

Sincerely,

Henry "Junior" RodriguezPresident, St. Bernard Parish, Louisiana

9/21/2005　　　　　　　　　　　　　　　

name is Henry "Junior" Rodriguez and I am President of St. Bernard Parish Louisiana.

parish is completely flooded from the recent passage of hurricane Katrina. The eye of
he hurricane passed directly over my parish and has caused mass destruction and complete
looding.

our community of 67,000 citizens, many are surrounded by water and have no place to go.
have NO food, NO water, NO sanitation, NO power, and NO communication.

have no way to rescue or recover our citizens.

bsolutely no attempt has been made to communicate with me regarding the catastrophe that
is occurred to the citizens that I represent.

cannot believe that in a country as sophisticated as the United States of America that
he leadership in the White House cannot somehow communicate NOW with me and the local
overnment that I represent.

his disaster is a direct outgrowth of the neglect of the Federal Government to address
he costal erosion problem of southern Louisiana.

implore you to please contact me directly or have the appropriate federal agency respond
MMEDIATELY to this disaster. I am in danger of having many citizens die if they are not
scued now.

behalf of the citizens of St. Bernard Parish, Louisiana, I am begging for your help.

ncerely,

nry "Junior" RodriguezPresident, St. Bernard Parish, Louisiana

295

From:        EST-DEPUTY
Sent:        Tuesday, August 30, 2005 9:33 PM
To:          Buikema, Edward; Lowder, Michael; Pawlowski, Michel; Lokey, William; Wells, Scott
Cc:          EST-DIR; EST-OPS
Subject:     Tasker from HSOC

Folks,

Melvin Jones called.                                  b(5), DPP

told Melvin that you had a conference call and were discussing that very thing - that
t was in the works.

b(5), DPP

b(5), DPP

/r,
Jay

264

CREW FOIA 1360

| From: | EST-DEPUTY |
|---|---|
| Sent: | Tuesday, August 30, 2005 9:59 PM |
| To: | Buikema, Edward; Lowder, Michael; Pawlowski, Michel; Lokey, William; Wells, Scott |
| Cc: | EST-DIR; EST-OPS |
| Subject: | CORRECTION   RE: Tasker from HSOC |

Importance:    High

All

b(5), DPP

Bill Lokey and Scott Wells:  we will need to submit a written concept/plan including specifics of when, how, etc. - to the extent that it is available - we will need it to submit to the HSOC by 0500 EDT.

If you have questions, please contact me at 202-646-2428.

v/r
Clay

| From: | EST-DEPUTY |
|---|---|
| Sent: | Tuesday, August 30, 2005 21:33 |
| To: | Buikema, Edward; Lowder, Michael; Pawlowski, Michel; Lokey, William; Wells, Scott |
| Cc: | EST-DIR; EST-OPS |
| Subject: | Tasker from HSOC |

Folks,

Melvin Jones called.

b(5), DPP

I told Melvin that you had a conference call and were discussing that very thing - that it was in the works.

b(5), DPP

b(5), DPP

v/r,
Clay

261

From:      Heath, Michael
Sent:      Thursday, September 01, 2005 12:30 PM
To:        Lokey, William; Carwile, William; Buikema, Edward; Sherman, Ron; Buikema, Edward; Lowder, Michael
Cc:        Altshuler, Brooks; Rhode, Patrick
Subject:

b(5), PcP



Thanks.

9/21/2005

CREW FOIA 1366