**From:** Carwile, William
**Sent:** Thursday, September 01, 2005 12:55 PM
**To:** Heath, Michael; Lokey, William; Buikema, Edward; Sherman, Ron; Buikema, Edward; Lowder, Michael
**Cc:** Altshuler, Brooks; Rhode, Patrick; Hainje, Richard
**Subject:**

— b(5). PCP

b(5). DPP

-----Original Message-----
From: Heath, Michael
To: Lokey, William; Carwile, William; Buikema, Edward; Sherman, Ron; Buikema, Edward; Lowder, Michael
Cc: Altshuler, Brooks; Rhode, Patrick
Sent: 9/1/05 12:30 PM
Subject:

b(5). PCP

Thanks.

173

CREW FOIA 1367

**From:** Lokey, William
**Sent:** Thursday, September 01, 2005 2:41 PM
**To:** Heath, Michael
**Subject:**

b (5) PDP
b (5) DPP

**From:** Heath, Michael
**Sent:** Thursday, September 01, 2005 11:30 AM
**To:** Lokey, William; Carwile, William; Buikema, Edward; Sherman, Ron; Buikema, Edward; Lowder, Michael
**Cc:** Altshuler, Brooks; Rhode, Patrick
**Subject:**

b (5) PDP

Thanks.

9/21/2005

FW: Cost Share Adjustment                                                                Page 1 of 1

**From:**     Donley, Diane [Diane.Donley@dhs.gov]
**Sent:**     Thursday, September 01, 2005 5:30 PM
**To:**       Lokey, William
**Subject:**  FW: Cost Share Adjustment

From: Sevier, Adrian
Sent: Thursday, September 01, 2005 11:50 AM
To: Adamcik, Carol Ann; Martinez, Mary; Smith, Gary; Herman, Michael; Davis, LindaM; Donley, Diane
Subject: Cost Share Adjustment

b(5) PCP
b(5), ACP

*Adrian Sevier*
*Office of General Counsel*
*Department of Homeland Security*
*Federal Emergency Management Agency*
*500 C Street, SW*
*Washington, DC 20472*
*(202) 646-3696*

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*





9/21/2005

CREW FOIA 1369



| From: | Rhode, Patrick |
| Sent: | Thursday, September 01, 2005 3:55 PM |
| To: | Lowder, Michael; Heath, Michael; Buikema, Edward; Lokey, William; 'Bahamonde, Marty' |
| Cc: | Altshuler, Brooks; Burris, Ken |

Subject: RE: Situation Report for Secretary Chertoff

Thanks –

Please clean up and pass up to hsoc

**From:** Lowder, Michael
**Sent:** Thursday, September 01, 2005 3:52 PM
**To:** Heath, Michael; Buikema, Edward; Lokey, William; 'Bahamonde, Marty'
**Cc:** Rhode, Patrick; Altshuler, Brooks; Burris, Ken
**Subject:** RE: Situation Report for Secretary Chertoff

Very rough information

**From:** Heath, Michael
**Sent:** Thursday, September 01, 2005 3:43 PM
**To:** Buikema, Edward; Lowder, Michael; Lokey, William; 'Bahamonde, Marty'
**Cc:** Rhode, Patrick; Altshuler, Brooks; Burris, Ken
**Subject:** Situation Report for Secretary Chertoff

All,

We need a situation report on the status of the superdome evacuation and the convention center ASAP.

Please include:



b(5), DPP

Thanks

9/21/2005



| | |
|---|---|
| **From:** | Lowder, Michael |
| **Sent:** | Thursday, September 01, 2005 3:52 PM |
| **To:** | Heath, Michael; Buikema, Edward; Lokey, William; 'Bahamonde, Marty' |
| **Cc:** | Rhode, Patrick; Altshuler, Brooks; Burris, Ken |
| **Subject:** | RE: Situation Report for Secretary Chertoff |

Very rough information

**From:** Heath, Michael
**Sent:** Thursday, September 01, 2005 3:43 PM
**To:** Buikema, Edward; Lowder, Michael; Lokey, William; 'Bahamonde, Marty'
**Cc:** Rhode, Patrick; Altshuler, Brooks; Burris, Ken
**Subject:** Situation Report for Secretary Chertoff

All,

We need a situation report on the status of the superdome evacuation and the convention center ASAP.

Please include:





b(5), DPP

Thanks



9/21/2005

**From:** Heath, Michael
**Sent:** Thursday, September 01, 2005 3:57 PM
**To:** Lowder, Michael; Buikema, Edward; Lokey, William; 'Bahamonde, Marty'
**Cc:** Rhode, Patrick; Altshuler, Brooks; Burris, Ken
**Subject:** RE: Situation Report for Secretary Chertoff

Mike,

Thanks for your help. We are getting pinged on this stuff on all sides. Please forward any new numbers you may get.

Thank you, again.

---

**From:** Lowder, Michael
**Sent:** Thursday, September 01, 2005 3:52 PM
**To:** Heath, Michael; Buikema, Edward; Lokey, William; 'Bahamonde, Marty'
**Cc:** Rhode, Patrick; Altshuler, Brooks; Burris, Ken
**Subject:** RE: Situation Report for Secretary Chertoff

Very rough information

---

**From:** Heath, Michael
**Sent:** Thursday, September 01, 2005 3:43 PM
**To:** Buikema, Edward; Lowder, Michael; Lokey, William; 'Bahamonde, Marty'
**Cc:** Rhode, Patrick; Altshuler, Brooks; Burris, Ken
**Subject:** Situation Report for Secretary Chertoff

All,

We need a situation report on the status of the superdome evacuation and the convention center ASAP.

Please include:



b(5), DPP

Thanks

9/21/2005



**From:** Heath, Michael
**Sent:** Thursday, September 01, 2005 3:57 PM
**To:** Lowder, Michael; Buikema, Edward; Lokey, William; 'Bahamonde, Marty'
**Cc:** Rhode, Patrick; Altshuler, Brooks; Burris, Ken
**Subject:** RE: Situation Report for Secretary Chertoff

Mike,

Thanks for your help. We are getting pinged on this stuff on all sides. Please forward any new numbers you may get.

Thank you, again.

