function, we are soliciting volunteers to be placed onto the OCA roster. This staff will receive the necessary training and guidance materials to prepare them for activation should the need arise. We recognize that during a crisis, many of your offices may be fully engaged in addressing the incident and many also have staff serving on the IIMG. Nonetheless, this is an opportunity for others to become fully involved in assisting during a critical period of time.

Please send your contact information by e-mail to Rebecca Wolfe at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ by Friday, September 9th if you would like to be a member of the HSOC Auxiliary Watch."

Thanks, Ken

**From:** Rhode, Patrick
**Sent:** Monday, August 29, 2005 6:32 PM
**To:** 'Brown, Michael D'; 'Brooks.Altshuler@dhs.gov'
**Subject:** RE: Operations Center Annex Volunteers

b(5), PcP

-----Original Message-----
From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Monday, August 29, 2005 5:35 PM
To: 'patrick.rhode@dhs.gov'; 'Brooks.Altshuler@dhs.gov'
Subject: Re: Operations Center Annex Volunteers

b(5), PcP

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@dhs.gov>
To: 'Brown, Michael D' <Michael.D.Brown@dhs.gov>; Altshuler, Brooks
<Brooks.Altshuler@dhs.gov>
Sent: Mon Aug 29 17:28:27 2005
Subject: RE: Operations Center Annex Volunteers

b(5), DPP

-----Original Message-----
From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Monday, August 29, 2005 5:11 PM
To: Altshuler, Brooks; 'patrick.rhode@dhs.gov'
Subject: Fw: Operations Center Annex Volunteers

At least Chuck gets it.

-----Original Message-----
From: McQueary, Charles <Charles.Mcqueary@dhs.gov>
To: Hill, Ken <Ken.Hill@DHS.GOV>; Hale, Janet <Janet.Hale@DHS.GOV>; Beardsworth, Randy
<Randy.Beardsworth@DHS.GOV>; Stephan, Bob <Bob.Stephan@DHS.GOV>; Basham, W
<W.Basham@usss.dhs.gov>; Collins, Thomas <Thomas.Collins@uscg.dhs.gov>; Divine, Robert C
<Robert.Divine@dhs.gov>; Sutherland, Daniel <Daniel.Sutherland@DHS.GOV>; Perry, Phil
<Phil.Perry@dhs.gov>; Turner, Pam <Pam.Turner@DHS.GOV>; Besanceney, Brian
<Brian.Besanceney@dhs.gov>; Utley, Ralph <Ralph.Utley1@dhs.gov>; Kelly, Nuala
<Nuala.Kelly@DHS.GOV>; Arcos, Cresencio <Cresencio.Arcos@dhs.gov>; Ostergaard, Dan
<Daniel.Ostergaard@dhs.gov>; Lockwood, Thomas <Thomas.Lockwood@dhs.gov>; Martinez-Fonts,
Al <Al.Martinez-fonts@DHS.GOV>; Mayer, Matt <Matt.Mayer@dhs.gov>; Filler, Joshua
<Joshua.Filler@DHS.GOV>; Oxford, Vayl <Vayl.Oxford@dhs.gov>; Williams, Dwight
<Dwight.Williams@dhs.gov>; Hoelscher, Doug <Doug.Hoelscher@dhs.gov>; Sullivan, Tim
<Tim.Sullivan@HQ.DHS.GOV>; Brown, Michael <DHS> <Michael.D.Brown@dhs.gov>
CC: Broderick, Matthew <Matthew.Broderick@dhs.gov>; Wischmann, Steve
<Steve.Wischmann@dhs.gov>; Wood, John (COS) <John.F.Wood@dhs.gov>; Boudreaux, Chad
<Chad.Boudreaux@dhs.gov>; Cannatti, Ashley <Ashley.Cannatti@dhs.gov>; Wiley, Miles
<Miles.Wiley@dhs.gov>; Richmond, Susan <Susan.Richmond@dhs.gov>; Birkeland, Blair
<Blair.Birkeland@dhs.gov>; Kliska, Jennifer <Jennifer.Kliska1@dhs.gov>; Tambone, Victor
<Victor.Tambone@DHS.GOV>; Ressler, Shila <Shila.Ressler@dhs.gov>; Cornyn, Danley
<Danley.Cornyn@dhs.gov>; IAIPExecSec <Iaipexecsec@dhs.gov>; Ayers, Dana
<Dana.Ayers@dhs.gov>; Woodard, Steven <Steven.Woodard@dhs.gov>; Heinlein, Elaine
<elaine.heinlein@DHS.GOV>; Pultz, Rich <Rich.W.Pultz@uscg.dhs.gov>; Hehr, Casey
<Casey.Hehr@dhs.gov>; Paar, Tom <Tom.Paar@dhs.gov>; Keefer, Timothy
<Timothy.Keefer@dhs.gov>; Woods, Keshia <Keshia.Woods@dhs.gov>; Collado, Humberto
; Leech, John <John.Leech@dhs.gov>; Cooney, Maureen

<Maureen.Cooney@dhs.gov>; Marmaud, Karen <Karen.Marmaud@dhs.gov>; Wall, Kenneth
<Kenneth.Wall@DHS.GOV>; Mares, Jan <Jan.Mares@dhs.gov>; Philbin, Patrick <Patrick.Philbin1
@dhs.gov>; Leckey, Eric <Eric.Leckey@dhs.gov>; Wolfe, Rebecca <Rebecca.Wolfe@dhs.gov>;
Beyer, Gregg A <Gregg.Beyer@dhs.gov>
Sent: Mon Aug 29 16:56:41 2005
Subject: RE: Operations Center Annex Volunteers

b(5), DPP

Ken,

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Dr. Charles E. McQueary

Under Secretary for Science and Technology

Department of Homeland Security

From: Hill, Ken
Sent: Monday, August 29, 2005 4:39 PM
To: Hale, Janet; Beardsworth, Randy; McQueary, Charles; Stephan, Bob;
rbasham@usss.treas.gov; Collins, Thomas; Robert.Divine@dhs.gov; Sutherland, Daniel; Perry,
Phil; Turner, Pam; Besanceney, Brian; Utley, Ralph; Kelly, Nuala; Arcos, Cresencio;
Ostergaard, Dan; Lockwood, Thomas; Martinez-Fonts, Al; Mayer, Matt; 'Filler, Joshua';
Oxford, Vayl; Williams, Dwight; Hoelscher, Doug; Sullivan, Tim; Brown, Michael <DHS>
Cc: Broderick, Matthew; Wischmann, Steve; Wood, John (COS); Boudreaux, Chad; Cannatti,
Ashley; Wiley, Miles; Richmond, Susan; Birkeland, Blair; Kliska, Jennifer; Tambone,
Victor; Ressler, Shila; Cornyn, Danley; IAIPExecSec@dhs.gov; Ayers, Dana; Woodard, Steven;
▓▓▓▓▓, Elaine; 'Pultz, Rick'; Hehr, Casey; Paar, Tom; Keefer, Timothy; Woods, Keshia;
▓▓▓▓, Humberto; Leech, John; Cooney, Maureen; Marmaud, Karen; Wall, Kenneth; Mares,
▓▓▓▓lbin, Patrick; Leckey, Eric; Wolfe, Rebecca; gregg.beyer@dhs.gov
▓▓▓▓▓▓ Operations Center Annex Volunteers

As mentioned this morning in the 0900 Chief of Staff Meeting, the following is from the
HSOC:

"During a large domestic incident, whether natural or terrorist related, it is highly
likely that the Homeland Security Operations Center (HSOC) will see dramatic increases in
information requests and responses that could exceed the Senior Watch Officer's (SWO)
capacity to coordinate both the information flow and incident management. To address this
contingency, the HSOC is establishing an Operations Center Annex (OCA) capability
utilizing an HSOC Auxiliary Watch that can be stood up during significant incidents in
order to accommodate increased demands on the receipt and processing of incident
information.

