**From:** Trissell, David

**Sent:** Friday, September 02, 2005 10:13 AM

**To:** Burris, Ken; 'Mathew.Broderick@dhs.gov'; Brown, Michael D; 'Rhode, Patrick'; Buikema, Edward; Altshuler, Brooks; 'Heath, Michael'

**Subject:** RE: request

b(5), DPP    b(5), ACP

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*

---

**From:** Burris, Ken
**Sent:** Friday, September 02, 2005 10:07 AM
**To:** 'Mathew.Broderick@dhs.gov'; Brown, Michael D; 'Rhode, Patrick'; Buikema, Edward; Altshuler, Brooks; Heath, Michael; Trissell, David
**Subject:** request

Gentlemen,

b(5), DPP

Ken Burris

**From:**       Rhode, Patrick
**Sent:**       Friday, September 02, 2005 11:23 AM
**To:**         Brown, Michael D
**Subject:**



-----Original Message-----
From: Heath, Michael <Michael.Heath@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Altshuler, Brooks
<Brooks.Altshuler@fema.gov>; Burris, Ken <Ken.Burris@fema.gov>
Sent: Fri Sep 02 10:33:23 2005
Subject:

NDMS

See below from Lowder:

From: EST-ESF05CH <EST-ESF05CH@fema.gov>

To: Buikema, Edward <Edward.Buikema@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>;
Hepler, Megs <Megs.Hepler@fema.gov>; Gray, Richard <Richard.Gray@fema.gov>; Garratt, David
<Dave.Garratt@fema.gov>; Pawlowski, Michel <Michel.Pawlowski@fema.gov>; Lowder, Michael
<Michael.Lowder@fema.gov>

Sent: Fri Sep 02 10:17:57 2005

Subject: Re: Spot Rep


A cell phone call was received from a truck driver carrying supplies at exit 2 on Causeway
Blvd that his truck was being hijacked by an armed mob.  Contact was lost with the driver
and attempts to re-contact him have been unsuccessful.  ESF-13 is following up.



George-

Diane Donley
---------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Koenig, George <George.Koenig@dhs.gov>
To: Donley, Diane <Diane.Donley@dhs.gov>
Sent: Tue Sep 06 21:51:37 2005
Subject: Fw: Private Security Issue

Diane: Attached is an email re: issue we discussed with Brooks earlier.
---------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Libby,Ronald D <Ron.Libby@dhs.gov>
To: Koenig, George (DHS HQ) <George.Koenig@dhs.gov>
CC: Wendell Shingler <Wendell.Shingler@dhs.gov>; Durette, Paul R <Paul.Durette@dhs.gov>; ████████████████; Martinez, Trinidad
<Trinidad.Martinez@dhs.gov>
Sent: Tue Sep 06 21:48:00 2005
Subject: Re: Private Security Issue

George,







i.





b.(5), DPP     b(5), ACP





FEMA Office of General Counsel - Mike Herman

FEMA EOC Section Chief - Burt Lark

---------------------------
Ron Libby
Director, Special Operations Division,
Federal Protective Service
ICE
Department of Homeland Security





**From:** Brown, Michael D
**Sent:** Friday, September 02, 2005 11:51 AM
**To:** Rhode, Patrick
**Subject:** Re: ▓▓▓▓▓▓▓▓

b(5).icr    b(5).DPP

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Fri Sep 02 11:22:54 2005
Subject: Fw: ▓▓▓▓▓▓▓▓

b(5).DPP

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

-----Original Message-----
From: Heath, Michael <Michael.Heath@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Altshuler, Brooks
<Brooks.Altshuler@fema.gov>; Burris, Ken <Ken.Burris@fema.gov>
Sent: Fri Sep 02 10:33:23 2005
Subject: ▓▓▓▓▓▓▓▓

NDMS

b(5), DPP



See below from Lowder:

From: EST-ESF05CH <EST-ESF05CH@fema.gov>

To: Buikema, Edward <Edward.Buikema@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>;
Hepler, Megs <Megs.Hepler@fema.gov>; Gray, Richard <Richard.Gray@fema.gov>; Garratt, David
<Dave.Garratt@fema.gov>; Pawlowski, Michel <Michel.Pawlowski@fema.gov>; Lowder, Michael
<Michael.Lowder@fema.gov>

Sent: Fri Sep 02 10:17:57 2005

Subject: Re: Spot Rep


A cell phone call was received from a truck driver carrying supplies at exit 2 on Causeway
Blvd that his truck was being hijacked by an armed mob. Contact was lost with the driver
and attempts to re-contact him have been unsuccessful. ESF-13 is following up.



