

b(5), PCP
b(5), APP



b(5), PCP          Page 1 of 1

b(5), DPP





CREW FOIA 1545

6/29/2006

Message

b(5), DPP

b(5), PCP

CREW FOIA 1546

6/29/2006

**From:** Bossert, Thomas
**Sent:** Wednesday, September 07, 2005 6:07 PM
**To:** Brown, Michael D
**Subject:** Fw: Cruise Ships

---------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Bossert, Thomas <Thomas.Bossert@fema.gov>
To: ████████████ ██████████
Sent: Wed Sep 07 13:43:39 2005
Subject: Cruise Ships

b(s), PPP

Congresswoman,

████████████████████████████████████████████████

████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

-Tom

-----------------------------
Sent from my BlackBerry Wireless Handheld





CREW FOIA 1548

**From:** Brown, Michael D
**Sent:** Wednesday, September 07, 2005 5:06 PM
**To:** 'Gail.Kulisch@dhs.gov'
**Subject:** St Bernard Parish

b(5), DPP

Gail, please pass to the Secretary.





6/29/2006

b(5),DPP

**From:** Kulisch, Gail [Gail.Kulisch@dhs.gov]
**Sent:** Wednesday, September 07, 2005 5:40 PM
**To:** Brown, Michael <DHS>
**Subject:** Re: St Bernard Parish

Roger...I just showed him your message.

------------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@dhs.gov>
To: 'Gail.Kulisch@dhs.gov' <Gail.Kulisch@dhs.gov>
Sent: Wed Sep 07 17:05:44 2005
Subject: St Bernard Parish

Gail, please pass to the Secretary.



b(5) DPP    b(5) ACP



| | |
|---|---|
| **From:** | Trissell, David [David.Trissell@dhs.gov] |
| **Sent:** | Wednesday, September 07, 2005 1:20 PM |
| **To:** | 'Altshuler, Brooks'; 'Donley, Diane' |
| **Cc:** | Brown, Michael D; Picciano, Joe; Rhode, Patrick; Stephan, Bob; 'George.Koenig@dhs.gov'; 'david.trissell@dhs.gov' |
| **Subject:** | RE: Private Security Issue |

646-4165

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

-----Original Message-----
From: Altshuler, Brooks [mailto:Brooks.Altshuler@dhs.gov]
Sent: Wednesday, September 07, 2005 1:07 PM
To: 'Donley, Diane'; 'George.Koenig@dhs.gov'; 'brooks.altshuler@dhs.gov'; 'david.trissell@dhs.gov'
Cc: Brown, Michael D; Picciano, Joe; Rhode, Patrick; Stephan, Bob
Subject: RE: Private Security Issue



-----Original Message-----
From: Donley, Diane [mailto:Diane.Donley@dhs.gov]
Sent: Wednesday, September 07, 2005 8:00 AM
To: 'George.Koenig@dhs.gov'; 'brooks.altshuler@dhs.gov'; 'david.trissell@dhs.gov'
Subject: Re: Private Security Issue

b(5),DPP

**From:** Bossert, Thomas
**Sent:** Wednesday, September 07, 2005 9:58 PM
**To:** Brown, Michael D
**Subject:** FW: Helo problems

Sec. Chertoff wants to talk to you on the phone tonight.  Apparently his helo was 45 minutes late leaving him standing on the tarmac.  Then they broke down and had to land to be repaired somewhere.  Must be a long night for both of you.

-----Original Message-----
From: Cash, Edward [mailto:Edward.Cash@DHS.GOV]
Sent: Wednesday, September 07, 2005 9:25 PM
To: Bossert, Thomas; Cash, Edward; ReedGalen@vzw.blackberry.net; Sanders, Marshall
Cc: Kulisch, Gail P
Subject: Re: Helo problems

No meeting tonight......he would like to talk to him on the phone tonight though

Ed
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Bossert, Thomas <Thomas.Bossert@dhs.gov>
To: 'Cash, Edward' <Edward.Cash@DHS.GOV>; ReedGalen@vzw.blackberry.net <ReedGalen@vzw.blackberry.net>; Sanders, Marshall <Marshall.Sanders@dhs.gov>
Sent: Wed Sep 07 20:55:21 2005
Subject: RE: Helo problems

Does that mean the Secretary wishes to still see U/S Brown tonight?

