**From:** Brown, Michael D [Michael.D.Brown@dhs.gov]
**Sent:** Monday, August 29, 2005 7:00 PM
**To:** 'patrick.rhode@dhs.gov'; Altshuler, Brooks; Craig, Daniel

From:           Rhode, Patrick
Sent:           Monday, August 29, 2005 7:01 PM
To:             'Brown, Michael D'; 'patrick.rhode@dhs.gov'; 'Altshuler, Brooks'; 'Craig, Daniel'
Subject:        RE:

Please call Riley - thanks

-----Original Message-----
From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Monday, August 29, 2005 7:00 PM
To: 'patrick.rhode@dhs.gov'; Altshuler, Brooks; Craig, Daniel
Subject:

From:           Rhode, Patrick [Patrick.Rhode@dhs.gov]
Sent:           Monday, August 29, 2005 7:01 PM
To:             'Brown, Michael D'; 'patrick.rhode@dhs.gov'; Altshuler, Brooks; Craig, Daniel
Subject:        RE:

Please call Riley - thanks

-----Original Message-----
From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Monday, August 29, 2005 7:00 PM
To: 'patrick.rhode@dhs.gov'; Altshuler, Brooks; Craig, Daniel
Subject:

**From:** Rhode, Patrick
**Sent:** Monday, August 29, 2005 11:05 PM
**To:** 'm.jackson@dhs.gov'
**Subject:** Update

6(5), DPP

Michael,

Just a quick update since our phone conversation this evening.



Thanks,

Patrick

**From:** Craig, Daniel
**Sent:** Monday, August 29, 2005 8:56 AM
**To:** Brown, Michael D; Rhode, Patrick; Altshuler, Brooks; Heath, Michael
**Cc:** Miller, Mary Lynne; Jones, Gary; Carwile, William; Lokey, William; Garratt, David; Ruiz, Magda; Miller, Peggy; Fay, Paul; Robinson, Tony; Burris, Ken
**Subject:** LA and MS

All,

Dan

**Daniel A. Craig**
Director, Recovery Division
Department of Homeland Security
500 C Street, SW
Washington, DC 20472
202.646.3642
202.646.2730 fax
daniel.craig@dhs.gov

b(5).DPP

CREW FOIA 1656

| | |
|---|---|
| **From:** | Martinez-Fonts, Al [Al.Martinez-fonts@DHS.GOV] |
| **Sent:** | Tuesday, August 30, 2005 10:20 AM |
| **To:** | Rhode, Patrick |
| **Subject:** | FW: PSO Update on Katrina |

b(5), DPP

```
-----Original Message-----
From: Martinez-Fonts, Al
Sent: Monday, August 29, 2005 8:57 PM
To: 'brad.gair@dhs.gov'
Cc: 'molly.walsh@dhs.gov'; 'janey.rudd@dhs.gov'; 'tara.riordan@dhs.gov';
'james.plehal@dhs.gov'
Subject: PSO Update on Katrina

Brad,

Further to our various phone calls with you and Babara Russell yesterday and today. The
Private Sector Office (PSO) has done the following to assist FEMA in getting private
sector help with housing and transportation for the victims of Hurricane Katrina.
```



```
Hope this helps. Please pass it on to Barbara.

Best regards,
Al.
----------------------------
Sent from my BlackBerry Wireless Handheld
```

**From:** Rhode, Patrick
**Sent:** Tuesday, August 30, 2005 10:24 AM
**To:** 'Martinez-Fonts, Al'
**Subject:** RE: PSO Update on Katrina

Thank you and all your work, Al -

-----Original Message-----
From: Martinez-Fonts, Al [mailto:Al.Martinez-fonts@DHS.GOV]
Sent: Tuesday, August 30, 2005 10:20 AM
To: Rhode, Patrick
Subject: FW: PSO Update on Katrina

b(5), DPr

-----Original Message-----
From: Martinez-Fonts, Al
Sent: Monday, August 29, 2005 8:57 PM
To: 'brad.gair@dhs.gov'
Cc: 'molly.walsh@dhs.gov'; 'janey.rudd@dhs.gov'; 'tara.riordan@dhs.gov';
'james.plehal@dhs.gov'
Subject: PSO Update on Katrina

Brad,

Further to our various phone calls with you and Babara Russell yesterday and today. The Private Sector Office (PSO) has done the following to assist FEMA in getting private sector help with housing and transportation for the victims of Hurricane Katrina.



