

CREW FOIA 1709

From:           Rhode, Patrick
Sent:           Tuesday, August 30, 2005 4:32 PM
To:             'Broderick, Matthew'
Cc:             'Weber, Scott'
Subject:        RE: White House Task Force on Hurricane Katrina Response

-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Tuesday, August 30, 2005 4:29 PM
To: Rhode, Patrick
Cc: Weber, Scott
Subject: RE: White House Task Force on Hurricane Katrina Response

-----Original Message-----
From: Broderick, Matthew
Sent: Tuesday, August 30, 2005 4:27 PM
To: Rhode, Patrick
Cc: 'Weber, Scott'
Subject: FW: White House Task Force on Hurricane Katrina Response

-----Original Message-----
From: Broderick, Matthew
Sent: Tuesday, August 30, 2005 4:22 PM
To: 'Weber, Scott'
Subject: RE: White House Task Force on Hurricane Katrina Response

-----Original Message-----
From: Weber, Scott [mailto:Scott.L.Weber@dhs.gov]
Sent: Tuesday, August 30, 2005 4:15 PM
To: Broderick, Matthew (CNC)
Subject: Re: White House Task Force on Hurricane Katrina Response

Who is doing it and please have them send it to me.
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Broderick, Matthew <Matthew.Broderick@dhs.gov>

CREW FOIA 1711

1

To: Weber, Scott <Scott.L.Weber@dhs.gov>
Sent: Tue Aug 30 16:11:59 2005
Subject: RE: White House Task Force on Hurricane Katrina Response

This is now a FEMA paper and out of my ball park

-----Original Message-----
From: Weber, Scott [mailto:Scott.L.Weber@dhs.gov]
Sent: Tuesday, August 30, 2005 3:16 PM
To: Broderick, Matthew (CNC)
Cc: Wood, John F
Subject: FW: White House Task Force on Hurricane Katrina Response
Importance: High

More guidance for the Secretary's briefing papers for tomorrow.
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Williams, Jennifer (COS) <Jennifer.Williams@HQ.DHS.GOV>
To: Weber, Scott <Scott.Weber@HQ.DHS.GOV>
Sent: Tue Aug 30 15:01:38 2005
Subject: FW: White House Task Force on Hurricane Katrina Response

FYI...


Jennifer Williams

Executive Assistant to the Chief of Staff

U.S. Department of Homeland Security


(202) 282-9181 fax

jennifer.williams2@dhs.gov



CREW FOIA 1712



CREW FOIA 1713

3



CREW FOIA 1714

**From:**        Rhode, Patrick
**Sent:**        Tuesday, August 30, 2005 4:34 PM
**To:**          'Broderick, Matthew'
**Cc:**          'Weber, Scott'; Heath, Michael
**Subject:**     RE: White House Task Force on Hurricane Katrina Response

is there an attached document to review? thanks -----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Tuesday, August 30, 2005 4:29 PM
To: Rhode, Patrick
Cc: Weber, Scott
Subject: RE: White House Task Force on Hurricane Katrina Response

-----Original Message-----
From: Broderick, Matthew
Sent: Tuesday, August 30, 2005 4:27 PM
To: 'Weber, Scott'
Subject: FW: White House Task Force on Hurricane Katrina Response

-----Original Message-----
From: Broderick, Matthew
Sent: Tuesday, August 30, 2005 4:22 PM
To: 'Weber, Scott'
Subject: RE: White House Task Force on Hurricane Katrina Response

n

-----Original Message-----
From: Weber, Scott [mailto:Scott.L.Weber@dhs.gov]
Sent: Tuesday, August 30, 2005 4:15 PM
To: Broderick, Matthew (CNC)
Subject: Re: White House Task Force on Hurricane Katrina Response

Who is doing it and please have them send it to me.
-------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Broderick, Matthew <Matthew.Broderick@dhs.gov>
To: Weber, Scott <Scott.L.Weber@dhs.gov>
Sent: Tue Aug 30 16:11:59 2005
Subject: RE: White House Task Force on Hurricane Katrina Response

This is now a FEMA paper and out of my ball park

-----Original Message-----
From: Weber, Scott [mailto:Scott.L.Weber@dhs.gov]
Sent: Tuesday, August 30, 2005 3:16 PM
To: Broderick, Matthew (CNC)
Cc: Wood, John F
Subject: Fw: White House Task Force on Hurricane Katrina Response
Importance: High

More guidance for the Secretary's briefing papers for tomorrow.
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Williams, Jennifer (COS) <Jennifer.Williams@HQ.DHS.GOV>
To: Weber, Scott <Scott.Weber@HQ.DHS.GOV>
Sent: Tue Aug 30 15:01:38 2005
Subject: FW: White House Task Force on Hurricane Katrina Response

FYI...


