**From:**   Rhode, Patrick
**Sent:**   Thursday, September 01, 2005 5:24 PM
**To:**   'Simonson, Stewart (HHS/OS)'
**Subject:**   RE: A proposed Utah colony

I'll pass this along -- thanks Stewart

**From:** Simonson, Stewart (HHS/OS) [mailto:Stewart.Simonson@hhs.gov]
**Sent:** Thursday, September 01, 2005 4:46 PM
**To:** 'patrick.rhode@dhs.gov'
**Subject:** FW: A proposed Utah colony

Patrick:

The e-mail below is regarding a contact from the Chief of Staff to the Governor of Utah to our Chief of Staff.  State of Utah is ready, willing and able to transport and accept 1,000 displaced persons. Can you please have someone follow-up.  They're trying so hard to help and we owe them an answer.  Besides which, it's 1,000 people neither you nor I will have to worry about for awhile.

Stewart

-----Original Message-----
**From:** McKeown, Rich (HHS/OS)
**Sent:** Thursday, September 01, 2005 3:58 PM
**To:** Simonson, Stewart (HHS/OS)
**Cc:** Jason Chaffetz ▓▓▓▓▓▓▓▓▓▓; Johnson, Charles (HHS/OS)
**Subject:** A proposed Utah colony

Stewart:
Today I talked to Jason Chaffetz, COS to Gov. Huntsman of Utah.  In response to a request from the Lt. Gov of Louisiana they are prepared to accept at least 1000 displaced Louisiana residents and have rallied Utah to the cause.  Most importantly, immediately, they have arranged transportation, as I understand it through the National Guard and Jet Blue.  They stand ready to go and need some approvals or authorizations from FEMA.
Can you help them facilitate.
Thanks.
Rich

Jason can be reached at the above email or through his assistant Fran Stultz at 801-538-1514

Rich McKeown
Chief of Staff
Office of the Secretary
US Department of Health and Human Services
202-690-8157



**From:**    Rhode, Patrick
**Sent:**    Thursday, September 01, 2005 5:26 PM
**To:**    Gair, Brad; Buikema, Edward; Lowder, Michael; Craig, Daniel
**Cc:**    Altshuler, Brooks; Heath, Michael
**Subject:** FW: A proposed Utah colony

See the below note – Utah is ready to receive 1,000

-----Original Message-----
**From:** McKeown, Rich (HHS/OS)
**Sent:** Thursday, September 01, 2005 3:58 PM
**To:** Simonson, Stewart (HHS/OS)
**Cc:** Jason Chaffetz (                    ); Johnson, Charles (HHS/OS)
**Subject:** A proposed Utah colony

Stewart:
Today I talked to Jason Chaffetz, COS to Gov. Huntsman of Utah, in response to
a request from the Lt. Gov of Louisiana they are prepared to accept at least 1000
displaced Louisiana residents and have rallied Utah to the cause. Most
importantly, immediately, they have arranged transportation, as I understand it
through the National Guard and Jet Blue. They stand ready to go and need some
approvals or authorizations from FEMA.
Can you help them facilitate.
Thanks.
Rich

Jason can be reached at the above email or through his assistant Fran Stultz at
801-538-1514

Rich McKeown
Chief of Staff
Office of the Secretary
US Department of Health and Human Services
202-690-8157

Page 1 of 1



**From:** Gair, Brad
**Sent:** Thursday, September 01, 2005 5:42 PM
**To:** Rhode, Patrick; Buikema, Edward; Lowder, Michael; Craig, Daniel
**Cc:** Altshuler, Brooks; Heath, Michael
**Subject:** RE: A proposed Utah colony

I am on it.

**From:** Rhode, Patrick
**Sent:** Thursday, September 01, 2005 5:26 PM
**To:** Gair, Brad; Buikema, Edward; Lowder, Michael; Craig, Daniel
**Cc:** Altshuler, Brooks; Heath, Michael
**Subject:** FW: A proposed Utah colony

See the below note – Utah is ready to receive 1,000 –

-----Original Message-----
**From:** McKeown, Rich (HHS/OS)
**Sent:** Thursday, September 01, 2005 3:58 PM
**To:** Simonson, Stewart (HHS/OS)
**Cc:** Jason Chaffetz ▓▓▓▓▓▓); Johnson, Charles (HHS/OS)
**Subject:** A proposed Utah colony

Stewart:
Today I talked to Jason Chaffetz, COS to Gov. Huntsman of Utah. In response to a request from the Lt. Gov of Louisiana they are prepared to accept at least 1000 displaced Louisiana residents and have rallied Utah to the cause. Most importantly, immediately, they have arranged transportation, as I understand it through the National Guard and Jet Blue. They stand ready to go and need some approvals or authorizations from FEMA.
Can you help them facilitate.
Thanks.
Rich

Jason can be reached at the above email or through his assistant Fran Stultz at

Rich McKeown
Chief of Staff
Office of the Secretary
US Department of Health and Human Services
202-690-8157

**From:** Simonson, Stewart (HHS/OS) [Stewart.Simonson@hhs.gov]
**Sent:** Thursday, September 01, 2005 7:00 PM
**To:** 'Rhode, Patrick'
**Subject:** RE: A proposed Utah colony

Patrick:

One other item. I know how busy you are with special pleaders, but I have to tell you that the hospital situation in NO is beyond desperate - it's something out of a Steven King novel. I'm sure you already know that, but I am worried not only about caring for people there and evacuating them. I am also extremely worried about the infrastructure. If the hospitals are unprotected from looters and other malefactors, we will end up with nothing left. There will be no hospitals in New Orleans and, as a consequence, the pace of recovery will be slowed to a halt. Is there anyway to provide more security to the hospitals?

S.