---

**From:** Lowder, Michael
**Sent:** Thursday, September 01, 2005 3:52 PM
**To:** Heath, Michael; Buikema, Edward; Lokey, William; 'Bahamonde, Marty'
**Cc:** Rhode, Patrick; Altshuler, Brooks; Burris, Ken
**Subject:** RE: Situation Report for Secretary Chertoff

Very rough information

---

**From:** Heath, Michael
**Sent:** Thursday, September 01, 2005 3:43 PM
**To:** Buikema, Edward; Lowder, Michael; Lokey, William; 'Bahamonde, Marty'
**Cc:** Rhode, Patrick; Altshuler, Brooks; Burris, Ken
**Subject:** Situation Report for Secretary Chertoff

All,

We need a situation report on the status of the superdome evacuation and the convention center ASAP.

Please include:



b(5), DPP

Thanks

9/21/2005

**From:** Lokey, William
**Sent:** Thursday, September 01, 2005 5:20 PM
**To:** King, William
**Subject:** FW: Situation Report for Secretary Chertoff

---

**From:** Heath, Michael
**Sent:** Thursday, September 01, 2005 2:57 PM
**To:** Lowder, Michael; Buikema, Edward; Lokey, William; 'Bahamonde, Marty'
**Cc:** Rhode, Patrick; Altshuler, Brooks; Burris, Ken
**Subject:** RE: Situation Report for Secretary Chertoff

Mike,

Thanks for your help. We are getting pinged on this stuff on all sides. Please forward any new numbers you may get.

Thank you, again.



---

**From:** Lowder, Michael
**Sent:** Thursday, September 01, 2005 3:52 PM
**To:** Heath, Michael; Buikema, Edward; Lokey, William; 'Bahamonde, Marty'
**Cc:** Rhode, Patrick; Altshuler, Brooks; Burris, Ken
**Subject:** RE: Situation Report for Secretary Chertoff

Very rough information

---

**From:** Heath, Michael
**Sent:** Thursday, September 01, 2005 3:43 PM
**To:** Buikema, Edward; Lowder, Michael; Lokey, William; 'Bahamonde, Marty'
**Cc:** Rhode, Patrick; Altshuler, Brooks; Burris, Ken
**Subject:** Situation Report for Secretary Chertoff

All,

We need a situation report on the status of the superdome evacuation and the convention center ASAP.

Please include:

b(5), DPP

9/21/2005

b(5), DPP

Thanks

9/21/2005





**From:** Lokey, William
**Sent:** Thursday, September 01, 2005 4:47 PM
**To:** King, Bill
**Subject:** FW: Situation Report for Secretary Chertoff

**From:** Heath, Michael
**Sent:** Thursday, September 01, 2005 2:43 PM
**To:** Buikema, Edward; Lowder, Michael; Lokey, William; 'Bahamonde, Marty'
**Cc:** Rhode, Patrick; Altshuler, Brooks; Burris, Ken
**Subject:** Situation Report for Secretary Chertoff

All,

We need a situation report on the status of the superdome evacuation and the convention center ASAP.

Please include:



b(5), DPP

Thanks



9/21/2005



**From:** Lokey, William
**Sent:** Thursday, September 01, 2005 4:54 PM
**To:** King, Bill
**Subject:** FW: Situation Report for Secretary Chertoff

FYI

**From:** Heath, Michael
**Sent:** Thursday, September 01, 2005 2:57 PM
**To:** Lowder, Michael; Buikema, Edward; Lokey, William; 'Bahamonde, Marty'
**Cc:** Rhode, Patrick; Altshuler, Brooks; Burris, Ken
**Subject:** RE: Situation Report for Secretary Chertoff

Mike,

Thanks for your help. We are getting pinged on this stuff on all sides. Please forward any new numbers you may get.

Thank you, again.

**From:** Lowder, Michael
**Sent:** Thursday, September 01, 2005 3:52 PM
**To:** Heath, Michael; Buikema, Edward; Lokey, William; 'Bahamonde, Marty'
**Cc:** Rhode, Patrick; Altshuler, Brooks; Burris, Ken
**Subject:** RE: Situation Report for Secretary Chertoff

Very rough information

**From:** Heath, Michael
**Sent:** Thursday, September 01, 2005 3:43 PM
**To:** Buikema, Edward; Lowder, Michael; Lokey, William; 'Bahamonde, Marty'
**Cc:** Rhode, Patrick; Altshuler, Brooks; Burris, Ken
**Subject:** Situation Report for Secretary Chertoff

All,

We need a situation report on the status of the superdome evacuation and the convention center ASAP.

Please include:



b(5), DPP

9/21/2005



CREW FOIA 1377

b(s), DPP

Thanks

9/21/2005

**From:** Brown, Michael D
**Sent:** Friday, September 02, 2005 2:15 PM
**To:** Lokey, William; Buikema, Edward
**Subject:** Re: Call Please

b(5), PcP

-----Original Message-----
From: Lokey, William <William.Lokey@fema.gov>
To: Buikema, Edward <Edward.Buikema@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Fri Sep 02 13:13:59 2005
Subject: RE: Call Please

b(5), DPP

Sorry I could not do better.

124

om:          Heath, Michael
nt:          Saturday, September 03, 2005 10:57 PM
             Lokey, William; Buikema, Edward
bject:       Re: Contact

ll,

anks for all of your help. ███████████████████████

b(s) PcP

nt from my BlackBerry Wireless Handheld

---Original Message-----
om: Lokey, William <William.Lokey@fema.gov>
): Heath, Michael <Michael.Heath@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>
nt: Sat Sep 03 22:42:00 2005
bject: Contact

b(s) Sir

okey

60

**From:**      Lokey, William
**Sent:**      Saturday, September 03, 2005 10:16 PM
**To:**        Turner, Libby; gary.jones@dhs.gov; marylynne.miller@dhs.gov; william.carwile@dhs.gov;
               william.lokey@dhs.gov; Ron.sherman@dhs.gov; nancy.ward@dhs.gov
**Cc:**        Donley, Diane
**Subject:**   RE: Transportation

The letter might be me culpa.

b(5), DPP

-----Original Message-----
From: Turner, Libby [mailto:Libby.Turner@dhs.gov]
Sent: Saturday, September 03, 2005 8:05 PM
To: 'gary.jones@dhs.gov'; 'marylynne.miller@dhs.gov'; 'william.carwile@dhs.gov';
'william.lokey@dhs.gov'; 'Ron.sherman@dhs.gov'; 'nancy.ward@dhs.gov'
Subject: Transportation

Transportation of goods including travel by other federal agencies is becoming and will
become more of a problem. USPS is having trucks turned away and refused fuel. I am finding
that various "interim" mechanisms (memo on FEMA letterhead) etc exist, and it won't take
long for those to be passed around and everyone but the "right" people to have access.  We
will need to be transporting things soon through Donations Management and so.....

b(5), DPP

Thanks for your consideration of this issue.