The primary mission of the OCA will be to assist the SWO and the HSOC staff by screening
and redirecting critical information to the correct recipient, and/or closeout calls
coming into the HSOC or Department, as well as assist in the screening and prioritization
of additional suspicious activity reporting for forwarding to the HSOC. The OCA will meet
the operational need to capture all requests for information, or reports of information,
during a domestic incident while allowing the HSOC to continue to operate unimpeded by the
increased requests for, and flow of, information. Many Departmental personnel want to
contribute during a national emergency. To that end, members of the OCA will have a key
role in assisting in the next national emergency and have immediate awareness of the
incident and how it is managed and coordinated by the Department.

The OCA is envisioned to operate with as many as 20 Auxiliary Operations Desks on 12-hour shifts covering 24-hour operations for as long as the incident or information management demands require.  The OCA staffing can be adjusted based on the operational requirements, but as many as 40 DHS personnel comprised within the HSOC OCA must be available to meet the high-end demand posed by significant domestic incidents.  To accomplish this critical function, we are soliciting volunteers to be placed onto the OCA roster.  This staff will receive the necessary training and guidance materials to prepare them for activation should the need arise. We recognize that during a crisis, many of your offices may be fully engaged in addressing the incident and many also have staff serving on the IIMG. Nonetheless, this is an opportunity for others to become fully involved in assisting during a critical period of time.


Please send your contact information by e-mail to Rebecca Wolfe at ████████████████████████ by Friday, September 9th if you would like to be a member of the HSOC Auxiliary Watch."


Thanks, Ken

**From:** Brown, Michael D
**Sent:** Wednesday, August 31, 2005 10:23 PM
**To:**
**Subject:** Re:

b(5), DPP

Tell Ceci howdy.

-----Original Message-----
From: McBride, Lea A. <
To: Brown, Michael D <Michael.D.Brown@dhs.gov>
Sent: Wed Aug 31 22:19:25 2005
Subject: Re:

b(5), DPP

Just saw you on with Elizabeth Vargas. Great job. You must be exhausted.

CeCi Connolly called me earlier - asked how you were and said that she was headed to LA.

It just looks horrible down there and I know that we're only seeing a small sliver.

Take care
---------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@dhs.gov>
To: McBride, Lea A. <
Sent: Wed Aug 31 21:40:55 2005
Subject: RE:

b(5), DPP

_____

From: McBride, Lea A. [mailto:                    ]
Sent: Wednesday, August 31, 2005 10:17 AM
To: Brown, Michael D
Subject:


Terrific statement you just gave on what the President is doing to aid Louisiana. I just
saw it covered live. You're showing great leadership. Keep up the good work!





**From:** McBride, Lea A. 
**Sent:** Wednesday, August 31, 2005 10:19 PM
**To:** Brown, Michael D
**Subject:** Re:

b(5), DPP

Just saw you on with Elizabeth Vargas. Great job. You must be exhausted.

CeCi Connolly called me earlier - asked how you were and said that she was headed to LA.

It just looks horrible down there and I know that we're only seeing a small sliver.

Take care
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@dhs.gov>
To: McBride, Lea A. <
Sent: Wed Aug 31 21:40:55 2005
Subject: RE:

b(5), DPP


--------

From: McBride, Lea A. [mailto:
Sent: Wednesday, August 31, 2005 10:17 AM
To: Brown, Michael D
Subject:


Terrific statement you just gave on what the President is doing to aid Louisiana. I just
saw it covered live. You're showing great leadership. Keep up the good work!

**From:** Brown, Michael D
**Sent:** Wednesday, August 31, 2005 9:41 PM
**To:** 'McBride, Lea A.'
**Subject:** RE:

b(5), DPP

**From:** McBride, Lea A. [mailto:_____]
**Sent:** Wednesday, August 31, 2005 10:17 AM
**To:** Brown, Michael D
**Subject:**

Terrific statement you just gave on what the President is doing to aid Louisiana. I just saw it covered live. You're showing great leadership. Keep up the good work!



**From:** Heath, Michael

**Sent:** Thursday, September 01, 2005 5:46 PM

**To:** Altshuler, Brooks; Rhode, Patrick; Brown, Michael D; 'Michael Brown personal (michaelbrown@att.net)'

**Cc:** Bossert, Thomas; Sanders, Marshall; McDow, Molly

**Subject:** FW: Updated Briefing

**Attachments:** Katrina_Briefing-States2.ppt

b(5) PCP              b(5) DPP

---

**From:** Podolske, Lew
**Sent:** Thursday, September 01, 2005 5:31 PM
**To:** Altshuler, Brooks; Heath, Michael; Biggs, Charlie
**Cc:** Ayers, Dana
**Subject:** Updated Briefing

b(5) DPP





6/29/2006

**From:**   Michael D Brown [michaelbrown@att.net]
**Sent:**   Thursday, September 01, 2005 11:51 PM
**To:**     'Heath, Michael'; 'Altshuler, Brooks'; 'Rhode, Patrick'; 'Brown, Michael D'
**Cc:**     'Bossert, Thomas'; 'Sanders, Marshall'; 'McDow, Molly'
**Subject:** RE: Updated Briefing

I assume I'll have hard copies of this tomorrow....

---

**From:** Heath, Michael [mailto:Michael.Heath1@dhs.gov]
**Sent:** Thursday, September 01, 2005 5:46 PM
**To:** Altshuler, Brooks; Rhode, Patrick; Brown, Michael D; Michael Brown personal (michaelbrown@att.net)
**Cc:** Bossert, Thomas; Sanders, Marshall; McDow, Molly
**Subject:** FW: Updated Briefing

b(5), PCP          b(5), DPP

---

**From:** Podolske, Lew
**Sent:** Thursday, September 01, 2005 5:31 PM
**To:** Altshuler, Brooks; Heath, Michael; Biggs, Charlie
**Cc:** Ayers, Dana
**Subject:** Updated Briefing

b(5); DPP



CREW FOIA 1437

| | |
|---|---|
| **From:** | Brown, Michael D |
| **Sent:** | Thursday, September 01, 2005 11:05 PM |
| **To:** | |
| **Subject:** | Re: MREs |

b(a) PCP        b(5) DPP

Excellent.