**From:** Rhode, Patrick
**Sent:** Friday, September 02, 2005 11:54 AM
**To:** Brown, Michael D
**Subject:** RE:

b(5),PCP   b(5),DPP



thanks

-----Original Message-----
**From:** Brown, Michael D
**Sent:** Friday, September 02, 2005 11:51 AM
**To:** Rhode, Patrick
**Subject:** Re:

b(5),PCP        b(5) DPP



-----Original Message-----
**From:** Rhode, Patrick <Patrick.Rhode@fema.gov>
**To:** Brown, Michael D <Michael.D.Brown@fema.gov>
**Sent:** Fri Sep 02 11:22:54 2005
**Subject:** Fw:

b(5) DPP

-----Original Message-----
**From:** Heath, Michael <Michael.Heath@fema.gov>
**To:** Rhode, Patrick <Patrick.Rhode@fema.gov>; Altshuler, Brooks
<Brooks.Altshuler@fema.gov>; Burris, Ken <Ken.Burris@fema.gov>
**Sent:** Fri Sep 02 10:33:23 2005
**Subject:**

NDMS

b(5) DPP





See below from Lowder:

From: EST-ESF05CH <EST-ESF05CH@fema.gov>

To: Buikema, Edward <Edward.Buikema@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>;
Hepler, Megs <Megs.Hepler@fema.gov>; Gray, Richard <Richard.Gray@fema.gov>; Garratt, David
<Dave.Garratt@fema.gov>; Pawlowski, Michel <Michel.Pawlowski@fema.gov>; Lowder, Michael
<Michael.Lowder@fema.gov>

Sent: Fri Sep 02 10:17:57 2005

Subject: Re: Spot Rep


A cell phone call was received from a truck driver carrying supplies at exit 2 on Causeway
Blvd that his truck was being hijacked by an armed mob. Contact was lost with the driver
and attempts to re-contact him have been unsuccessful. ESF-13 is following up.





**From:** Brown, Michael D
**Sent:** Friday, September 02, 2005 11:56 AM
**To:** Rhode, Patrick
**Subject:** Re: ▮▮▮▮▮▮

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Fri Sep 02 11:53:42 2005
Subject: RE: ▮▮▮▮▮▮

thanks

-----Original Message-----
From: Brown, Michael D
Sent: Friday, September 02, 2005 11:51 AM
To: Rhode, Patrick
Subject: Re: ▮▮▮▮▮▮

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Fri Sep 02 11:22:54 2005
Subject: Fw: ▮▮▮▮▮▮

-----Original Message-----
From: Heath, Michael <Michael.Heath@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Altshuler, Brooks
<Brooks.Altshuler@fema.gov>; Burris, Ken <Ken.Burris@fema.gov>
Sent: Fri Sep 02 10:33:23 2005
Subject: ▮▮▮▮▮

NDMS





*See below from Lowder:*

From: EST-ESF05CH <EST-ESF05CH@fema.gov>

To: Buikema, Edward <Edward.Buikema@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>;
Hepler, Megs <Megs.Hepler@fema.gov>; Gray, Richard <Richard.Gray@fema.gov>; Garratt, David
<Dave.Garratt@fema.gov>; Pawlowski, Michel <Michel.Pawlowski@fema.gov>; Lowder, Michael
<Michael.Lowder@fema.gov>

Sent: Fri Sep 02 10:17:57 2005

Subject: Re: Spot Rep


A cell phone call was received from a truck driver carrying supplies at exit 2 on Causeway
Blvd that his truck was being hijacked by an armed mob.  Contact was lost with the driver
and attempts to re-contact him have been unsuccessful.  ESF-13 is following up.