-----Original Message-----
From: Cash, Edward [mailto:Edward.Cash@DHS.GOV]
Sent: Wednesday, September 07, 2005 8:48 PM
To: Bossert, Thomas; ReedGalen@vzw.blackberry.net; Sanders, Marshall
Subject: Re: Helo problems

We are having problems with one of our 2  helos and had to turn around, don't expect us at that meeting

Ed
--------------------------
Sent from my BlackBerry Wireless Handheld







**From:** Andrews, Nicol D - Public Affairs
**Sent:** Wednesday, September 07, 2005 11:29 AM
**To:** Brown, Michael D
**Cc:**
**Subject:** Fw: Interview with Mike Brown and Bill Lokie

------------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Eric Lipton <
To: Andrews, Nicol D <Nicol.Andrews@dhs.gov>
CC:
Sent: Wed Sep 07 00:51:25 2005
Subject: Interview with Mike Brown and Bill Lokie

Hi Nicol. Very important that we do these interviews on Wednesday.

Our story is a "reconstruction" that uses selected scenes to go back in time to the Friday
before the storm to examine the preparations and the response. We are interviewing folks
from the New Orleans, including the mayor, from Louisiana, including the governor, her
chief of staff and other top advisers, from the White House, Pentagon and DHS. There are
six reporters working on this story. FEMA obviously has to be a part of the piece.

Here are a the things I would like to ask Mr. Brown or Mr. Lokie about, hoping I can get
answers put into the context of actual events, moments in which they were attempting to
address these issues.

1) Predeployment. How much food and water, urban search and rescue and medical teams and
other supplies did the federal government have stationed in the region to prepare for
immediate delivery. The FEMA press release provides this information: FEMA, as of Sunday
statement, has deployed USAR teams from Tennessee, Missouri and Texas to stage in
Shreveport, LA.. USAR teams from Indiana and Ohio are staged in Meridian, MS. Two teams
each from Florida and Virginia and one team from Maryland are on alert at their home
stations. A total of 18 DMATs have been deployed to staging areas in Houston, Anniston and
Memphis. There are 9 full DMATs (35 members per team) and 9 strike teams (5 members per
team) in these staging areas.  FEMA has also sent Mobile Emergency Response Support
vehicles to Mississippi and Louisiana. Eighteen Disaster Medical Assistance Teams (DMATs)
and 3 Urban Search and Rescue (US&R) task forces h ave been deployed to the region for
further dispatch when needed. (FEMA)

My specific questions are where were the goods and teams specifically stationed and how
many vehicles did you have ready to deliver these goods? When did they first of these
deliveries arrive in New Orleans proper?

2) Given Max Mayfield's forecast on Saturday and the worsening forecast on Sunday, why did
FEMA not ask for active duty military. Was it up to the governor to request this? Perhaps

it was. Please explain.

3) Why were more troops not deployed on the streets of New Orleans immediately after the storm do deter looting and lawlessness? What was FEMA, on Tuesday, Wednesday, and Thursday, doing to try to deal with this need? Realize of course that National Guard is and was under the control of the governor. But sure you were helping to resolve this need. What were you doing to help with this?

4) Describe the I am sure very intense effort to get buses lined up to evacuate the people, post-storm, from the Superdome and convention center? Describe this effort, please, through a scene or two.

5) When requests for assistance came, was it the mayor directly asking FEMA or the governor directly with FEMA and who at FEMA handled the interaction, was it Mr. Lokie. Mayor Nagin questions how FEMA did not know about the Convention Center, saying. If you were the federal coordinator of the effort, can you, respectfully explain how your people did not know that so many had gathered at convention center.

6) What was FEMA delivering to New Orleans, day by day. Do you have a count, commodity wise, by day?

Eric Lipton
The New York Times
Washington Bureau

phone
cell
240-352-4615 fax

Please reply to



**From:** Brown, Michael D
**Sent:** Wednesday, September 07, 2005 11:33 AM
**To:** Andrews, Nicol D - Public Affairs
**Cc:**
**Subject:** RE: Interview with Mike Brown and Bill Lokie

As long as I have a copy of it and can go over it with Bill prior to interview.  It must be factually correct.

-----Original Message-----
From: Andrews, Nicol D - Public Affairs
Sent: Wednesday, September 07, 2005 11:29 AM
To: Brown, Michael D
Cc:
Subject: Fw: Interview with Mike Brown and Bill Lokie





-------------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Eric Lipton <
To: Andrews, Nicol D <Nicol.Andrews@dhs.gov>
CC: shane@nytimes.com
Sent: Wed Sep 07 00:51:25 2005
Subject: Interview with Mike Brown and Bill Lokie

Hi Nicol. Very important that we do these interviews on Wednesday.

Our story is a "reconstruction" that uses selected scenes to go back in time to the Friday before the storm to examine the preparations and the response. We are interviewing folks from the New Orleans, including the mayor, from Louisiana, including the governor, her chief of staff and other top advisers, from the White House, Pentagon and DHS. There are six reporters working on this story. FEMA obviously has to be a part of the piece.

Here are a the things I would like to ask Mr. Brown or Mr. Lokie about, hoping I can get answers put into the context of actual events, moments in which they were attempting to address these issues.