Hope this helps. Please pass it on to Barbara.

Best regards,
Al.
-----------------------------
Sent from my BlackBerry Wireless Handheld



**From:**     Brown, Michael D [Michael.D.Brown@dhs.gov]
**Sent:**     Tuesday, August 30, 2005 8:53 AM
**To:**       Altshuler, Brooks; 'patrick.rhode@dhs.gov'
**Subject:**  InterAgency



On an unrelated matter, I amready to blow up IT support at the mountain. In a MDRC and they can't seemto get me connected.....or even care about getting me connected.

b(E, PCP     b(5): Drt

**From:** Rhode, Patrick
**Sent:** Tuesday, August 30, 2005 9:01 AM
**To:** 'Brown, Michael D'; 'Altshuler, Brooks'
**Subject:** RE: InterAgency

-----Original Message-----
From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Tuesday, August 30, 2005 8:53 AM
To: Altshuler, Brooks; 'patrick.rhode@dhs.gov'
Subject: InterAgency

On an unrelated matter, I amready to blow up IT support at the mountain. In a MDRC and
they can't seemto get me connected.....or even care about getting me connected.

b(5), PCP    b(5) DPP

**From:** Rhode, Patrick
**Sent:** Tuesday, August 30, 2005 9:12 AM
**To:** 'Brown, Michael D'; 'Altshuler, Brooks'
**Subject:** RE: InterAgency

-----Original Message-----
From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Tuesday, August 30, 2005 8:53 AM
To: Altshuler, Brooks; 'patrick.rhode@dhs.gov'
Subject: InterAgency

On an unrelated matter, I amready to blow up IT support at the mountain. In a MDRC and
they can't seemto get me connected.....or even care about getting me connected.

b(5), PCP   b(5), DPP

**From:** Altshuler, Brooks [Brooks.Altshuler@dhs.gov]
**Sent:** Tuesday, August 30, 2005 10:00 AM
**To:** Brown, Michael D; 'Patrick.Rhode@dhs.gov'
**Subject:** Re: InterAgency

I will call barry
---------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>; 'patrick.rhode@dhs.gov'
<patrick.rhode@dhs.gov>
Sent: Tue Aug 30 08:52:47 2005
Subject: InterAgency



On an unrelated matter, I amready to blow up IT support at the mountain. In a MDRC and
they can't seemto get me connected.....or even care about getting me connected.





**From:** Heath, Michael
**Sent:** Tuesday, August 30, 2005 10:38 AM
**To:** Rhode, Patrick
**Subject:** RE: Need your help





Sent from my BlackBerry Wireless Handheld

b(5). PCP

b(5) ...

(5) PCP   (5) DPP 

**From:** Rhode, Patrick
**Sent:** Tuesday, August 30, 2005 10:40 AM
**To:** Heath, Michael
**Subject:** RE: Need your help

Thanks -

-----Original Message-----
From: Heath, Michael
Sent: Tuesday, August 30, 2005 10:38 AM
To: Rhode, Patrick
Subject: RE: Need your help





**From:** Rhode, Patrick
**Sent:** Tuesday, August 30, 2005 10:41 AM
**To:** Heath, Michael
**Subject:** RE: Need your help

Can you send me those two documents when you are ready? I'll need to shoot something over
to Jackson shortly - thanks

-----Original Message-----
From: Heath, Michael
Sent: Tuesday, August 30, 2005 10:38 AM
To: Rhode, Patrick
Subject: RE: Need your help







| | |
|---|---|
| **From:** | Heath, Michael |
| **Sent:** | Tuesday, August 30, 2005 10:42 AM |
| **To:** | Rhode, Patrick |
| **Subject:** | RE: Need your help |




Proofing it now. Give me 5.

-----Original Message-----
From: Rhode, Patrick
Sent: Tuesday, August 30, 2005 10:41 AM
To: Heath, Michael
Subject: RE: Need your help

Can you send me those two documents when you are ready? I'll need to shoot something over
to Jackson shortly - thanks



-----Original Message-----
From: Heath, Michael
Sent: Tuesday, August 30, 2005 10:38 AM
To: Rhode, Patrick
Subject: RE: Need your help



Mike
- - - - - - - - - - - - - - - - - - - - - - - - - - - -
Sent from my BlackBerry Wireless Handheld

b(5), PCP

b(5), DPP

From:           Rule, Natalie
Sent:           Tuesday, August 30, 2005 10:54 AM
To:             Rhode, Patrick
Subject:        Fw:

Attachments:    KATRINA TALKING POINTS.doc

---------------------------

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: EST-ESF15 <EST-ESF15@fema.gov>
Sent: Mon Aug 29 23:35:50 2005
Subject:



KATRINA TALKING
POINTS.doc (47...