Jennifer Williams

Executive Assistant to the Chief of Staff

U.S. Department of Homeland Security

(202) 282-9181 fax

jennifer.williams2@dhs.gov



CREW-EOP-1716



CREW FOIA 1717



**From:** Rhode, Patrick
**Sent:** Tuesday, August 30, 2005 4:32 PM
**To:** Heath, Michael
**Subject:** FW: White House Task Force on Hurricane Katrina Response

-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Tuesday, August 30, 2005 4:29 PM
To: Rhode, Patrick
Cc: Weber, Scott
Subject: RE: White House Task Force on Hurricane Katrina Response

-----Original Message-----
From: Broderick, Matthew
Sent: Tuesday, August 30, 2005 4:27 PM
To: Rhode, Patrick
Cc: 'Weber, Scott'
Subject: FW: White House Task Force on Hurricane Katrina Response

-----Original Message-----
From: Broderick, Matthew
Sent: Tuesday, August 30, 2005 4:22 PM
To: 'Weber, Scott'
Subject: RE: White House Task Force on Hurricane Katrina Response

-----Original Message-----
From: Weber, Scott [mailto:Scott.L.Weber@dhs.gov]
Sent: Tuesday, August 30, 2005 4:15 PM
To: Broderick, Matthew (CNC)
Subject: Re: White House Task Force on Hurricane Katrina Response

Who is doing it and please have them send it to me.
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Broderick, Matthew <Matthew.Broderick@dhs.gov>
To: Weber, Scott <Scott.L.Weber@dhs.gov>
Sent: Tue Aug 30 16:11:59 2005

CREW FOIA 1719

1

Subject: RE: White House Task Force on Hurricane Katrina Response 

This is now a FEMA paper and out of my ball park

-----Original Message-----
From: Weber, Scott [mailto:Scott.L.Weber@dhs.gov]
Sent: Tuesday, August 30, 2005 3:16 PM
To: Broderick, Matthew (CNC)
Cc: Wood, John F
Subject: Fw: White House Task Force on Hurricane Katrina Response
Importance: High

More guidance for the Secretary's briefing papers for tomorrow.
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Williams, Jennifer (COS) <Jennifer.Williams@HQ.DHS.GOV>
To: Weber, Scott <Scott.Weber@HQ.DHS.GOV>
Sent: Tue Aug 30 15:01:38 2005
Subject: FW: White House Task Force on Hurricane Katrina Response

FYI...


Jennifer Williams

Executive Assistant to the Chief of Staff

U.S. Department of Homeland Security

(202) 282-8350 phone

(202) 282-9181 fax

jennifer.williams2@dhs.gov





From:                Weber, Scott [Scott.L.Weber@dhs.gov]
Sent:                Tuesday, August 30, 2005 4:40 PM
To:                  Rhode, Patrick; Broderick, Matthew (CNC)
Cc:                  Heath, Michael
Subject:             RE: White House Task Force on Hurricane Katrina Response

No attachment

-----Original Message-----
From: Rhode, Patrick [mailto:Patrick.Rhode@dhs.gov]
Sent: Tuesday, August 30, 2005 4:34 PM
To: Broderick, Matthew (CNC)
Cc: Weber, Scott; Heath, Michael
Subject: RE: White House Task Force on Hurricane Katrina Response -

is there an attached document to review? thanks -----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Tuesday, August 30, 2005 4:29 PM
To: Rhode, Patrick
Cc: Weber, Scott
Subject: RE: White House Task Force on Hurricane Katrina Response -

-----Original Message-----
From: Broderick, Matthew
Sent: Tuesday, August 30, 2005 4:27 PM
To: Rhode, Patrick
Cc: 'Weber, Scott'
Subject: FW: White House Task Force on Hurricane Katrina Response -

-----Original Message-----
From: Broderick, Matthew
Sent: Tuesday, August 30, 2005 4:22 PM
To: 'Weber, Scott'
Subject: RE: White House Task Force on Hurricane Katrina Response -

-----Original Message-----
From: Weber, Scott [mailto:Scott.L.Weber@dhs.gov]
Sent: Tuesday, August 30, 2005 4:15 PM
To: Broderick, Matthew (CNC)
Subject: Re: White House Task Force on Hurricane Katrina Response -

CREW FOIA 1723

1

Who is doing it and please have them send it to me.
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Broderick, Matthew <Matthew.Broderick@dhs.gov>
To: Weber, Scott <Scott.L.Weber@dhs.gov>
Sent: Tue Aug 30 16:11:59 2005
Subject: RE: White House Task Force on Hurricane Katrina Response ▬

This is now a FEMA paper and out of my ball park

-----Original Message-----
From: Weber, Scott [mailto:Scott.L.Weber@dhs.gov]
Sent: Tuesday, August 30, 2005 3:16 PM
To: Broderick, Matthew (CNC)
Cc: Wood, John F
Subject: FW: White House Task Force on Hurricane Katrina Response ▬

Importance: High

More guidance for the Secretary's briefing papers for tomorrow.
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Williams, Jennifer (COS) <Jennifer.Williams@HQ.DHS.GOV>
To: Weber, Scott <Scott.Weber@HQ.DHS.GOV>
Sent: Tue Aug 30 15:01:38 2005
Subject: FW: White House Task Force on Hurricane Katrina Response ▬

FYI...