-----Original Message-----
**From:** Rhode, Patrick [mailto:Patrick.Rhode@dhs.gov]
**Sent:** Thursday, September 01, 2005 5:24 PM
**To:** Simonson, Stewart (HHS/OS)
**Subject:** RE: A proposed Utah colony

I'll pass this along - thanks Stewart

**From:** Simonson, Stewart (HHS/OS) [mailto:Stewart.Simonson@hhs.gov]
**Sent:** Thursday, September 01, 2005 4:46 PM
**To:** 'patrick.rhode@dhs.gov'
**Subject:** FW: A proposed Utah colony

Patrick:

The e-mail below is regarding a contact from the Chief of Staff to the Governor of Utah to our Chief of Staff. State of Utah is ready, willing and able to transport and accept 1,000 displaced persons. Can you please have someone follow-up. They're trying so hard to help and we owe them an answer. Besides which, it's 1,000 people neither you nor I will have to worry about for awhile.

Stewart
-----Original Message-----
**From:** McKeown, Rich (HHS/OS)
**Sent:** Thursday, September 01, 2005 3:58 PM
**To:** Simonson, Stewart (HHS/OS)
**Cc:** Jason Chaffetz ███████████████; Johnson, Charles (HHS/OS)
**Subject:** A proposed Utah colony

## Stewart:
Today I talked to Jason Chaffetz, COS to Gov. Huntsman of Utah. In response to a request from the Lt. Gov of Louisiana they are prepared to accept at least 1000 displaced Louisiana residents and have rallied Utah to the cause. Most importantly, immediately, they have arranged

9/20/2005



**From:** Rhode, Patrick
**Sent:** Thursday, September 01, 2005 8:16 PM
**To:** Brown, Michael D
**Subject:** Two cents

b(5), DPP

Mike -

You did a hell of a job on the press conf this evening!

On your pfo cell my two cents -



Hang in there

1



From:       Rhode, Patrick
Sent:       Thursday, September 01, 2005 9:59 PM
To:         Brown, Michael D
Subject:    Re: Two cents

Sorry I missed you - just now seeing this -

So you know - I asked lokey to keep pushing commodities to dome and convention center all
night by hook or crock - planes, trains, autos.........

I told him we would give him the first FEMA medal if everyone at dome/convention eat
breakfast and are hydrated.......or just gone

Hang in there

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>
Sent: Thu Sep 01 21:31:48 2005
Subject: RE: Two cents

Can you call me right now on ██████████  I'm here for about 15 moreminutes.  It's 8:29
central

-----Original Message-----
From: Rhode, Patrick
Sent: Thursday, September 01, 2005 7:16 PM
To: Brown, Michael D
Subject: Two cents

Mike -

You did a hell of a job on the press conf this evening!

On your pfo cell my two cents -

b(5)



Hang in there

1

CREW FOIA 1805



**From:**          Brown, Michael D [Michael.D.Brown@dhs.gov]
**Sent:**          Thursday, September 01, 2005 6:00 PM
**To:**            'patrick.rhode@dhs.gov'
**Subject:**       Fw: hurricane effort/cruise ships fup


-----Original Message-----
From: Cooper, Ric <▮▮▮▮▮▮▮▮▮▮▮▮▮
To: Gair, Brad <Brad.Gair@dhs.gov>
CC: Brown, Michael D <Michael.D.Brown@dhs.gov>
Sent: Thu Sep 01 17:44:39 2005
Subject: RE: hurricane effort/cruise ships fup

Thanks for the response, recognized you had tried to get it done. I've since been told
that FEMA had to hand-off to Military Sealift Command and some Captain there basically has
said their "procurement procedures" doesn't allow for these quick decisions, questioned
locations of ships (even though my understanding they were putting ships where FEMA wants
them), and indicated he needed to look at other alternatives. He also asked about if and
when ships might be available if a request came "in next few days." We all tried, as we
know you did. Let me know if you have any other ideas.


RC



From: Gair, Brad [mailto:Brad.Gair@dhs.gov]
Sent: Thursday, September 01, 2005 5:20 PM
To: Cooper, Ric
Cc: Brown, Michael D
Subject: RE: hurricane effort/cruise ships fup


Ric,


I am well aware of this issue.  I have done all that I can on this end and it is now in
the hands of FEMA contracting.



From: Cooper, Ric [mailto:▮▮▮▮▮▮▮▮▮▮▮▮
Sent: Thursday, September 01, 2005 4:41 PM
To: Gair, Brad
Cc: Brown, Michael D
Subject: FW: hurricane effort/cruise ships fup



Brad....


CREW FOIA 1806
Carnival just brought me up to date on situation and their "drop-dead"

1

timing for re-deploying ships to accommodate schedules for this weekend. They are standing by to cancel 8,000 plus cruises beginning at 6 tonight so that they can get ships to you as requested. However, they cannot do that without "letter of authorization" or whatever form of commitment letter they requested. Is there anything I can do to help out or facilitate in any way...including if they have something in their requirements that is causing delay, I will get straight and/or simplified.

Call if I can help.. ▮▮▮▮▮▮▮▮ or call at ▮▮▮▮▮▮▮▮

Ric Cooper

From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Wednesday, August 31, 2005 8:54 PM
To: 'Jeb Bush'; Cooper, Ric
Subject: RE: hurricane effort/cruise ships fup

Ric, thanks for the note that Jeb sent.  I personally think this is a great idea.  One of my HQ folks working the housing issue is going to contact you directly.  If you haven't heard from them by close of business tomorrow, please call me on my cell phone ▮▮▮▮▮▮▮▮.  Thanks.  MDB

From: Jeb Bush [mailto:▮▮▮▮▮▮▮▮
Sent: Wednesday, August 31, 2005 6:18 PM
To: Cooper, Ric
Cc: Brown, Michael D
Subject: RE: hurricane effort/cruise ships fup

thank you Ric. I will pass on to Mike Brown. I can't believe they haven't asked as of yet but Mike will respond quickly.