Libby



23

██████████

| | |
|---|---|
| rom: | Turner, Libby [Libby.Turner@dhs.gov] |
| ent: | Saturday, September 03, 2005 10:44 PM |
| :: | ~~'William.lokey@dhs.gov'; 'libby.turner@dhs.gov'; 'Gary.Jones@dhs.gov';~~ 'marylynne.miller@dhs.gov'; ~~'william.carwile@dhs.gov';~~ 'Ron.Sherman@dhs.gov'; 'Nancy.Ward@dhs.gov' |
| c: | 'Diane.Donley@dhs.gov' |
| ubject: | Re: Transportation |

ot just you and not a big issue - yet.  Besides, you're our hero.  I'm sure everyone did
hat was needed at the time. It's just time now to get a handle on the issue before it
ets out of hand. Thanks for being responsive - and for EVERYTHING that you are doing out
here.  You are all in my prayers.

ibby

-----Original Message-----
rom: Lokey, William <William.Lokey@dhs.gov>
>: Turner, Libby <Libby.Turner@dhs.gov>; 'gary.jones@dhs.gov'
3ary.Jones@dhs.gov>; 'marylynne.miller@dhs.gov' <MaryLynne.Miller@dhs.gov>;
william.carwile@dhs.gov' <William.Carwile@dhs.gov>; 'william.lokey@dhs.gov'
William.Lokey@dhs.gov>; 'Ron.sherman@dhs.gov' <Ron.Sherman@dhs.gov>;
nancy.ward@dhs.gov' <Nancy.Ward@dhs.gov>
C: Donley, Diane <Diane.Donley@dhs.gov>
ent: Sat Sep 03 22:14:19 2005
ubject: RE: Transportation

he letter might be me culpa. ████████████████████████████████         b(5), DPP

-----Original Message-----
rom: Turner, Libby [mailto:Libby.Turner@dhs.gov]
ent: Saturday, September 03, 2005 8:05 PM
>: 'gary.jones@dhs.gov'; 'marylynne.miller@dhs.gov'; 'william.carwile@dhs.gov';
william.lokey@dhs.gov'; 'Ron.sherman@dhs.gov'; 'nancy.ward@dhs.gov'
ubject: Transportation

ransportation of goods including travel by other federal agencies is becoming and will
come more of a problem. USPS is having trucks turned away and refused fuel. I am finding
at various "interim" mechanisms (memo on FEMA letterhead) etc exist, and it won't take
ong for those to be passed around and everyone but the "right" people to have access.  We
ill need to be transporting things soon through Donations Management and so.....

████████████████████████████████████████████         b(5), DPP

hanks for your consideration of this issue.

ibby



**From:** Bossert, Thomas

**Sent:** Sunday, September 04, 2005 11:24 PM

**To:** Brown, Michael D; Picciano, Joe; Altshuler, Brooks; Lokey, William; Gair, Brad; Bahamonde, Marty; 'Jenkins.Greg@gmail.com'; 'Brian.Penoyer@dhs.gov'; Parks, Philip

**Cc:** Bossert, Thomas

**Subject:** Briefing for Chertoff tomorrow

Secretary Chertoff has requested a briefing in the morning on the following topics, some of which will require written material be prepared by the identified presenters:



6(5), DPP

If everyone replies-to-all with attachments, information sharing will benefit the group and the redundancy will hopefully guarantee it gets printed.

-Tom
202-306-2036





9/21/2005

CREW FOIA 1384



**From:** Gair, Brad
**Sent:** Sunday, September 04, 2005 11:38 PM
**To:** Bossert, Thomas; Brown, Michael D; Picciano, Joe; Altshuler, Brooks; Lokey, William; Bahamonde, Marty; 'Jenkins.Greg@gmail.com'; 'Brian.Penoyer@dhs.gov'; Parks, Philip
**Subject:** RE: Briefing for Chertoff tomorrow

Tom,

Is there a specific time for this briefing.  I am not located at the EOC and will need to plan accordingly.

Brad Gair
DHS/FEMA

940.323.2750 (fax)

**From:** Bossert, Thomas
**Sent:** Sunday, September 04, 2005 10:24 PM
**To:** Brown, Michael D; Picciano, Joe; Altshuler, Brooks; Lokey, William; Gair, Brad; Bahamonde, Marty; Jenkins.Greg@gmail.com; Brian.Penoyer@dhs.gov; Parks, Philip
**Cc:** Bossert, Thomas
**Subject:** Briefing for Chertoff tomorrow

Secretary Chertoff has requested a briefing in the morning on the following topics, some of which will require written material be prepared by the identified presenters:



b (s), DPP

If everyone replies-to-all with attachments, information sharing will benefit the group and the redundancy will hopefully guarantee it gets printed.

-Tom




9/21/2005

b(s),PF
b(c),PF

**From:** Lowder, Michael
**Sent:** Saturday, August 27, 2005 5:49 PM
**To:** Altshuler, Brooks; Heath, Michael; Rhode, Patrick
**Cc:** Brown, Michael D
**Subject:** Evacuation and other

*Spoke with LA OEP and R-VI re the evacuation. They say that I-55 and I-59 are running contra flow (all lanes outbound) and that the traffic flow is heavy. LA said that this will give the 35 hours of maximum evacuation, and they feel as comfortable as they can be. They reported that the Governor has been on local tv and radio urging people to evacuate, and to leave now.*

ML







**From:** Heath, Michael
**Sent:** Saturday, August 27, 2005 6:04 PM
**To:** Lowder, Michael; Altshuler, Brooks; Rhode, Patrick
**Cc:** Brown, Michael D
**Subject:** RE: Evacuation and other



Mike,

Thanks.

b(5), PCP

**From:** Lowder, Michael
**Sent:** Saturday, August 27, 2005 5:49 PM
**To:** Altshuler, Brooks; Heath, Michael; Rhode, Patrick
**Cc:** Brown, Michael D
**Subject:** Evacuation and other

Spoke with LA OEP and R-VI re the evacuation. They say that I-55 and I-59 are running contra flow (all lanes outbound) and that the traffic flow is heavy. LA said that this will give the 35 hours of maximum evacuation, and they feel as comfortable as they can be. They reported that the Governor has been on local tv and radio urging people to evacuate, and to leave now.