-----Original Message-----
From:
To: Brown, Michael D <Michael.D.Brown@dhs.gov>
Sent: Thu Sep 01 22:50:22 2005
Subject: MREs

Sir,
      Checked with ESF folks and log folks have five trucks of MREs and 5 of water ready
to go in to the Convention Center and the SuperDome.  Each truck has about 21K MREs, so
obviously enough to do what needs to be done.  I am told they are ready to move whenever
necessary, but as you heard from LTG Honore, he is working the security piece.  Al Jones
and I are standing by to assist you and your staff on any other issues as they arise.
Just a note - if you desire, we can travel with you when you believe it is a good idea.
Both of us have satellite comms capability we can bring along and can provide other
immediate staff support when you are away from the DFO.  Obviously believe we should keep
at least one of us at the DFO.  Just want to make sure you understand we have no problem
with accompanying you and providing support as needed.
v/r
John Jordan
COL, US Army




**From:** Altshuler, Brooks [Brooks.Altshuler@dhs.gov]
**Sent:** Thursday, September 01, 2005 10:05 PM
**To:** 'Michael.D.Brown@dhs.gov'
**Subject:** Re: Grape vine

b(5), DPP



```
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@dhs.gov>
To: 'Altshuler, Brooks' <Brooks.Altshuler@dhs.gov>
Sent: Thu Sep 01 21:31:10 2005
Subject: RE: Grape vine
```

b(5), DPP



```
-----Original Message-----
From: Altshuler, Brooks [mailto:Brooks.Altshuler@dhs.gov]
Sent: Thursday, September 01, 2005 7:59 PM
To: 'Michael.D.Brown@dhs.gov'
Subject: Grape vine
```

b(5), PCP        b(5), DPP



```
Sent from my BlackBerry Wireless Handheld
```

**From:** Brown, Michael D
**Sent:** Thursday, September 01, 2005 10:11 PM
**To:** 'Altshuler, Brooks'
**Subject:** RE: Grape vine

b(5), DPP

-----Original Message-----
From: Altshuler, Brooks [mailto:Brooks.Altshuler@dhs.gov]
Sent: Thursday, September 01, 2005 9:05 PM
To: 'Michael.D.Brown@dhs.gov'
Subject: Re: Grape vine

b(5), DPP



Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@dhs.gov>
To: 'Altshuler, Brooks' <Brooks.Altshuler@dhs.gov>
Sent: Thu Sep 01 21:31:10 2005
Subject: RE: Grape vine

b(5), DPP



-----Original Message-----
From: Altshuler, Brooks [mailto:Brooks.Altshuler@dhs.gov]
Sent: Thursday, September 01, 2005 7:59 PM
To: 'Michael.D.Brown@dhs.gov'
Subject: Grape vine

b(5), PcP          b(5), DPP



Sent from my BlackBerry Wireless Handheld




CREW FOIA 1442

**From:** Altshuler, Brooks [Brooks.Altshuler@dhs.gov]
**Sent:** Thursday, September 01, 2005 10:16 PM
**To:** 'Michael.D.Brown@dhs.gov'
**Subject:** Re: Grape vine

b(s), DPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@dhs.gov>
To: 'Altshuler, Brooks' <Brooks.Altshuler@dhs.gov>
Sent: Thu Sep 01 22:10:38 2005
Subject: RE: Grape vine

b(s), DPP

-----Original Message-----
From: Altshuler, Brooks [mailto:Brooks.Altshuler@dhs.gov]
Sent: Thursday, September 01, 2005 9:05 PM
To: 'Michael.D.Brown@dhs.gov'
Subject: Re: Grape vine

b(s), DPP

-----------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@dhs.gov>
To: 'Altshuler, Brooks' <Brooks.Altshuler@dhs.gov>
Sent: Thu Sep 01 21:31:10 2005
Subject: RE: Grape vine

b(s), DPP

-----Original Message-----
From: Altshuler, Brooks [mailto:Brooks.Altshuler@dhs.gov]
Sent: Thursday, September 01, 2005 7:59 PM
To: 'Michael.D.Brown@dhs.gov'
Subject: Grape vine

b(s), PcP          b(s), DPP



b(6),Ptt



Sent from my BlackBerry Wireless Handheld

**From:**  Altshuler, Brooks [Brooks.Altshuler@dhs.gov]
**Sent:**  Thursday, September 01, 2005 8:59 PM
**To:**  'Michael.D.Brown@dhs.gov'
**Subject:**  Grape vine

b(5), PCP        b(5), DPP



Sent from my BlackBerry Wireless Handheld



**From:** Brown, Michael D
**Sent:** Thursday, September 01, 2005 9:31 PM
**To:** 'Altshuler, Brooks'
**Subject:** RE: Grape vine

b(5).DPP



-----Original Message-----
From: Altshuler, Brooks [mailto:Brooks.Altshuler@dhs.gov]
Sent: Thursday, September 01, 2005 7:59 PM
To: 'Michael.D.Brown@dhs.gov'
Subject: Grape vine

b(5), FCP    b(5).DPP



Sent from my BlackBerry Wireless Handheld







b(5),PCP

**From:**      Heath, Michael
**Sent:**      Wednesday, August 31, 2005 1:59 PM
**To:**        Brown, Michael D
**Subject:**   RE: Follow up from the White House

Thank you, sir.



-----Original Message-----
From: Brown, Michael D
Sent: Wednesday, August 31, 2005 2:00 PM
To: Heath, Michael
Subject: Re: Follow up from the White House

-----Original Message-----
From: Heath, Michael <Michael.Heath@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Wed Aug 31 13:53:00 2005
Subject: Follow up from the White House

Thanks,

Heath



b(s).PCP

**From:** Brown, Michael D
**Sent:** Wednesday, August 31, 2005 9:45 PM
**To:** Heath, Michael; Rhode, Patrick; Altshuler, Brooks
**Subject:** RE: Follow up from the White House

-----Original Message-----
From: Heath, Michael
Sent: Wednesday, August 31, 2005 12:59 PM
To: Brown, Michael D
Subject: RE: Follow up from the White House

Thank you, sir.



-----Original Message-----
From: Brown, Michael D
Sent: Wednesday, August 31, 2005 2:00 PM
To: Heath, Michael
Subject: Re: Follow up from the White House

-----Original Message-----
From: Heath, Michael <Michael.Heath@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Wed Aug 31 13:53:00 2005
Subject: Follow up from the White House



Thanks,

Heath



b(6) b(7)

**From:** Brown, Michael D
**Sent:** Wednesday, August 31, 2005 2:00 PM
**To:** Heath, Michael
**Subject:** Re: Follow up from the White House

```
-----Original Message-----
From: Heath, Michael <Michael.Heath@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Wed Aug 31 13:53:00 2005
Subject: Follow up from the White House
```

Thanks,


Heath





**From:** Cooper, Ric [

**Sent:** Thursday, September 01, 2005 4:41 PM

**To:** Gair, Brad

**Cc:** Brown, Michael D

**Subject:** FW: hurricane effort/cruise ships fup

Brad....