**From:** Trissell, David
**Sent:** Friday, September 02, 2005 5:01 PM
**To:** Rhode, Patrick
**Cc:** Burris, Ken
**Subject:** RE: Georgia Regional Write-Up, PA
**Importance:** High



b(s) ACP, b(s), PPP

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*

**From:** Rhode, Patrick
**Sent:** Friday, September 02, 2005 4:51 PM
**To:** Trissell, David
**Subject:** FW: Georgia Regional Write-Up, PA

b(s), PPP

b(s), ACP

**From:** Craig, Daniel
**Sent:** Friday, September 02, 2005 4:30 PM
**To:** Rhode, Patrick; Altshuler, Brooks
**Subject:** FW: Georgia Regional Write-Up, PA

b(s), ACP

b(s) PPP

**From:** Sevier, Adrian
**Sent:** Friday, September 02, 2005 4:27 PM
**To:** Webster, Dean; Adamcik, Carol Ann; Baker, Terry; Behnke, Matthew; Black, Brenda J; Craig, Daniel; Dannels, Donna; Davis, LindaM; Deel, Catherine; Donley, Diane; Eells, Steve; Garratt, David; Hallstead, Carl; Heath, Michael; Herd, Jeffrey; Hinkson, Cecile; Hirsch, Michael; Ingram, Deborah; Jones, Berl; Katchka, Elizabeth; Lancaster, Dacia; Lowe, Kathy; Miller, Joy; Miller, Peggy; Paton, Phyllis; Ruiz, Magda; Smith, Gary; Smith, Jonathan; Souza, Kevin; Spans, Mark; Stuart, Chuck; Tickner, Steve; Walke, James
**Subject:** RE: Georgia Regional Write-Up, PA

b(s) PPP, b(s), ACP

CREW FOIA 1490



6/29/2006

b(5) DPP   b(5), ACP

*Adrian Sevier*
*Office of General Counsel*
*Department of Homeland Security*
*Federal Emergency Management Agency*
*500 C Street, SW*
*Washington, DC 20472*
*(202) 646-3696*

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*

---

**From:** Webster, Dean
**Sent:** Friday, September 02, 2005 3:33 PM
**To:** Adamcik, Carol Ann; Baker, Terry; Behnke, Matthew; Black, Brenda J; Craig, Daniel; Dannels, Donna; Davis, LindaM; Deel, Catherine; Donley, Diane; Eells, Steve; Garratt, David; Hallstead, Carl; Heath, Michael; Herd, Jeffrey; Hinkson, Cecile; Hirsch, Michael; Ingram, Deborah; Jones, Berl; Katchka, Elizabeth; Lancaster, Dacia; Lowe, Kathy; Miller, Joy; Miller, Peggy; Paton, Phyllis; Ruiz, Magda; Sevier, Adrian; Smith, Gary; Smith, Jonathan; Souza, Kevin; Spans, Mark; Stuart, Chuck; Tickner, Steve; Walke, James
**Subject:** Georgia Regional Write-Up, PA

b(5), DPP



Thank you,
**Dean Webster**
**Program Specialist**
**DHS/FEMA, Recovery Division**
**Declarations Unit**
**(202) 646-2833**



6/29/2006

**From:** Trissell, David
**Sent:** Saturday, September 03, 2005 11:42 AM
**To:** Brown, Michael D
**Subject:** RE: Georgia Regional Write-Up, PA

b(5), DPP; b(5), ACP

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*

**From:** Brown, Michael D
**Sent:** Saturday, September 03, 2005 11:34 AM
**To:** Trissell, David
**Subject:** RE: Georgia Regional Write-Up, PA

b(5) DPP; b(5) ACP

**From:** Trissell, David
**Sent:** Saturday, September 03, 2005 10:22 AM
**To:** Brown, Michael D
**Subject:** FW: Georgia Regional Write-Up, PA

b(5), DPP; b(5) ACP

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*

**From:** Trissell, David
**Sent:** Friday, September 02, 2005 6:31 PM
**To:** Rhode, Patrick; Craig, Daniel
**Cc:** Burris, Ken
**Subject:** RE: Georgia Regional Write-Up, PA

b(5), DPP ; b(5), ACP



This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

---

**From:** Rhode, Patrick
**Sent:** Friday, September 02, 2005 5:04 PM
**To:** Trissell, David; Craig, Daniel
**Cc:** Burris, Ken
**Subject:** RE: Georgia Regional Write-Up, PA