1) Predeployment. How much food and water, urban search and rescue and medical teams and other supplies did the federal government have stationed in the region to prepare for immediate delivery. The FEMA press release provides this information: FEMA, as of Sunday statement, has deployed USAR teams from Tennessee, Missouri and Texas to stage in Shreveport, LA.. USAR teams from Indiana and Ohio are staged in Meridian, MS. Two teams each from Florida and Virginia and one team from Maryland are on alert at their home stations. A total of 18 DMATs have been deployed to staging areas in Houston, Anniston and Memphis. There are 9 full DMATs (35 members per team) and 9 strike teams (5 members per team) in these staging areas.  FEMA has also sent Mobile Emergency Response Support



vehicles to Mississippi and Louisiana. Eighteen Disaster Medical Assistance Teams (DMATs) and 3 Urban Search and Rescue (US&R) task forces h ave been deployed to the region for further dispatch when needed. (FEMA)

My specific questions are where were the goods and teams specifically stationed and how many vehicles did you have ready to deliver these goods? When did they first of these deliveries arrive in New Orleans proper?

2) Given Max Mayfield's forecast on Saturday and the worsening forecast on Sunday, why did FEMA not ask for active duty military. Was it up to the governor to request this? Perhaps it was. Please explain.

3) Why were more troops not deployed on the streets of New Orleans immediately after the storm do deter looting and lawlessness? What was FEMA, on Tuesday, Wednesday, and Thursday, doing to try to deal with this need? Realize of course that National Guard is and was under the control of the governor. But sure you were helping to resolve this need. What were you doing to help with this?

4) Describe the I am sure very intense effort to get buses lined up to evacuate the people, post-storm, from the Superdome and convention center? Describe this effort, please, through a scene or two.

5) When requests for assistance came, was it the mayor directly asking FEMA or the governor directly with FEMA and who at FEMA handled the interaction, was it Mr. Lokie. Mayor Nagin questions how FEMA did not know about the Convention Center, saying. If you were the federal coordinator of the effort, can you, respectfully explain how your people did not know that so many had gathered at convention center.

6) What was FEMA delivering to New Orleans, day by day. Do you have a count, commodity wise, by day?

Eric Lipton
The New York Times
Washington Bureau

████████ phone
          cell
240-352-4615 fax

Please reply to ███████████ com





b(5),DPP



**From:** Michael D Brown [
**Sent:** Tuesday, September 06, 2005 11:01 PM
**To:** 'Brown, Michael D'
**Subject:** DRAFT

b(5), DPP

**From:**   Rhode, Patrick
**Sent:**   Wednesday, September 07, 2005 12:35 PM
**To:**     Brown, Michael D
**Subject:** RE: DRAFT

Will work on some changes -

**From:** Brown, Michael D
**Sent:** Wednesday, September 07, 2005 11:44 AM
**To:** Rhode, Patrick
**Subject:** RE: DRAFT

Take a look at this thank you note to the employees.  Suggestions.





**From:** Brown, Michael D
**Sent:** Wednesday, September 07, 2005 11:44 AM
**To:** Rhode, Patrick
**Subject:** RE: DRAFT

Take a look at this thank you note to the employees.  Suggestions.



b(5), DPP

**From:** Andrews, Nicol D - Public Affairs
**Sent:** Wednesday, September 07, 2005 5:00 PM
**To:** Brown, Michael D
**Subject:** Fw: Draft Katrina Timeline Document

**Attachments:** Katrina_Timeline_DRAFT_090705_1000.doc

```
- - - - - - - - - - - - - - - - - - - - - - - -
Sent from my BlackBerry Wireless Handheld


-----Original·Message-----
From: Biggs, Charlie <charles.biggs@dhs.gov>
To: Nicol Andrews (Nicol.Andrews@dhs.gov) <Nicol.Andrews@dhs.gov>
Sent: Wed Sep 07 16:30:01 2005
Subject: Draft Katrina Timeline Document
```



Katrina_Timeline_D
RAFT_090705_...

Draft Katrin              timeline document attached.




```
Charles Biggs
U.S. Department of Homeland Security
Emergency Preparedness and Response/FEMA
202.646.4642                    office
                                mobile
                  <mailto:                      >      (text mobile
address)
```

This communication, along with any attachments, is covered by federal and state law
governing electronic communications and may contain confidential and legally privileged
information.  If the reader of this message is not the intended recipient, you are hereby
notified that any dissemination, distribution, use or copying of this message is strictly
prohibited.  If you have received this in error, please reply immediately to the sender
and delete this message.  Thank you.

**From:**       Andrew W. Lester [

**Sent:**       Thursday, September 08, 2005 12:48 PM

**To:**         'Brown, Michael D'

**Subject:**    RE: Draft Katrina Timeline Document

Why send it to me? To correct the typo on page 3 (Miami-Date should be Miami-Dade)?