KATRINA T        LKING POINTS

8-30-05 PM UPDATE*


Our first priority will be life saving efforts. Early resources will be directed to those
with the most urgent needs.

o       23 Disaster Medical Assistance Teams from all across the US have been deployed to
staging areas in AL, TN, TX, and LA.  Two Veterinary Medical Assistance have also been
deployed.

o       Teams bring truckloads of medical equipment and supplies with them and are trained
to handle trauma, pediatrics, surgery and mental health problems.

o       VMATs have also been deployed to provide medical care to pets and livestock, as
well as provide any needed veterinary medical care for rescue dogs.

o       Seven Urban Search & Rescue task forces and 2 Incident Support Teams have been
deployed and prepositioned in Shreveport, La., and Jackson, Miss., including teams from
FL, IN, OH, MD, MO, TN, TX and VA.  Three more US&R teams are staged and awaiting
deployment as needed.


*       After life-saving measures, our next priority will be life-sustaining help.

o       Supplies and equipment will move into the hardest hit areas as quickly as
possible, especially water, ice, meals, medical supplies, generators, tents and tarps.

o       It may be several days before emergency workers are able to reach all the victims
of this hurricane.

o       This will not be an easy road ahead

o       We will do everything we can to minimize losses and help those affected get back
on their feet.  Recovery will take time, but FEMA will be here as long as needed.



**From:** Stanton, Maria
**Sent:** Tuesday, August 30, 2005 11:18 AM
**To:** Rhode, Patrick
**Subject:** FW: CNN information


Maria

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.


-----Original Message-----
From: Smith, Valerie [mailto:Valerie.Smith@DHS.GOV]
Sent: Tuesday, August 30, 2005 11:16 AM
To: Stanton, Maria; Taylor, Cindy
Subject: CNN information

The CNN anchor interviewing Patrick should be Darrin Kagan.  The producer downstairs is Hannah, 202-494-7623.  They should be able to take Patrick whenever he arrives at the plaza downstairs.

Thanks,
Valerie


KATRINA TALKING POINTS

8-30-05 PM UPDATE*

Our first priority will be life saving efforts. Early resources will be directed to those with the most urgent needs.

o    23 Disaster Medical Assistance Teams from all across the US have been deployed to staging areas in AL, TN, TX, and LA.  Two Veterinary Medical Assistance have also been deployed.

o    Teams bring truckloads of medical equipment and supplies with them and are trained to handle trauma, pediatrics, surgery and mental health problems.

o    VMATs have also been deployed to provide medical care to pets and livestock, as well as provide any needed veterinary medical care for rescue dogs.

o    Seven Urban Search & Rescue task forces and 2 Incident Support Teams have been deployed and prepositioned in Shreveport, La., and Jackson, Miss., including teams from FL, IN, OH, MD, MO, TN, TX and VA.  Three more US&R teams are staged and awaiting deployment as needed.


*    After life-saving measures, our next priority will be life-sustaining help.

o    Supplies and equipment will move into the hardest hit areas as quickly as possible, especially water, ice, meals, medical supplies, generators, tents and tarps.

o    It may be several days before emergency workers are able to reach all the victims

of this hurricane.

o        This will not be an easy road ahead

o        We will do everything we can to minimize losses and help those affected get back on their feet.  Recovery will take time, but FEMA will be here as long as needed.


*        We still have many people very much in harm's way, and want to caution people about trying to return home too early.

o        Please don't put yourself - or our first responders - at risk.

o        Even once the immediate danger of the hurricane passes, hazards of weakened and damaged trees, downed power lines, high water and other dangers may exist.

o        Listen to state and local officials who ask you to remain in shelters, homes or safe places until given the "all clear" to travel. Roads are very likely to be damaged or blocked by debris. Traffic jams slow emergency managers and first responders in doing their job.

o        If officials instruct you not to enter, please heed their instructions.