Jennifer Williams

Executive Assistant to the Chief of Staff

U.S. Department of Homeland Security

(202) 282-8350 phone

(202) 282-9181 fax

jennifer.williams2@dhs.gov







**From:** Weber, Scott [Scott.L.Weber@dhs.gov]
**Sent:** Tuesday, August 30, 2005 4:41 PM
**To:** Rhode, Patrick; Broderick, Matthew (CNC)
**Subject:** RE: White House Task Force on Hurricane Katrina Response

-----Original Message-----
**From:** Rhode, Patrick [mailto:Patrick.Rhode@dhs.gov]
**Sent:** Tuesday, August 30, 2005 4:32 PM
**To:** Broderick, Matthew (CNC)
**Cc:** Weber, Scott
**Subject:** RE: White House Task Force on Hurricane Katrina Response -

-----Original Message-----
**From:** Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
**Sent:** Tuesday, August 30, 2005 4:29 PM
**To:** Rhode, Patrick
**Cc:** Weber, Scott
**Subject:** RE: White House Task Force on Hurricane Katrina Response -

-----Original Message-----
**From:** Broderick, Matthew
**Sent:** Tuesday, August 30, 2005 4:27 PM
**To:** Rhode, Patrick
**Cc:** 'Weber, Scott'
**Subject:** FW: White House Task Force on Hurricane Katrina Response -

-----Original Message-----
**From:** Broderick, Matthew
**Sent:** Tuesday, August 30, 2005 4:22 PM
**To:** 'Weber, Scott'
**Subject:** RE: White House Task Force on Hurricane Katrina Response -

-----Original Message-----
**From:** Weber, Scott [mailto:Scott.L.Weber@dhs.gov]
**Sent:** Tuesday, August 30, 2005 4:15 PM

CREW FOIA 1727

1

To: Broderick, Matthew (CNC)
Subject: Re: White House Task Force on Hurricane Katrina Response -
Additional Guidance for reports

Who is doing it and please have them send it to me.
---------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Broderick, Matthew <Matthew.Broderick@dhs.gov>
To: Weber, Scott <Scott.L.Weber@dhs.gov>
Sent: Tue Aug 30 16:11:59 2005
Subject: RE: White House Task Force on Hurricane Katrina Response -
Additional Guidance for reports

This is now a FEMA paper and out of my ball park

-----Original Message-----
From: Weber, Scott [mailto:Scott.L.Weber@dhs.gov]
Sent: Tuesday, August 30, 2005 3:16 PM
To: Broderick, Matthew (CNC)
Cc: Wood, John F
Subject: Fw: White House Task Force on Hurricane Katrina Response -
Additional Guidance for reports
Importance: High

More guidance for the Secretary's briefing papers for tomorrow.
---------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Williams, Jennifer (COS) <Jennifer.Williams@HQ.DHS.GOV>
To: Weber, Scott <Scott.Weber@HQ.DHS.GOV>
Sent: Tue Aug 30 15:01:38 2005
Subject: FW: White House Task Force on Hurricane Katrina Response -
Additional Guidance for reports

FYI...


Jennifer Williams

Executive Assistant to the Chief of Staff

U.S. Department of Homeland Security

(202) 282-8350 phone

(202) 282-9181 fax

jennifer.williams2@dhs.gov







From:       Heath, Michael [Michael.Heath1@dhs.gov]
Sent:       Tuesday, August 30, 2005 4:41 PM
To:         'Scott.L.Weber@dhs.gov'; 'Patrick.Rhode@dhs.gov'; 'Matthew.Broderick@dhs.gov'
Cc:         'Michael.Heath1@dhs.gov'
Subject:    Re: White House Task Force on Hurricane Katrina Response

-----------------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Weber, Scott <Scott.L.Weber@dhs.gov>
To: Rhode, Patrick <Patrick.Rhode@dhs.gov>; Broderick, Matthew (CNC)
<Matthew.Broderick@dhs.gov>
CC: Heath, Michael <Michael.Heath1@dhs.gov>
Sent: Tue Aug 30 16:39:41 2005
Subject: RE: White House Task Force on Hurricane Katrina Response -
,

No attachment

-----Original Message-----
From: Rhode, Patrick [mailto:Patrick.Rhode@dhs.gov]
Sent: Tuesday, August 30, 2005 4:34 PM
To: Broderick, Matthew (CNC)
Cc: Weber, Scott; Heath, Michael
Subject: RE: White House Task Force on Hurricane Katrina Response -

is there an attached document to review? thanks  -----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Tuesday, August 30, 2005 4:29 PM
To: Rhode, Patrick
Cc: Weber, Scott
Subject: RE: White House Task Force on Hurricane Katrina Response -

-----Original Message-----
From: Broderick, Matthew
Sent: Tuesday, August 30, 2005 4:27 PM
To: Rhode, Patrick
Cc: 'Weber, Scott'
Subject: FW: White House Task Force on Hurricane Katrina Response -

-----Original Message-----
From: Broderick, Matthew
Sent: Tuesday, August 30, 2005 4: CREW FOIA 1731
To: 'Weber, Scott'

Subject: RE: White House Task Force on Hurricane Katrina Response -

-----Original Message-----
From: Weber, Scott [mailto:Scott.L.Weber@dhs.gov]
Sent: Tuesday, August 30, 2005 4:15 PM
To: Broderick, Matthew (CNC)
Subject: Re: White House Task Force on Hurricane Katrina Response -

Who is doing it and please have them send it to me.
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Broderick, Matthew <Matthew.Broderick@dhs.gov>
To: Weber, Scott <Scott.L.Weber@dhs.gov>
Sent: Tue Aug 30 16:11:59 2005
Subject: RE: White House Task Force on Hurricane Katrina Response -