Jeb

**From:** Brown, Michael D [Michael.D.Brown@dhs.gov]
**Sent:** Thursday, September 01, 2005 6:02 PM
**To:** 'patrick.rhode@dhs.gov'; Altshuler, Brooks
**Subject:** Fw: hurricane effort/cruise ships fup

b(5), DPP

-----Original Message-----
From: Cooper, Ric                           >
To: Gair, Brad <Brad.Gair@dhs.gov>
CC: Brown, Michael D <Michael.D.Brown@dhs.gov>
Sent: Thu Sep 01 17:44:39 2005
Subject: RE: hurricane effort/cruise ships fup

Thanks for the response, recognized you had tried to get it done. I've since been told
that FEMA had to hand-off to Military Sealift Command and some Captain there basically has
said their "procurement procedures" doesn't allow for these quick decisions, questioned
locations of ships (even though my understanding they were putting ships where FEMA wants
them), and indicated he needed to look at other alternatives. He also asked about if and
when ships might be available if a request came "in next few days." We all tried, as we
know you did. Let me know if you have any other ideas.


RC




From: Gair, Brad [mailto:Brad.Gair@dhs.gov]
Sent: Thursday, September 01, 2005 5:20 PM
To: Cooper, Ric
Cc: Brown, Michael D
Subject: RE: hurricane effort/cruise ships fup



Ric,


I am well aware of this issue.  I have done all that I can on this end and it is now in
the hands of FEMA contracting.




From: Cooper, Ric [mailto
Sent: Thursday, September 01, 2005 4:41 PM
To: Gair, Brad
Cc: Brown, Michael D
Subject: FW: hurricane effort/cruise ships fup



Brad....

**From:**      Rhode, Patrick
**Sent:**      Thursday, September 01, 2005 6:39 PM
**To:**        Burris, Ken; Altshuler, Brooks
**Subject:**   FW: hurricane effort/cruise ships fup



-----Original Message-----
From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Thursday, September 01, 2005 6:02 PM
To: 'patrick.rhode@dhs.gov'; Altshuler, Brooks
Subject: Fw: hurricane effort/cruise ships fup



-----Original Message-----
From: Cooper, Ric
To: Gair, Brad <Brad.Gair@dhs.gov>
CC: Brown, Michael D <Michael.D.Brown@dhs.gov>
Sent: Thu Sep 01 17:44:39 2005
Subject: RE: hurricane effort/cruise ships fup

Thanks for the response, recognized you had tried to get it done. I've since been told
that FEMA had to hand-off to Military Sealift Command and some Captain there basically has
said their "procurement procedures" doesn't allow for these quick decisions, questioned
locations of ships (even though my understanding they were putting ships where FEMA wants
them), and indicated he needed to look at other alternatives. He also asked about if and
when ships might be available if a request came "in next few days." We all tried, as we
know you did. Let me know if you have any other ideas.


RC



From: Gair, Brad [mailto:Brad.Gair@dhs.gov]
Sent: Thursday, September 01, 2005 5:20 PM
To: Cooper, Ric
Cc: Brown, Michael D
Subject: RE: hurricane effort/cruise ships fup


Ric,


I am well aware of this issue.  I have done all that I can on this end and it is now in
the hands of FEMA contracting.



From: Cooper, Ric [mailto:
Sent: Thursday, September 01, 2005 4:41 PM
To: Gair, Brad
Cc: Brown, Michael D

CREW FOIA 1810

1

Subject: FW: hurricane effort/cruise ships fup

Brad....

Carnival just brought me up to date on situation and their "drop-dead" timing for re-deploying ships to accommodate schedules for this week. They are standing by to cancel 8,000 plus cruises beginning at 6 tonight, so that they can get ships to you as requested. However, they cannot do that without "letter of authorization" or whatever form of commitment letter they requested. If there anything I can do to help out or facilitate in any way, including if they have something in their requirements that is causing delay, I will get straight and/or simplify.

Call if I can help.. ▮▮▮▮▮▮▮▮▮▮ or cell at ▮▮▮▮▮▮▮▮▮▮▮

Ric Cooper

---

From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Wednesday, August 31, 2005 8:54 PM
To: 'Jeb Bush'; Cooper, Ric
Subject: RE: hurricane effort/cruise ships fup

Ric, thanks for the note that Jeb sent.  I personally think this is a great idea.  One of my HQ folks working the housing issue is going to contact you directly.  If you haven't heard from them by close of business tomorrow, please call me on my cell phone, 202.309.1603.  Thanks.  MDB

From: Jeb Bush [mailto:▮▮▮▮▮▮▮▮▮▮]
Sent: Wednesday, August 31, 2005 6:18 PM
To: Cooper, Ric
Cc: Brown, Michael D
Subject: RE: hurricane effort/cruise ships fup

thank you Ric. I will pass on to Mike Brown. I can't believe they haven't asked as of yet but Mike will respond quickly.

Jeb

**From:** Rhode, Patrick
**Sent:** Thursday, September 01, 2005 6:47 PM
**To:** 'Brown, Michael D'; 'Altshuler, Brooks'
**Subject:** RE: hurricane effort/cruise ships fup



-----Original Message-----
**From:** Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
**Sent:** Thursday, September 01, 2005 6:02 PM
**To:** 'patrick.rhode@dhs.gov'; Altshuler, Brooks
**Subject:** Fw: hurricane effort/cruise ships fup



-----Original Message-----
**From:** Cooper, Ric
**To:** Gair, Brad <Brad.Gair@dhs.gov>
**CC:** Brown, Michael D <Michael.D.Brown@dhs.gov>
**Sent:** Thu Sep 01 17:44:39 2005
**Subject:** RE: hurricane effort/cruise ships fup

Thanks for the response, recognized you had tried to get it done. I've since been told that FEMA had to hand-off to Military Sealift Command and some Captain there basically has said their "procurement procedures" doesn't allow for these quick decisions, questioned locations of ships (even though my understanding they were putting ships where FEMA wants them), and indicated he needed to look at other alternatives. He also asked about if and when ships might be available if a request came "in next few days." We all tried, as we know you did. Let me know if you have any other ideas.


RC




**From:** Gair, Brad [mailto:Brad.Gair@dhs.gov]
**Sent:** Thursday, September 01, 2005 5:20 PM
**To:** Cooper, Ric
**Cc:** Brown, Michael D
**Subject:** RE: hurricane effort/cruise ships fup


Ric,


I am well aware of this issue.  I have done all that I can on this end and it is now in the hands of FEMA contracting.