ML

b(5) PCP
b(5), DPP





6/29/2006

**From:** Lowder, Michael
**Sent:** Saturday, August 27, 2005 6:08 PM
**To:** Heath, Michael; Altshuler, Brooks; Rhode, Patrick
**Cc:** Brown, Michael D
**Subject:** RE: Evacuation and other



Thanks

b(5), PCP

---

**From:** Heath, Michael
**Sent:** Saturday, August 27, 2005 6:04 PM
**To:** Lowder, Michael; Altshuler, Brooks; Rhode, Patrick
**Cc:** Brown, Michael D
**Subject:** RE: Evacuation and other

Mike,

Thanks.

b(5), PCP

---

**From:** Lowder, Michael
**Sent:** Saturday, August 27, 2005 5:49 PM
**To:** Altshuler, Brooks; Heath, Michael; Rhode, Patrick
**Cc:** Brown, Michael D
**Subject:** Evacuation and other

Spoke with LA OEP and R-VI re the evacuation.   They say that I-55 and I-59 are running contra flow (all lanes outbound) and that the traffic flow is heavy.   LA said that this will give the 35 hours of maximum evacuation, and they feel as comfortable as they can be.  They reported that the Governor has been on local tv and radio urging people to evacuate, and to leave now.

ML



b(5), PCP
b(5), DPP

CREW FOIA 1391



PCP / DPP



**From:**      Rhode, Patrick
**Sent:**      Saturday, August 27, 2005 6:48 PM
**To:**        Lowder, Michael; Heath, Michael; Altshuler, Brooks
**Cc:**         Brown, Michael D
**Subject:**   Re: Evacuation and other

Excellent - thanks Mike and Mike for the update -                b(5) DPP

Thanks

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Heath, Michael <Michael.Heath@fema.gov>; Altshuler, Brooks
<Brooks.Altshuler@fema.gov>; Rhode, Patrick <Patrick.Rhode@fema.gov>
CC: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Sat Aug 27 18:08:29 2005
Subject: RE: Evacuation and other                 b(5), PCP,  b(5) DPP

Thanks

_____

From: Heath, Michael
Sent: Saturday, August 27, 2005 6:04 PM
To: Lowder, Michael; Altshuler, Brooks; Rhode, Patrick
Cc: Brown, Michael D
Subject: RE: Evacuation and other

Mike,                                              b(5), PCP
                                                   b(5), DPP

Thanks.

_____

From: Lowder, Michael
Sent: Saturday, August 27, 2005 5:49 PM
To: Altshuler, Brooks; Heath, Michael; Rhode, Patrick



Cc: Brown, Michael D
Subject: Evacuation and other

---

Spoke with LA OEP and R-VI re the evacuation.    They say that I-55 and I-59 are running
*contra flow* (all lanes outbound) and that the traffic flow is heavy.    LA said that this
will give the 35 hours of maximum evacuation, and they feel as comfortable as they can be.
They reported that the Governor has been on local tv and radio urging people to evacuate,
and to leave now.

b(5) DPP      b(o) PcP



ML



**From:** Lowder, Michael
**Sent:** Saturday, August 27, 2005 6:59 PM
**To:** Rhode, Patrick; Heath, Michael; Altshuler, Brooks
**Cc:** Brown, Michael D
**Subject:** Re: Evacuation and other



ML                                           b(5) DPP

```
-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Lowder, Michael <Michael.Lowder@fema.gov>; Heath, Michael <Michael.Heath@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>
CC: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Sat Aug 27 18:47:40 2005
Subject: Re: Evacuation and other
```

Excellent - thanks Mike and Mike for the update -

b(5) DPP

Thanks

```
-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Heath, Michael <Michael.Heath@fema.gov>; Altshuler, Brooks
<Brooks.Altshuler@fema.gov>; Rhode, Patrick <Patrick.Rhode@fema.gov>
CC: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Sat Aug 27 18:08:29 2005
Subject: RE: Evacuation and other
```

b(5) DPP,  b(5) PCP

Thanks

```
From: Heath, Michael
Sent: Saturday, August 27, 2005 6:04 PM
To: Lowder, Michael; Altshuler, Brooks; Rhode, Patrick
Cc: Brown, Michael D
Subject: RE: Evacuation and other
```

Mike,



Thanks.

From: Lowder, Michael
Sent: Saturday, August 27, 2005 5:49 PM
To: Altshuler, Brooks; Heath, Michael; Rhode, Patrick
Cc: Brown, Michael D
Subject: Evacuation and other

Spoke with LA OEP and R-VI re the evacuation.   They say that I-55 and I-59 are running
contra flow (all lanes outbound) and that the traffic flow is heavy.   LA said that this
will give the 35 hours of maximum evacuation, and they feel as comfortable as they can be.
They reported that the Governor has been on local tv and radio urging people to evacuate,
and to leave now.

b(5), DPP      b(5), PCP



ML





**From:** Lowder, Michael
**Sent:** Sunday, August 28, 2005 8:24 PM
**To:** Rhode, Patrick; Brown, Michael D; Altshuler, Brooks; Buikema, Edward; Heath, Michael; Craig, Daniel; Burris, Ken
**Subject:** FW: Superdome

F Y I

ML

-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Sunday, August 28, 2005 8:24 PM
To: Michael Lowder
Subject: RE: Superdome



-----Original Message-----
From: Lowder, Michael [mailto:Michael.Lowder@dhs.gov]
Sent: Sunday, August 28, 2005 6:07 PM
To: Broderick, Matthew (CNC)
Subject: Superdome

5 trailers of water
2 trailers of MRE's

In bound to Superdome eta at 2100 eastern.