Carnival just brought me up to date on situation and their "drop-dead" timing for re-deploying ships to accommodate schedules for this weekend. They are standing by to cancel 8,000 plus cruises beginning at 6 tonight so that they can get ships to you as requested. However, they cannot do that without "letter of authorization" or whatever form of commitment letter they requested. Is there anything I can do to help out or facilitate in any way...including if they have something in their requirements that is causing delay, I will get straight and/or simplified.

Call if I can help...                    or cell at

Ric Cooper

---

**From:** Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
**Sent:** Wednesday, August 31, 2005 8:54 PM
**To:** 'Jeb Bush'; Cooper, Ric
**Subject:** RE: hurricane effort/cruise ships fup

Ric, thanks for the note that Jeb sent.  I personally think this is a great idea.  One of my HQ folks working the housing issue is going to contact you directly.  If you haven't heard from them by close of business tomorrow, please call me on my cell phone,                    .  Thanks.  MDB

---

**From:** Jeb Bush [mailto:
**Sent:** Wednesday, August 31, 2005 6:18 PM
**To:** Cooper, Ric
**Cc:** Brown, Michael D
**Subject:** RE: hurricane effort/cruise ships fup

thank you Ric. I will pass on to Mike Brown. I can't believe they haven't asked as of yet but Mike will respond quickly.

Jeb

6/29/2006



**From:** Gair, Brad [Brad.Gair@dhs.gov]
**Sent:** Thursday, September 01, 2005 5:20 PM
**To:** Cooper, Ric
**Cc:** Brown, Michael D
**Subject:** RE: hurricane effort/cruise ships fup

Ric,

I am well aware of this issue. I have done all that I can on this end and it is now in the hands of FEMA contracting.

---

**From:** Cooper, Ric [mailto:█████████████████]
**Sent:** Thursday, September 01, 2005 4:41 PM
**To:** Gair, Brad
**Cc:** Brown, Michael D
**Subject:** FW: hurricane effort/cruise ships fup

Brad....

Carnival just brought me up to date on situation and their "drop-dead" timing for re-deploying ships to accommodate schedules for this weekend. They are standing by to cancel 8,000 plus cruises beginning at 6 tonight so that they can get ships to you as requested. However, they cannot do that without "letter of authorization" or whatever form of commitment letter they requested. Is there anything I can do to help out or facilitate in any way...including if they have something in their requirements that is causing delay, I will get straight and/or simplified.

Call if I can help...█████████████or cell at █████████████

Ric Cooper

---

**From:** Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
**Sent:** Wednesday, August 31, 2005 8:54 PM
**To:** 'Jeb Bush'; Cooper, Ric
**Subject:** RE: hurricane effort/cruise ships fup

Ric, thanks for the note that Jeb sent. I personally think this is a great idea. One of my HQ folks working the housing issue is going to contact you directly. If you haven't heard from them by close of business tomorrow, please call me on my cell phone, █████████████. Thanks. MDB

---

**From:** Jeb Bush [mailto:█████████████]
**Sent:** Wednesday, August 31, 2005 6:18 PM
**To:** Cooper, Ric
**Cc:** Brown, Michael D
**Subject:** RE: hurricane effort/cruise ships fup

thank you Ric. I will pass on to Mike Brown. I can't believe they haven't asked as of yet but Mike will respond quickly.

CREW FOIA 1451

Jeb





**From:** Cooper, Ric [⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛]
**Sent:** Thursday, September 01, 2005 5:45 PM
**To:** Gair, Brad
**Cc:** Brown, Michael D
**Subject:** RE: hurricane effort/cruise ships fup

Thanks for the response, recognized you had tried to get it done. I've since been told that FEMA had to hand-off to Military Sealift Command and some Captain there basically has said their "procurement procedures" doesn't allow for these quick decisions, questioned locations of ships (even though my understanding they were putting ships where FEMA wants them), and indicated he needed to look at other alternatives. He also asked about if and when ships might be available if a request came "in next few days." We all tried, as we know you did. Let me know if you have any other ideas.

RC

**From:** Gair, Brad [mailto:Brad.Gair@dhs.gov]
**Sent:** Thursday, September 01, 2005 5:20 PM
**To:** Cooper, Ric
**Cc:** Brown, Michael D
**Subject:** RE: hurricane effort/cruise ships fup

Ric,

I am well aware of this issue. I have done all that I can on this end and it is now in the hands of FEMA contracting.

**From:** Cooper, Ric [mailto:rcooper@cooperddb.com]
**Sent:** Thursday, September 01, 2005 4:41 PM
**To:** Gair, Brad
**Cc:** Brown, Michael D
**Subject:** FW: hurricane effort/cruise ships fup

Brad....

Carnival just brought me up to date on situation and their "drop-dead" timing for re-deploying ships to accommodate schedules for this weekend. They are standing by to cancel 8,000 plus cruises beginning at 6 tonight so that they can get ships to you as requested. However, they cannot do that without "letter of authorization" or whatever form of commitment letter they requested. Is there anything I can do to help out or facilitate in any way...including if they have something in their requirements that is causing delay, I will get straight and/or simplified.

Call if I can help...⬛⬛⬛⬛⬛⬛⬛ or cell at ⬛⬛⬛⬛⬛⬛⬛

Ric Cooper

**From:** Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
**Sent:** Wednesday, August 31, 2005 8:54 PM
**To:** 'Jeb Bush'; Cooper, Ric

CREW FOIA 1453

Message                                                                Page 2 of 2

**Subject:** RE: hurricane effort/cruise ships fup

Ric, thanks for the note that Jeb sent. I personally think this is a great idea. One of my HQ folks working the housing issue is going to contact you directly. If you haven't heard from them by close of business tomorrow, please call me on my cell phone ████████ Thanks. MDB

---

**From:** Jeb Bush [mailto:████████]
**Sent:** Wednesday, August 31, 2005 6:18 PM
**To:** Cooper, Ric
**Cc:** Brown, Michael D
**Subject:** RE: hurricane effort/cruise ships fup

thank you Ric. I will pass on to Mike Brown. I can't believe they haven't asked as of yet but Mike will respond quickly.