David,

b(5) DPP    b(5) ACP



**From:** Trissell, David
**Sent:** Friday, September 02, 2005 5:01 PM

CREW FOIA 1493



**To:** Rhode, Patrick
**Cc:** Burris, Ken
**Subject:** RE: Georgia Regional Write-Up, PA
**Importance:** High



*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*

**From:** Rhode, Patrick
**Sent:** Friday, September 02, 2005 4:51 PM
**To:** Trissell, David
**Subject:** FW: Georgia Regional Write-Up, PA

**From:** Craig, Daniel
**Sent:** Friday, September 02, 2005 4:30 PM
**To:** Rhode, Patrick; Altshuler, Brooks
**Subject:** FW: Georgia Regional Write-Up, PA



**From:** Sevier, Adrian
**Sent:** Friday, September 02, 2005 4:27 PM
**To:** Webster, Dean; Adamcik, Carol Ann; Baker, Terry; Behnke, Matthew; Black, Brenda J; Craig, Daniel; Dannels, Donna; Davis, LindaM; Deel, Catherine; Donley, Diane; Eells, Steve; Garratt, David; Hallstead, Carl; Heath, Michael; Herd, Jeffrey; Hinkson, Cecile; Hirsch, Michael; Ingram, Deborah; Jones, Berl; Katchka, Elizabeth; Lancaster, Dacia; Lowe, Kathy; Miller, Joy; Miller, Peggy; Paton, Phyllis; Ruiz, Magda; Smith, Gary; Smith, Jonathan; Souza, Kevin; Spans, Mark; Stuart, Chuck; Tickner, Steve; Walke, James
**Subject:** RE: Georgia Regional Write-Up, PA

*Adrian Sevier*
*Office of General Counsel*
*Department of Homeland Security*
*Federal Emergency Management Agency*

CREW FOIA 1494



6/29/2006

*500 C Street, SW*
*Washington, DC 20472*
*(202) 646-3696*

*This communication, along with any attachments, is covered by federal and state law governing electronic communications*
*and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient,*
*you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have*
*received this in error, please reply immediately to the sender and delete this message. Thank you.*

---

**From:** Webster, Dean
**Sent:** Friday, September 02, 2005 3:33 PM
**To:** Adamcik, Carol Ann; Baker, Terry; Behnke, Matthew; Black, Brenda J; Craig, Daniel; Dannels, Donna; Davis, LindaM; Deel, Catherine; Donley, Diane; Eells, Steve; Garratt, David; Hallstead, Carl; Heath, Michael; Herd, Jeffrey; Hinkson, Cecile; Hirsch, Michael; Ingram, Deborah; Jones, Berl; Katchka, Elizabeth; Lancaster, Dacia; Lowe, Kathy; Miller, Joy; Miller, Peggy; Paton, Phyllis; Ruiz, Magda; Sevier, Adrian; Smith, Gary; Smith, Jonathan; Souza, Kevin; Spans, Mark; Stuart, Chuck; Tickner, Steve; Walke, James
**Subject:** Georgia Regional Write-Up, PA

b(5), DPP



Thank you,
**Dean Webster**
**Program Specialist**
**DHS/FEMA, Recovery Division**
**Declarations Unit**
(202) 646-2833





CREW FOIA 1495

6/29/2006

**From:**   Brown, Michael D
**Sent:**   Saturday, September 03, 2005 11:34 AM
**To:**     Trissell, David
**Subject:** RE: Georgia Regional Write-Up, PA

b(5) DPP   b(5) ACP

**From:** Trissell, David
**Sent:** Saturday, September 03, 2005 10:22 AM
**To:** Brown, Michael D
**Subject:** FW: Georgia Regional Write-Up, PA

b(5), DPP   b(5), ACP

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited.  If you have received this in error, please reply immediately to the sender and delete this message.  Thank you.*

**From:** Trissell, David
**Sent:** Friday, September 02, 2005 6:31 PM
**To:** Rhode, Patrick; Craig, Daniel
**Cc:** Burris, Ken
**Subject:** RE: Georgia Regional Write-Up, PA

b(5) DPP, b(5) ACP



CREW FOIA 1496

b(5), DPP    b(5), ACP



*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*

---

**From:** Rhode, Patrick
**Sent:** Friday, September 02, 2005 5:04 PM
**To:** Trissell, David; Craig, Daniel
**Cc:** Burris, Ken
**Subject:** RE: Georgia Regional Write-Up, PA