All the best.

-----Original Message-----
From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Thursday, September 08, 2005 11:15 AM
To: Andrew W. Lester
Subject: FW: Draft Katrina Timeline Document

I don't know why I'm sending this to you, other than the fact you might be interested in this kind of document as evidence of what we did and, more importantly, what the state/locals did/did not do.    MB

-----Original Message-----
From: Andrews, Nicol D - Public Affairs
Sent: Wednesday, September 07, 2005 5:00 PM
To: Brown, Michael D
Subject: Fw: Draft Katrina Timeline Document

-------------------------------
ent from my BlackBerry Wireless Handheld


----Original Message-----
rom: Biggs, Charlie <charles.biggs@dhs.gov>
o: Nicol Andrews (Nicol.Andrews@dhs.gov) <Nicol.Andrews@dhs.gov>
ent: Wed Sep 07 16:30:01 2005
ubject: Draft Katrina Timeline Document

Draft Katrina timeline document attached.


arles Biggs
S. Department of Homeland Security
nergency Preparedness and Response/FEMA
2.646.4642                         office
                                   mobile
                      mailto:                         (text mobile
dress)


is communication, along with any attachments, is covered by federal and state law
verning electronic communications and may contain confidential and legally privileged



information.  If the reader of this message is not the intended recipient, you are hereby
notified that any dissemination, distribution, use or copying of this message is strictly
prohibited.  If you have received this in error, please reply immediately to the sender
and delete this message.  Thank you.

<<Katrina_Timeline_DRAFT_090705_1000.doc>>

CREW FOIA 1611

**From:** Brown, Michael D
**Sent:** Thursday, September 08, 2005 5:58 PM
**To:** Altshuler, Brooks; Picciano, Joe; Bossert, Thomas; Carwile, William; Wells, Scott; Lokey, William
**Subject:** USS Comfort

b(5), DPP



MDB



b(5), DPP

**From:** Brown, Michael D
**Sent:** Thursday, September 08, 2005 5:14 PM
**To:** FEMA OPERATIONS CENTER
**Subject:** RE: USS COMFORT

MS. MB

**From:** FEMA OPERATIONS CENTER
**Sent:** Thursday, September 08, 2005 4:50 PM
**To:** Brown, Michael D
**Subject:** USS COMFORT

Ken sweetser, FOC.



b(s),DPP

**From:** Bossert, Thomas
**Sent:** Thursday, September 08, 2005 6:12 PM
**To:** Brown, Michael D; ███████████; Altshuler, Brooks; Picciano, Joe; Carwile, William; Wells, Scott; Lokey, William
**Subject:** Re: USS Comfort

I will provide report to this group shortly. Am on phone with relevant confused parties.
---------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: ███████████ <███████████; Altshuler, Brooks
<Brooks.Altshuler@fema.gov>; Picciano, Joe <Joe.Picciano@fema.gov>; Bossert, Thomas
<Thomas.Bossert@fema.gov>; Carwile, William <William.Carwile@fema.gov>; Wells, Scott
<Scott.Wells@fema.gov>; Lokey, William <William.Lokey@fema.gov>
Sent: Thu Sep 08 17:58:11 2005
Subject: USS Comfort



MDB



**From:**       Blong Clair K GS-15 DHS/FEMA NORAD USNORTHCOM IC [
**Sent:**       Thursday, September 08, 2005 6:53 PM
**To:**         Bossert, Thomas; Brown, Michael D; Altshuler, Brooks; Picciano, Joe; Carwile, William; Wells, Scott; Lokey, William
**Cc:**         McConnell Bear SES-5 NORAD USNORTHCOM IC
**Subject:**    RE: USS Comfort

```
Classification: UNCLASSIFIED
FEMA Colleagues:

We were just informed by the NC J-3 Operations, MG Rowe, that Secretary Chertoff has
decided to move the USNS Comfort to Pascagoula, MS.
Admiral Keating, the Commander of NC, asked for confirmation that this is accurate
information.  Thanks for your kind help.

Clair

-----Original Message-----
From: Bossert, Thomas [mailto:Thomas.Bossert@dhs.gov]
Sent: Thursday, September 08, 2005 4:12 PM
To: Brown, Michael D; Blong Clair K GS-15 DHS/FEMA NORAD USNORTHCOM IC; Altshuler, Brooks;
Picciano, Joe; Carwile, William; Wells, Scott; Lokey, William
Subject: Re: USS Comfort

I will provide report to this group shortly. Am on phone with relevant confused parties.
------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: '                                        Altshuler, Brooks
<Brooks.Altshuler@fema.gov>; Picciano, Joe <Joe.Picciano@fema.gov>; Bossert, Thomas
<Thomas.Bossert@fema.gov>; Carwile, William <William.Carwile@fema.gov>; Wells, Scott
<Scott.Wells@fema.gov>; Lokey, William <William.Lokey@fema.gov>
Sent: Thu Sep 08 17:58:11 2005
Subject: USS Comfort
```




```
MDB
```