*        Hurricane Katrina has proved by the impact on in the Gulf that it is one of the most dangerous storms in U.S. history. Urge people not to be caught off guard as Katrina has weakened and moved inland.  Even as wind speed decreases, the risk of severe flooding is extremely high.

o        We know the people impacted by Hurricane Katrina are suffering, and our thoughts are with all of those who are facing the wrath of the storm

o        The damage is extensive, and the personal and emotional losses tremendous


*        FEMA has been coordinating closely with state emergency officials in Louisiana, Mississippi, Alabama and Florida to lean as far forward and we have preposition supplies, equipment and personnel to ensure a rapid response.

o        FEMA is pre-positioned within county emergency operations centers to help local officials with their requests for assistance.

o        As local communities identify their critical needs and each state prioritizes those needs, FEMA will deploy personnel, equipment and supplies to meet those needs.

*        President Bush moved quickly to declare major disasters in Louisiana, Mississippi and ALabama making them eligible for presidential disaster aid for both public and individual aid ensuring the swift response of the federal government to help Katrina's victims

o        With the President's disaster declarations, we are able to bring full resources of the federal government to bear to help the residents in the impacted states with emergency needs and recovery support

o        Individuals in the declared counties are eligible for disaster assistance

o        32 parishes in Louisiana have been designated for both Individual and Public Assistance programs. 15 counties in Mississippi have been declared for Individual Assistance.

o        Damage surveys are continuing in other areas and more counties and additional forms of assistance may be designated after the assessments are fully completed in the affected areas.

*        Once the storm clears, affected individuals in declared counties can register online at www.fema.gov or call FEMA's toll-free registration line 1-800-621-FEMA (3362) TTY 800-462-7585.

o        If you have a family member with internet access who can help you register, that may also be an option to avoid busy signals and waits on our teleregistration line.

o        www.fema.gov is also a great source to access information on available assistance, disaster recovery center locations once they begin opening, and other disaster specific information.

o        Our registration centers are operating 24/7, and we've added personnel to minimize wait time as much as possible.

o        We ask those with minimal damage to wait a few days, giving those with urgent needs and serious losses to register for assistance first.

o        We are aware that some people with serious needs might not be able to call us due to power or phone outages - we'll be operating 24 hours a day 7 days a week until all have a chance to register with FEMA.


*        Have a number of programs to help meet basic shelter and emergency needs

o        Temporary housing assistance to make repairs to homes with limited damaged or provide rental assistance to those with more substantial damage

o        Low interest disaster loans through SBA to repair or replace homes, personal property or businesses that sustained damage, not covered by insurance

o        Assistance with other emergency needs, which could include medical expenses, transportation expenses, or repair or replacement of certain personal property

PCP / DPP

**From:** James, Tillie [Tillie.James@dhs.gov]
**Sent:** Tuesday, August 30, 2005 12:33 PM
**To:** 'PATRICK.RHODE@DHS.GOV'
**Cc:** Altshuler, Brooks
**Subject:** Fw: White House Task Force on Hurricane Katrina Response

**Importance:** High

DPP

Tillie



PCP

CREW FOIA 1676

**From:** Rhode, Patrick
**Sent:** Tuesday, August 30, 2005 1:18 PM
**To:** 'James, Tillie'
**Cc:** 'Altshuler, Brooks'; Stanton, Maria
**Subject:** RE: White House Task Force on Hurricane Katrina Response

DPP

thanks

-----Original Message-----
From: James, Tillie [mailto:Tillie.James@dhs.gov]
Sent: Tuesday, August 30, 2005 12:33 PM
To: 'PATRICK.RHODE@DHS.GOV'
Cc: Altshuler, Brooks
Subject: Fw: White House Task Force on Hurricane Katrina Response
Importance: High

DPP

Tillie

PCP



PCP

CREW FOIA 1678

From:           Rhode, Patrick
Sent:           Tuesday, August 30, 2005 1:30 PM
To:             'James, Tillie'
Cc:             'Altshuler, Brooks'
Subject:        RE: White House Task Force on Hurricane Katrina Response

DPP

-----Original Message-----
From: James, Tillie [mailto:Tillie.James@dhs.gov]
Sent: Tuesday, August 30, 2005 12:33 PM
To: 'PATRICK.RHODE@DHS.GOV'
Cc: Altshuler, Brooks
Subject: Fw: White House Task Force on Hurricane Katrina Response
Importance: High