This is now a FEMA paper and out of my ball park

-----Original Message-----
From: Weber, Scott [mailto:Scott.L.Weber@dhs.gov]
Sent: Tuesday, August 30, 2005 3:16 PM
To: Broderick, Matthew (CNC)
Cc: Wood, John F
Subject: Fw: White House Task Force on Hurricane Katrina Response -
Importance: High

More guidance for the Secretary's briefing papers for tomorrow.
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Williams, Jennifer (COS) <Jennifer.Williams@HQ.DHS.GOV>
To: Weber, Scott <Scott.Weber@HQ.DHS.GOV>
Sent: Tue Aug 30 15:01:38 2005
Subject: FW: White House Task Force on Hurricane Katrina Response -

FYI...


Jennifer Williams

Executive Assistant to the Chief of Staff

U.S. Department of Homeland Security

(202) 282-8350 phone

(202) 282-9181 fax

jennifer.williams2@dhs.gov          CREW FOIA 1732

CREW FOIA 1733

3



CREW FOIA 1734

4

**From:**      Broderick, Matthew [Matthew.Broderick@dhs.gov]
**Sent:**      Tuesday, August 30, 2005 5:01 PM
**To:**        Heath, Michael; Weber, Scott; Rhode, Patrick; Broderick, Matthew (CNC)
**Subject:**   RE: White House Task Force on Hurricane Katrina Response

Frank says you guys already talked.  Just check for accuracy and add the thought
described below on the end (remember this has to be one
page.)
-----Original Message-----
From: Heath, Michael [mailto:Michael.Heath1@dhs.gov]
Sent: Tuesday, August 30, 2005 4:41 PM
To: 'Scott.L.Weber@dhs.gov'; Rhode, Patrick; Broderick, Matthew (CNC)
Cc: 'Michael.Heath1@dhs.gov'
Subject: Re: White House Task Force on Hurricane Katrina Response -

Is there a specific format we need to follow? Are we creating the document or are we
providing info for an already existing document?

---------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Weber, Scott <Scott.L.Weber@dhs.gov>
To: Rhode, Patrick <Patrick.Rhode@dhs.gov>; Broderick, Matthew (CNC)
<Matthew.Broderick@dhs.gov>
CC: Heath, Michael <Michael.Heath1@dhs.gov>
Sent: Tue Aug 30 16:39:41 2005
Subject: RE: White House Task Force on Hurricane Katrina Response -

No attachment

-----Original Message-----
From: Rhode, Patrick [mailto:Patrick.Rhode@dhs.gov]
Sent: Tuesday, August 30, 2005 4:34 PM
To: Broderick, Matthew (CNC)
Cc: Weber, Scott; Heath, Michael
Subject: RE: White House Task Force on Hurricane Katrina Response -

is there an attached document to review? thanks -----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Tuesday, August 30, 2005 4:29 PM
To: Rhode, Patrick
Cc: Weber, Scott
Subject: RE: White House Task Force on Hurricane Katrina Response -

Also anything you have done to cut through normal red tape that you want to highlight

-----Original Message-----
From: Broderick, Matthew
Sent: Tuesday, August 30, 2005 4:27 PM
To: Rhode, Patrick
Cc: 'Weber, Scott'
Subject: FW: White House Task Force on Hurricane Katrina Response -

Patrick, the guidance changed a short while ago.  Know the timing sucks but ,as usual,



-----Original Message-----
From: Broderick, Matthew
Sent: Tuesday, August 30, 2005 4:22 PM
To: 'Weber, Scott'
Subject: RE: White House Task Force on Hurricane Katrina Response -

-----Original Message-----
From: Weber, Scott [mailto:Scott.L.Weber@dhs.gov]
Sent: Tuesday, August 30, 2005 4:15 PM
To: Broderick, Matthew (CNC)
Subject: Re: White House Task Force on Hurricane Katrina Response -

Who is doing it and please have them send it to me.
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Broderick, Matthew <Matthew.Broderick@dhs.gov>
To: Weber, Scott <Scott.L.Weber@dhs.gov>
Sent: Tue Aug 30 16:11:59 2005
Subject: RE: White House Task Force on Hurricane Katrina Response -

This is now a FEMA paper and out of my ball park

-----Original Message-----
From: Weber, Scott [mailto:Scott.L.Weber@dhs.gov]
Sent: Tuesday, August 30, 2005 3:16 PM
To: Broderick, Matthew (CNC)
Cc: Wood, John F
Subject: Fw: White House Task Force on Hurricane Katrina Response -

Importance: High

More guidance for the Secretary's briefing papers for tomorrow.
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Williams, Jennifer (COS) <Jennifer.Williams@HQ.DHS.GOV>
To: Weber, Scott <Scott.Weber@HQ.DHS.GOV>
Sent: Tue Aug 30 15:01:38 2005
Subject: FW: White House Task Force on Hurricane Katrina Response -

FYI...