From: Cooper, Ric [mailto: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Sent: Thursday, September 01, 2005 4:41 PM
To: Gair, Brad
Cc: Brown, Michael D
Subject: FW: hurricane effort/cruise ships fup


Brad....


Carnival just brought me up to date on situation and their "drop-dead"
timing for re-deploying ships to accommodate schedules for this weekend.
They are standing by to cancel 8,000 plus cruises beginning at 6 tonight so that they can
get ships to you as requested.  However, they cannot do that without "letter of
authorization" or whatever form of commitment letter they requested. Is there anything I
can do to help out or facilitate in any way...including if they have something in their
requirements that is causing delay, I will get straight and/or simplified.


Call if I can help.. ▓▓▓▓▓▓▓▓▓▓ or cell at ▓▓▓▓▓▓▓▓▓▓


Ric Cooper




From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Wednesday, August 31, 2005 8:54 PM
To: 'Jeb Bush'; Cooper, Ric
Subject: RE: hurricane effort/cruise ships fup


Ric, thanks for the note that Jeb sent.  I personally think this is a great idea.  One of
my HQ folks working the housing issue is going to contact you directly.  If you haven't
heard from them by close of business tomorrow, please call me on my cell phone,
202.309.1603.  Thanks.  MDB




From: Jeb Bush [mailto: ▓▓▓▓▓▓▓▓
Sent: Wednesday, August 31, 2005 6:18 PM
To: Cooper, Ric
Cc: Brown, Michael D
Subject: RE: hurricane effort/cruise ships fup


thank you Ric. I will pass on to Mike Brown. I can't believe they haven't asked as of yet
but Mike will respond quickly.


Jeb



b(5) PCP

**From:**   Long, Casey
**Sent:**   Thursday, September 01, 2005 8:02 PM
**To:**     Rhode, Patrick; Altshuler, Brooks; Heath, Michael
**Cc:**      Craig, Daniel
**Subject:** WH IGA Call & State Briefing

Patrick, Brooks & Mike,

Dan Craig and I are doing a call with WH Intergovernmental Affairs tomorrow from 11:00

State has asked FEMA Int. Affairs, DHS Int. Affairs and the Red Cross to attend a meeting at State tomorrow from 12:00-1:00pm with the desk officers and diplomatic missions.  They would like to discuss how State should manage 3 issues:

1)   How should foreign governments offer international assistance to US
2)   How to volunteer or make donations
3)   What process should be followed to locate/contact missing foreign citizens

Regards,
Casey

9/20/2005



**From:** Michael D Brown
**Sent:** Thursday, September 01, 2005 11:51 PM
**To:** 'Heath, Michael'; 'Altshuler, Brooks'; 'Rhode, Patrick'; 'Brown, Michael D'
**Cc:** 'Bossert, Thomas'; 'Sanders, Marshall'; 'McDow, Molly'
**Subject:** RE: Updated Briefing

I assume I'll have hard copies of this tomorrow....

**From:** Heath, Michael [mailto:Michael.Heath1@dhs.gov]
**Sent:** Thursday, September 01, 2005 5:46 PM
**To:** Altshuler, Brooks; Rhode, Patrick; Brown, Michael D; Michael Brown personal (michaelbrown@att.net)
**Cc:** Bossert, Thomas; Sanders, Marshall; McDow, Molly
**Subject:** FW: Updated Briefing

**From:** Podolske, Lew
**Sent:** Thursday, September 01, 2005 5:31 PM
**To:** Altshuler, Brooks; Heath, Michael; Biggs, Charlie
**Cc:** Ayers, Dana
**Subject:** Updated Briefing

Gentlemen,  Attached is another version of the briefing,                                    Lew

CREW FOIA 1815

b(5), PCP          b(5), DPP

**From:** Morris, Scott [Scott.Morris@dhs.gov]
**Sent:** Thursday, September 01, 2005 9:07 PM
**To:** Altshuler, Brooks; 'Michael.Heath1@dhs.gov'
**Cc:** 'Patrick.Rhode@dhs.gov'
**Subject:**

**Attachments:** image001.gif

image001.gif (1 KB)

Fyi.

b(5), PCP        b(5), DPP

**From:** Altshuler, Brooks [Brooks.Altshuler@dhs.gov]
**Sent:** Thursday, September 01, 2005 9:16 PM
**To:** Morris, Scott; 'Michael.Heath1@dhs.gov'
**Cc:** 'Patrick.Rhode@dhs.gov'
**Subject:** Re: Call from 42's office

Call me on cell and I can tell you what I know 465 5741
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Morris, Scott <Scott.Morris@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>; 'Michael.Heath1@dhs.gov'
<Michael.Heath1@dhs.gov>
CC: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Thu Sep 01 21:07:02 2005
Subject: Fw: Call from 42's office

Fyi.



CREW FOIA 1817

1



| From: | Jackson, Michael [m.jackson@dhs.gov] |
| Sent: | Thursday, September 01, 2005 11:18 AM |
| To: | Rhode, Patrick |
| Subject: | URGENT REQUEST |
| Importance: | High |

Please call.

9/20/2005

b(5) PCP          b(5) PPP Page 2 of 5

CREW FOIA 1819



b(5),PCP
b(5),DPP





b(5) PCP
b(5) DPP

**From:** Rhode, Patrick
**Sent:** Thursday, September 01, 2005 11:20 AM
**To:** 'Jackson, Michael'
**Subject:** RE: URGENT REQUEST

On it......

**From:** Jackson, Michael [mailto:m.jackson@dhs.gov]
**Sent:** Thursday, September 01, 2005 11:18 AM
**To:** Rhode, Patrick
**Subject:** URGENT REQUEST
**Importance:** High

Please call.

Washington, DC 20004-2604

CREW FOIA 1821



b(5) PCP   b(5) DPP

**From:** Rhode, Patrick
**Sent:** Thursday, September 01, 2005 11:36 AM
**To:** 'Jackson, Michael'
**Subject:** RE: URGENT REQUEST

This has been officially communicated from FEMA to DOD operations within our joint command – they also have the GPS coordinates of all hospitals there.