Under LEO escort.



b(5).DPP

████████████████████

**From:** Lowder, Michael
**Sent:** Sunday, August 28, 2005 8:45 PM
**To:** Brown, Michael D; Rhode, Patrick; Altshuler, Brooks; Buikema, Edward; Heath, Michael; Craig, Daniel; Burris, Ken
**Subject:** RE: Superdome

What ever it takes.....

-----Original Message-----
From: Brown, Michael D
Sent: Sunday, August 28, 2005 8:46 PM
To: Lowder, Michael; Rhode, Patrick; Altshuler, Brooks; Buikema, Edward; Heath, Michael; Craig, Daniel; Burris, Ken
Subject: Re: Superdome

████████████████████

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>; Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>; Heath, Michael <Michael.Heath@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>; Burris, Ken <Ken.Burris@fema.gov>
Sent: Sun Aug 28 20:23:37 2005
Subject: FW: Superdome

F Y I

ML

-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Sunday, August 28, 2005 8:24 PM
To: Michael Lowder
Subject: RE: Superdome

████████████████████ 

-----Original Message-----
From: Lowder, Michael [mailto:Michael.Lowder@dhs.gov]
Sent: Sunday, August 28, 2005 6:07 PM
To: Broderick, Matthew (CNC)
Subject: Superdome

5 trailers of water
2 trailers of MRE's

In bound to Superdome eta at 2100 eastern.

Under LEO escort.



b(5), DFP

| | |
|---|---|
| **From:** | Brown, Michael D |
| **Sent:** | Sunday, August 28, 2005 8:46 PM |
| **To:** | Lowder, Michael; Rhode, Patrick; Altshuler, Brooks; Buikema, Edward; Heath, Michael; Craig, Daniel; Burris, Ken |
| **Subject:** | Re: Superdome |

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Heath, Michael <Michael.Heath@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>; Burris,
Ken <Ken.Burris@fema.gov>
Sent: Sun Aug 28 20:23:37 2005
Subject: FW: Superdome

F Y I

ML

-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Sunday, August 28, 2005 8:24 PM
To: Michael Lowder
Subject: RE: Superdome

-----Original Message-----
From: Lowder, Michael [mailto:Michael.Lowder@dhs.gov]
Sent: Sunday, August 28, 2005 6:07 PM
To: Broderick, Matthew (CNC)
Subject: Superdome

5 trailers of water
2 trailers of MRE's

In bound to Superdome eta at 2100 eastern.

Under LEO escort.






b(s) DiP

**From:** Altshuler, Brooks
**Sent:** Sunday, August 28, 2005 9:00 PM
**To:** Brown, Michael D
**Cc:** 'Patrick.Rhode@dhs.gov'
**Subject:** Fw: Superdome

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 20:32:06 2005
Subject: Fw: Superdome

--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Heath, Michael <Michael.Heath@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>; Burris,
Ken <Ken.Burris@fema.gov>
Sent: Sun Aug 28 20:23:37 2005
Subject: FW: Superdome

F Y I

ML

-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Sunday, August 28, 2005 8:24 PM
To: Michael Lowder
Subject: RE: Superdome

-----Original Message-----
From: Lowder, Michael [mailto:Michael.Lowder@dhs.gov]
Sent: Sunday, August 28, 2005 6:07 PM
To: Broderick, Matthew (CNC)
Subject: Superdome

5 trailers of water
2 trailers of MRE's

In bound to Superdome eta at 2100 eastern.

Under LEO escort.

CREW FOIA 1400

**From:** Brown, Michael D
**Sent:** Sunday, August 28, 2005 9:32 PM
**To:** Altshuler, Brooks
**Cc:** 'patrick.rhode@dhs.gov'
**Subject:** Re: Superdome



b(5) PCP
b(5) DPP

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
CC: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 21:00:28 2005
Subject: Fw: Superdome

b(5) DPP

Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 20:32:06 2005
Subject: Fw: Superdome

b(5) DPP

Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Heath, Michael <Michael.Heath@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>; Burris,
Ken <Ken.Burris@fema.gov>
Sent: Sun Aug 28 20:23:37 2005
Subject: FW: Superdome

F Y I

ML

-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Sunday, August 28, 2005 8:24 PM
To: Michael Lowder
Subject: RE: Superdome

b(5) DPP

-----Original Message-----
From: Lowder, Michael [mailto:Michael.Lowder@dhs.gov]
Sent: Sunday, August 28, 2005 6:07 PM
To: Broderick, Matthew (CNC)



Subject: Superdome

5 trailers of water
2 trailers of MRE's

In bound to Superdome eta at 2100 eastern.

Under LEO escort.



**From:** Altshuler, Brooks
**Sent:** Sunday, August 28, 2005 9:34 PM
**To:** Brown, Michael D
**Cc:** 'Patrick.Rhode@dhs.gov'
**Subject:** Re: Superdome

*b(s) DFP*

--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
CC: 'patrick.rhode@dhs.gov' <patrick.rhode@dhs.gov>
Sent: Sun Aug 28 21:31:49 2005
Subject: Re: Superdome

*b(5), PcP*    *b(5), DFP*

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
CC: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 21:00:28 2005
Subject: Fw: Superdome

*b(5). DFP*

--------------------------
Sent from my BlackBerry Wireless Handheld



-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 20:32:06 2005
Subject: Fw: Superdome

*b(5), DFP*

--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Heath, Michael <Michael.Heath@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>; Burris,
Ken <Ken.Burris@fema.gov>
Sent: Sun Aug 28 20:23:37 2005
Subject: FW: Superdome

F Y I

ML

-----Original Message-----



CREW FOIA 1403

From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Sunday, August 28, 2005 8:24 PM
To: Michael Lowder
Subject: RE: Superdome

b(5), DPP



-----Original Message-----
From: Lowder, Michael [mailto:Michael.Lowder@dhs.gov]
Sent: Sunday, August 28, 2005 6:07 PM
To: Broderick, Matthew (CNC)
Subject: Superdome

5 trailers of water
2 trailers of MRE's

In bound to Superdome eta at 2100 eastern.