Jeb





6/29/2006

**From:** Rhode, Patrick [Patrick.Rhode@dhs.gov]
**Sent:** Thursday, September 01, 2005 6:47 PM
**To:** 'Brown, Michael D'; Altshuler, Brooks
**Subject:** RE: hurricane effort/cruise ships fup

b(5), DPP



-----Original Message-----
From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Thursday, September 01, 2005 6:02 PM
To: 'patrick.rhode@dhs.gov'; Altshuler, Brooks
Subject: Fw: hurricane effort/cruise ships fup

 b(5), DPP

-----Original Message-----
From: Cooper, Ric <rcooper@cooperddb.com>
To: Gair, Brad <Brad.Gair@dhs.gov>
CC: Brown, Michael D <Michael.D.Brown@dhs.gov>
Sent: Thu Sep 01 17:44:39 2005
Subject: RE: hurricane effort/cruise ships fup

Thanks for the response, recognized you had tried to get it done. I've since been told
that FEMA had to hand-off to Military Sealift Command and some Captain there basically has
said their "procurement procedures" doesn't allow for these quick decisions, questioned
locations of ships (even though my understanding they were putting ships where FEMA wants
them), and indicated he needed to look at other alternatives. He also asked about if and
when ships might be available if a request came "in next few days." We all tried, as we
know you did. Let me know if you have any other ideas.


RC



_____

From: Gair, Brad [mailto:Brad.Gair@dhs.gov]
Sent: Thursday, September 01, 2005 5:20 PM
To: Cooper, Ric
Cc: Brown, Michael D
Subject: RE: hurricane effort/cruise ships fup



Ric,


I am well aware of this issue.  I have done all that I can on this end and it is now in
the hands of FEMA contracting.


_____



From: Cooper, Ric [mailto:█████████████████]
Sent: Thursday, September 01, 2005 4:41 PM
To: Gair, Brad
Cc: Brown, Michael D
Subject: FW: hurricane effort/cruise ships fup


Brad....


Carnival just brought me up to date on situation and their "drop-dead"
timing for re-deploying ships to accommodate schedules for this weekend.
They are standing by to cancel 8,000 plus cruises beginning at 6 tonight so that they can
get ships to you as requested.  However, they cannot do that without "letter of
authorization" or whatever form of commitment letter they requested. Is there anything I
can do to help out or facilitate in any way...including if they have something in their
requirements that is causing delay, I will get straight and/or simplified.


Call if I can help..█████████████ or cell at █████████████


Ric Cooper




From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Wednesday, August 31, 2005 8:54 PM
To: 'Jeb Bush'; Cooper, Ric
Subject: RE: hurricane effort/cruise ships fup


Ric, thanks for the note that Jeb sent.  I personally think this is a great idea.  One of
my HQ folks working the housing issue is going to contact you directly.  If you haven't
heard from them by close of business tomorrow, please call me on my cell phone,
█████████████  Thanks.  MDB




From: Jeb Bush [mailto:█████████████]
Sent: Wednesday, August 31, 2005 6:18 PM
To: Cooper, Ric
Cc: Brown, Michael D
Subject: RE: hurricane effort/cruise ships fup


thank you Ric. I will pass on to Mike Brown. I can't believe they haven't asked as of yet
but Mike will respond quickly.


Jeb

**From:** Brown, Michael D
**Sent:** Thursday, September 01, 2005 6:00 PM
**To:** 'patrick.rhode@dhs.gov'
**Subject:** Fw: hurricane effort/cruise ships fup

```
-----Original Message-----
From: Cooper, Ric <
To: Gair, Brad <Brad.Gair@dhs.gov>
CC: Brown, Michael D <Michael.D.Brown@dhs.gov>
Sent: Thu Sep 01 17:44:39 2005
Subject: RE: hurricane effort/cruise ships fup
```

Thanks for the response, recognized you had tried to get it done. I've since been told that FEMA had to hand-off to Military Sealift Command and some Captain there basically has said their "procurement procedures" doesn't allow for these quick decisions, questioned locations of ships (even though my understanding they were putting ships where FEMA wants them), and indicated he needed to look at other alternatives. He also asked about if and when ships might be available if a request came "in next few days." We all tried, as we know you did. Let me know if you have any other ideas.

RC



```
From: Gair, Brad [mailto:Brad.Gair@dhs.gov]
Sent: Thursday, September 01, 2005 5:20 PM
To: Cooper, Ric
Cc: Brown, Michael D
Subject: RE: hurricane effort/cruise ships fup
```



Ric,

I am well aware of this issue. I have done all that I can on this end and it is now in the hands of FEMA contracting.

```
From: Cooper, Ric [mailto:
Sent: Thursday, September 01, 2005 4:41 PM
To: Gair, Brad
Cc: Brown, Michael D
Subject: FW: hurricane effort/cruise ships fup
```

Brad....

Carnival just brought me up to date on situation and their "drop-dead" timing for re-

deploying ships to accommodate schedules for this weekend. They are standing by to cancel 8,000 plus cruises beginning at 6 tonight so that they can get ships to you as requested. However, they cannot do that without "letter of authorization" or whatever form of commitment letter they requested. Is there anything I can do to help out or facilitate in any way...including if they have something in their requirements that is causing delay, I will get straight and/or simplified.


Call if I can help  or cell at ▮▮▮▮▮▮▮▮▮


Ric Cooper




From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Wednesday, August 31, 2005 8:54 PM
To: 'Jeb Bush'; Cooper, Ric
Subject: RE: hurricane effort/cruise ships fup


Ric, thanks for the note that Jeb sent.  I personally think this is a great idea.  One of my HQ folks working the housing issue is going to contact you directly.  If you haven't heard from them by close of business tomorrow, please call me on my cell phone, ▮▮▮▮▮▮▮:  Thanks.  MDB



From: Jeb Bush [mailto:▮▮▮▮▮▮▮▮
Sent: Wednesday, August 31, 2005 6:18 PM
To: Cooper, Ric
Cc: Brown, Michael D
Subject: RE: hurricane effort/cruise ships fup


thank you Ric. I will pass on to Mike Brown. I can't believe they haven't asked as of yet but Mike will respond quickly.


Jeb








From:            Brown, Michael D
Sent:            Thursday, September 01, 2005 6:02 PM
To:              'patrick.rhode@dhs.gov'; Altshuler, Brooks
Subject:         Fw: hurricane effort/cruise ships fup



b(5), DPP

-----Original Message-----
From: Cooper, Ric <rcooper@cooperddb.com>
To: Gair, Brad <Brad.Gair@dhs.gov>
CC: Brown, Michael D <Michael.D.Brown@dhs.gov>
Sent: Thu Sep 01 17:44:39 2005
Subject: RE: hurricane effort/cruise ships fup

Thanks for the response, recognized you had tried to get it done. I've since been told
that FEMA had to hand-off to Military Sealift Command and some Captain there basically has
said their "procurement procedures" doesn't allow for these quick decisions, questioned
locations of ships (even though my understanding they were putting ships where FEMA wants
them), and indicated he needed to look at other alternatives. He also asked about if and
when ships might be available if a request came "in next few days." We all tried, as we
know you did. Let me know if you have any other ideas.