b(5) ACP, b(5) DPP

---

**From:** Trissell, David
**Sent:** Friday, September 02, 2005 5:01 PM
**To:** Rhode, Patrick
**Cc:** Burris, Ken
**Subject:** RE: Georgia Regional Write-Up, PA
**Importance:** High

b(5), ACP    b(5) DPP

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*

CREW FOIA 1497

6/29/2006

**From:** Rhode, Patrick
**Sent:** Friday, September 02, 2005 4:51 PM
**To:** Trissell, David
**Subject:** FW: Georgia Regional Write-Up, PA

b(5), DPP   b(5) ACP

**From:** Craig, Daniel
**Sent:** Friday, September 02, 2005 4:30 PM
**To:** Rhode, Patrick; Altshuler, Brooks
**Subject:** FW: Georgia Regional Write-Up, PA

b(5), DPP   b(5) ACP

**From:** Sevier, Adrian
**Sent:** Friday, September 02, 2005 4:27 PM
**To:** Webster, Dean; Adamcik, Carol Ann; Baker, Terry; Behnke, Matthew; Black, Brenda J; Craig, Daniel; Dannels, Donna; Davis, LindaM; Deel, Catherine; Donley, Diane; Eells, Steve; Garratt, David; Hallstead, Carl; Heath, Michael; Herd, Jeffrey; Hinkson, Cecile; Hirsch, Michael; Ingram, Deborah; Jones, Berl; Katchka, Elizabeth; Lancaster, Dacia; Lowe, Kathy; Miller, Joy; Miller, Peggy; Paton, Phyllis; Ruiz, Magda; Smith, Gary; Smith, Jonathan; Souza, Kevin; Spans, Mark; Stuart, Chuck; Tickner, Steve; Walke, James
**Subject:** RE: Georgia Regional Write-Up, PA

b(5), DPP   b(5), ACP

*Adrian Sevier*
*Office of General Counsel*
*Department of Homeland Security*
*Federal Emergency Management Agency*
*500 C Street, SW*
*Washington, DC 20472*
*(202) 646-3696*

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*

**From:** Webster, Dean
**Sent:** Friday, September 02, 2005 3:33 PM
**To:** Adamcik, Carol Ann; Baker, Terry; Behnke, Matthew; Black, Brenda J; Craig, Daniel; Dannels, Donna; Davis, LindaM; Deel, Catherine; Donley, Diane; Eells, Steve; Garratt, David; Hallstead, Carl; Heath, Michael; Herd, Jeffrey; Hinkson, Cecile; Hirsch, Michael; Ingram, Deborah; Jones, Berl; Katchka, Elizabeth; Lancaster, Dacia; Lowe, Kathy; Miller, Joy; Miller, Peggy; Paton, Phyllis; Ruiz, Magda; Sevier, Adrian; Smith, Gary; Smith, Jonathan;

CREW FOIA 1498



Souza, Kevin; Spans, Mark; Stuart, Chuck; Tickner, Steve; Walke, James
**Subject:** Georgia Regional Write-Up, PA





Thank you,
**Dean Webster**
**Program Specialist**
**DHS/FEMA, Recovery Division**
**Declarations Unit**
**(202) 646-2833**

CREW FOIA 1499

6/29/2006

b(5), PCP b(5), DP



| From: | Brown, Michael D |
|---|---|
| Sent: | Friday, September 02, 2005 2:12 PM |
| To: | Altshuler, Brooks; 'patrick.rhode@dhs.gov'; Sanders, Marshall; Bossert, Thomas |
| Subject: | FAA Urgent |

| | |
|---|---|
| **From:** | Schumann, James [James.Schumann@dhs.gov] |
| **Sent:** | Saturday, September 03, 2005 10:22 AM |
| **To:** | Brown, Michael D |
| **Cc:** | Rhode, Patrick; Altshuler, Brooks; Bossert, Thomas |
| **Subject:** | FW: Report from Lott staff |

b/5 irr
b/5, irr



PCP /DPP



**From:** Jackson, Michael [m.jackson@dhs.gov]
**Sent:** Saturday, September 03, 2005 8:36 PM
**To:** Brown, Michael <DHS>
**Subject:** RE: St Bernard Parish supplies

Comedy of errors about getting to Rodriguez.  Glad you spoke ███████████████

████████████████████████████████████████████████████████████████████

Michael

-----Original Message-----
From: Banner, Gregory (HHS/OS) [mailto:██████████████
Sent: Saturday, September 03, 2005 8:27 PM
To: 'MikeBayham@aol.com'; ██████████████████  mjackson
Cc: Banner, Gregory (HHS/OS)
Subject: St Bernard Parish supplies
Importance: High

MS is prepared to ship 200 vials of Tetnus vaccine to St Bernard Parish, LA.
So far we have been unable to contact anybody in St. Bernard Parish or receive any
delivery instructions.