**From:** Gair, Brad
**Sent:** Thursday, September 08, 2005 3:45 AM
**To:** Brown, Michael D
**Cc:** Picciano, Joe; Craig, Daniel; Garratt, David
**Subject:** Housing Area Command Special Report for VP Visit
**Importance:** High
**Attachments:** FEMA SEC D+10.ppt

Mike,                  b(5) PCP                              b(5), DPP

Sorry for getting it out so late.

**Brad Gair**
**DHS/FEMA**
(cell)
940.323.2750 (fax)





6/29/2006

b(5) T-P

| From: | Rhode, Patrick |
| --- | --- |
| Sent: | Thursday, September 08, 2005 1:28 PM |
| To: | Brown, Michael D; Altshuler, Brooks |
| Subject: | RE: UPDATE FROM PFO MIL ASST OFFICE |

These are great -

Brooks, can you make sure I get these direct every morning - thanks

b(5), PCP  b(5), DPP

b(5),PCP   b(5),DPP



| From: | Lowder, Michael |
| Sent: | Sunday, August 28, 2005 7:43 AM |
| To: | Rule, Natalie; Rhode, Patrick; Andrews, Nicol D - Public Affairs; Brown, Michael D |
| Cc: | Altshuler, Brooks; Craig, Daniel; Worthy, Sharon |
| Subject: | RE: tomorrow's VTC |

I'm sure he did, and we will follow up again this morning.



-----Original Message-----
From: Rule, Natalie
Sent: Sunday, August 28, 2005 7:40 AM
To: Lowder, Michael; Rhode, Patrick; Andrews, Nicol D - Public Affairs; Brown, Michael D
Cc: Altshuler, Brooks; Craig, Daniel; Worthy, Sharon
Subject: Re: tomorrow's VTC

Thanks, mike.  Definitely will keep that clearly in the minds of staff.  I understand that
by our alerting dick gray yesterday, he was going to alert the states precisely so it
would not be a surprise and so they would understand is just video and only at the top for
eather.  I do hope dick took that action.  Thanks for the heads up!
-------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Andrews, Nicol D - Public Affairs
<Nicol.D.Andrews@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>
CC: Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>;
Rule, Natalie <Natalie.Rule@fema.gov>; Worthy, Sharon <Sharon.Worthy@fema.gov>
Sent: Sun Aug 28 07:31:01 2005
Subject: RE: tomorrow's VTC

The states are very uncomfortable when they see media in the room on the vtc....

-----Original Message-----
From: Rhode, Patrick
Sent: Saturday, August 27, 2005 6:49 PM
To: Andrews, Nicol D - Public Affairs; Brown, Michael D
Cc: Altshuler, Brooks; Craig, Daniel; Rule, Natalie; Worthy, Sharon; Lowder, Michael
Subject: Re: tomorrow's VTC

Understood - thank you

-----Original Message-----
From: Andrews, Nicol D - Public Affairs <Nicol.D.Andrews@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
CC: Rhode, Patrick <Patrick.Rhode@fema.gov>; Altshuler, Brooks
<Brooks.Altshuler@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>; Rule, Natalie
<Natalie.Rule@fema.gov>; Worthy, Sharon <Sharon.Worthy@fema.gov>
Sent: Sat Aug 27 18:45:27 2005
Subject: FW: tomorrow's VTC

FYI - major media will be in attendance at the beginning of tomorrow's VTC. like we did
for dennis, they will shoot film (no audio or tri-pods allowed) and stay only for the roll

236



From:            Rule, Natalie
Sent:            Sunday, August 28, 2005 8:46 AM
To:              Lowder, Michael; Rhode, Patrick; Andrews, Nicol D - Public Affairs; Brown, Michael D
Cc:              Altshuler, Brooks; Craig, Daniel; Worthy, Sharon
Subject:         RE: tomorrow's VTC



b(5),DPP

-----Original Message-----
From: Lowder, Michael
Sent: Sunday, August 28, 2005 7:43 AM
To: Rule, Natalie; Rhode, Patrick; Andrews, Nicol D - Public Affairs; Brown, Michael D
Cc: Altshuler, Brooks; Craig, Daniel; Worthy, Sharon
Subject: RE: tomorrow's VTC

I'm sure he did, and we will follow up again this morning.