DPP

Tillie

PCP



CREW 0001679

PcP

From:          James, Tillie [Tillie.James@dhs.gov]
Sent:          Tuesday, August 30, 2005 1:39 PM
To:            'Patrick.Rhode@dhs.gov'; 'Tillie.James@dhs.gov'
Cc:            'Brooks.Altshuler@dhs.gov'
Subject:       Re: White House Task Force on Hurricane Katrina Response

                                    DPP

Thanks

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@dhs.gov>
To: 'James, Tillie' <Tillie.James@dhs.gov>
CC: Altshuler, Brooks <Brooks.Altshuler@dhs.gov>
Sent: Tue Aug 30 13:30:22 2005
Subject: RE: White House Task Force on Hurricane Katrina Response     DPP

-----Original Message-----
From: James, Tillie [mailto:Tillie.James@dhs.gov]
Sent: Tuesday, August 30, 2005 12:33 PM
To: 'PATRICK.RHODE@DHS.GOV'
Cc: Altshuler, Brooks
Subject: Fw: White House Task Force on Hurricane Katrina Response
Importance: High

                                    DPP

Tillie

                                    PLP



CREW FOIA 1681

PCP





**From:** Rhode, Patrick
**Sent:** Tuesday, August 30, 2005 1:59 PM
**To:** 'James, Tillie'
**Cc:** 'Brooks.Altshuler@dhs.gov'
**Subject:** RE: White House Task Force on Hurricane Katrina Response

DPP

-----Original Message-----
From: James, Tillie [mailto:Tillie.James@dhs.gov]
Sent: Tuesday, August 30, 2005 1:39 PM
To: 'Patrick.Rhode@dhs.gov'; 'Tillie.James@dhs.gov'
Cc: 'Brooks.Altshuler@dhs.gov'
Subject: Re: White House Task Force on Hurricane Katrina Response   DPP

Thanks

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@dhs.gov>
To: 'James, Tillie' <Tillie.James@dhs.gov>
CC: Altshuler, Brooks <Brooks.Altshuler@dhs.gov>
Sent: Tue Aug 30 13:30:22 2005
Subject: RE: White House Task Force on Hurricane Katrina Response   DPP

-----Original Message-----
From: James, Tillie [mailto:Tillie.James@dhs.gov]
Sent: Tuesday, August 30, 2005 12:33 PM
To: 'PATRICK.RHODE@DHS.GOV'
Cc: Altshuler, Brooks
Subject: Fw: White House Task Force on Hurricane Katrina Response
Importance: High

DPP

Tillie

PCP


CREW FOIA 1683

PCP



| | |
|---|---|
| **From:** | James, Tillie [Tillie.James@dhs.gov] |
| **Sent:** | Tuesday, August 30, 2005 2:05 PM |
| **To:** | 'Patrick.Rhode@dhs.gov' |
| **Subject:** | Re: White House Task Force on Hurricane Katrina Response |

DPP 

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@dhs.gov>
To: 'James, Tillie' <Tillie.James@dhs.gov>
CC: 'Brooks.Altshuler@dhs.gov' <Brooks.Altshuler@dhs.gov>
Sent: Tue Aug 30 13:58:47 2005
Subject: RE: White House Task Force on Hurricane Katrina Response DPP

-----Original Message-----
From: James, Tillie [mailto:Tillie.James@dhs.gov]
Sent: Tuesday, August 30, 2005 1:39 PM
To: 'Patrick.Rhode@dhs.gov'; 'Tillie.James@dhs.gov'
Cc: 'Brooks.Altshuler@dhs.gov'
Subject: Re: White House Task Force on Hurricane Katrina Response DPP

Thanks

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@dhs.gov>
To: 'James, Tillie' <Tillie.James@dhs.gov>
CC: Altshuler, Brooks <Brooks.Altshuler@dhs.gov>
Sent: Tue Aug 30 13:30:22 2005
Subject: RE: White House Task Force on Hurricane Katrina Response DPP

-----Original Message-----
From: James, Tillie [mailto:Tillie.James@dhs.gov]
Sent: Tuesday, August 30, 2005 12:33 PM
To: 'PATRICK.RHODE@DHS.GOV'
Cc: Altshuler, Brooks
Subject: Fw: White House Task Force on Hurricane Katrina Response
Importance: High

DPP

Tillie

PCP

CREW FOIA 1655

PCP

**From:** Stanton, Maria
**Sent:** Tuesday, August 30, 2005 7:30 PM
**To:** Rhode, Patrick
**Subject:** FW: White House Task Force on Hurricane Katrina Response

**Importance:** High

PCP/
DPP

Patrick,

Maria

This communication, along with any attachments, is covered by federal and state law
governing electronic communications and may contain confidential and legally privileged
information. If the reader of this message is not the intended recipient, you are hereby
notified that any dissemination, distribution, use or copying of this message is strictly
prohibited. If you have received this in error, please reply immediately to the sender and
delete this message. Thank you.