Jennifer Williams          CREW FOIA 1736



Executive Assistant to the Chief of Staff

U.S. Department of Homeland Security

(202) 282-8350 phone

(202) 282-9181 fax

jennifer.williams2@dhs.gov





**From:**       Heath, Michael
**Sent:**       Tuesday, August 30, 2005 7:17 PM
**To:**         'Broderick, Matthew'; 'Weber, Scott'; 'DiFalco, Frank'
**Cc:**         Rhode, Patrick
**Subject:**    RE: White House Task Force on Hurricane Katrina Response -

**Attachments:**    DHS-FEMA Actions Katrina-mh.doc



DHS-FEMA Actions
Katrina-mh.do...

-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Tuesday, August 30, 2005 5:17 PM
To: Heath, Michael
Subject: RE: White House Task Force on Hurricane Katrina Response -

Mike -- please call me at 202-282-9107.   Frank DiFalco

-----Original Message-----
From: Heath, Michael [mailto:Michael.Heath1@dhs.gov]
Sent: Tuesday, August 30, 2005 5:07 PM
To: Broderick, Matthew (CNC)
Subject: Re: White House Task Force on Hurricane Katrina Response -

----------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Broderick, Matthew <Matthew.Broderick@dhs.gov>
To: Heath, Michael <Michael.Heath1@dhs.gov>
CC: Weber, Scott <Scott.L.Weber@dhs.gov>
Sent: Tue Aug 30 17:01:17 2005
Subject: FW: White House Task Force on Hurricane Katrina Response -

-----Original Message-----
From: DiFalco, Frank
Sent: Tuesday, August 30, 2005 5:00 PM
To: Broderick, Matthew
Subject: RE: White House Task Force on Hurricane Katrina Response -

Sir, Attached.  V/R, Frank

CREW FOIA 1739

-----Original Message-----
From: Broderick, Matthew
Sent: Tuesday, August 30, 2005 4:55 PM
To: DiFalco, Frank
Subject: FW: White House Task Force on Hurricane Katrina Response -

-----Original Message-----
From: Weber, Scott [mailto:Scott.L.Weber@dhs.gov]
Sent: Tuesday, August 30, 2005 4:41 PM
To: Rhode, Patrick; Broderick, Matthew (CNC)
Subject: RE: White House Task Force on Hurricane Katrina Response -

-----Original Message-----
From: Rhode, Patrick [mailto:Patrick.Rhode@dhs.gov]
Sent: Tuesday, August 30, 2005 4:32 PM
To: Broderick, Matthew (CNC)
Cc: Weber, Scott
Subject: RE: White House Task Force on Hurricane Katrina Response -

-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Tuesday, August 30, 2005 4:29 PM
To: Rhode, Patrick
Cc: Weber, Scott
Subject: RE: White House Task Force on Hurricane Katrina Response -

-----Original Message-----
From: Broderick, Matthew
Sent: Tuesday, August 30, 2005 4:27 PM
To: Rhode, Patrick
Cc: 'Weber, Scott'
Subject: FW: White House Task Force on Hurricane Katrina Response -

-----Original Message-----
From: Broderick, Matthew
Sent: Tuesday, August 30, 2005 4:22 PM
To: 'Weber, Scott'
Subject: RE: White House Task Force on Hurricane Katrina Response -

-----Original Message-----
From: Weber, Scott [mailto:Scott.L.Weber@dhs.gov]
Sent: Tuesday, August 30, 2005 4:15 PM
To: Broderick, Matthew (CNC)
Subject: Re: White House Task Force on Hurricane Katrina Response -
Additional Guidance for reports

Who is doing it and please have them send it to me.
-------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Broderick, Matthew <Matthew.Broderick@dhs.gov>
To: Weber, Scott <Scott.L.Weber@dhs.gov>
Sent: Tue Aug 30 16:11:59 2005
Subject: RE: White House Task Force on Hurricane Katrina Response -
Additional Guidance for reports

This is now a FEMA paper and out of my ball park

-----Original Message-----
From: Weber, Scott [mailto:Scott.L.Weber@dhs.gov]
Sent: Tuesday, August 30, 2005 3:16 PM
To: Broderick, Matthew (CNC)
Cc: Wood, John F
Subject: Fw: White House Task Force on Hurricane Katrina Response -
Additional Guidance for reports
Importance: High

More guidance for the Secretary's briefing papers for tomorrow.
-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Williams, Jennifer (COS) <Jennifer.Williams@HQ.DHS.GOV>
To: Weber, Scott <Scott.Weber@HQ.DHS.GOV>
Sent: Tue Aug 30 15:01:38 2005
Subject: FW: White House Task Force on Hurricane Katrina Response -
Additional Guidance for reports

FYI...