- Patrick

**From:** Jackson, Michael [mailto:m.jackson@dhs.gov]
**Sent:** Thursday, September 01, 2005 11:18 AM
**To:** Rhode, Patrick
**Subject:** URGENT REQUEST
**Importance:** High

Please call.



b(5), DPP
b(5) PCP

CREW FOIA 1823

9/20/2005



b(5). DPP
b(5). PCP





L (5), PPP
1 x 5), PCP

Jackson, Michael [m.jackson@dhs.gov]
Thursday, September 01, 2005 11:47 AM
Rhode, Patrick
Re: URGENT REQUEST

----------------

y BlackBerry Wireless Handheld

al Message-----
, Patrick <Patrick.Rhode@dhs.gov>
n <m.jackson@dhs.gov>
ep 01 11:35:41 2005
: URGENT REQUEST

en officially communicated from FEMA to DOD operations within our j
 have the GPS coordinates of all hospitals th

ion is being prioritized together with other security missions DOD
hey understand the situation.

on, Michael [mailto:m.jackson@dhs.gov]
day, September 01, 2005 11:18 AM
Patrick
GENT REQUEST
 High

b(5), DPP
b(5), PCP

b(5), DPP
b(5), PCP

CREW FOIA 1827

b(5)
PCP

b(5), DPP

**From:** Rhode, Patrick
**Sent:** Thursday, September 01, 2005 7:26 AM
**To:** Jamieson, Gil; 'brooks.altshuler@dhs.gov'; 'ken.burris@dhs.gov'
**Subject:** Re: Heads Up

Hate to show my ignorance, but what's oig?

-----Original Message-----
From: Jamieson, Gil <Gil.Jamieson@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; 'brooks.altshuler@dhs.gov'
<brooks.altshuler@dhs.gov>; 'ken.burris@dhs.gov' <ken.burris@dhs.gov>
Sent: Thu Sep 01 06:32:29 2005
Subject: Heads Up

PCP /DPP

---------------------------
Sent from my BlackBerry Wireless Handheld

From:        Burris, Ken [Ken.Burris@dhs.gov]
Sent:        Thursday, September 01, 2005 7:27 AM
To:          'Rhode, Patrick'
Subject:     RE: Heads Up

Inspector General

-----Original Message-----
From: Rhode, Patrick [mailto:Patrick.Rhode@dhs.gov]
Sent: Thursday, September 01, 2005 7:26 AM
To: Jamieson, Gil; 'brooks.altshuler@dhs.gov'; 'ken.burris@dhs.gov'
Subject: Re: Heads Up

Hate to show my ignorance, but what's oig?

-----Original Message-----
From: Jamieson, Gil <Gil.Jamieson@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; 'brooks.altshuler@dhs.gov'
<brooks.altshuler@dhs.gov>; 'ken.burris@dhs.gov' <ken.burris@dhs.gov>
Sent: Thu Sep 01 06:32:29 2005
Subject: Heads Up                                        *PCP/DPP*

[redacted]

----------------------------
Sent from my BlackBerry Wireless Handheld



**om:**    Heath, Michael

**nt:**    Thursday, September 01, 2005 3:43 PM

**:**    Buikema, Edward; Lowder, Michael; Lokey, William; 'Bahamonde, Marty'

**:**    Rhode, Patrick; Altshuler, Brooks; Burris, Ken

**bject:** Situation Report for Secretary Chertoff


b(5). DPP

ks

2005

Page 1 of 1



**From:** Lowder, Michael
**Sent:** Thursday, September 01, 2005 3:52 PM
**To:** Heath, Michael; Buikema, Edward; Lokey, William; 'Bahamonde, Marty'
**Cc:** Rhode, Patrick; Altshuler, Brooks; Burris, Ken
**Subject:** RE: Situation Report for Secretary Chertoff

Very rough information

**From:** Heath, Michael
**Sent:** Thursday, September 01, 2005 3:43 PM
**To:** Buikema, Edward; Lowder, Michael; Lokey, William; 'Bahamonde, Marty'
**Cc:** Rhode, Patrick; Altshuler, Brooks; Burris, Ken
**Subject:** Situation Report for Secretary Chertoff

All,



Thanks

b(5).DPP



**From:** Rhode, Patrick
**Sent:** Thursday, September 01, 2005 3:55 PM
**To:** Lowder, Michael; Heath, Michael; Buikema, Edward; Lokey, William; 'Bahamonde, Marty'
**Cc:** Altshuler, Brooks; Burris, Ken
**Subject:** RE: Situation Report for Secretary Chertoff

Thanks –

Please clean up and pass up to hsoc

**From:** Lowder, Michael
**Sent:** Thursday, September 01, 2005 3:52 PM
**To:** Heath, Michael; Buikema, Edward; Lokey, William; 'Bahamonde, Marty'
**Cc:** Rhode, Patrick; Altshuler, Brooks; Burris, Ken
**Subject:** RE: Situation Report for Secretary Chertoff

Very rough information

**From:** Heath, Michael
**Sent:** Thursday, September 01, 2005 3:43 PM
**To:** Buikema, Edward; Lowder, Michael; Lokey, William; 'Bahamonde, Marty'
**Cc:** Rhode, Patrick; Altshuler, Brooks; Burris, Ken
**Subject:** Situation Report for Secretary Chertoff



Thanks



**From:**    Heath, Michael
**Sent:**    Thursday, September 01, 2005 3:57 PM
**To:**    Lowder, Michael; Buikema, Edward; Lokey, William; 'Bahamonde, Marty'
**Cc:**    .Rhode, Patrick; Altshuler, Brooks; Burris, Ken
**Subject:** RE: Situation Report for Secretary Chertoff

Mike,

Thanks for your help. We are getting pinged on this stuff on all sides. Please forward any new numbers you may get.

Thank you, again.