Under LEO escort.





**From:**      Brown, Michael D
**Sent:**      Sunday, August 28, 2005 9:42 PM
**To:**        Altshuler, Brooks
**Cc:**         'patrick.rhode@dhs.gov'
**Subject:**   Re: Superdome

b(5), DPP

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
CC: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 21:33:34 2005
Subject: Re: Superdome

b(5), DPP

------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
CC: 'patrick.rhode@dhs.gov' <patrick.rhode@dhs.gov>
Sent: Sun Aug 28 21:31:49 2005
Subject: Re: Superdome

b(5), PCP      b(5), DPP

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
CC: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 21:00:28 2005
Subject: Fw: Superdome

b(5), DPP

------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 20:32:06 2005
Subject: Fw: Superdome

b(5), DPP

------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>;

CREW FOIA 1405



Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Heath, Michael <Michael.Heath@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>; Burris,
Ken <Ken.Burris@fema.gov>
Sent: Sun Aug 28 20:23:37 2005
Subject: FW: Superdome

F Y I

ML

-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Sunday, August 28, 2005 8:24 PM
To: Michael Lowder
Subject: RE: Superdome

b(5),DPP

[redacted]

-----Original Message-----
From: Lowder, Michael [mailto:Michael.Lowder@dhs.gov]
Sent: Sunday, August 28, 2005 6:07 PM
To: Broderick, Matthew (CNC)
Subject: Superdome

5 trailers of water
2 trailers of MRE's

In bound to Superdome eta at 2100 eastern.

Under LEO escort.




| | |
|---|---|
| **From:** | Altshuler, Brooks |
| **Sent:** | Sunday, August 28, 2005 9:43 PM |
| **To:** | Brown, Michael D |
| **Cc:** | 'Patrick.Rhode@dhs.gov' |
| **Subject:** | Re: Superdome |

b(5). DPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
CC: 'patrick.rhode@dhs.gov' <patrick.rhode@dhs.gov>
Sent: Sun Aug 28 21:41:53 2005
Subject: Re: Superdome

b(5).DPP

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
CC: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 21:33:34 2005
Subject: Re: Superdome

b(5). DPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
CC: 'patrick.rhode@dhs.gov' <patrick.rhode@dhs.gov>
Sent: Sun Aug 28 21:31:49 2005
Subject: Re: Superdome

b(5).PcP
b(5).DPP



-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
CC: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 21:00:28 2005
Subject: Fw: Superdome

b(5).DPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 20:32:06 2005

Subject: Fw: Superdome



---------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Heath, Michael <Michael.Heath@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>; Burris,
Ken <Ken.Burris@fema.gov>
Sent: Sun Aug 28 20:23:37 2005
Subject: FW: Superdome

F Y I

ML

-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Sunday, August 28, 2005 8:24 PM
To: Michael Lowder
Subject: RE: Superdome



-----Original Message-----
From: Lowder, Michael [mailto:Michael.Lowder@dhs.gov]
Sent: Sunday, August 28, 2005 6:07 PM
To: Broderick, Matthew (CNC)
Subject: Superdome

5 trailers of water
2 trailers of MRE's

In bound to Superdome eta at 2100 eastern.



Under LEO escort.



From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
CC: 'patrick.rhode@dhs.gov' <patrick.rhode@dhs.gov>
Sent: Sun Aug 28 21:31:49 2005
Subject: Re: Superdome



b(5),PcP

b(5),DPP

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
CC: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 21:00:28 2005
Subject: FW: Superdome

b(5)DPP



------------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 20:32:06 2005
Subject: FW: Superdome

b(5).DPP

------------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Heath, Michael <Michael.Heath@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>; Burris,
Ken <Ken.Burris@fema.gov>
Sent: Sun Aug 28 20:23:37 2005
Subject: FW: Superdome

F Y I

ML

-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Sunday, August 28, 2005 8:24 PM
To: Michael Lowder
Subject: RE: Superdome

b(5).DPP



-----Original Message-----
From: Lowder, Michael [mailto:Michael.Lowder@dhs.gov]
Sent: Sunday, August 28, 2005 6:07 PM
To: Broderick, Matthew (CNC)
Subject: Superdome

5 trailers of water
2 trailers of MRE's

CREW FOIA 1409

In bound to Superdome eta at 2100 eastern.

Under LEO escort





[black redaction bar]

| | |
|---|---|
| **From:** | Rhode, Patrick [Patrick.Rhode@dhs.gov] |
| **Sent:** | Sunday, August 28, 2005 9:55 PM |
| **To:** | 'Brooks.Altshuler@dhs.gov'; 'Michael.D.Brown@dhs.gov' |
| **Subject:** | Re: Superdome |



[black redaction bar]

Thanks

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@dhs.gov>
To: Brown, Michael D <Michael.D.Brown@dhs.gov>
CC: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 21:42:42 2005
Subject: Re: Superdome

b(5), DPP

[black redaction bar]
------------------------

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
CC: 'patrick.rhode@dhs.gov' <patrick.rhode@dhs.gov>
Sent: Sun Aug 28 21:41:53 2005
Subject: Re: Superdome

b(5), DPP

[black redaction bar]

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
CC: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 21:33:34 2005
Subject: Re: Superdome

b(5), DPP

[black redaction bar]
------------------------

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
CC: 'patrick.rhode@dhs.gov' <patrick.rhode@dhs.gov>
Sent: Sun Aug 28 21:31:49 2005
Subject: Re: Superdome

b(5), PCP        b(5), DPP

[black redaction bar]

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
CC: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>

[black redaction bar]

```
Sent: Sun Aug 28 21:00:28 2005
Subject: Fw: Superdome
```

Sent from my BlackBerry Wireless Handheld

```
-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 20:32:06 2005
Subject: Fw: Superdome
```

Sent from my BlackBerry Wireless Handheld

```
-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Heath, Michael <Michael.Heath@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>; Burris,
Ken <Ken.Burris@fema.gov>
Sent: Sun Aug 28 20:23:37 2005
Subject: FW: Superdome
```

F Y I

ML

```
-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Sunday, August 28, 2005 8:24 PM
To: Michael Lowder
Subject: RE: Superdome
```

```
-----Original Message-----
From: Lowder, Michael [mailto:Michael.Lowder@dhs.gov]
Sent: Sunday, August 28, 2005 6:07 PM
To: Broderick, Matthew (CNC)
Subject: Superdome
```



5 trailers of water
2 trailers of MRE's

In bound to Superdome eta at 2100 eastern.