RC



     ――――
From: Gair, Brad [mailto:Brad.Gair@dhs.gov]
Sent: Thursday, September 01, 2005 5:20 PM
To: Cooper, Ric
Cc: Brown, Michael D
Subject: RE: hurricane effort/cruise ships fup


Ric,


I am well aware of this issue.  I have done all that I can on this end and it is now in
the hands of FEMA contracting.


     ――――
From: Cooper, Ric [mailto: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Sent: Thursday, September 01, 2005 4:41 PM
To: Gair, Brad
Cc: Brown, Michael D
Subject: FW: hurricane effort/cruise ships fup


Brad….

CREW FOIA 1459



Carnival just brought me up to date on situation and their "drop-dead" timing for re-
deploying ships to accommodate schedules for this weekend. They are standing by to cancel
8,000 plus cruises beginning at 6 tonight so that they can get ships to you as requested.
However, they cannot do that without "letter of authorization" or whatever form of
commitment letter they requested. Is there anything I can do to help out or facilitate in
any way…including if they have something in their requirements that is causing delay, I
will get straight and/or simplified.


Call if I can help.████████████ or cell at ███████████████



Ric Cooper


————

From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Wednesday, August 31, 2005 8:54 PM
To: 'Jeb Bush'; Cooper, Ric
Subject: RE: hurricane effort/cruise ships fup


Ric, thanks for the note that Jeb sent.  I personally think this is a great idea.  One of
my HQ folks working the housing issue is going to contact you directly.  If you haven't
heard from them by close of business tomorrow, please call me on my cell phone,
███████████.  Thanks.  MDB


————

From: Jeb Bush [mailto:███████████]
Sent: Wednesday, August 31, 2005 6:18 PM
To: Cooper, Ric
Cc: Brown, Michael D
Subject: RE: hurricane effort/cruise ships fup


thank you Ric. I will pass on to Mike Brown. I can't believe they haven't asked as of yet
but Mike will respond quickly.


Jeb





| | |
|---|---|
| **From:** | Brown, Michael D |
| **Sent:** | Wednesday, August 31, 2005 8:00 PM |
| **To:** | |
| **Subject:** | Re: hurricane effort/cruise ships fup |

Thanks!  I'll get plugged and get something worked out.

-----Original Message-----
From: Jeb Bush <
To: Cooper, Ric <
CC: Brown, Michael D <Michael.D.Brown@dhs.gov>
Sent: Wed Aug 31 19:18:17 2005
Subject: RE: hurricane effort/cruise ships fup

thank you Ric. I will pass on to Mike Brown. I can't believe they haven't **asked as of yet**
but Mike will respond quickly.

Jeb

-----Original Message-----
From: Cooper, Ric [mailto:
Sent: Wednesday, August 31, 2005 6:05 PM
To: Jeb Bush
Subject: hurricane effort/cruise ships

Jeb....

We (Carnival) have been hearing much speculation that FEMA is in desperate need of
rooms/accommodations, etc in the stricken area along the Gulf for rescue workers and so
forth and were expecting to be contacted, but that hasn't happened. And none of us have
any idea how to reach out to FEMA or whoever is appropriate. I decided to do my usual
"I'll give Jeb a heads-up."

If the rooms and accommodations are needed, Carnival can get two or three ships into the
area that could house 6-10,000 people. Could feed if needed as well. Logistics are/would
be very complicated because they have to pull ships out of regular vacation service, etc,
and would need to be worked out with FEMA. It would take a week or two to get ships into
place, but they could then stay weeks-months, if needed. They would minimize costs
involved. And they aren't sure of how close they can get into necessary areas, would
obviously need FEMA input.

But the bottom-line is that Carnival wanted somebody to know what they are willing/able to
do, if it can be of help. (FYI....I feel confident other major cruise folks would
participate as well and I could check with Fain.)

If you think this may be worthwhile or helpful, get us in touch with right people. At
Carnival, they can call Bob Dickinson directly At                    .or Terry Thornton #
                . Terry would be the guy to actually handle liason/logistics. I'm always
available if I can help.



Best,

Ric





**From:** Brown, Michael D
**Sent:** Wednesday, August 31, 2005 8:54 PM
**To:** 'Jeb Bush'; 'Cooper, Ric'
**Subject:** RE: hurricane effort/cruise ships fup

Ric, thanks for the note that Jeb sent. I personally think this is a great idea. One of my HQ folks working the housing issue is going to contact you directly. If you haven't heard from them by close of business tomorrow, please call me on my cell phone, ████████. Thanks. MDB

**From:** Jeb Bush [mailto:████████]
**Sent:** Wednesday, August 31, 2005 6:18 PM
**To:** Cooper, Ric
**Cc:** Brown, Michael D
**Subject:** RE: hurricane effort/cruise ships fup

thank you Ric. I will pass on to Mike Brown. I can't believe they haven't asked as of yet but Mike will respond quickly.

Jeb

      -----Original Message-----
      **From:** Cooper, Ric [mailto:████████]
      **Sent:** Wednesday, August 31, 2005 6:05 PM
      **To:** Jeb Bush
      **Subject:** hurricane effort/cruise ships

      Jeb....

      We (Carnival) have been hearing much speculation that FEMA is in desperate need of rooms/accommodations, etc in the stricken area along the Gulf for rescue workers and so forth and were expecting to be contacted, but that hasn't happened. And none of us have any idea how to reach out to FEMA or whoever is appropriate. I decided to do my usual "I'll give Jeb a heads-up."

      If the rooms and accommodations are needed, Carnival can get two or three ships into the area that could house 6-10,000 people. Could feed if needed as well. Logistics are/would be very complicated because they have to pull ships out of regular vacation service, etc, and would need to be worked out with FEMA. It would take a week or two to get ships into place, but they could then stay weeks-months, if needed. They would minimize costs involved. And they aren't sure of how close they can get into necessary areas, would obviously need FEMA input.

      But the bottom-line is that Carnival wanted somebody to know what they are willing/able to do, if it can be of help. (FYI....I feel confident other major cruise folks would participate as well and I could check with Fain.)

      If you think this may be worthwhile or helpful, get us in touch with right people. At Carnival, they can call Bob Dickinson directly At ████████...or Terry Thornton ████████. Terry would be the guy to actually handle liason/logistics. I'm always available if I can help.

      Best,

      Ric

CREW FOIA 1463

Message



CREW FOIA 1464

6/29/2006

Message                                                                        Page 1 of 2

**From:** Cooper, Ric [███████████]
**Sent:** Wednesday, August 31, 2005 9:01 PM
**To:** Brown, Michael D; Jeb Bush
**Subject:** RE: hurricane effort/cruise ships fup

Thanks, Mike.....your folks (Brad Gair at least) are communicating with Carnival as I write this so I hope this works out for everyone. Let me know if there is anything else I can do. Best of luck to you and your team.  Ric

**From:** Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
**Sent:** Wednesday, August 31, 2005 8:54 PM
**To:** 'Jeb Bush'; Cooper, Ric
**Subject:** RE: hurricane effort/cruise ships fup

Ric, thanks for the note that Jeb sent.  I personally think this is a great idea.  One of my HQ folks working the housing issue is going to contact you directly.  If you haven't heard from them by close of business tomorrow, please call me on my cell phone, ████████████ Thanks.  MDB

**From:** Jeb Bush [mailto:████████████]
**Sent:** Wednesday, August 31, 2005 6:18 PM
**To:** Cooper, Ric
**Cc:** Brown, Michael D
**Subject:** RE: hurricane effort/cruise ships fup

thank you Ric. I will pass on to Mike Brown. I can't believe they haven't asked as of yet but Mike will respond quickly.