If you have access to contacts or delivery information please provide ASAP.

Greg Banner
DHHS
ERT-A  ESF 8
Jackson, MS
703-669-7421
████████████





b(5), PP

**From:** Brown, Michael D
**Sent:** Sunday, September 04, 2005 2:27 PM
**To:** Altshuler, Brooks
**Subject:** Fw: Opportunity for PFO Direct Support -- Commercial Helicopter Video Capability

-----Original Message-----
From: DiFalco, Frank <Frank.Difalco@dhs.gov>
To: Neglia, Samuel <Samuel.Neglia@DHS.GOV>; Burgess, Donald <Donald.Burgess@dhs.gov>;
Frost, John <John.Frost@dhs.gov>; Hoisington, Edward <Edward.Hoisingtonjr@dhs.gov>
CC: est.esf-01@fema.gov <est.esf-01@fema.gov>; est.esf-05ch@fema.gov
<est.esf-05ch@fema.gov>; Est-DIR <Est-DIR@dhs.gov>; Hammet-Morgan, Linda <Linda.Hammet-
Morgan@HQ.DHS.GOV>; Brown, Michael <DHS> <Michael.D.Brown@dhs.gov>; Evetts, Mark
<Mark.Evetts@dhs.gov>; Hennigan, Joe <Jozef.Hennigan@dhs.gov>; Buchanan, James
<James.Buchanan@DHS.GOV>; Weber, Scott <Scott.L.Weber@dhs.gov>
Sent: Sun Sep 04 14:16:22 2005
Subject: Opportunity for PFO Direct Support -- Commercial Helicopter Video Capability





Thank You.

R/Frank

Frank J. DiFalco

Deputy Director

Homeland Security Operations Center

Office: (202) 282-9107

Cell: ████████████

CREW FOIA 1510



frank.difalco@dhs.gov





b(3),DPP

**From:** DiFalco, Frank [Frank.Difalco@dhs.gov]
**Sent:** Sunday, September 04, 2005 2:16 PM
**To:** Neglia, Samuel; Burgess, Donald; Frost, John; Hoisington, Edward
**Cc:** est.esf-01@fema.gov; est.esf-05ch@fema.gov; Est-DIR; Hammet-Morgan, Linda; Brown, Michael <DHS>; Evetts, Mark; Hennigan, Joe; Buchanan, James; Weber, Scott
**Subject:** Opportunity for PFO Direct Support -- Commercial Helicopter Video Capability



Thank You.

R/Frank

CREW FOIA 1512

6/29/2006

Frank J. DiFalco
Deputy Director
Homeland Security Operations Center
Office: (202) 282-9107
█████████████████

frank.difalco@dhs.gov



6/29/2006

b(5), PPP

**From:** Picciano, Joe
**Sent:** Sunday, September 04, 2005 11:57 PM
**To:** Gair, Brad; Bossert, Thomas; Brown, Michael D; Altshuler, Brooks; Lokey, William; Bahamonde, Marty; 'Jenkins.Greg@gmail.com'; 'Brian.Penoyer@dhs.gov'; Parks, Philip
**Subject:** RE: Briefing for Chertoff tomorrow

Tom indicated 8am

---

**From:** Gair, Brad
**Sent:** Sunday, September 04, 2005 11:38 PM
**To:** Bossert, Thomas; Brown, Michael D; Picciano, Joe; Altshuler, Brooks; Lokey, William; Bahamonde, Marty; 'Jenkins.Greg@gmail.com'; 'Brian.Penoyer@dhs.gov'; Parks, Philip
**Subject:** RE: Briefing for Chertoff tomorrow

Tom,

Is there a specific time for this briefing.  I am not located at the EOC and will need to plan accordingly.