-----Original Message-----
From: Rule, Natalie
Sent: Sunday, August 28, 2005 7:40 AM
To: Lowder, Michael; Rhode, Patrick; Andrews, Nicol D - Public Affairs; Brown, Michael D
Cc: Altshuler, Brooks; Craig, Daniel; Worthy, Sharon
Subject: Re: tomorrow's VTC

Thanks, mike.  Definitely will keep that clearly in the minds of staff.  I understand that
by our alerting dick gray yesterday, he was going to alert the states precisely so it
would not be a surprise and so they would understand is just video and only at the top for
eather.  I do hope dick took that action.  Thanks for the heads up!
----------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Andrews, Nicol D - Public Affairs
<Nicol.D.Andrews@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>
CC: Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>;
Rule, Natalie <Natalie.Rule@fema.gov>; Worthy, Sharon <Sharon.Worthy@fema.gov>
Sent: Sun Aug 28 07:31:01 2005
Subject: RE: tomorrow's VTC

The states are very uncomfortable when they see media in the room on the vtc....

-----Original Message-----
From: Rhode, Patrick
Sent: Saturday, August 27, 2005 6:49 PM
To: Andrews, Nicol D - Public Affairs; Brown, Michael D
Cc: Altshuler, Brooks; Craig, Daniel; Rule, Natalie; Worthy, Sharon; Lowder, Michael
Subject: Re: tomorrow's VTC

Understood - thank you



From:           Rhode, Patrick
Sent:           Sunday, August 28, 2005 8:27 AM
To:             Altshuler, Brooks; Heath, Michael
Subject:        RE:

Didn't' mean you guys - meant craig and brown - but thanks

-----Original Message-----
From: Altshuler, Brooks
Sent: Sunday, August 28, 2005 8:25 AM
To: Rhode, Patrick; Craig, Daniel; Heath, Michael
Subject: Re:

On my way in a bit
----------------------------
Sent from my BlackBerry Wireless Hand

*Other Rhode* (handwritten)

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fel
To: Craig, Daniel <Daniel.Craig@fema.gc          ooks.Altshuler@fema.gov>;
Heath, Michael <Michael.Heath@fema.gov>
Sent: Sun Aug 28 08:24:48 2005
Subject: Re:

Great on MS - nice work -

████████████████████████████████████

I'm here too - where are you guys?                *b(5),DPP* (handwritten)

-----Original Message-----
From: Craig, Daniel <Daniel.Craig@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Altshuler, Brooks
<Brooks.Altshuler@fema.gov>; Heath, Michael <Michael.Heath@fema.gov>
Sent: Sun Aug 28 08:19:57 2005
Subject:

Brown is here and ██████████████████████████

Also, ████████████████████████████████████

Daniel A. Craig
Director, Recovery Division
Department of Homeland Security
500 C Street, SW
Washington, DC 20472
202.646.3642
202.646.2730 fax
daniel.craig@dhs.gov

**From:** Rhode, Patrick
**Sent:** Monday, August 29, 2005 7:55 AM
**To:** 'Brown, Michael D'; 'Altshuler, Brooks'
**Subject:** RE: Superdome

thanks

-----Original Message-----
From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Sunday, August 28, 2005 9:32 PM
To: Altshuler, Brooks
Cc: 'patrick.rhode@dhs.gov'
Subject: Re: Superdome

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
CC: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 21:00:28 2005
Subject: Fw: Superdome

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 20:32:06 2005
Subject: Fw: Superdome

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Heath, Michael <Michael.Heath@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>; Burris,
Ken <Ken.Burris@fema.gov>
Sent: Sun Aug 28 20:23:37 2005
Subject: FW: Superdome

F Y I

ML

-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Sunday, August 28, 2005 8:24 PM
To: Michael Lowder
Subject: RE: Superdome

CREW FOIA 1627

1



b(5),DPP

-----Original Message-----
From: Lowder, Michael [mailto:Michael.Lowder@dhs.gov]
Sent: Sunday, August 28, 2005 6:07 PM
To: Broderick, Matthew (CNC)
Subject: Superdome

5 trailers of water
2 trailers of MRE's

In bound to Superdome eta at 2100 eastern.

Under LEO escort.

| | |
|---|---|
| From: | Rhode, Patrick |
| Sent: | Sunday, August 28, 2005 8:59 PM |
| To: | 'Altshuler, Brooks' |
| Cc: | Brown, Michael D |
| Subject: | RE: IIMG |

Mike,

Check out below - (Brooks, I thought the three of us might commiserate)

-----Original Message-----
From: Altshuler, Brooks [mailto:Brooks.Altshuler@dhs.gov]
Sent: Sunday, August 28, 2005 8:28 PM
To: 'Patrick.Rhode@dhs.gov'
Subject: Fw: IIMG
Importance: High

This is HSC pushing this. This is the job of the long term recovery esf in the nrp and
fema is the lead.  Let them play their raindeer games as long as they are not turning
around and tasking us with their stupid questions.
None of them have a clue about emergency management[or economic impacts for that matter
---------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Heath, Michael <Michael.Heath@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Burris, Ken <Ken.Burris@fema.gov>
CC: Sharro, Stephen <Stephen.Sharro@fema.gov>
Sent: Sun Aug 28 19:48:21 2005
Subject: IIMG

Patrick,

Just received a call from █████████████████████████████████████████████████████

He said that he wanted to let you know, that it was not to "get into our knickers".