-----Original Message-----
From: James, Tillie
Sent: Tuesday, August 30, 2005 7:22 PM
To: Stanton, Maria
Subject: Fw: White House Task Force on Hurricane Katrina Response

PCP



CREW FOIA 1657





**From:** James, Tillie [Tillie.James@dhs.gov]
**Sent:** Tuesday, August 30, 2005 2:58 PM
**To:** 'PATRICK.RHODE@DHS.GOV'
**Cc:** 'molly.mcdow@dhs.gov'; Stanton, Maria; Altshuler, Brooks
**Subject:** Fw: White House Task Force on Hurricane Katrina Response



PCP/DPP

PCP



**From:** ▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, August 30, 2005 3:32 PM
**To:** Rhode, Patrick
**Subject:** Let us know..

b(5), DPP

First, you are doing a great job on the airwaves.

I think I know you and Mike well enough to know that both of you are in mild shock right now at the level of destruction down there. I know Mike always tries to put the best face on things (as do you), and I can tell by his and your appearances that this one is bad.  The report we are getting from our staff down there is equally grim.



My phone number is ▮▮▮▮▮▮▮▮▮▮ and cell is ▮▮▮▮▮▮▮ Let me know what you need.



**From:**  Rhode, Patrick
**Sent:**  Tuesday, August 30, 2005 7:02 PM
**To:**  ▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** RE: Let us know..

b(5), DPP

Brian,

You are a good man and good friend.

Thank you.  We will need everything you have.

Can't thank you enough my friend.

Patrick

---

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓[mailto:▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Tuesday, August 30, 2005 3:32 PM
**To:** Rhode, Patrick
**Subject:** Let us know..

First, you are doing a great job on the airwaves.

I think I know you and Mike well enough to know that both of you are in mild shock right now at the level of destruction down there. I know Mike always tries to put the best face on things (as do you), and I can tell by his and your appearances that this one is bad.  The report we are getting from our staff down there is equally grim.



My phone number is ▓▓▓▓▓▓▓▓▓▓▓ and cell is ▓▓▓▓▓▓▓▓▓ let me know what you need.

CREW FOIA 1692

Page 1 of 2

**From:**
**Sent:** Tuesday, August 30, 2005 7:23 PM
**To:** Rhode, Patrick
**Subject:** RE: Let us know..

b(5), DPP

I placed my staff on red alert this morning and the Secretary did so to a larger group this afternoon.

You have my assurance we will do whatever we can.

On a more personal level -- let us know if Leslie (or you) need anything.

Hang in there.....

Brian

"Rhode, Patrick" <Patrick:Rhode@dhs.gov>

08/30/2005 07:01 PM

To:
cc:
Subject:    RE: Let us know..

Brian,

You are a good man and good friend.

Thank you.  We will need everything you have.

Can't thank you enough my friend.

Patrick

CREW FOIA 1693

b (e) DRP

**From:** ███████████████ [mailto:█████████████████
**Sent:** Tuesday, August 30, 2005 3:32 PM
**To:** Rhode, Patrick
**Subject:** Let us know..

First, you are doing a great job on the airwaves.

I think I know you and Mike well enough to know that both of you are in mild shock right now at the level of destruction down there. I know Mike always tries to put the best face on things (as do you), and I can tell by his and your appearances that this one is bad.  The report we are getting from our staff down there is equally grim.



My phone number is ████████████ and cell is ████████████ Let me know what you need.

b(6.