Jennifer Williams

Executive Assistant to the Chief of Staff

U.S. Department of Homeland Security

(202) 282-8350 phone

(202) 282-9181 fax

jennifer.williams2@dhs.gov





CREW FOIA 1743

**From:**       Weber, Scott [Scott.L.Weber@dhs.gov]
**Sent:**       Tuesday, August 30, 2005 7:33 PM
**To:**         Heath, Michael; Broderick, Matthew (CNC); Weber, Scott; Difalco, Frank (CNC)
**Cc:**         Rhode, Patrick
**Subject:**    RE: White House Task Force on Hurricane Katrina Response -

-----Original Message-----
From: Heath, Michael [mailto:Michael.Heath1@dhs.gov]
Sent: Tuesday, August 30, 2005 7:17 PM
To: Broderick, Matthew (CNC); Weber, Scott; Difalco, Frank (CNC)
Cc: Rhode, Patrick
Subject: RE: White House Task Force on Hurricane Katrina Response -

Gentlemen,


-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Tuesday, August 30, 2005 5:17 PM
To: Heath, Michael
Subject: RE: White House Task Force on Hurricane Katrina Response -

Mike -- please call me at 202-282-9107.  Frank DiFalco

-----Original Message-----
From: Heath, Michael [mailto:Michael.Heath1@dhs.gov]
Sent: Tuesday, August 30, 2005 5:07 PM
To: Broderick, Matthew (CNC)
Subject: Re: White House Task Force on Hurricane Katrina Response -


------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Broderick, Matthew <Matthew.Broderick@dhs.gov>
To: Heath, Michael <Michael.Heath1@dhs.gov>
CC: Weber, Scott <Scott.L.Weber@dhs.gov>
Sent: Tue Aug 30 17:01:17 2005
Subject: FW: White House Task Force on Hurricane Katrina Response -


-----Original Message-----
From: DiFalco, Frank
Sent: Tuesday, August 30, 2005 5:00 PM
To: Broderick, Matthew

CREW FOIA 1744

Subject: RE: White House Task Force on Hurricane Katrina Response - ██████████████
██████████

Sir, Attached.  V/R, Frank

-----Original Message-----
From: Broderick, Matthew
Sent: Tuesday, August 30, 2005 4:55 PM
To: DiFalco, Frank
Subject: FW: White House Task Force on Hurricane Katrina Response - ████████
██████████████


-----Original Message-----
From: Weber, Scott [mailto:Scott.L.Weber@dhs.gov]
Sent: Tuesday, August 30, 2005 4:41 PM
To: Rhode, Patrick; Broderick, Matthew (CNC)
Subject: RE: White House Task Force on Hurricane Katrina Response -
████████████████████
████████████████████████████████████████████

-----Original Message-----
From: Rhode, Patrick [mailto:Patrick.Rhode@dhs.gov]
Sent: Tuesday, August 30, 2005 4:32 PM
To: Broderick, Matthew (CNC)
Cc: Weber, Scott
Subject: RE: White House Task Force on Hurricane Katrina Response -
██████████████████

████████████████

-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Tuesday, August 30, 2005 4:29 PM
To: Rhode, Patrick
Cc: Weber, Scott
Subject: RE: White House Task Force on Hurricane Katrina Response -
████████████████████████████████████████

-----Original Message-----
From: Broderick, Matthew
Sent: Tuesday, August 30, 2005 4:27 PM
To: Rhode, Patrick
Cc: 'Weber, Scott'
Subject: FW: White House Task Force on Hurricane Katrina Response -

████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████

-----Original Message-----
From: Broderick, Matthew
Sent: Tuesday, August 30, 2005 4:22 PM
To: 'Weber, Scott'
Subject: RE: White House Task Force on Hurricane Katrina Response -

CREW FOIA 1745
2



-----Original Message-----
From: Weber, Scott [mailto:Scott.L.Weber@dhs.gov]
Sent: Tuesday, August 30, 2005 4:15 PM
To: Broderick, Matthew (CNC)
Subject: Re: White House Task Force on Hurricane Katrina Response -

Who is doing it and please have them send it to me.
---------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Broderick, Matthew <Matthew.Broderick@dhs.gov>
To: Weber, Scott <Scott.L.Weber@dhs.gov>
Sent: Tue Aug 30 16:11:59 2005
Subject: RE: White House Task Force on Hurricane Katrina Response -

This is now a FEMA paper and out of my ball park

-----Original Message-----
From: Weber, Scott [mailto:Scott.L.Weber@dhs.gov]
Sent: Tuesday, August 30, 2005 3:16 PM
To: Broderick, Matthew (CNC)
Cc: Wood, John F
Subject: FW: White House Task Force on Hurricane Katrina Response -

Importance: High

More guidance for the Secretary's briefing papers for tomorrow.
---------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Williams, Jennifer (COS) <Jennifer.Williams@HQ.DHS.GOV>
To: Weber, Scott <Scott.Weber@HQ.DHS.GOV>
Sent: Tue Aug 30 15:01:38 2005
Subject: FW: White House Task Force on Hurricane Katrina Response -

FYI...


Jennifer Williams

Executive Assistant to the Chief of Staff

U.S. Department of Homeland Security

(202) 282-8350 phone

(202) 282-9181 fax

jennifer.williams2@dhs.gov

CREW FOIA 1746





CREW FOIA 1748



**From:** Rhode, Patrick
**Sent:** Wednesday, August 31, 2005 11:06 AM
**To:** Buikema, Edward; Lowder, Michael
**Cc:** Altshuler, Brooks; Heath, Aubrey
**Subject:** please call me re evacuation of superdome

b(5), DPP

**From:** Rhode, Patrick
**Sent:** Wednesday, August 31, 2005 11:17 AM
**To:** Buikema, Edward; Lowder, Michael
**Cc:** Altshuler, Brooks; Heath, Aubrey
**Subject:** RE: please call me re evacuation of superdome

b(5), DPP

**From:** Rhode, Patrick
**Sent:** Wednesday, August 31, 2005 11:06 AM
**To:** Buikema, Edward; Lowder, Michael
**Cc:** Altshuler, Brooks; Heath, Aubrey
**Subject:** please call me re evacuation of superdome

b(5), DPP

CREW FOIA 1754

**From:**   Rhode, Patrick
**Sent:**   Wednesday, August 31, 2005 11:25 AM
**To:**   Buikema, Edward
**Cc:**   Lowder, Michael
**Subject:** RE: please call me re evacuation of superdome

Brown just called and said he just did a press conference announcing that we are transferring superdome residents to Houston Astrodome...........