---

**From:** Lowder, Michael
**Sent:** Thursday, September 01, 2005 3:52 PM
**To:** Heath, Michael; Buikema, Edward; Lokey, William; 'Bahamonde, Marty'
**Cc:** Rhode, Patrick; Altshuler, Brooks; Burris, Ken
**Subject:** RE: Situation Report for Secretary Chertoff

Very rough information

---

**From:** Heath, Michael
**Sent:** Thursday, September 01, 2005 3:43 PM
**To:** Buikema, Edward; Lowder, Michael; Lokey, William; 'Bahamonde, Marty'
**Cc:** Rhode, Patrick; Altshuler, Brooks; Burris, Ken
**Subject:** Situation Report for Secretary Chertoff

L (5) DPP

All,

Thanks

9/20/2005



**From:**  Heath, Michael

**Sent:**  Thursday, September 01, 2005 12:30 PM

**To:**  Lokey, William; Carwile, William; Buikema, Edward; Sherman, Ron; Buikema, Edward; Lowder, Michael

**Cc:**  Altshuler, Brooks; Rhode, Patrick

**Subject:**



CREW FOIA 1839

9/20/2005

b(5), RP

**From:**       Carwile, William
**Sent:**       Thursday, September 01, 2005 12:55 PM
**To:**         Heath, Michael; Lokey, William; Buikema, Edward; Sherman, Ron; Buikema, Edward; Lowder, Michael
**Cc:**         Altshuler, Brooks; Rhode, Patrick; Hainje, Richard
**Subject:**

-----Original Message-----
From: Heath, Michael
To: Lokey, William; Carwile, William; Buikema, Edward; Sherman, Ron; Buikema, Edward; Lowder, Michael
Cc: Altshuler, Brooks; Rhode, Patrick
Sent: 9/1/05 12:30 PM
Subject:

**From:** Hoelscher, Doug [Doug.Hoelscher@dhs.gov]
**Sent:** Thursday, September 01, 2005 6:14 PM
**To:** Rhode, Patrick
**Subject:** FW:

Can you all pass this along to the appropriate person on your team please?

Doug Hoelscher
White House Liaison
Department of Homeland Security
202-282-8220
Doug.Hoelscher@dhs.gov



b(5), PCP



b(5) DPP

**From:** Burris, Ken [Ken.Burris@dhs.gov]

**Sent:** Friday, September 02, 2005 10:07 AM

**To:** 'Mathew.Broderick@dhs.gov'; Brown, Michael D; 'Rhode, Patrick'; Buikema, Edward; Altshuler, Brooks; Heath, Michael; Trissell, David

**Subject:** request

Gentlemen,

Ken Burris

**From:** Trissell, David [David.Trissell@dhs.gov]

**Sent:** Friday, September 02, 2005 10:13 AM

**To:** Burris, Ken; 'Mathew.Broderick@dhs.gov'; Brown, Michael D; 'Rhode, Patrick'; Buikema, Edward; Altshuler, Brooks; 'Heath, Michael'

**Subject:** RE: request

b(5), DPP     b(5), ACP

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*

**From:** Burris, Ken
**Sent:** Friday, September 02, 2005 10:07 AM
**To:** 'Mathew.Broderick@dhs.gov'; Brown, Michael D; 'Rhode, Patrick'; Buikema, Edward; Altshuler, Brooks; Heath, Michael; Trissell, David
**Subject:** request

b(5), DPP

Gentlemen,

Ken Burris

CREW FOIA 1848

**From:** Rhode, Patrick
**Sent:** Friday, September 02, 2005 1:30 PM
**To:** 'Trissell, David'; 'Burris, Ken'; 'Buikema, Edward'; 'Altshuler, Brooks'; 'Heath, Michael'
**Subject:** RE: request

David,

b(5) DPP,   b(5) ACP

thx

**From:** Trissell, David [mailto:David.Trissell@dhs.gov]
**Sent:** Friday, September 02, 2005 10:13 AM
**To:** Burris, Ken; 'Mathew.Broderick@dhs.gov'; Brown, Michael D; 'Rhode, Patrick'; Buikema, Edward; Altshuler, Brooks; 'Heath, Michael'
**Subject:** RE: request

b(5) DPP,   b(5) ACP

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*

**From:** Burris, Ken
**Sent:** Friday, September 02, 2005 10:07 AM
**To:** 'Mathew.Broderick@dhs.gov'; Brown, Michael D; 'Rhode, Patrick'; Buikema, Edward; Altshuler, Brooks; Heath, Michael; Trissell, David
**Subject:** request

Gentlemen,

b(5) DPP

Ken Burris



CREW FOIA 1849

9/20/2005

b(5)   DPP
b(5) ACP

**From:**   Rhode, Patrick
**Sent:**   Friday, September 02, 2005 1:38 PM
**To:**   'Trissell, David'; 'Rhode, Patrick'; 'Burris, Ken'; 'Buikema, Edward'; 'Altshuler, Brooks'; 'Heath, Michael'
**Subject:** RE: request

I almost had a heart attack - thanks

**From:** Trissell, David [mailto:David.Trissell@dhs.gov]
**Sent:** Friday, September 02, 2005 1:33 PM
**To:** 'Rhode, Patrick'; Burris, Ken; Buikema, Edward; Altshuler, Brooks; 'Heath, Michael'
**Subject:** RE: request

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*

**From:** Rhode, Patrick [mailto:Patrick.Rhode@dhs.gov]
**Sent:** Friday, September 02, 2005 1:30 PM
**To:** 'Trissell, David'; Burris, Ken; Buikema, Edward; Altshuler, Brooks; 'Heath, Michael'
**Subject:** RE: request

David,

thx

**From:** Trissell, David [mailto:David.Trissell@dhs.gov]
**Sent:** Friday, September 02, 2005 10:13 AM
**To:** Burris, Ken; 'Mathew.Broderick@dhs.gov'; Brown, Michael D; 'Rhode, Patrick'; Buikema, Edward; Altshuler, Brooks; 'Heath, Michael'
**Subject:** RE: request

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have*

CREW FOIA 1850

9/20/2005

*received this in error, please reply immediately to the sender and delete this message. Thank you.*

**From:** Burris, Ken
**Sent:** Friday, September 02, 2005 10:07 AM
**To:** 'Mathew.Broderick@dhs.gov'; Brown, Michael D; 'Rhode, Patrick'; Buikema, Edward; Altshuler, Brooks; Heath, Michael; Trissell, David
**Subject:** request