Under LEO escort.



**From:** Rhode, Patrick [Patrick.Rhode@dhs.gov]
**Sent:** Monday, August 29, 2005 7:55 AM
**To:** 'Brown, Michael D'; Altshuler, Brooks
**Subject:** RE: Superdome

thanks

-----Original Message-----
From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Sunday, August 28, 2005 9:32 PM
To: Altshuler, Brooks
Cc: 'patrick.rhode@dhs.gov'
Subject: Re: Superdome

b(s), PCP    b(s), DPP

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
CC: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 21:00:28 2005
Subject: Fw: Superdome

b(s) DPP

--------------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 20:32:06 2005
Subject: Fw: Superdome

b(s), DPP

--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Heath, Michael <Michael.Heath@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>; Burris,
Ken <Ken.Burris@fema.gov>
Sent: Sun Aug 28 20:23:37 2005
Subject: FW: Superdome

F Y I

ML

-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Sunday, August 28, 2005 8:24 PM
To: Michael Lowder
Subject: RE: Superdome

CREW FOIA 1413




-----Original Message-----
From: Lowder, Michael [mailto:Michael.Lowder@dhs.gov]
Sent: Sunday, August 28, 2005 6:07 PM
To: Broderick, Matthew (CNC)
Subject: Superdome

5 trailers of water
2 trailers of MRE's

In bound to Superdome eta at 2100 eastern.

Under LEO escort.



▮▮▮▮▮▮▮▮▮▮

**From:** Brown, Michael D
**Sent:** Sunday, August 28, 2005 9:30 PM
**To:** Rhode, Patrick; 'Brooks.Altshuler@dhs.gov'
**Subject:** Re: IIMG

b(5). DPP

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: 'Altshuler, Brooks' <Brooks.Altshuler@dhs.gov>
CC: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Sun Aug 28 20:58:40 2005
Subject: RE: IIMG

Mike,

Check out below - (Brooks, I thought the three of us might commiserate)

-----Original Message-----
From: Altshuler, Brooks [mailto:Brooks.Altshuler@dhs.gov]
Sent: Sunday, August 28, 2005 8:28 PM
To: 'Patrick.Rhode@dhs.gov'
Subject: Fw: IIMG
Importance: High

This is HSC pushing this. This is the job of the long term recovery esf in the nrp and
fema is the lead.  Let them play their raindeer games as long as they are not turning
around and tasking us with their stupid questions.
None of them have a clue about emergency management[or economic impacts for that matter
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Heath, Michael <Michael.Heath@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Burris, Ken <Ken.Burris@fema.gov>
CC: Sharro, Stephen <Stephen.Sharro@fema.gov>
Sent: Sun Aug 28 19:48:21 2005
Subject: IIMG

Patrick,

b(5) DPP
b(5). PLP

Just received a call from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

He said that he wanted to let you know, that it was not to "get into our knickers". ▮▮▮▮

ML





| | |
|---|---|
| **From:** | Heath, Michael |
| **Sent:** | Monday, August 29, 2005 10:29 AM |
| **To:** | Rhode, Patrick; Brown, Michael D |
| **Subject:** | FW: VTC Today |

b(5) PCP
b(5), DPP





CREW FOIA 1416

| From: | Rhode, Patrick |
|---|---|
| Sent: | Monday, August 29, 2005 10:32 AM |
| To: | Heath, Michael; Brown, Michael D |
| Subject: | RE: VTC Today |

Good - thank you

-----Original Message-----
From: Heath, Michael
Sent: Monday, August 29, 2005 10:29 AM
To: Rhode, Patrick; Brown, Michael D
Subject: FW: VTC Today

b(5), PCP

b(5), DPP

CREW FOIA 1417





| **From:** | Trissell, David |
|---|---|
| **Sent:** | Monday, August 29, 2005 10:44 AM |
| **To:** | Brown, Michael D |
| **Cc:** | Rhode, Patrick; Altshuler, Brooks |
| **Subject:** | DPA |

b(5) DPP

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*



**From:**       Brown, Michael D [Michael.D.Brown@dhs.gov]
**Sent:**       Monday, August 29, 2005 5:35 PM
**To:**         'patrick.rhode@dhs.gov'; 'Brooks.Altshuler@dhs.gov'
**Subject:**    Re: Operations Center Annex Volunteers

b(5), PcP

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@dhs.gov>
To: 'Brown, Michael D' <Michael.D.Brown@dhs.gov>; Altshuler, Brooks
<Brooks.Altshuler@dhs.gov>
Sent: Mon Aug 29 17:28:27 2005
Subject: RE: Operations Center Annex Volunteers

b(5), DPP

-----Original Message-----
From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Monday, August 29, 2005 5:11 PM
To: Altshuler, Brooks; 'patrick.rhode@dhs.gov'
Subject: Fw: Operations Center Annex Volunteers

At least Chuck gets it.