Jeb

-----Original Message-----
**From:** Cooper, Ric [mailto:██████████████████]
**Sent:** Wednesday, August 31, 2005 6:05 PM
**To:** Jeb Bush
**Subject:** hurricane effort/cruise ships

Jeb....

We (Carnival) have been hearing much speculation that FEMA is in desperate need of rooms/accommodations, etc in the stricken area along the Gulf for rescue workers and so forth and were expecting to be contacted, but that hasn't happened. And none of us have any idea how to reach out to FEMA or whoever is appropriate. I decided to do my usual "I'll give Jeb a heads-up."

If the rooms and accommodations are needed, Carnival can get two or three ships into the area that could house 6-10,000 people. Could feed if needed as well. Logistics are/would be very complicated because they have to pull ships out of regular vacation service, etc, and would need to be worked out with FEMA. It would take a week or two to get ships into place, but they could then stay weeks-months, if needed. They would minimize costs involved. And they aren't sure of how close they can get into necessary areas, would obviously need FEMA input.

But the bottom-line is that Carnival wanted somebody to know what they are willing/able to do, if it can be of help. (FYI....I feel confident other major cruise folks would participate as well and I could check with Fain.)

CREW FOIA 1465



Message                                                                    Page 2 of 2

If you think this may be worthwhile or helpful, get us in touch with right people! At Carnival, they can call Bob Dickinson directly At ███████████...or Terry Thornton ██████████████erry would be the guy to actually handle liason/logistics. I'm always available if I can help.

Best,

Ric



6/29/2006

**From:** Jeb Bush ▮▮▮▮▮▮▮▮

**Sent:** Wednesday, August 31, 2005 7:18 PM

**To:** Cooper, Ric

**Cc:** Brown, Michael D

**Subject:** RE: hurricane effort/cruise ships fup

thank you Ric. I will pass on to Mike Brown. I can't believe they haven't asked as of yet but Mike will respond quickly.

Jeb

-----Original Message-----
**From:** Cooper, Ric [mailto:r▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮]
**Sent:** Wednesday, August 31, 2005 6:05 PM
**To:** Jeb Bush
**Subject:** hurricane effort/cruise ships

Jeb....

We (Carnival) have been hearing much speculation that FEMA is in desperate need of rooms/accommodations, etc in the stricken area along the Gulf for rescue workers and so forth and were expecting to be contacted, but that hasn't happened. And none of us have any idea how to reach out to FEMA or whoever is appropriate. I decided to do my usual "I'll give Jeb a heads-up."

If the rooms and accommodations are needed, Carnival can get two or three ships into the area that could house 6-10,000 people. Could feed if needed as well. Logistics are/would be very complicated because they have to pull ships out of regular vacation service, etc, and would need to be worked out with FEMA. It would take a week or two to get ships into place, but they could then stay weeks-months, if needed. They would minimize costs involved. And they aren't sure of how close they can get into necessary areas, would obviously need FEMA input.

But the bottom-line is that Carnival wanted somebody to know what they are willing/able to do, if it can be of help. (FYI....I feel confident other major cruise folks would participate as well and I could check with Fain.)

If you think this may be worthwhile or helpful, get us in touch with right people. At Carnival, they can call Bob Dickinson directly At ▮▮▮▮▮▮▮▮▮▮...or Terry Thornton ▮▮▮▮▮▮▮▮▮ Terry would be the guy to actually handle liason/logistics. I'm always available if I can help.

Best,

Ric



Message    Page 1 of 2

**From:** Brown, Michael D
**Sent:** Wednesday, August 31, 2005 8:53 PM
**To:** Rhode, Patrick; Altshuler, Brooks; Craig, Daniel; Buikema, Edward
**Subject:** FW: hurricane effort/cruise ships fup

b(5), DPP

**From:** Jeb Bush [mailto:jeb@jeb.org]
**Sent:** Wednesday, August 31, 2005 6:18 PM
**To:** Cooper, Ric
**Cc:** Brown, Michael D
**Subject:** RE: hurricane effort/cruise ships fup

thank you Ric. I will pass on to Mike Brown. I can't believe they haven't asked as of yet but Mike will respond quickly.

Jeb

-----Original Message-----
**From:** Cooper, Ric [mailto: ]
**Sent:** Wednesday, August 31, 2005 6:05 PM
**To:** Jeb Bush
**Subject:** hurricane effort/cruise ships

Jeb....

We (Carnival) have been hearing much speculation that FEMA is in desperate need of rooms/accommodations, etc in the stricken area along the Gulf for rescue workers and so forth and were expecting to be contacted, but that hasn't happened. And none of us have any idea how to reach out to FEMA or whoever is appropriate. I decided to do my usual "I'll give Jeb a heads-up."

If the rooms and accommodations are needed, Carnival can get two or three ships into the area that could house 6-10,000 people. Could feed if needed as well. Logistics are/would be very complicated because they have to pull ships out of regular vacation service, etc, and would need to be worked out with FEMA. It would take a week or two to get ships into place, but they could then stay weeks-months, if needed. They would minimize costs involved. And they aren't sure of how close they can get into necessary areas, would obviously need FEMA input.

But the bottom-line is that Carnival wanted somebody to know what they are willing/able to do, if it can be of help. (FYI....I feel confident other major cruise folks would participate as well and I could check with Fain.)

If you think this may be worthwhile or helpful, get us in touch with right people. At Carnival, they can call Bob Dickinson directly At 305/406-4688....or Terry Thornton #305/406-4752. Terry would be the guy to actually handle liason/logistics. I'm always available if I can help.

Best,

Ric



Message                                                                    Page 1 of 2



**From:** Craig, Daniel
**Sent:** Wednesday, August 31, 2005 8:58 PM
**To:** Brown, Michael D; Rhode, Patrick; Altshuler, Brooks; Buikema, Edward
**Subject:** RE: hurricane effort/cruise ships fup                    b(5), DPP

**From:** Brown, Michael D
**Sent:** Wednesday, August 31, 2005 8:53 PM
**To:** Rhode, Patrick; Altshuler, Brooks; Craig, Daniel; Buikema, Edward
**Subject:** FW: hurricane effort/cruise ships fup                    b(5), DPP



**From:** Jeb Bush [mailto:
**Sent:** Wednesday, August 31, 2005 6:18 PM
**To:** Cooper, Ric
**Cc:** Brown, Michael D
**Subject:** RE: hurricane effort/cruise ships fup

thank you Ric. I will pass on to Mike Brown. I can't believe they haven't asked as of yet but Mike will respond
quickly.