Brad Gair
DHS/FEMA

940.323.2750 (fax)

---

**From:** Bossert, Thomas
**Sent:** Sunday, September 04, 2005 10:24 PM
**To:** Brown, Michael D; Picciano, Joe; Altshuler, Brooks; Lokey, William; Gair, Brad; Bahamonde, Marty; Jenkins.Greg@gmail.com; Brian.Penoyer@dhs.gov; Parks, Philip
**Cc:** Bossert, Thomas
**Subject:** Briefing for Chertoff tomorrow

Secretary Chertoff has requested a briefing in the morning on the following topics, some of which will require written material be prepared by the identified presenters:



If everyone replies-to-all with attachments, information sharing will benefit the group and the redundancy will hopefully guarantee it gets printed.

-Tom

CREW FOIA 1514



6/29/2006

**From:** Bossert, Thomas

**Sent:** Sunday, September 04, 2005 11:24 PM

**To:** Brown, Michael D; Picciano, Joe; Altshuler, Brooks; Lokey, William; Gair, Brad; Bahamonde, Marty; 'Jenkins.Greg@gmail.com'; 'Brian.Penoyer@dhs.gov'; Parks, Philip

**Cc:** Bossert, Thomas

**Subject:** Briefing for Chertoff tomorrow

b(5), DPP

Secretary Chertoff has requested a briefing in the morning on the following topics, some of which will require written material be prepared by the identified presenters:



If everyone replies-to-all with attachments, information sharing will benefit the group and the redundancy will hopefully guarantee it gets printed.

-Tom







| | |
|---|---|
| From: | Penoyer, Brian [Brian.Penoyer@dhs.gov] |
| Sent: | Monday, September 05, 2005 2:42 AM |
| To: | Bossert, Thomas; Brown, Michael <DHS>; Picciano, Joe; Altshuler, Brooks; William Lokey; Gair, Brad; Bahamonde, Marty; Jenkins.Greg@gmail.com; Penoyer, Brian; Parks, Phillip |
| Subject: | RE: Briefing for Chertoff tomorrow |
| Importance: | High |
| Attachments: | KATRINA JFO Org Structure.ppt |



KATRINA JFO Org
Structure.ppt ...    All,

Pursuant to tasking #1: here are the first draft of slides.  The JFO Operations Section
and others are currently reviewing and will provide any input/corrections.  I have not
been able to identify a timeline/plan in detail, and will re-engage later this morning to
find it for the briefing.

Regards,

Brian

82





**From:** Altshuler, Brooks
**Sent:** Monday, September 05, 2005 8:31 AM
**To:** Gair, Brad; Bossert, Thomas; Brown, Michael D; Picciano, Joe; Lokey, William; Bahamonde, Marty; 'Jenkins.Greg@gmail.com'; 'Brian.Penoyer@dhs.gov'; Parks, Philip
**Cc:** Garratt, David; Craig, Daniel
**Subject:** RE: Briefing for Chertoff tomorrow

Please do

---

**From:** Gair, Brad
**Sent:** Monday, September 05, 2005 12:21 AM
**To:** Bossert, Thomas; Brown, Michael D; Picciano, Joe; Altshuler, Brooks; Lokey, William; Bahamonde, Marty; 'Jenkins.Greg@gmail.com'; 'Brian.Penoyer@dhs.gov'; Parks, Philip
**Cc:** Garratt, David; Craig, Daniel
**Subject:** RE: Briefing for Chertoff tomorrow

Tom/Brooks,

b(s), PPP

Please advise.

Brad Gair
DHS/FEMA

940.323.2750 (fax)

---

**From:** Bossert, Thomas
**Sent:** Sunday, September 04, 2005 10:24 PM
**To:** Brown, Michael D; Picciano, Joe; Altshuler, Brooks; Lokey, William; Gair, Brad; Bahamonde, Marty; Jenkins.Greg@gmail.com; Brian.Penoyer@dhs.gov; Parks, Philip
**Cc:** Bossert, Thomas
**Subject:** Briefing for Chertoff tomorrow

Secretary Chertoff has requested a briefing in the morning on the following topics, some of which will require written material be prepared by the identified presenters:



CREW FOIA 1518



b(s), DPP



If everyone replies-to-all with attachments, information sharing will benefit the group and the redundancy will hopefully guarantee it gets printed.

-Tom

| | |
|---|---|
| **From:** | Bossert, Thomas |
| **Sent:** | Sunday, September 04, 2005 3:54 AM |
| **To:** | Brown, Michael D; 'Michael.D.Brown@dhs.gov' |
| **Subject:** | FW: congressman melancon |

Please call Rep Melancon (LA 3rd - D).  Know your day is jammed, but call with any
opportunity if you can.  His CoS 202.225.4031







**From:** Brown, Michael D
**Sent:** Monday, September 05, 2005 12:36 PM
**To:** Rhode, Patrick; Lokey, William; Buikema, Edward; Lowder, Michael; 'Ken.Burris@dhs.gov'; 'scott.wells@dhs.gov'
**Cc:** 'brooks.altshuler@dhs.gov'
**Subject:** Re: Jackson request

b(5), DPP

Brooks, can you and Joe get the info for HQ?  Thanks.

MB

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Lokey, William <William.Lokey@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Lowder, Michael <Michael.Lowder@fema.gov>; 'Ken.Burris@dhs.gov' <Ken.Burris@dhs.gov>;
'scott.wells@dhs.gov' <scott.wells@dhs.gov>
CC: 'brooks.altshuler@dhs.gov' <brooks.altshuler@dhs.gov>; Brown, Michael D
<Michael.D.Brown@fema.gov>
Sent: Mon Sep 05 12:27:09 2005
Subject: Jackson request

b(5); DPP

Need this solved by 130 - mission assign accordingly - thx




**From:** Schumann, James
**Sent:** Wednesday, September 07, 2005 10:54 PM
**To:** Bossert, Thomas; Brown, Michael D; Rhode, Patrick; Altshuler, Brooks; Picciano, Joe
**Subject:** RE: Legislative Affairs

We are going to email the host states tonight and have a conference call with them all tomorrow.

-----Original Message-----
From: Bossert, Thomas
Sent: Wednesday, September 07, 2005 10:12 PM
To: Schumann, James; Brown, Michael D; Rhode, Patrick; Altshuler, Brooks; Picciano, Joe
Subject: RE: Legislative Affairs

b(5), DPP

-----Original Message-----
From: Schumann, James
Sent: Wednesday, September 07, 2005 7:38 PM
To: Brown, Michael D; Bossert, Thomas; Rhode, Patrick; Altshuler, Brooks; Picciano, Joe
Subject: RE: Legislative Affairs

Ok.

-----Original Message-----
From: Brown, Michael D
Sent: Wednesday, September 07, 2005 6:40 PM
To: Bossert, Thomas; Schumann, James; Rhode, Patrick; Altshuler, Brooks; Picciano, Joe
Subject: FW: Legislative Affairs

FYI.  Stand down for now.  MB

b(5), PCP
b(5), DPP

-----Original Message-----

b(5), PCP
b(5), DPP



b(5), PCP

b(5), DPP

b(5) PCP

b(5), DPP



b(5).DPP   b(5).PCP

MB

CREW FOIA 1536

b(5).PCP    b(5).PPP



b(5),PCP    b(5),DPP

**From:** Bossert, Thomas
**Sent:** Wednesday, September 07, 2005 10:12 PM
**To:** Schumann, James; Brown, Michael D; Rhode, Patrick; Altshuler, Brooks; Picciano, Joe
**Subject:** RE: Legislative Affairs



-----Original Message-----
From: Schumann, James
Sent: Wednesday, September 07, 2005 7:38 PM
To: Brown, Michael D; Bossert, Thomas; Rhode, Patrick; Altshuler, Brooks; Picciano, Joe
Subject: RE: Legislative Affairs

Ok.

-----Original Message-----
From: Brown, Michael D
Sent: Wednesday, September 07, 2005 6:40 PM
To: Bossert, Thomas; Schumann, James; Rhode, Patrick; Altshuler, Brooks; Picciano, Joe
Subject: FW: Legislative Affairs

FYI.  Stand down for now.  MB



b(5)DP
b(5), DPP

MB

b(5), PCP
b(5), PPP

b(5). PCP

b(5). DPP

b(5), PCP
b(5), DPP

b(5), 16)

**From:**
**Sent:**               Brown, Michael D
**To:**                 Wednesday, September 07, 2005 6:40 PM
**Subject:**            Bossert, Thomas; Schumann, James; Rhode, Patrick; Altshuler, Brooks; Picciano, Joe
                        FW: Legislative Affairs

FYI.  Stand down for now.  MB

-----Original Message-----