ML



**From:**       Heath, Michael
**Sent:**       Monday, August 29, 2005 10:31 AM
**To:**         Rhode, Patrick
**Subject:**    RE: VTC Today

-----Original Message-----
From: Rhode, Patrick
Sent: Monday, August 29, 2005 10:32 AM
To: Heath, Michael; Brown, Michael D
Subject: RE: VTC Today

Good - thank you

-----Original Message-----
From: Heath, Michael
Sent: Monday, August 29, 2005 10:29 AM
To: Rhode, Patrick; Brown, Michael D
Subject: FW: VTC Today

From:            Rhode, Patrick
Sent:            Monday, August 29, 2005 10:32 AM
To:              Heath, Michael; Brown, Michael D
Subject:         RE: VTC Today

Good - thank you

-----Original Message-----
From: Heath, Michael
Sent: Monday, August 29, 2005 10:29 AM
To: Rhode, Patrick; Brown, Michael D
Subject: FW: VTC Today

| | |
|---|---|
| **From:** | Rhode, Patrick |
| **Sent:** | Monday, August 29, 2005 10:33 AM |
| **To:** | Heath, Michael |
| **Subject:** | RE: VTC Today |

b(s),DPP

-----Original Message-----
From: Heath, Michael
Sent: Monday, August 29, 2005 10:31 AM
To: Rhode, Patrick
Subject: RE: VTC Today

b(s),DPP

-----Original Message-----
From: Rhode, Patrick
Sent: Monday, August 29, 2005 10:32 AM
To: Heath, Michael; Brown, Michael D
Subject: RE: VTC Today

Good - thank you

-----Original Message-----
From: Heath, Michael
Sent: Monday, August 29, 2005 10:29 AM
To: Rhode, Patrick; Brown, Michael D
Subject: FW: VTC Today

b(s), PCP   b(s), DPP

b(5), DPP

**From:** Podolske, Lew
**Sent:** Monday, August 29, 2005 10:44 AM
**To:** Rhode, Patrick; Altshuler, Brooks
**Cc:** Ayers, Dana; Heath, Michael
**Subject:** COS VTC

Gentlemen, John Wood was tied up in meetings this morning so Scott Boylan chaired the call. Topics covered included:





That's about it for today's meeting, Lew

| | |
|---|---|
| **From:** | Trissell, David |
| **Sent:** | Monday, August 29, 2005 10:44 AM |
| **To:** | Brown, Michael D |
| **Cc:** | Rhode, Patrick; Altshuler, Brooks |
| **Subject:** | DPA |

b(5), DPP   b(5), ACP

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*

**From:** Craig, Daniel
**Sent:** Monday, August 29, 2005 5:36 PM
**To:** Rhode, Patrick; Brown, Michael D
**Subject:** FW: Alabama?

b(s),HCP



-----Original Message-----
From: Craig, Daniel [mailto:Daniel.Craig@dhs.gov]
Sent: Monday, August 29, 2005 12:07 PM
To: McDonald, Brian; Kyle, Ross M.
Subject:

b(s),DPP

Daniel A. Craig
Director, Recovery Division
DHS/FEMA



From:        Rhode, Patrick
Sent:        Monday, August 29, 2005 5:44 PM
To:          Craig, Daniel
Subject:     RE: Alabama?

b(s).urr

-----Original Message-----
From: Craig, Daniel
Sent: Monday, August 29, 2005 5:36 PM
To: Rhode, Patrick; Brown, Michael D
Subject: FW: Alabama?

b(s).pcp

-----Original Message-----
From: Craig, Daniel [mailto:Daniel.Craig@dhs.gov]
Sent: Monday, August 29, 2005 12:07 PM
To: McDonald, Brian; Kyle, Ross M.
Subject:

b(s).DPP

Daniel A. Craig
Director, Recovery Division
DHS/FEMA



| | |
|---|---|
| **From:** | Craig, Daniel |
| **Sent:** | Monday, August 29, 2005 5:46 PM |
| **To:** | Rhode, Patrick |
| **Subject:** | Re: Alabama? |

b(5) DPP

Daniel A. Craig
Director, Recovery Division
DHS/FEMA

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Craig, Daniel <Daniel.Craig@fema.gov>
Sent: Mon Aug 29 17:43:32 2005
Subject: RE: Alabama?

b(5), DPP

-----Original Message-----
From: Craig, Daniel
Sent: Monday, August 29, 2005 5:36 PM
To: Rhode, Patrick; Brown, Michael D
Subject: FW: Alabama?

b(5), Rep

-----Original Message-----
From: Craig, Daniel [mailto:Daniel.Craig@dhs.gov]
Sent: Monday, August 29, 2005 12:07 PM
To: McDonald, Brian; Kyle, Ross M.
Subject:

b(5) DPP

Daniel A. Craig
Director, Recovery Division
DHS/FEMA

CREW FOIA 1639

b(s), DPP
b(s), PCP

**From:** Buikema, Edward [Edward.Buikema@dhs.gov]
**Sent:** Monday, August 29, 2005 6:49 PM
**To:** 'Patrick.Rhode@dhs.gov'
**Subject:** Fw: Hurricane information

FYI

CNN FOIA 640    b(s), PDP
o(s), DPP

**From:** Rhode, Patrick
**Sent:** Monday, August 29, 2005 6:59 PM
**To:** 'Buikema, Edward'
**Subject:** RE: Hurricane information

Thank you Ed for all your work on this - I think we are making progress -

-----Original Message-----
From: Buikema, Edward [mailto:Edward.Buikema@dhs.gov]
Sent: Monday, August 29, 2005 6:49 PM
To: 'Patrick.Rhode@dhs.gov'
Subject: Fw: Hurricane information

FYI

b(5) PCP   D(5) DAP

rage 1 of 1



| | |
|---|---|
| **From:** | Wood, John (COS) [John.F.Wood@dhs.gov] |
| **Sent:** | Monday, August 29, 2005 6:49 PM |
| **To:** | Wiley, Miles |
| **Cc:** | Boudreaux, Chad; Rhode, Patrick |
| **Subject:** | Hurricane Katrina |

b(5), APP

Attached is the email from the Secretary to be sent to all DHS employees.  Patrick, please let us know ASAP if you propose any changes.

9/20/2005

Page



**From:**    Rhode, Patrick
**Sent:**    Monday, August 29, 2005 6:58 PM
**To:**      'Wood, John (COS)'; 'Wiley, Miles'
**Cc:**      'Boudreaux, Chad'
**Subject:** RE: Hurricane Katrina

b(5), DPP

Thanks John,



Thank you and the Secretary for your support –

Patrick

---

**From:** Wood, John (COS) [mailto:_____]
**Sent:** Monday, August 29, 2005 6:49 PM
**To:** Wiley, Miles
**Cc:** Boudreaux, Chad; Rhode, Patrick
**Subject:** Hurricane Katrina

Attached is the email from the Secretary to be sent to all DHS employees.  Patrick, please let us know ASAP if you propose any changes.



9/20/2005



**From:**   Rhode, Patrick
**Sent:**   Monday, August 29, 2005 6:58 PM
**To:**     'Wood, John (COS)'; 'Wiley, Miles'
**Cc:**     'Boudreaux, Chad'
**Subject:** RE: Hurricane Katrina

Thanks John,



Thank you and the Secretary for your support –

Patrick

---

**From:** Wood, John (COS) [mailto:████████████@███████]
**Sent:** Monday, August 29, 2005 6:49 PM
**To:** Wiley, Miles
**Cc:** Boudreaux, Chad; Rhode, Patrick
**Subject:** Hurricane Katrina

Attached is the email from the Secretary to be sent to all DHS employees.  Patrick, please let us know ASAP if you propose any changes.



9/20/2005



| | |
|---|---|
| **From:** | Wood, John (COS) [John.F.Wood@dhs.gov] |
| **Sent:** | Monday, August 29, 2005 7:04 PM |
| **To:** | Rhode, Patrick; Wood, John F; Wiley, Miles |
| **Cc:** | Boudreaux, Chad |
| **Subject:** | Re: Hurricane Katrina |

Thanks. Miles, please add Patrick's sentence and then send this out.
----------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@dhs.gov>
To: 'Wood, John (COS)' <John.F.Wood@dhs.gov>; Wiley, Miles <Miles.Wiley@dhs.gov>
CC: Boudreaux, Chad <Chad.Boudreaux@dhs.gov>
Sent: Mon Aug 29 18:57:37 2005
Subject: RE: Hurricane Katrina

Thanks John,

b(5).DPP



Thank you and the Secretary for your support -


Patrick


_____


From: Wood, John (COS) [mailto:John.F.Wood@dhs.gov]
Sent: Monday, August 29, 2005 6:49 PM
To: Wiley, Miles
Cc: Boudreaux, Chad; Rhode, Patrick



Subject: Hurricane Katrina

Attached is the email from the Secretary to be sent to all DHS employees.  Patrick, please let us know ASAP if you propose any changes.

b(5),DPP