**From:** Rhode, Patrick
**Sent:** Tuesday, August 30, 2005 11:43 PM
**To:** Heath, Michael
**Subject:** Fw: Dep C/S info

Pls pass along to response - thx

-----Original Message

**From:**        Broderick, Matthew [Matthew.Broderick@dhs.gov]
**Sent:**        Tuesday, August 30, 2005 4:27 PM
**To:**          Rhode, Patrick
**Cc:**          Weber, Scott
**Subject:**     FW: White House Task Force on Hurricane Katrina Response

-----Original Message-----
From: Broderick, Matthew
Sent: Tuesday, August 30, 2005 4:22 PM
To: 'Weber, Scott'
Subject: RE: White House Task Force on Hurricane Katrina Response

-----Original Message-----
From: Weber, Scott [mailto:Scott.L.Weber@dhs.gov]
Sent: Tuesday, August 30, 2005 4:15 PM
To: Broderick, Matthew (CNC)
Subject: Re: White House Task Force on Hurricane Katrina Response

Who is doing it and please have them send it to me.
-------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Broderick, Matthew <Matthew.Broderick@dhs.gov>
To: Weber, Scott <Scott.L.Weber@dhs.gov>
Sent: Tue Aug 30 16:11:59 2005
Subject: RE: White House Task Force on Hurricane Katrina Response

This is now a FEMA paper and out of my ball park

-----Original Message-----
From: Weber, Scott [mailto:Scott.L.Weber@dhs.gov]
Sent: Tuesday, August 30, 2005 3:16 PM
To: Broderick, Matthew (CNC)
Cc: Wood, John F
Subject: Fw: White House Task Force on Hurricane Katrina Response

Importance: High

More guidance for the Secretary's briefing papers for tomorrow.
-------------------------
Sent from my BlackBerry Wireless Handheld

CREW FOIA 1703

```
-----Original Message-----
From: Williams, Jennifer (COS) <Jennifer.Williams@HQ.DHS.GOV>
To: Weber, Scott <Scott.Weber@HQ.DHS.GOV>
Sent: Tue Aug 30 15:01:38 2005
Subject: FW: White House Task Force on Hurricane Katrina Response
```

FYI...


Jennifer Williams

Executive Assistant to the Chief of Staff

U.S. Department of Homeland Security

(202) 282-9181 fax

jennifer.williams2@dhs.gov



CREW FOIA 1704



CREW FOIA 1705

3

CREW FOIA 1706

4

**From:**          Broderick, Matthew [Matthew.Broderick@dhs.gov]
**Sent:**          Tuesday, August 30, 2005 4:29 PM
**To:**            Rhode, Patrick
**Cc:**            Weber, Scott
**Subject:**       RE: White House Task Force on Hurricane Katrina Response

-----Original Message-----
From: Broderick, Matthew
Sent: Tuesday, August 30, 2005 4:27 PM
To: Rhode, Patrick
Cc: 'Weber, Scott'
Subject: FW: White House Task Force on Hurricane Katrina Response

-----Original Message-----
From: Broderick, Matthew
Sent: Tuesday, August 30, 2005 4:22 PM
To: 'Weber, Scott'
Subject: RE: White House Task Force on Hurricane Katrina Response

-----Original Message-----
From: Weber, Scott [mailto:Scott.L.Weber@dhs.gov]
Sent: Tuesday, August 30, 2005 4:15 PM
To: Broderick, Matthew (CNC)
Subject: Re: White House Task Force on Hurricane Katrina Response

Who is doing it and please have them send it to me.
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Broderick, Matthew <Matthew.Broderick@dhs.gov>
To: Weber, Scott <Scott.L.Weber@dhs.gov>
Sent: Tue Aug 30 16:11:59 2005
Subject: RE: White House Task Force on Hurricane Katrina Response

This is now a FEMA paper and out of my ball park

-----Original Message-----
From: Weber, Scott [mailto:Scott.L.Weber@dhs.gov]
Sent: Tuesday, August 30, 2005 3:16 PM
To: Broderick, Matthew (CNC)

CREW FOIA 1707

1

Cc: Wood, John F
Subject: Fw: White House Task Force on Hurricane Katrina Response
Importance: High

More guidance for the Secretary's briefing papers for tomorrow.
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Williams, Jennifer (COS) <Jennifer.Williams@HQ.DHS.GOV>
To: Weber, Scott <Scott.Weber@HQ.DHS.GOV>
Sent: Tue Aug 30 15:01:38 2005
Subject: FW: White House Task Force on Hurricane Katrina Response


FYI...


Jennifer Williams

Executive Assistant to the Chief of Staff

U.S. Department of Homeland Security


(202) 282-9181 fax

jennifer.williams2@dhs.gov