**From:** Buikema, Edward
**Sent:** Wednesday, August 31, 2005 11:08 AM
**To:** Rhode, Patrick
**Cc:** Lowder, Michael
**Subject:** RE: please call me re evacuation of superdome

b(s), DPP

**From:** Rhode, Patrick
**Sent:** Wednesday, August 31, 2005 11:06 AM
**To:** Buikema, Edward; Lowder, Michael
**Cc:** Altshuler, Brooks; Heath, Aubrey
**Subject:** please call me re evacuation of superdome

b(s), DPP

| | |
|---|---|
| From: | Rhode, Patrick |
| Sent: | Wednesday, August 31, 2005 11:36 AM |
| To: | Buikema, Edward |
| Subject: | RE: please call me re evacuation of superdome |

thanks

-----Original Message-----
From: Buikema, Edward
Sent: Wednesday, August 31, 2005 11:31 AM
To: Rhode, Patrick
Subject: Re: please call me re evacuation of superdome

b(5), DPP

Will keep you apprised as we learn more.


-------------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Buikema, Edward <Edward.Buikema@fema.gov>; Lowder, Michael <Michael.Lowder@fema.gov>
CC: Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Heath, Aubrey <Aubrey.Heath@fema.gov>
Sent: Wed Aug 31 11:16:56 2005
Subject: RE: please call me re evacuation of superdome

b(5), DPP

From: Rhode, Patrick
Sent: Wednesday, August 31, 2005 11:06 AM
To: Buikema, Edward; Lowder, Michael
Cc: Altshuler, Brooks; Heath, Aubrey
Subject: please call me re evacuation of superdome

b(5), DPP



**From:**   Rhode, Patrick
**Sent:**   Wednesday, August 31, 2005 2:25 PM
**To:**    'brooks.altshuler@dhs.gov'; Heath, Michael
**Subject:**  Fw: White House inquiry

Can you direct them to the right people?  Thx sir

-----Original Message-----
From: Martinez-Fonts, Al <Al.Martinez-fonts@DHS.GOV>
To: Rhode, Patrick <Patrick.Rhode@dhs.gov>; Altshuler, Brooks <Brooks.Altshuler@dhs.gov>
CC: Walsh, Molly <Molly.Walsh@dhs.gov>; Doan, Douglas <Douglas.Doan@dhs.gov>
Sent: Wed Aug 31 13:41:08 2005
Subject: White House inquiry

**From:** Rhode, Patrick
**Sent:** Wednesday, August 31, 2005 2:34 PM
**To:** Heath, Michael
**Subject:** Re: White House inquiry

b(5), PCP

b(5), LPP

Thx

-----Original Message-----
From: Heath, Michael <Michael.Heath@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; 'brooks.altshuler@dhs.gov'
<brooks.altshuler@dhs.gov>
Sent: Wed Aug 31 14:26:49 2005
Subject: Re: White House inquiry

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: 'brooks.altshuler@dhs.gov' <brooks.altshuler@dhs.gov>; Heath, Michael
<Michael.Heath@fema.gov>
Sent: Wed Aug 31 14:25:19 2005
Subject: Fw: White House inquiry

Can you direct them to the right people?  Thx sir

-----Original Message-----
From: Martinez-Fonts, Al <Al.Martinez-fonts@DHS.GOV>
To: Rhode, Patrick <Patrick.Rhode@dhs.gov>; Altshuler, Brooks <Brooks.Altshuler@dhs
CC: Walsh, Molly <Molly.Walsh@dhs.gov>; Doan, Douglas <Douglas.Doan@dhs.gov>
Sent: Wed Aug 31 13:41:08 2005
Subject: White House inquiry

b(5) DIP

| | |
|---|---|
| From: | Rhode, Patrick |
| Sent: | Wednesday, August 31, 2005 10:12 PM |
| To: | 'Brooks.Altshuler@dhs.gov'; 'Michael.D.Brown@dhs.gov' |
| Subject: | Re: Hurricane Help - Forensic Anthropology |

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@dhs.gov>
To: Brown, Michael D <Michael.D.Brown@dhs.gov>
CC: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Wed Aug 31 22:05:42 2005
Subject: Re: FW: Hurricane Help - Forensic Anthropology

------------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
CC: 'patrick.rhode@dhs.gov' <patrick.rhode@dhs.gov>
Sent: Wed Aug 31 22:04:02 2005
Subject: Re: FW: Hurricane Help - Forensic Anthropology

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
CC: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Wed Aug 31 21:58:03 2005
Subject: Re: FW: Hurricane Help - Forensic Anthropology



------------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Rhode, Patrick <Patrick.Rhode@fema.gov>
Sent: Wed Aug 31 21:43:51 2005
Subject: RE: FW: Hurricane Help - Forensic Anthropology



1

5(s), D7P

-----Original Message-----
From: Altshuler, Brooks
Sent: Wednesday, August 31, 2005 8:40 PM
To: Brown, Michael D; Rhode, Patrick
Subject: Re: FW: Hurricane Help - Forensic Anthropology

Also fyi, Chertoff will be at fema tomorrow morning for a visit.
----------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Wed Aug 31 21:21:47 2005
Subject: FW: FW: Hurricane Help - Forensic Anthropology



From: ASFPM - Debbie Pond [mailto:asfpm@floods.org]
Sent: Wednesday, August 31, 2005 4:38 PM
To: Brown, Michael D
Cc: piotrdrukier@yahoo.com
Subject: FW: FW: Hurricane Help - Forensic Anthropology


Dear Mr. Brown,


We recently received the below email and our Executive Director, Larry Larson, thought you
may be able to refer this person to the appropriate group to help with recovery efforts.
Any assistance you can provide would be appreciated.


Debbie Pond


Association of State Floodplain Managers

2809 Fish Hatchery Road

Madison, WI  53713

2

From: Piotr Drukier [ mailto:piotrdrukier@yahoo.com]
Sent: Wednesday, August 31, 2005 4:16 PM
To:

Subject: Hurricane Help - Forensic Anthropology
Importance: High


Dear Sirs,


I am a Polish forensic anthropologist visiting the U.S. on an internship at Smithsonian in Washington, D.C. My colleagues here in the States and I are forensic scientists specializing in human recovery and identification. We worked for International Commission on Missing Persons in the former Yugoslavia recovering and identifying thousands who were killed during the wars in the Balkans.


We read of the terrible tragedy that has struck the gulf area and we would like to volunteer our services in assisting in recovery of those lost due to Hurricane Katrina and perhaps to help coordinate a Missing PersonsU call center for families searching for loved ones.


We look foreword to hearing from you soon and perhaps coming down to help with the recovery and identification.


I'm available 24/7 at the phone number:


or via e-mail at:


Sincerely Yours,


Piotr Drukier, MSc

Human Biologist/Forensic Anthropologist

Association of State Floodplain Managers
2809 Fish Hatchery Road, Suite 204
Madison, WI  53713


3

From:          Rhode, Patrick
Sent:          Thursday, September 01, 2005 7:19 AM
To:            Lowder, Michael; Altshuler, Brooks; Heath, Michael
Subject:       Re: Superdome/Astrodome Evacuations

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Rhode, Patrick
<Patrick.Rhode@fema.gov>; Heath, Michael <Michael.Heath@fema.gov>
Sent: Thu Sep 01 06:33:39 2005
Subject: RE: Superdome/Astrodome Evacuations

-----Original Message-----
From: Altshuler, Brooks
Sent: Thursday, September 01, 2005 6:32 AM
To: Lowder, Michael; Rhode, Patrick; Heath, Michael
Subject: Re: Superdome/Astrodome Evacuations

--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Heath, Michael <Michael.Heath@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Thu Sep 01 06:16:22 2005
Subject: FW: Superdome/Astrodome Evacuations

F YI


From: EST-DIR
Sent: Thursday, September 01, 2005 12:50 AM
To: Burris, Ken; Buikema, Edward; Lowder, Michael
Cc: Pawlowski, Michel; Gray, Richard
Subject: Superdome/Astrodome Evacuations


Scott Wells just confirmed arrival of first evacuees into the Astrodome!


Also, 227 patients successfully evacuated via C130's today!


Mary Anne Lyle

NRCC Night Manager

1



| | |
|---|---|
| **From:** | Simonson, Stewart (HHS/OS) |
| **Sent:** | Thursday, September 01, 2005 4:46 PM |
| **To:** | 'patrick.rhode@dhs.gov' |
| **Subject:** | FW: A proposed Utah colony |

Patrick:

The e-mail below is regarding a contact from the Chief of Staff to the Governor of Utah to our Chief of Staff. State of Utah is ready, willing and able to transport and accept 1,000 displaced persons. Can you please have someone follow-up. They're trying so hard to help and we owe them an answer. Besides which, it's 1,000 people neither you nor I will have to worry about for awhile.

Stewart

-----Original Message-----
**From:** McKeown, Rich (HHS/OS)
**Sent:** Thursday, September 01, 2005 3:58 PM
**To:** Simonson, Stewart (HHS/OS)
**Cc:** Jason Chaffetz ; Johnson, Charles (HHS/OS)
**Subject:** A proposed Utah colony

Stewart:

Today I talked to Jason Chaffetz, COS to Gov. Huntsman of Utah. In response to a request from the Lt. Gov of Louisiana they are prepared to accept at least 1000 displaced Louisiana residents and have rallied Utah to the cause. Most importantly, immediately, they have arranged transportation, as I understand it through the National Guard and Jet Blue. They stand ready to go and need some approvals or authorizations from FEMA.

Can you help them facilitate.

Thanks.

Rich

Jason can be reached at the above email or through his assistant Fran Stultz at

Rich McKeown
Chief of Staff
Office of the Secretary
US Department of Health and Human Services
202-690-8157