Gentlemen,



Ken Burris

CREW FOIA 1851

9/20/2005

b(5) Diff, b(5) Acp

| | |
|---|---|
| **From:** | Altshuler, Brooks [Brooks.Altshuler@dhs.gov] |
| **Sent:** | Friday, September 02, 2005 1:44 PM |
| **To:** | 'david.trissell@dhs.gov'; 'Patrick.Rhode@dhs.gov'; 'Ken.Burris@dhs.gov'; 'Edward.Buikema@dhs.gov'; 'brooks.altshuler@dhs.gov'; 'Michael.Heath1@dhs.gov' |
| **Subject:** | Re: request |

Trissell, you are lucky that your second paragraph fit on my BB. I was on my way up to
sweep your knee.
-----------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Trissell, David <David.Trissell@dhs.gov>
To: 'Rhode, Patrick' <Patrick.Rhode@dhs.gov>; Burris, Ken <Ken.Burris@dhs.gov>; Buikema,
Edward <Edward.Buikema@dhs.gov>; Altshuler, Brooks <Brooks.Altshuler@dhs.gov>; 'Heath,
Michael' <Michael.Heath1@dhs.gov>
Sent: Fri Sep 02 13:33:29 2005
Subject: RE: request

This communication, along with any attachments, is covered by federal and state law
governing electronic communications and may contain confidential and legally privileged
information.  If the reader of this message is not the intended recipient, you are hereby
notified that any dissemination, distribution, use or copying of this message is strictly
prohibited.  If you have received this in error, please reply immediately to the sender
and delete this message.  Thank you.



From: Rhode, Patrick [mailto:Patrick.Rhode@dhs.gov]
Sent: Friday, September 02, 2005 1:30 PM
To: 'Trissell, David'; Burris, Ken; Buikema, Edward; Altshuler, Brooks; 'Heath, Michael'
Subject: RE: request


David,



thx



From: Trissell, David [mailto:David.Trissell@dhs.gov]
CREW FOIA 1852
Sent: Friday, September 02, 2005 10:13 AM

1

b(5) DPP
b(5) ACP

| From: | Rhode, Patrick [Patrick.Rhode@dhs.gov] |
|---|---|
| Sent: | Friday, September 02, 2005 1:38 PM |
| To: | 'Trissell, David'; 'Rhode, Patrick'; Burris, Ken; Buikema, Edward; Altshuler, Brooks; 'Heath, Michael' |
| Subject: | RE: request |

I almost had a heart attack - thanks

**From:** Trissell, David [mailto:David.Trissell@dhs.gov]
**Sent:** Friday, September 02, 2005 1:33 PM
**To:** 'Rhode, Patrick'; Burris, Ken; Buikema, Edward; Altshuler, Brooks; 'Heath, Michael'
**Subject:** RE: request

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*

**From:** Rhode, Patrick [mailto:Patrick.Rhode@dhs.gov]
**Sent:** Friday, September 02, 2005 1:30 PM
**To:** 'Trissell, David'; Burris, Ken; Buikema, Edward; Altshuler, Brooks; 'Heath, Michael'
**Subject:** RE: request

David,

thx

**From:** Trissell, David [mailto:David.Trissell@dhs.gov]
**Sent:** Friday, September 02, 2005 10:13 AM
**To:** Burris, Ken; 'Mathew.Broderick@dhs.gov'; Brown, Michael D; 'Rhode, Patrick'; Buikema, Edward; Altshuler, Brooks; 'Heath, Michael'
**Subject:** RE: request

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*

CREW FOIA 1858

b(5) DPP

Heath, Michael; Trissell, David
**Subject:** request

Gentlemen,

Ken Burris

CREW FOIA 1854

b(5) DP
b(5) ACP

Page 1 of 2

**From:**     Trissell, David [David.Trissell@dhs.gov]
**Sent:**      Friday, September 02, 2005 1:33 PM
**To:**         'Rhode, Patrick'; Burris, Ken; Buikema, Edward; Altshuler, Brooks; 'Heath, Michael'
**Subject:** RE: request

*This communication, along with any attachments, is covered by federal and state law governing electronic communications
and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient,
you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have
received this in error, please reply immediately to the sender and delete this message. Thank you.*

**From:** Rhode, Patrick [mailto:Patrick.Rhode@dhs.gov]
**Sent:** Friday, September 02, 2005 1:30 PM
**To:** 'Trissell, David'; Burris, Ken; Buikema, Edward; Altshuler, Brooks; 'Heath, Michael'
**Subject:** RE: request

David,

thx

**From:** Trissell, David [mailto:David.Trissell@dhs.gov]
**Sent:** Friday, September 02, 2005 10:13 AM
**To:** Burris, Ken; 'Mathew.Broderick@dhs.gov'; Brown, Michael D; 'Rhode, Patrick'; Buikema, Edward; Altshuler,
Brooks; 'Heath, Michael'
**Subject:** RE: request

*This communication, along with any attachments, is covered by federal and state law governing electronic communications
and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient,
you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have
received this in error, please reply immediately to the sender and delete this message. Thank you.*

**From:** Burris, Ken
**Sent:** Friday, September 02, 2005 10:07 AM
**To:** 'Mathew.Broderick@dhs.gov'; Brown, Michael D; 'Rhode, Patrick'; Buikema, Edward; Altshuler, Brooks;

CREW FOIA 1855



**From:** Rhode, Patrick
**Sent:** Saturday, September 03, 2005 7:57 AM
**To:** Jamieson, Gil; 'michael.heath1@dhs.gov'
**Subject:** RE: Daily Deputies VTC from 11:00 - 12:00 pm

ok

-----Original Message-----
From: Jamieson, Gil
Sent: Saturday, September 03, 2005 7:18 AM
To: 'michael.heath1@dhs.gov'
Cc: Rhode, Patrick
Subject: Re: Daily Deputies VTC from 11:00 - 12:00 pm

Patrick/Mike--Michelle McQueeney comes back on line Sunday/Monday--she is my ACE. Need to integrate her into this as a bridge between FEMA 500 C street and operations over here -- in this repect she can take some of pressure off you and Patrick over there by running issues (I see her situated over there) and provide me info to feed the beast over here at the NAC.

-----------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Jamieson, Gil <Gil.Jamieson@fema.gov>
To: 'michael.heath1@dhs.gov' <michael.heath1@dhs.gov>
Sent: Sat Sep 03 07:03:15 2005
Subject: Re: Daily Deputies VTC from 11:00 - 12:00 pm

Yep
-----------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Heath, Michael <Michael.Heath1@dhs.gov>
To: 'Gil.Jamieson@dhs.gov' <Gil.Jamieson@dhs.gov>
Sent: Sat Sep 03 00:07:44 2005
Subject: Re: Daily Deputies VTC from 11:00 - 12:00 pm

Assume by talkers you mean talking points?
-----------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Jamieson, Gil <Gil.Jamieson@dhs.gov>
To: 'michael.heath1@dhs.gov' <Michael.Heath1@dhs.gov>; 'brooks.altshuler@dhs.gov' <Brooks.Altshuler@dhs.gov>
CC: Rhode, Patrick <Patrick.Rhode@dhs.gov>
Sent: Fri Sep 02 23:01:12 2005
Subject: Fw: Daily Deputies VTC from 11:00 - 12:00 pm

b(5); DPP

Mike --hate to ask at this hour BUT scroll down the message traffic below--

-----------------------------
Sent from my BlackBerry Wireless Handheld

1

-----Original Message-----
From: Napoli, Tona <Tona.Napoli@dhs.gov>
To: Stanton, Maria <Maria.Stanton@dhs.gov>; Napoli, Tona <Tona.Napoli@dhs.gov>; Hill, Ken
<Ken.Hill@DHS.GOV>
CC: Rhode, Patrick <Patrick.Rhode@dhs.gov>; Jamieson, Gil <Gil.Jamieson@dhs.gov>
Sent: Fri Sep 02 22:46:02 2005
Subject: RE: Daily Deputies VTC from 11:00 - 12:00 pm

          Thank you


From: Stanton, Maria [mailto:Maria.Stanton@dhs.gov]
Sent: Friday, September 02, 2005 8:03 PM
To: Napoli, Tona; Hill, Ken
Cc: Rhode, Patrick; Jamieson, Gil
Subject: RE: Daily Deputies VTC from 11:00 - 12:00 pm


Good evening,


Gil Jamieson will be present. Patrick Rhode may be attending via VTC.


Maria

This communication, along with any attachments, is covered by federal and state law
governing electronic communications and may contain confidential and legally privileged
information. If the reader of this message is not the intended recipient, you are hereby
notified that any dissemination, distribution, use or copying of this message is strictly
prohibited. If you have received this in error, please reply immediately to the sender and
delete this message. Thank you.


From: Napoli, Tona [mailto:Tona.Napoli@dhs.gov]
Sent: Friday, September 02, 2005 8:00 PM
To: Hill, Ken; Rhode, Patrick; Stephan, Bob; Broderick, Matthew (CNC); Jamieson, Gil
Cc: Cornyn, Danley; Stanton, Maria; Mayer, Matt; Cannatti, Ashley; Napoli, Tona; Wiley,
Miles
Subject: RE: Daily Deputies VTC from 11:00 - 12:00 pm

Noted


From: Hill, Ken [mailto:Ken.Hill@DHS.GOV]
Sent: Friday, September 02, 2005 7:48 PM
To: Rhode, Patrick; Stephan, Bob; Broderick, Matthew (CNC); Jamieson, Gil
Cc: Cornyn, Danley; Stanton, Maria; Mayer, Matt; Cannatti, Ashley; Napoli, Tona; Wiley,
Miles
Subject: FW: Daily Deputies VTC from 11:00 - 12:00 pm

CREW FOIA 1866

Addressees, DEPSEC specifically asks that you attend with him.
(Rhode/Jamieson, only one need attend).

Danley - pls. alert HSOC for set up of VTC.

From: Langer, Elliott M. [mailto: ████████████████████]
Sent: Friday, September 02, 2005 7:07 PM
To: Pinto, Nina; DL-OVP-HS; Patel, Neil S.; Morgan, Derrick D.; ████████████
████████████████████████████████████████████████████████████████
██████████████████████████████████ McAtamney, James A <DOJ>; Burton, Dawn <DOJ>;
██████████████████████████████████; McClure, Laura;
█████████████████████████████; ████████████████████████; Hill, Ken;
Wiley, Miles; Kropp, Emily L.; Katz, Jeremy L.; Hook, Brian H.; Dryden, Logan E.; DL-NSC-
APNSA; DL-NSC-Executive Secretary; DL-NSC-West Wing Desk; Persinger, John M.; Mielke, Dawn
M.; ████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
█████████████████████████; ████████████████████████████████████
███████████████████ DeputyDirector; Sykes, Elizabeth A.; Klunk, Kate A.; Burkhart,
Shannon B.; ████████████████████████████████████████████████████████
Cc: DL-HSC-PPR; Bagnal, Joel; DL-HSC-Front
Subject: Daily Deputies VTC from 11:00 - 12:00 pm

All: Beginning tomorrow, Saturday, September 3, there will be a daily Deputies meeting on
Hurricane Katrina from 11:00 am - 12:00 pm conducted via VTC. the following agencies and
departments are asked to participate. We ask that the following departments and agencies
group together as a single VTC site: OSD with JCS and DoJ with FBI. We ask that you
coordinate with the FEMA Operations center (202-456-2470) as they are responsible for the
technical support of the vide link. All other offsite agencies and departments that do
not have VTC capabilities may participate via conference call (see instructions below).
All EOP offices may send a representative to EEOB 180. Please confirm attendance ASAP
either by phone or email.
Thank you

-Elliott Langer

202-456-5210

Date/Time:                    September 03, 2005 at 11:00 AM America/New_York

    Meeting ID:           ████████

    Phone Number:         ████████

PSTN                         202████████ CREW FOIA 1867
                                  3                        ████████████████