-----Original Message-----
From: McQueary, Charles <Charles.Mcqueary@dhs.gov>
To: Hill, Ken <Ken.Hill@DHS.GOV>; Hale, Janet <Janet.Hale@DHS.GOV>; Beardsworth, Randy
<Randy.Beardsworth@DHS.GOV>; Stephan, Bob <Bob.Stephan@DHS.GOV>; Basham, W
<W.Basham@usss.dhs.gov>; Collins, Thomas <Thomas.Collins@uscg.dhs.gov>; Divine, Robert C
<Robert.Divine@dhs.gov>; Sutherland, Daniel <Daniel.Sutherland@DHS.GOV>; Perry, Phil
<Phil.Perry@dhs.gov>; Turner, Pam <Pam.Turner@DHS.GOV>; Besanceney, Brian
<Brian.Besanceney@dhs.gov>; Utley, Ralph <Ralph.Utley1@dhs.gov>; Kelly, Nuala
<Nuala.Kelly@DHS.GOV>; Arcos, Cresencio <Cresencio.Arcos@dhs.gov>; Ostergaard, Dan
<Daniel.Ostergaard@dhs.gov>; Lockwood, Thomas <Thomas.Lockwood@dhs.gov>; Martinez-Fonts,
Al <Al.Martinez-fonts@DHS.GOV>; Mayer, Matt <Matt.Mayer@dhs.gov>; Filler, Joshua
<Joshua.Filler@DHS.GOV>; Oxford, Vayl <Vayl.Oxford@dhs.gov>; Williams, Dwight
<Dwight.Williams@dhs.gov>; Hoelscher, Doug <Doug.Hoelscher@dhs.gov>; Sullivan, Tim
<Tim.Sullivan@HQ.DHS.GOV>; Brown, Michael <DHS> <Michael.D.Brown@dhs.gov>
CC: Broderick, Matthew <Matthew.Broderick@dhs.gov>; Wischmann, Steve
<Steve.Wischmann@dhs.gov>; Wood, John (COS) <John.F.Wood@dhs.gov>; Boudreaux, Chad
<Chad.Boudreaux@dhs.gov>; Cannatti, Ashley <Ashley.Cannatti@dhs.gov>; Wiley, Miles
<Miles.Wiley@dhs.gov>; Richmond, Susan <Susan.Richmond@dhs.gov>; Birkeland, Blair
<Blair.Birkeland@dhs.gov>; Kliska, Jennifer <Jennifer.Kliska1@dhs.gov>; Tambone, Victor
<Victor.Tambone@DHS.GOV>; Ressler, Shila <Shila.Ressler@dhs.gov>; Cornyn, Danley
<Danley.Cornyn@dhs.gov>; IAIPExecSec <Iaipexecsec@dhs.gov>; Ayers, Dana
<Dana.Ayers@dhs.gov>; Woodard, Steven <Steven.Woodard@dhs.gov>; Heinlein, Elaine
<elaine.heinlein@DHS.GOV>; Pultz, Rick <Richard.W.Pultz@uscg.dhs.gov>; Hehr, Casey
<Casey.Hehr@dhs.gov>; Paar, Tom <Tom.Paar@dhs.gov>; Keefer, Timothy
<Timothy.Keefer@dhs.gov>; Woods, Keshia <Keshia.Woods@dhs.gov>; Collado, Humberto
<Humberto.Collado@dhs.gov>; Leech, John <John.Leech@dhs.gov>; Cooney, Maureen
<Maureen.Cooney@dhs.gov>; Marmaud, Karen <Karen.Marmaud@dhs.gov>; Wall, Kenneth
<Kenneth.Wall@DHS.GOV>; Mares, Jan <Jan.Mares@dhs.gov>; Philbin, Patrick <Patrick.Philbin1
@dhs.gov>; Leckey, Eric <Eric.Leckey@dhs.gov>; Wolfe, Rebecca <Rebecca.Wolfe@dhs.gov>;
Beyer, Gregg A <Gregg.Beyer@dhs.gov>
Sent: Mon Aug 29 16:56:41 2005
Subject: RE: Operations Center Annex Volunteers

Ken,

b(5), DPP

Dr. Charles E. McQueary

Under Secretary for Science and Technology

Department of Homeland Security

From: Hill, Ken
Sent: Monday, August 29, 2005 4:39 PM
To: Hale, Janet; Beardsworth, Randy; McQueary, Charles; Stephan, Bob; rbasham@usss.treas.gov; Collins, Thomas; Robert.Divine@dhs.gov; Sutherland, Daniel; Perry, Phil; Turner, Pam; Besanceney, Brian; Utley, Ralph; Kelly, Nuala; Arcos, Cresencio; Ostergaard, Dan; Lockwood, Thomas; Martinez-Fonts, Al; Mayer, Matt; 'Filler, Joshua'; Oxford, Vayl; Williams, Dwight; Hoelscher, Doug; Sullivan, Tim; Brown, Michael <DHS>
Cc: Broderick, Matthew; Wischmann, Steve; Wood, John (COS); Boudreaux, Chad; Cannatti, Ashley; Wiley, Miles; Richmond, Susan; Birkeland, Blair; Kliska, Jennifer; Tambone, Victor; Ressler, Shila; Cornyn, Danley; IAIPExecSec@dhs.gov; Ayers, Dana; Woodard, Steven; _____, Elaine; 'Pultz, Rick'; Hehr, Casey; Paar, Tom; Keefer, Timothy; Woods, Keshia; ____ Humberto; Leech, John; Cooney, Maureen; Marmaud, Karen; Wall, Kenneth; Mares, ____ bin, Patrick; Leckey, Eric; Wolfe, Rebecca; gregg.beyer@dhs.gov
Subject: Operations Center Annex Volunteers

As mentioned this morning in the 0900 Chief of Staff Meeting, the following is from the HSOC:

"During a large domestic incident, whether natural or terrorist related, it is highly likely that the Homeland Security Operations Center (HSOC) will see dramatic increases in information requests and responses that could exceed the Senior Watch Officer's (SWO) capacity to coordinate both the information flow and incident management. To address this contingency, the HSOC is establishing an Operations Center Annex (OCA) capability utilizing an HSOC Auxiliary Watch that can be stood up during significant incidents in order to accommodate increased demands on the receipt and processing of incident information.

The primary mission of the OCA will be to assist the SWO and the HSOC staff by screening and redirecting critical information to the correct recipient, and/or closeout calls coming into the HSOC or Department, as well as assist in the screening and prioritization of additional suspicious activity reporting for forwarding to the HSOC. The OCA will meet the operational need to capture all requests for information, or reports of information, during a domestic incident while allowing the HSOC to continue to operate unimpeded by the increased requests for, and flow of, information. Many Departmental personnel want to contribute during a national emergency; to that end, members of the OCA will have a key role in assisting in the next national emergency and have immediate awareness of the incident and how it is managed and coordinated by the Department.

The OCA is envisioned to operate with as many as 20 Auxiliary Operations Desks on 12-hour shifts covering 24-hour operations for as long as the incident or information management demands require. The OCA staffing can CREW FOIA 1420 based on the operational requirements, but as many as 40 DHS personnel comprised within the HSOC OCA must be available to meet the high-end demand posed by significant domestic incidents. To accomplish this critical