Jeb

        -----Original Message-----
        **From:** Cooper, Ric [mailto:
        **Sent:** Wednesday, August 31, 2005 6:05 PM
        **To:** Jeb Bush
        **Subject:** hurricane effort/cruise ships

        Jeb....

        We (Carnival) have been hearing much speculation that FEMA is in desperate need of
        rooms/accommodations, etc in the stricken area along the Gulf for rescue workers and so forth and were
        expecting to be contacted, but that hasn't happened. And none of us have any idea how to reach out to
        FEMA or whoever is appropriate. I decided to do my usual "I'll give Jeb a heads-up."

        If the rooms and accommodations are needed, Carnival can get two or three ships into the area that could
        house 6-10,000 people. Could feed if needed as well. Logistics are/would be very complicated because
        they have to pull ships out of regular vacation service, etc, and would need to be worked out with FEMA. It
        would take a week or two to get ships into place, but they could then stay weeks-months, if needed. They
        would minimize costs involved. And they aren't sure of how close they can get into necessary areas, would
        obviously need FEMA input.

        But the bottom-line is that Carnival wanted somebody to know what they are willing/able to do, if it can be
        of help. (FYI....I feel confident other major cruise folks would participate as well and I could check with
        Fain.)

CREW FOIA 1470



Message

If you think this may be worthwhile or helpful, get us in touch with right people. At Carnival, they can call Bob Dickinson directly At ▇▇▇▇▇▇...or Terry Thornton ▇▇▇▇▇▇ Terry would be the guy to actually handle liason/logistics. I'm always available if I can help.

Best,

Ric



CREW FOIA 1471



Message                                           Page 1 of 2

**From:** Buikema, Edward
**Sent:** Wednesday, August 31, 2005 8:55 PM
**To:** Brown, Michael D; Rhode, Patrick; Altshuler, Brooks; Craig, Daniel
**Cc:** Hutchins, Charles; Moore, GaryE
**Subject:** RE: hurricane effort/cruise ships fup

I'll have our logistics folks make contact with them and coordinate with Recovery.

**From:** Brown, Michael D
**Sent:** Wednesday, August 31, 2005 8:53 PM
**To:** Rhode, Patrick; Altshuler, Brooks; Craig, Daniel; Buikema, Edward
**Subject:** FW: hurricane effort/cruise ships fup

b (5), DPP

**From:** Jeb Bush [mailto:▓▓▓▓▓
**Sent:** Wednesday, August 31, 2005 6:18 PM
**To:** Cooper, Ric
**Cc:** Brown, Michael D
**Subject:** RE: hurricane effort/cruise ships fup

thank you Ric. I will pass on to Mike Brown. I can't believe they haven't asked as of yet but Mike will respond quickly.

Jeb

     -----Original Message-----
     **From:** Cooper, Ric [mailto:▓▓▓▓▓▓@cooperddb.com]
     **Sent:** Wednesday, August 31, 2005 6:05 PM
     **To:** Jeb Bush
     **Subject:** hurricane effort/cruise ships

     Jeb....

     We (Carnival) have been hearing much speculation that FEMA is in desperate need of rooms/accommodations, etc in the stricken area along the Gulf for rescue workers and so forth and were expecting to be contacted, but that hasn't happened. And none of us have any idea how to reach out to FEMA or whoever is appropriate. I decided to do my usual "I'll give Jeb a heads-up."

     If the rooms and accommodations are needed, Carnival can get two or three ships into the area that could house 6-10,000 people. Could feed if needed as well. Logistics are/would be very complicated because they have to pull ships out of regular vacation service, etc, and would need to be worked out with FEMA. It would take a week or two to get ships into place, but they could then stay weeks-months, if needed. They would minimize costs involved. And they aren't sure of how close they can get into necessary areas, would obviously need FEMA input.

     But the bottom-line is that Carnival wanted somebody to know what they are willing/able to do, if it can be of help. (FYI....I feel confident other major cruise folks would participate as well and I could check with Fain.)

Message                                                                                    Page 2 of 2

If you think this may be worthwhile or helpful, get us in touch with right people. At Carnival, they can call Bob Dickinson directly At ████████...or Terry Thornton ████████ Terry would be the guy to actually handle liason/logistics. I'm always available if I can help.

Best,

Ric

6/29/2006

**From:**   Brown, Michael D
**Sent:**   Friday, September 02, 2005 11:54 AM
**To:**     Altshuler, Brooks



b(5).Pcr    b(5).DPP



**From:** Brown, Michael D
**Sent:** Friday, September 02, 2005 12:27 PM
**To:** Altshuler, Brooks
**Subject:** Re:

```
-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 11:58:42 2005
Subject: Re:
```

```
-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 11:54:21 2005
Subject:
```





b(5),DPP

**From:** Brown, Michael D
**Sent:** Friday, September 02, 2005 11:59 AM
**To:** Altshuler, Brooks
**Subject:** Re:

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 11:54:21 2005
Subject:



b(5).DPP     b(5).PCP

**From:** Rhode, Patrick [Patrick.Rhode@dhs.gov]
**Sent:** Friday, September 02, 2005 1:20 PM
**To:** 'Brown, Michael D'; Altshuler, Brooks
**Subject:** RE:

What do they want?



-----Original Message-----
From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Friday, September 02, 2005 12:27 PM
To: Altshuler, Brooks; 'patrick.rhode@dhs.gov'
Subject: Re:


-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 11:58:42 2005
Subject: Re:


-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 11:54:21 2005
Subject:







**From:** Brown, Michael D
**Sent:** Friday, September 02, 2005 2:15 PM
**To:** Lokey, William; Buikema, Edward
**Subject:** Re: Call Please

-----Original Message-----
From: Lokey, William <William.Lokey@fema.gov>
To: Buikema, Edward <Edward.Buikema@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Fri Sep 02 13:13:59 2005
Subject: RE: Call Please





b(s),DPP   b(s),PcP



**From:** Altshuler, Brooks
**Sent:** Friday, September 02, 2005 12:39 PM
**To:** Brown, Michael D
**Subject:** Re:

Taking to est now
-------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 12:27:06 2005
Subject: Re:

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 11:58:42 2005
Subject: Re:

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 11:54:21 2005
Subject:





**From:** Altshuler, Brooks
**Sent:** Friday, September 02, 2005 12:42 PM
**To:** Brown, Michael D
**Subject:** RE:

*Rhode, lowder, and Buikema have your message.*

-----Original Message-----
From: Brown, Michael D
Sent: Friday, September 02, 2005 12:27 PM
To: Altshuler, Brooks
Subject: Re:

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 11:58:42 2005
Subject: Re:

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 11:54:21 2005
Subject:



