DSN

*     Before placing the teleconference hold, please press #5 to disable
Music-On-Hold. Not disabling Music-On-Hold will disrupt the teleconference.
Pressing the mute key on your phone will not disable Music-On-Hold.

*     The teleconference will be available 15 minutes before the scheduled
start time.


TO ATTEND THE WEB CONFERENCE AND THEN JOIN WITH AUDIO:


1. Go to:

http://costas.whca.mil/a/4bdf3bd40ffb8089823075f0e9ee38f0

2. Sign in as a Guest or with your Cisco MeetingPlace User ID, and click on Attend
Meeting.

   - Accept any security warnings you receive and wait for the Meeting Room to initialize.

3. Click on CONNECT and enter your phone and click OK. The system will now call you.


TEST YOUR BROWSER BEFORE YOU ATTEND YOUR FIRST WEB CONFERENCE


Visit http://costas.whca.mil/mpweb/Scripts/browsertestupper.asp to test your web browser
for compatibility with the web conference.


For more information about Cisco MeetingPlace including Meeting Tips and FAQ's, please
visit the Reference Center at http://costas.whca.mil/mpweb/scripts/WebHelp/HelpBase.aspx

| | |
|---|---|
| **From:** | Rhode, Patrick |
| **Sent:** | Saturday, September 03, 2005 9:19 AM |
| **To:** | Heath, Michael |
| **Subject:** | FW: Daily Deputies VTC from 11:00 - 12:00 pm |

Pls call Gil and fix - thanks

-----Original Message-----
From: Jamieson, Gil
Sent: Saturday, September 03, 2005 9:16 AM
To: Rhode, Patrick; 'michael.heath1@dhs.gov'
Subject: Re: Daily Deputies VTC from 11:00 - 12:00 pm

b(5), DPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Jamieson, Gil <Gil.Jamieson@fema.gov>; 'michael.heath1@dhs.gov' <michael.heath1@dhs.gov>
Sent: Sat Sep 03 07:56:50 2005
Subject: RE: Daily Deputies VTC from 11:00 - 12:00 pm

ok

-----Original Message-----
From: Jamieson, Gil
Sent: Saturday, September 03, 2005 7:18 AM
To: 'michael.heath1@dhs.gov'
Cc: Rhode, Patrick
Subject: Re: Daily Deputies VTC from 11:00 - 12:00 pm

Patrick/Mike--Michelle McQueeney comes back on line Sunday/Monday--she is my ACE. Need to
integrate her into this as a bridge between FEMA 500 C street and operations over here --
in this repect she can take some of pressure off you and Patrick over there by running
issues (I see her situated over there) and provide me info to feed the beast over here at
the NAC.

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Jamieson, Gil <Gil.Jamieson@fema.gov>
To: 'michael.heath1@dhs.gov' <michael.heath1@dhs.gov>
Sent: Sat Sep 03 07:03:15 2005
Subject: Re: Daily Deputies VTC from 11:00 - 12:00 pm

Yep

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Heath, Michael <Michael.Heath1@dhs.gov>
To: 'Gil.Jamieson@dhs.gov' <Gil.Jamieson@dhs.gov>
Sent: Sat Sep 03 00:07:44 2005
Subject: Re: Daily Deputies VTC from 11:00 - 12:00 pm

CREW FOIA 1869

1

Assume by talkers you mean talking points?
-----------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Jamieson, Gil <Gil.Jamieson@dhs.gov>
To: 'michael.heath1@dhs.gov' <Michael.Heath1@dhs.gov>; 'brooks.altshuler@dhs.gov'
<Brooks.Altshuler@dhs.gov>
CC: Rhode, Patrick <Patrick.Rhode@dhs.gov>
Sent: Fri Sep 02 23:01:12 2005
Subject: Fw: Daily Deputies VTC from 11:00 - 12:00 pm

b(5), DPP

Mike --hate to ask at this hour BUT scroll down the message traffic below

-----------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Napoli, Tona <Tona.Napoli@dhs.gov>
To: Stanton, Maria <Maria.Stanton@dhs.gov>; Napoli, Tona <Tona.Napoli@dhs.gov>; Hill, Ken
<Ken.Hill@DHS.GOV>
CC: Rhode, Patrick <Patrick.Rhode@dhs.gov>; Jamieson, Gil <Gil.Jamieson@dhs.gov>
Sent: Fri Sep 02 22:46:02 2005
Subject: RE: Daily Deputies VTC from 11:00 - 12:00 pm

        Thank you


From: Stanton, Maria [mailto:Maria.Stanton@dhs.gov]
Sent: Friday, September 02, 2005 8:03 PM
To: Napoli, Tona; Hill, Ken
Cc: Rhode, Patrick; Jamieson, Gil
Subject: RE: Daily Deputies VTC from 11:00 - 12:00 pm


Good evening,


Gil Jamieson will be present. Patrick Rhode may be attending via VTC.


Maria

This communication, along with any attachments, is covered by federal and state law
governing electronic communications and may contain confidential and legally privileged
information. If the reader of this message is not the intended recipient, you are hereby
notified that any dissemination, distribution, use or copying of this message is strictly
prohibited. If you have received this in error, please reply immediately to the sender and
delete this message. Thank you.

From: Napoli, Tona [mailto:Tona.Napoli@dhs.gov]
Sent: Friday, September 02, 2005 8:00 PM
To: Hill, Ken; Rhode, Patrick; Stephan, Bob; Broderick, Matthew (CNC); Jamieson, Gil
Cc: Cornyn, Danley; Stanton, Maria; Mayer, Matt; Cannatti, Ashley; Napoli, Tona; Wiley, Miles
Subject: RE: Daily Deputies VTC from 11:00 - 12:00 pm

Noted

---

From: Hill, Ken [mailto:Ken.Hill@DHS.GOV]
Sent: Friday, September 02, 2005 7:48 PM
To: Rhode, Patrick; Stephan, Bob; Broderick, Matthew (CNC); Jamieson, Gil
Cc: Cornyn, Danley; Stanton, Maria; Mayer, Matt; Cannatti, Ashley; Napoli, Tona; Wiley, Miles
Subject: FW: Daily Deputies VTC from 11:00 - 12:00 pm

Addressees, DEPSEC specifically asks that you attend with him.
(Rhode/Jamieson, only one need attend).


Danley - pls. alert HSOC for set up of VTC.

---

From: Langer, Elliott M. [mailto: █████████
Sent: Friday, September 02, 2005 7:07 PM
To: Pinto, Nina; DL-OVP-HS; Patel, Neil S.; Morgan, Derrick D.; ███████████████████████
████████████████████████████████████ c█████████████████████
███████████████████████; McAtamney, James A <DOJ>; Burton, Dawn <DOJ>;
██████████████████████████████████; McClure, Laura;
█████████████████████████████████████████; Hill, Ken;
Wiley, Miles; Kropp, Emily L.; Katz, Jeremy L.; Hook, Brian H.; Dryden, Logan E.; DL-NSC-
APNSA; DL-NSC-Executive Secretary; DL-NSC-West Wing Desk; Persinger, John M.; Mielke, Dawn
M.; █████████████ r███████████████████ e████████████████████
██████████████████████████████████████████████████████
████████████████████████ DeputyDirector; Sykes, Elizabeth A.; Klunk, Kate A.; Burkhart,
Shannon B.; █████████████████████████████████████████████████
████████████████████████████████████████████████████████
Cc: DL-HSC-PPR; Bagnal, Joel; DL-HSC-Front
Subject: Daily Deputies VTC from 11:00 - 12:00 pm


All: Beginning tomorrow, Saturday, September 3, there will be a daily Deputies meeting on
Hurricane Katrina from 11:00 am - 12:00 pm conducted via VTC. the following agencies and
departments are asked to participate. We ask that the following departments and agencies
group together as a single VTC site: OSD with JCS and DoJ with FBI. We ask that you
coordinate with the FEMA Operations center (202-456-2470) as they are responsible for the
technical support of the vide link. All other offsite agencies and departments that do
not have VTC capabilities may participate via conference call ( see instructions below).
All EOP offices may send a representative to room 180. Please confirm attendance ASAP
either by phone or email.

Thank you

-Elliott Langer

202-456-5210


Date/Time:              September 03, 2005 at 11:00 AM America/New_York

Meeting ID:             

Phone Number:

PSTN

DSN

*     Before placing the teleconference hold, please press #5 to disable
Music-On-Hold. Not disabling Music-On-Hold will disrupt the teleconference.
Pressing the mute key on your phone will not disable Music-On-Hold.

   *     The teleconference will be available 15 minutes before the scheduled
start time.


TO ATTEND THE WEB CONFERENCE AND THEN JOIN WITH AUDIO:


1. Go to:

http://costas.whca.mil/a/4bdf3bd40ffb8089823075f0e9ee38f0

2. Sign in as a Guest or with your Cisco MeetingPlace User ID, and click on Attend
Meeting.

   - Accept any security warnings you receive and wait for the Meeting Room to initialize.

3. Click on CONNECT and enter your phone and click OK. The system will now call you.


TEST YOUR BROWSER BEFORE YOU ATTEND YOUR FIRST WEB CONFERENCE


Visit http://costas.whca.mil/mpweb/Scripts/browsertestupper.asp to test your web browser
for compatibility with the web conference.


For more information about Cisco MeetingPlace including Meeting Tips and FAQ's, please
visit the Reference Center at http://costas.whca.mil/mpweb/scripts/WebHelp/HelpBase.aspx

| | |
|---|---|
| From: | Rhode, Patrick |
| Sent: | Saturday, September 03, 2005 9:59 AM |
| To: | Jamieson, Gil; 'michael.heath1@dhs.gov' |
| Cc: | Stanton, Maria |
| Subject: | RE: Daily Deputies VTC from 11:00 - 12:00 pm |

Pls let us know - thanks - I won't plan on jumping on - thx

-----Original Message-----
From: Jamieson, Gil
Sent: Saturday, September 03, 2005 9:38 AM
To: Rhode, Patrick; 'michael.heath1@dhs.gov'
Subject: Re: Daily Deputies VTC from 11:00 - 12:00 pm

Hearing now that the 11:001: is Cabnet Officials   not sure if the DEP is separate or one
and the same.
-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Jamieson, Gil <Gil.Jamieson@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; 'michael.heath1@dhs.gov' <michael.heath1
@dhs.gov>
Sent: Sat Sep 03 09:16:21 2005
Subject: Re: Daily Deputies VTC from 11:00 - 12:00 pm        b(5) DPP

-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Jamieson, Gil <Gil.Jamieson@fema.gov>; 'michael.heath1@dhs.gov' <michael.heath1
@dhs.gov>
Sent: Sat Sep 03 07:56:50 2005
Subject: RE: Daily Deputies VTC from 11:00 - 12:00 pm

ok

-----Original Message-----
From: Jamieson, Gil
Sent: Saturday, September 03, 2005 7:18 AM
To: 'michael.heath1@dhs.gov'
Cc: Rhode, Patrick
Subject: Re: Daily Deputies VTC from 11:00 - 12:00 pm

Patrick/Mike--Michelle McQueeney comes back on line Sunday/Monday--she is my ACE. Need to
integrate her into this as a bridge between FEMA 500 C street and operations over here --
in this repect she can take some of pressure off you and Patrick over there by running
issues (I see her situated over there) and provide me info to feed the beast over here at
the NAC.

-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Jamieson, Gil <Gil.Jamieson@fema.gov>
To: 'michael.heath1@dhs.gov' <michael.heath1@dhs.gov>

CREW FOIA 1873

1

Sent: Sat Sep 03 07:03:15 2005
Subject: Re: Daily Deputies VTC from 11:00 - 12:00 pm

Yep
------------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Heath, Michael <Michael.Heath1@dhs.gov>
To: 'Gil.Jamieson@dhs.gov' <Gil.Jamieson@dhs.gov>
Sent: Sat Sep 03 00:07:44 2005
Subject: Re: Daily Deputies VTC from 11:00 - 12:00 pm

Assume by talkers you mean talking points?
------------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Jamieson, Gil <Gil.Jamieson@dhs.gov>
To: 'michael.heath1@dhs.gov' <Michael.Heath1@dhs.gov>; 'brooks.altshuler@dhs.gov'
<Brooks.Altshuler@dhs.gov>
CC: Rhode, Patrick <Patrick.Rhode@dhs.gov>
Sent: Fri Sep 02 23:01:12 2005
Subject: Fw: Daily Deputies VTC from 11:00 - 12:00 pm

Mike --hate to ask at this hour BUT scroll down the message traffic below

b(5), DPP

------------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Napoli, Tona <Tona.Napoli@dhs.gov>
To: Stanton, Maria <Maria.Stanton@dhs.gov>; Napoli, Tona <Tona.Napoli@dhs.gov>; Hill, Ken
<Ken.Hill@DHS.GOV>
CC: Rhode, Patrick <Patrick.Rhode@dhs.gov>; Jamieson, Gil <Gil.Jamieson@dhs.gov>
Sent: Fri Sep 02 22:46:02 2005
Subject: RE: Daily Deputies VTC from 11:00 - 12:00 pm

          Thank you


From: Stanton, Maria [mailto:Maria.Stanton@dhs.gov]
Sent: Friday, September 02, 2005 8:03 PM
To: Napoli, Tona; Hill, Ken
Cc: Rhode, Patrick; Jamieson, Gil
Subject: RE: Daily Deputies VTC from 11:00 - 12:00 pm


Good evening,


Gil Jamieson will be present. Patrick Rhode may be attending via VTC.

Maria

This communication, along with any attachments, is covered by federal and state  law
governing electronic communications and may contain confidential and legally  privileged
information. If the reader of this message is not the intended recipient, you are hereby
notified that any dissemination, distribution, use or copying of this message is strictly
prohibited. If you have received this in error, please reply immediately to  the 'sender and
delete this message. Thank you.

From: Napoli, Tona [mailto:Tona.Napoli@dhs.gov]
Sent: Friday, September 02, 2005 8:00 PM
To: Hill, Ken; Rhode, Patrick; Stephan, Bob; Broderick, Matthew (CNC); Jamieson,  Gil
Cc: Cornyn, Danley; Stanton, Maria; Mayer, Matt; Cannatti, Ashley; Napoli, Tona;  Wiley,
Miles
Subject: RE: Daily Deputies VTC from 11:00 - 12:00 pm

Noted

From: Hill, Ken [mailto:Ken.Hill@DHS.GOV]
Sent: Friday, September 02, 2005 7:48 PM
To: Rhode, Patrick; Stephan, Bob; Broderick, Matthew (CNC); Jamieson, Gil
Cc: Cornyn, Danley; Stanton, Maria; Mayer, Matt; Cannatti, Ashley; Napoli, Tona;  Wiley,
Miles
Subject: FW: Daily Deputies VTC from 11:00 - 12:00 pm

Addressees, DEPSEC specifically asks that you attend with him.
(Rhode/Jamieson, only one need attend).

Danley - pls. alert HSOC for set up of VTC.

From: Langer, Elliott M. [mailto:█████████████]
Sent: Friday, September 02, 2005 7:07 PM
To: Pinto, Nina; DL-OVP-HS; Patel, Neil S.; Morgan, Derrick D.; █████████████;
████████████████; ████████████████; S████████████████
████████████████; █████████ McAtamney, James A <DOJ>; Burton, Dawn <DOJ>;
████████████████; ██████████ McClure, Laura;
████████████████ Hill, Ken;
Wiley, Miles; Kropp, Emily L.; Katz, Jeremy L.; Hook, Brian H.; Dryden, Logan E.; DL-NSC-
APNSA; DL-NSC-Executive Secretary; DL-NSC-West Wing Desk; Persinger, John M.; Mielke, Dawn
M.; ████████████████
████████████████
████████████████
████████████████ DeputyDirector; Sykes, Elizabeth A.; Klunk, Kate A.; Burkhart,
Shannon B.; ████████████████; ████████████;
████████████; ████ CREW FOIA 1875 ████████; S██

3

Cc: DL-HSC-PPR; Bagnal, Joel; DL-HSC-Front
Subject: *Daily Deputies VTC from 11:00 - 12:00 pm*

All:  Beginning tomorrow, Saturday, September 3, there will be a daily Deputies meeting on Hurricane Katrina from 11:00 am - 12:00 pm conducted via VTC. the following agencies and departments are asked to participate.  We ask that the following departments and agencies group together as a single VTC site: OSD with JCS and DoJ with FBI.  We ask that you coordinate with the FEMA Operations Center (202-456-2470) as they are responsible for the technical support of the vide link.  All other offsite agencies and departments that do not have VTC capabilities may participate via conference call ( see instructions below). All EOP offices may send a representative to EEOB 180.  Please confirm attendance ASAP either by phone or email.
Thank you

-Elliott Langer

202-456-5210

Date/Time:                    September 03, 2005 at 11:00 AM America/New_York

Meeting ID:                   

Phone Number:

PSTN

DSN

*   Before placing the teleconference hold, please press #5 to disable Music-On-Hold. Not disabling Music-On-Hold will disrupt the teleconference. Pressing the mute key on your phone will not disable Music-On-Hold.

  *   The teleconference will be available 15 minutes before the scheduled start time.

TO ATTEND THE WEB CONFERENCE AND THEN JOIN WITH AUDIO:

1. Go to:

http://costas.whca.mil/a/4bdf3bd40ffb8089823075f0e9ee38f0

2. Sign in as a Guest or with your Cisco MeetingPlace User ID, and click on Attend Meeting.

   - Accept any security warnings you receive and wait for the Meeting Room to initialize.

3. Click on CONNECT and enter your phone and click OK. The system will now call you.

TEST YOUR BROWSER BEFORE YOU ATTEND YOUR FIRST WEB CONFERENCE

visit http://costas.whca.mil/mpweb/Scripts/browsertestupper.asp to test your web browser
for compatibility with the web conference.

For more information about Cisco MeetingPlace including Meeting Tips and FAQ's, please
visit the Reference Center at http://costas.whca.mil/mpweb/scripts/WebHelp/HelpBase.aspx

| | |
|---|---|
| **From:** | Heath, Michael |
| **Sent:** | Friday, September 02, 2005 9:30 PM |
| **To:** | 'Barrales, Ruben S.'; 'Heath, Michael'; 'Filler, Joshua'; Jamieson, Gil; Craig, Daniel |
| **Cc:** | 'Grant, Margaret M.'; 'Burke, John G.'; Rhode, Patrick |
| **Subject:** | Governors |
| **Attachments:** | Talking Points for Governors Calls on Evacuees.doc |



Talking Points for
Governors C...

b(5), DPP

All,

███████████████████████████████████████████
███████████████
███████████████████████
███████████████

███████████████████████████████████████████
███████████████████████████████████
███████████████████████████████████████

Please contact me with any questions.

Again, thank you all for your help.

-Mike

-----Original Message-----
From: Barrales, Ruben S. [mailto: ██████████
Sent: Friday, September 02, 2005 7:40 PM
To: Heath, Michael
Cc: Grant, Margaret M.; Burke, John G.
Subject: Emails

Mike-
FYI, Toby and Maggie emails are on CC line of this email.

Please include us all on emails.

Thanks.

b(s)DPP

## Talking Points for Governors Calls on Evacuees



CREW FOIA 1879

**From:** Heath, Michael
**Sent:** Friday, September 02, 2005 9:17 PM
**To:** Lokey, William; 'Reed Galen (rgalen@gmail.com)'; Lowder, Michael; Buikema, Edward
**Cc:** Rhode, Patrick; Altshuler, Brooks
**Subject:** FW: FEMA not responding

Please respond ASAP!



b(5), PCP     b(5), DPP

b(6) DPP

b(5), PCP

Sent from my BlackBerry Wireless Handheld





b(5), DPP

**From:** Filler, Joshua [Joshua.Filler@DHS.GOV]
**Sent:** Friday, September 02, 2005 9:42 PM
**To:** Heath, Michael; Barrales, Ruben; Filler, Joshua; Jamieson, Gil; Craig, Daniel
**Cc:** Grant, Margaret M.; Burke, John G.; Rhode, Patrick
**Subject:** RE: Governors

Thanks.

-----Original Message-----
From: Heath, Michael [mailto:Michael.Heath1@dhs.gov]
Sent: Friday, September 02, 2005 9:30 PM
To: Barrales, Ruben; Heath, Michael; 'Filler, Joshua'; Jamieson, Gil; Craig, Daniel
Cc: Grant, Margaret M.; Burke, John G.; Rhode, Patrick
Subject: Governors

All,



Please contact me with any questions.

Again, thank you all for your help.

-Mike

-----Original Message-----
From: Barrales, Ruben S. [mailto:Ruben_S._Barrales@who.eop.gov]
Sent: Friday, September 02, 2005 7:40 PM
To: Heath, Michael
Cc: Grant, Margaret M.; Burke, John G.
Subject: Emails

Mike-
FYI, Toby and Maggie emails are on CC line of this email.

Please include us all on emails.

Thanks.

b(s).pp

**From:**    Heath, Michael [Michael.Heath1@dhs.gov]
**Sent:**    Friday, September 02, 2005 9:59 PM
**To:**      'Filler, Joshua'; Heath, Michael; Barrales, Ruben; Jamieson, Gil; Craig, Daniel; Long, Casey
**Cc:**      Grant, Margaret M.; Burke, John G.; Rhode, Patrick
**Subject:**    RE: Governors



```
-----Original Message-----
From: Filler, Joshua [mailto:Joshua.Filler@DHS.GOV]
Sent: Friday, September 02, 2005 9:42 PM
To: Heath, Michael; Barrales, Ruben; Filler, Joshua; Jamieson, Gil; Craig, Daniel
Cc: Grant, Margaret M.; Burke, John G.; Rhode, Patrick
Subject: RE: Governors

Thanks.
```

```
-----Original Message-----
From: Heath, Michael [mailto:Michael.Heath1@dhs.gov]
Sent: Friday, September 02, 2005 9:30 PM
To: Barrales, Ruben; Heath, Michael; 'Filler, Joshua'; Jamieson, Gil; Craig, Daniel
Cc: Grant, Margaret M.; Burke, John G.; Rhode, Patrick
Subject: Governors

All,
```



```
Please contact me with any questions.

Again, thank you all for your help.
```

-Mike

-----Original Message-----
From: Barrales, Ruben S. [mailto: █████████████████████
Sent: Friday, September 02, 2005 7:40 PM
To: Heath, Michael
Cc: Grant, Margaret M.; Burke, John G.
Subject: Emails

Mike-
FYI, Toby and Maggie emails are on CC line of this email.

Please include us all on emails.

Thanks.

b(5),DPP

| | |
|---|---|
| **From:** | Filler, Joshua [Joshua.Filler@DHS.GOV] |
| **Sent:** | Friday, September 02, 2005 10:03 PM |
| **To:** | Heath, Michael; Filler, Joshua; Barrales, Ruben; Jamieson, Gil; Craig, Daniel; Long, Casey |
| **Cc:** | Grant, Margaret M.; Burke, John G.; Rhode, Patrick |
| **Subject:** | RE: Governors |

Thanks
Josh

-----Original Message-----
From: Heath, Michael [mailto:Michael.Heath1@dhs.gov]
Sent: Friday, September 02, 2005 9:59 PM
To: 'Filler, Joshua'; Heath, Michael; Barrales, Ruben; Jamieson, Gil; Craig, Daniel; Long, Casey
Cc: Grant, Margaret M.; Burke, John G.; Rhode, Patrick
Subject: RE: Governors



-----Original Message-----
From: Filler, Joshua [mailto:Joshua.Filler@DHS.GOV]
Sent: Friday, September 02, 2005 9:42 PM
To: Heath, Michael; Barrales, Ruben; Filler, Joshua; Jamieson, Gil; Craig, Daniel
Cc: Grant, Margaret M.; Burke, John G.; Rhode, Patrick
Subject: RE: Governors

Thanks.

-----Original Message-----
From: Heath, Michael [mailto:Michael.Heath1@dhs.gov]
Sent: Friday, September 02, 2005 9:30 PM
To: Barrales, Ruben; Heath, Michael; 'Filler, Joshua'; Jamieson, Gil; Craig, Daniel
Cc: Grant, Margaret M.; Burke, John G.; Rhode, Patrick
Subject: Governors

All,





Please contact me with any questions.

Again, thank you all for your help.

-Mike

-----Original Message-----
From: Barrales, Ruben S. [mailto: ████████████████]
Sent: Friday, September 02, 2005 7:40 PM
To: Heath, Michael
Cc: Grant, Margaret M.; Burke, John G.
Subject: Emails

Mike-
FYI, Toby and Maggie emails are on CC line of this email.

Please include us all on emails.

Thanks.

b(5),DPP

**From:** Heath, Michael [Michael.Heath1@dhs.gov]
**Sent:** Friday, September 02, 2005 10:17 PM
**To:** 'Filler, Joshua'; Heath, Michael; Barrales, Ruben; Jamieson, Gil; Craig, Daniel; Long, Casey
**Cc:** Grant, Margaret M.; Burke, John G.; Rhode, Patrick
**Subject:** RE: Governors

-----Original Message-----
From: Filler, Joshua [mailto:Joshua.Filler@DHS.GOV]
Sent: Friday, September 02, 2005 10:03 PM
To: Heath, Michael; Filler, Joshua; Barrales, Ruben; Jamieson, Gil; Craig, Daniel; Long, Casey
Cc: Grant, Margaret M.; Burke, John G.; Rhode, Patrick
Subject: RE: Governors

Thanks
Josh

-----Original Message-----
From: Heath, Michael [mailto:Michael.Heath1@dhs.gov]
Sent: Friday, September 02, 2005 9:59 PM
To: 'Filler, Joshua'; Heath, Michael; Barrales, Ruben; Jamieson, Gil; Craig, Daniel; Long, Casey
Cc: Grant, Margaret M.; Burke, John G.; Rhode, Patrick
Subject: RE: Governors

-----Original Message-----
From: Filler, Joshua [mailto:Joshua.Filler@DHS.GOV]
Sent: Friday, September 02, 2005 9:42 PM
To: Heath, Michael; Barrales, Ruben; Filler, Joshua; Jamieson, Gil; Craig, Daniel
Cc: Grant, Margaret M.; Burke, John G.; Rhode, Patrick
Subject: RE: Governors

Thanks.

-----Original Message-----
From: Heath, Michael [mailto:Michael.Heath1@dhs.gov]
Sent: Friday, September 02, 2005 9:30 PM
To: Barrales, Ruben; Heath, Michael; 'Filler, Joshua'; Jamieson, Gil; Craig, Daniel
Cc: Grant, Margaret M.; Burke, John G.; Rhode, Patrick
Subject: Governors

All,

b(5),DPP



Please contact me with any questions.

Again, thank you all for your help.

-Mike

-----Original Message-----
From: Barrales, Ruben S. [mailto: █████████
Sent: Friday, September 02, 2005 7:40 PM
To: Heath, Michael
Cc: Grant, Margaret M.; Burke, John G.
Subject: Emails

Mike-
FYI, Toby and Maggie emails are on CC line of this email.

Please include us all on emails.

Thanks.

**From:** Heath, Michael [Michael.Heath1@dhs.gov]
**Sent:** Friday, September 02, 2005 10:19 PM
**To:** 'Filler, Joshua'; Heath, Michael; Barrales, Ruben; Jamieson, Gil; Craig, Daniel; Long, Casey
**Cc:** Grant, Margaret M.; Burke, John G.; Rhode, Patrick
**Subject:** RE: Governors

-----Original Message-----
From: Filler, Joshua [mailto:Joshua.Filler@DHS.GOV]
Sent: Friday, September 02, 2005 10:03 PM
To: Heath, Michael; Filler, Joshua; Barrales, Ruben; Jamieson, Gil; Craig, Daniel; Long, Casey
Cc: Grant, Margaret M.; Burke, John G.; Rhode, Patrick
Subject: RE: Governors

Thanks
Josh

-----Original Message-----
From: Heath, Michael [mailto:Michael.Heath1@dhs.gov]
Sent: Friday, September 02, 2005 9:59 PM
To: 'Filler, Joshua'; Heath, Michael; Barrales, Ruben; Jamieson, Gil; Craig, Daniel; Long, Casey
Cc: Grant, Margaret M.; Burke, John G.; Rhode, Patrick
Subject: RE: Governors



-----Original Message-----
From: Filler, Joshua [mailto:Joshua.Filler@DHS.GOV]
Sent: Friday, September 02, 2005 9:42 PM
To: Heath, Michael; Barrales, Ruben; Filler, Joshua; Jamieson, Gil; Craig, Daniel
Cc: Grant, Margaret M.; Burke, John G.; Rhode, Patrick
Subject: RE: Governors

-----Original Message-----
From: Heath, Michael [mailto:Michael.Heath1@dhs.gov]
Sent: Friday, September 02, 2005 9:30 PM
To: Barrales, Ruben; Heath, Michael; 'Filler, Joshua'; Jamieson, Gil; Craig, Daniel
Cc: Grant, Margaret M.; Burke, John G.; Rhode, Patrick
Subject: Governors

All,

CREW FOIA 1891
10

b(5), DPP

Please contact me with any questions.

Again, thank you all for your help.

-Mike

-----Original Message-----
From: Barrales, Ruben S. [mailto:
Sent: Friday, September 02, 2005 7:40 PM
To: Heath, Michael
Cc: Grant, Margaret M.; Burke, John G.
Subject: Emails

Mike-
FYI, Toby and Maggie emails are on CC line of this email.

Please include us all on emails.

Thanks.

| | |
|---|---|
| **From:** | Heath, Michael [Michael.Heath1@dhs.gov] |
| **Sent:** | Friday, September 02, 2005 10:26 PM |
| **To:** | 'Craig, Daniel'; 'Heath, Michael'; 'Filler, Joshua'; Barrales, Ruben; Jamieson, Gil; Long, Casey |
| **Cc:** | Grant, Margaret M.; Burke, John G.; Rhode, Patrick |
| **Subject:** | RE: Governors |

Sorry about the grammar. It's been a long day.

-----Original Message-----
From: Craig, Daniel [mailto:Daniel.Craig@dhs.gov]
Sent: Friday, September 02, 2005 10:27 PM
To: 'Heath, Michael'; 'Filler, Joshua'; Barrales, Ruben; Jamieson, Gil; Craig, Daniel; Long, Casey
Cc: Grant, Margaret M.; Burke, John G.; Rhode, Patrick
Subject: RE: Governors

-----Original Message-----
From: Heath, Michael [mailto:Michael.Heath1@dhs.gov]
Sent: Friday, September 02, 2005 10:17 PM
To: 'Filler, Joshua'; Heath, Michael; Barrales, Ruben; Jamieson, Gil; Craig, Daniel; Long, Casey
Cc: Grant, Margaret M.; Burke, John G.; Rhode, Patrick
Subject: RE: Governors

-----Original Message-----
From: Filler, Joshua [mailto:Joshua.Filler@DHS.GOV]
Sent: Friday, September 02, 2005 10:03 PM
To: Heath, Michael; Filler, Joshua; Barrales, Ruben; Jamieson, Gil; Craig, Daniel; Long, Casey
Cc: Grant, Margaret M.; Burke, John G.; Rhode, Patrick
Subject: RE: Governors

ıanks
ɔsh

-----Original Message-----
From: Heath, Michael [mailto:Michael.Heath1@dhs.gov]
Sent: Friday, September 02, 2005 9:59 PM
To: 'Filler, Joshua'; Heath, Michael; Barrales, Ruben; Jamieson, Gil; Craig, Daniel; Long, Casey
Cc: Grant, Margaret M.; Burke, John G.; Rhode, Patrick
Subject: RE: Governors

b(5), DPP

-----Original Message-----
.om: Filler, Joshua [mailto:Joshua.Filler@DHS.GOV]
Sent: Friday, September 02, 2005 9:42 PM
To: Heath, Michael; Barrales, Ruben; Filler, Joshua; Jamieson, Gil; Craig, Daniel
Cc: Grant, Margaret M.; Burke, John G.; Rhode, Patrick
Subject: RE: Governors

Thanks. ███████████████████████████████████████████████████████

-----Original Message-----
From: Heath, Michael [mailto:Michael.Heath1@dhs.gov]
Sent: Friday, September 02, 2005 9:30 PM
To: Barrales, Ruben; Heath, Michael; 'Filler, Joshua'; Jamieson, Gil; Craig, Daniel
Cc: Grant, Margaret M.; Burke, John G.; Rhode, Patrick
Subject: Governors

All,



Please contact me with any questions.

Again, thank you all for your help.

-Mike

-----Original Message-----
From: Barrales, Ruben S. [mailto:████████████████████
Sent: Friday, September 02, 2005 7:40 PM
To: Heath, Michael
Cc: Grant, Margaret M.; Burke, John G.
Subject: Emails

Mike-
FYI, Toby and Maggie emails are on CC line of this email.

Please include us all on emails.

Thanks.

b(5), DPP

| | |
|---|---|
| From: | Craig, Daniel [Daniel.Craig@dhs.gov] |
| Sent: | Friday, September 02, 2005 10:27 PM |
| To: | 'Heath, Michael'; 'Filler, Joshua'; Barrales, Ruben; Jamieson, Gil; Craig, Daniel; Long, Casey |
| Cc: | Grant, Margaret M.; Burke, John G.; Rhode, Patrick |
| Subject: | RE: Governors |

-----Original Message-----
From: Heath, Michael [mailto:Michael.Heath1@dhs.gov]
Sent: Friday, September 02, 2005 10:17 PM
To: 'Filler, Joshua'; Heath, Michael; Barrales, Ruben; Jamieson, Gil; Craig, Daniel; Long, Casey
Cc: Grant, Margaret M.; Burke, John G.; Rhode, Patrick
Subject: RE: Governors

-----Original Message-----
From: Filler, Joshua [mailto:Joshua.Filler@DHS.GOV]
Sent: Friday, September 02, 2005 10:03 PM
To: Heath, Michael; Filler, Joshua; Barrales, Ruben; Jamieson, Gil; Craig, Daniel; Long, Casey
Cc: Grant, Margaret M.; Burke, John G.; Rhode, Patrick
Subject: RE: Governors

Thanks
Josh

-----Original Message-----
From: Heath, Michael [mailto:Michael.Heath1@dhs.gov]
Sent: Friday, September 02, 2005 9:59 PM
To: 'Filler, Joshua'; Heath, Michael; Barrales, Ruben; Jamieson, Gil; Craig, Daniel; Long, Casey
Cc: Grant, Margaret M.; Burke, John G.; Rhode, Patrick
Subject: RE: Governors



-----Original Message-----
From: Filler, Joshua [mailto:Joshua.Filler@DHS.GOV]
Sent: Friday, September 02, 2005 9:42 PM
To: Heath, Michael; Barrales, Ruben; Filler, Joshua; Jamieson, Gil; Craig, Daniel
Cc: Grant, Margaret M.; Burke, John G.; Rhode, Patrick
Subject: RE: Governors

b(5), DPP

-----Original Message-----
From: Heath, Michael [mailto:Michael.Heath1@dhs.gov]
Sent: Friday, September 02, 2005 9:30 PM
To: Barrales, Ruben; Heath, Michael; 'Filler, Joshua'; Jamieson, Gil; Craig, Daniel
Cc: Grant, Margaret M.; Burke, John G.; Rhode, Patrick
Subject: Governors

All,



Please contact me with any questions.

Again, thank you all for your help.

-Mike

-----Original Message-----
From: Barrales, Ruben S. [mailto:█████████████]
Sent: Friday, September 02, 2005 7:40 PM
To: Heath, Michael
Cc: Grant, Margaret M.; Burke, John G.
Subject: Emails

Mike-

FYI, Toby and Maggie emails are on CC line of this email.

Please include us all on emails.

Thanks.



b(s).PCP        b(s).DPP

| | |
|---|---|
| **From:** | Brown, Michael D |
| **Sent:** | Friday, September 02, 2005 11:51 AM |
| **To:** | Rhode, Patrick |
| **Subject:** | Re: UPDATE FOR AF-1 |

```
-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Fri Sep 02 11:22:54 2005
Subject: Fw: UPDATE FOR AF-1
```

```
-----Original Message-----
From: Heath, Michael <Michael.Heath@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Altshuler, Brooks
<Brooks.Altshuler@fema.gov>; Burris, Ken <Ken.Burris@fema.gov>
Sent: Fri Sep 02 10:33:23 2005
Subject: UPDATE FOR AF-1
```



See below from Lowder:

From: EST-ESF05CH <EST-ESF05CH@fema.gov>

To: Buikema, Edward <Edward.Buikema@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>;
Hepler, Megs <Megs.Hepler@fema.gov>; Gray, Richard <Richard.Gray@fema.gov>; Garratt, David
<Dave.Garratt@fema.gov>; Pawlowski, Michel <Michel.Pawlowski@fema.gov>; Lowder, Michael
<Michael.Lowder@fema.gov>

Sent: Fri Sep 02 10:17:57 2005

Subject: Re: Spot Rep

A cell phone call was received from <span>OPEN FOIA 1897</span> driver carrying supplies at exit 2 on Causewa
Blvd that his truck was being hijacked by an armed mob. Contact was lost with the driver
and attempts to re-contact him have been unsuccessful. ESF-13 is following up.

**From:**     Rhode, Patrick
**Sent:**     Friday, September 02, 2005 11:54 AM
**To:**       Brown, Michael D
**Subject:**  RE: UPDATE FOR AF-1

-----Original Message-----
From: Brown, Michael D
Sent: Friday, September 02, 2005 11:51 AM
To: Rhode, Patrick
Subject: Re: UPDATE FOR AF-1

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Fri Sep 02 11:22:54 2005
Subject: Fw: UPDATE FOR AF-1

-----Original Message-----
From: Heath, Michael <Michael.Heath@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Altshuler, Brooks
<Brooks.Altshuler@fema.gov>; Burris, Ken <Ken.Burris@fema.gov>
Sent: Fri Sep 02 10:33:23 2005
Subject: UPDATE FOR AF-1



CREW FOIA 1898

1

b(s), PcP    ris' Orp

| | |
|---|---|
| **From:** | Brown, Michael D |
| **Sent:** | Friday, September 02, 2005 11:56 AM |
| **To:** | Rhode, Patrick |
| **Subject:** | Re: UPDATE FOR AF-1 |

```
-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Fri Sep 02 11:53:42 2005
Subject: RE: UPDATE FOR AF-1
```



```
-----Original Message-----
From: Brown, Michael D
Sent: Friday, September 02, 2005 11:51 AM
To: Rhode, Patrick
Subject: Re: UPDATE FOR AF-1
```

```
-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Fri Sep 02 11:22:54 2005
Subject: Fw: UPDATE FOR AF-1
```

```
-----Original Message-----
From: Heath, Michael <Michael.Heath@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Altshuler, Brooks
<Brooks.Altshuler@fema.gov>; Burris, Ken <Ken.Burris@fema.gov>
Sent: Fri Sep 02 10:33:23 2005
Subject: UPDATE FOR AF-1
```

CREW FOIA 1399



See below from Lowder:

From: EST-ESF05CH <EST-ESF05CH@fema.gov>

To: Buikema, Edward <Edward.Buikema@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>;
Hepler, Megs <Megs.Hepler@fema.gov>; Gray, Richard <Richard.Gray@fema.gov>; Garratt, David
<Dave.Garratt@fema.gov>; Pawlowski, Michel <Michel.Pawlowski@fema.gov>; Lowder, Michael
<Michael.Lowder@fema.gov>

Sent: Fri Sep 02 10:17:57 2005

Subject: Re: Spot Rep

A cell phone call was received from a truck driver carrying supplies at exit 2 on Causeway
Blvd that his truck was being hijacked by an armed mob.  Contact was lost with the driver
and attempts to re-contact him have been unsuccessful.  ESF-13 is following up.

b(5), b/P

**From:** Rhode, Patrick
**Sent:** Friday, September 02, 2005 1:18 PM
**To:** Buikema, Edward; Burris, Ken
**Subject:** FW: UPDATE FOR AF-1

-----Original Message-----
From: Brown, Michael D
Sent: Friday, September 02, 2005 11:56 AM
To: Rhode, Patrick
Subject: Re: UPDATE FOR AF-1

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Fri Sep 02 11:53:42 2005
Subject: RE: UPDATE FOR AF-1



-----Original Message-----
From: Brown, Michael D
Sent: Friday, September 02, 2005 11:51 AM
To: Rhode, Patrick
Subject: Re: UPDATE FOR AF-1

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Fri Sep 02 11:22:54 2005
Subject: Fw: UPDATE FOR AF-1

-----Original Message-----
From: Heath, Michael <Michael.Heath@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Altshuler, Brooks
<Brooks.Altshuler@fema.gov>; Burris, Ken <Ken.Burris@fema.gov>
Sent: Fri Sep 02 10:33:23 2005
Subject: UPDATE FOR AF-1

CREW FOIA 1901







See below from Lowder:

From: EST-ESF05CH <EST-ESF05CH@fema.gov>

To: Buikema, Edward <Edward.Buikema@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>;
Hepler, Megs <Megs.Hepler@fema.gov>; Gray, Richard <Richard.Gray@fema.gov>; Garratt, David
<Dave.Garratt@fema.gov>; Pawlowski, Michel <Michel.Pawlowski@fema.gov>; Lowder, Michael
<Michael.Lowder@fema.gov>

Sent: Fri Sep 02 10:17:57 2005

Subject: Re: Spot Rep


A cell phone call was received from a truck driver carrying supplies at exit 2 on Causeway
Blvd that his truck was being hijacked by an armed mob.  Contact was lost with the driver
and attempts to re-contact him have been unsuccessful.  ESF-13 is following up.



| | |
|---|---|
| **From:** | Brown, Michael D [Michael.D.Brown@dhs.gov] |
| **Sent:** | Friday, September 02, 2005 12:27 PM |
| **To:** | Altshuler, Brooks; 'patrick.rhode@dhs.gov' |
| **Subject:** | Re: |

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 11:58:42 2005
Subject: Re:

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 11:54:21 2005
Subject:



CREW FOIA 1903

1

| From: | Rhode, Patrick |
|---|---|
| Sent: | Friday, September 02, 2005 1:20 PM |
| To: | 'Brown, Michael D'; 'Altshuler, Brooks' |
| Subject: | RE: |

b(5). DPP

b(5). PCP

What do they want?

-----Original Message-----
From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Friday, September 02, 2005 12:27 PM
To: Altshuler, Brooks; 'patrick.rhode@dhs.gov'
Subject: Re:

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 11:58:42 2005
Subject: Re:

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 11:54:21 2005
Subject:

b(5) DPP

| From: | Brown, Michael D [Michael.D.Brown@dhs.gov] |
|-------|---------------------------------------------|
| Sent: | Friday, September 02, 2005 5:29 AM |
| To: | Altshuler, Brooks; 'patrick.rhode@dhs.gov' |
| Subject: | Re: |

I also have a couple of people who want to come in and help. Either here or in DC. ████
████was Sen Allards guy and is a state rep in CO. Can we use him? Maybe help Schumann?

On earlier email I forgot to mention I want to keep ████here but in OLA.


-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>; 'patrick.rhode@dhs.gov'
<patrick.rhode@dhs.gov>
Sent: Fri Sep 02 05:24:17 2005
Subject:

b(5) DPP

Unless I'm being recalled today - Jackson is coming down with Chertoff - let's deploy the
list as agreed upon with ████████████████ as DPFO.

Keep ████here as additional PA staff with ████ as press secretary.

1

DHS 0006441

b(c) PFP

**From:** Rhode, Patrick
**Sent:** Friday, September 02, 2005 7:18 AM
**To:** 'Michael.D.Brown@dhs.gov'; 'Brooks.Altshuler@dhs.gov'; 'Patrick.Rhode@dhs.gov'
**Subject:** Re:

Ok

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@dhs.gov>
To: Altshuler, Brooks <Brooks.Altshuler@dhs.gov>; 'patrick.rhode@dhs.gov'
<Patrick.Rhode@dhs.gov>
Sent: Fri Sep 02 05:28:42 2005
Subject: Re:

I also have a couple of people who want to come in and help. Either here or in DC. ▮▮▮▮
▮▮▮▮▮ was Sen Allards guy and is a state rep in CO. Can we use him? Maybe help Schumann?

On earlier email I forgot to mention I want to keep▮▮▮▮▮▮here but in OLA.


-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>; 'patrick.rhode@dhs.gov'
<patrick.rhode@dhs.gov>
Sent: Fri Sep 02 05:24:17 2005
Subject:

Unless I'm being recalled today - Jackson is coming down with Chertoff - let's deploy the
list as agreed upon with▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮as DPFO.

Keep ▮▮▮▮▮here as additional PA staff with ▮▮▮▮▮ as press secretary.

1

DHS 0006451

b(5), ACP , b(5), DPP

| | |
|---|---|
| **From:** | Liebross, Audrey |
| **Sent:** | Friday, September 02, 2005 3:28 PM |
| **To:** | Rhode, Patrick; Altshuler, Brooks; Stanton, Maria |
| **Cc:** | Trissell, David |
| **Subject:** | RE: Gift agmt 0902 1233.doc |
| **Attachments:** | Brown deleg memo.doc; Draft Deleg Gift Acceptance.doc |

　　

Brown deleg
memo.doc (34 KB)
　Draft Deleg Gift
Acceptance.do...

If you have any questions, feel free to contact me.

Audrey H. Liebross
Attorney-Advisor
Office of General Counsel – General Law
202-646-7664
FAX: 202-646-3958

This communication, along with any attachments, is covered by federal and state law
governing electronic communications and may contain confidential and legally privileged
information. If the reader of this message is not the intended recipient, you are hereby
notified that any dissemination, distribution, use or copying of this message is strictly
prohibited. If you have received this in error, please reply immediately to the sender and
delete this message.

-----Original Message-----
From: Trissell, David
Sent: Friday, September 02, 2005 2:56 PM
To: Rhode, Patrick; Altshuler, Brooks
Cc: Stanton, Maria; Liebross, Audrey
Subject: FW: Gift agmt 0902 1233.doc

This communication, along with any attachments, is covered by federal and state law
governing electronic communications and may contain confidential and legally privileged
information. If the reader of this message is not the intended recipient, you are hereby
notified that any dissemination, distribution, use or copying of this message is strictly
prohibited. If you have received this in error, please reply immediately to the sender
and delete this message. Thank you.

-----Original Message-----
From: Liebross, Audrey
Sent: Friday, September 02, 2005 2:03 PM
To: Buikema, Edward
Cc: Trissell, David; Beall, Jack; Lowder, Michael; Lewis, Chandra; Beall, Jack; Moore,
GaryE; Lokey, William; Brock, Robert (Robert.Brock@fema.gov); Broyles, Edward
(Edward.Broyles@fema.gov); Conrad, Paul (Paul.Conrad@fema.gov); Hardin, Jean
(Jean.Hardin@fema.gov); Hoburg, Leigh (Leigh.Hoburg@fema.gov); Johnson, Lafayette
(Lafayette.Johnson@fema.gov); Kim, Rena (Rena.Kim@fema.gov); Orsino, Stephen



b(5), ACP          b(5), DPP

(Stephen.Orsino@fema.gov)
Subject: Gift agmt 0902 1233.doc

If you have any questions, I'd be happy to help.

Audrey
Audrey H. Liebross
Attorney-Advisor
Office of General Counsel — General Law
202-646-7664
FAX: 202-646-3958

**om:**  Hill, Ken [Ken.Hill@DHS.GOV]

**ent:**  Friday, September 02, 2005 5:29 PM

**o:**  Cannatti, Ashley; Mayer, Matt; Stephan, Bob; Rhode, Patrick; Baker, Stewart

**c:**  Wood, John (COS); Boudreaux, Chad; Perry, Phil; Wiley, Miles; Weber, Scott

**ubject:** FW: Hurricane Katrina Recovery Strategy

e's the follow up tasking from today's meeting.



CREW FOIA 1911

2005

CREW FOIA 1912

b(5) PCP

**From:** Rhode, Patrick
**Sent:** Saturday, September 03, 2005 4:37 PM
**To:** Heath, Michael
**Subject:** FW: From Mike Bayham

Can I tell him who has contacted them from FEMA?

-----Original Message-----
From: Jackson, Michael [mailto:m.jackson@dhs.gov]
Sent: Saturday, September 03, 2005 1:45 PM
To: Rhode, Patrick
Subject: Fw: From Mike Bayham

----------------------------
Sent from my BlackBerry Wireless Handheld

CREW FOIA 1913

1



From:           Rhode, Patrick
Sent:           Saturday, September 03, 2005 10:29 AM
To:             Schumann, James; Burris, Ken
Cc:             Altshuler, Brooks
Subject:        RE: Report from Lott staff

Don't send this to Brown - we will take care of this............

-----Original Message-----
From: Schumann, James
Sent: Saturday, September 03, 2005 10:22 AM
To: Brown, Michael D
Cc: Rhode, Patrick; Altshuler, Brooks; Bossert, Thomas
Subject: FW: Report from Lott staff

b(5) PCP
b(5) PPP

b(5); DPP

**From:** Rhode, Patrick
**Sent:** Sunday, September 04, 2005 4:56 PM
**To:** Douglas, Scott
**Subject:** RE: Conference Call Today--RE: Private Sector Donations Cell



-----Original Message-----
From: Douglas, Scott
Sent: Sunday, September 04, 2005 4:17 PM
To: Rhode, Patrick
Subject: RE: Conference Call Today--RE: Private Sector Donations Cell

b(5), DPP



-----Original Message-----
From: Rhode, Patrick
Sent: Sunday, September 04, 2005 3:16 PM
To: Douglas, Scott
Subject: FW: Conference Call Today--RE: Private Sector Donations Cell

Scott - can you help with this? thanks

-----Original Message-----
From: Martinez-Fonts, Al [mailto:Al.Martinez-fonts@DHS.GOV]
Sent: Sunday, September 04, 2005 2:25 PM
To: Martinez-Fonts, Al; Cooper, Rich; IIMG, Recorder; Shea, Robert; Penoyer, Brian;
Stephan, Bob; Caverly, Robert J; Altshuler, Brooks; IMD; Phillips, Patricia; McDonald,
Edward (CNC); Hale, Janet; Skinner, Robert; unclescottc@yahoo.com; Craig, Daniel; Craig,
Daniel; Rhode, Patrick; Edward.Bukiem@dhs.gov
Cc: IIMG, BTS-ICE; Plehal, James; Walsh, Molly; Doan, Douglas C; reevachon@yahoo.com;
Riordan, Tara; Breuder, Jen; Weber, Scott; Perry, Phil; Baker, Stewart
Subject: Conference Call Today--RE: Private Sector Donations Cell

All-

We will have a conference call today at 3:00 PM Eastern  Time to discuss
this:

Dial In:

Pass Code:

CREW FOIA 1915

1

**From:**    Rhode, Patrick
**Sent:**    Sunday, September 04, 2005 3:16 PM
**To:**    Douglas, Scott
**Subject:**    FW: Conference Call Today--RE: Private Sector Donations Cell

Scott - can you help with this? thanks

-----Original Message-----
From: Martinez-Fonts, Al [mailto:Al.Martinez-fonts@DHS.GOV]
Sent: Sunday, September 04, 2005 2:25 PM
To: Martinez-Fonts, Al; Cooper, Rich; IIMG, Recorder; Shea, Robert; Penoyer, Brian;
Stephan, Bob; Caverly, Robert J; Altshuler, Brooks; IMD; Phillips, Patricia; McDonald,
Edward (CNC); Hale, Janet; Skinner, Robert; unclescottc@yahoo.com; Craig, Daniel; Craig,
Daniel; Rhode, Patrick; Edward.Bukiem@dhs.gov
Cc: IIMG, BTS-ICE; Plehal, James; Walsh, Molly; Doan, Douglas C; reevachon@yahoo.com;
Riordan, Tara; Breuder, Jen; Weber, Scott; Perry, Phil; Baker, Stewart
Subject: Conference Call Today--RE: Private Sector Donations Cell

All-

We will have a conference call today at 3:00 PM Eastern  Time to discuss
this:

Dial In:    ▓▓▓▓▓▓▓▓

Pass Code:    ▓▓▓▓▓▓▓


-----Original Message-----
From: Martinez-Fonts, Al
Sent: Sunday, September 04, 2005 10:31 AM
To: Martinez-Fonts, Al; Cooper, Rich; IIMG, Recorder; Shea, Robert; Penoyer, Brian;
Stephan, Bob; Caverly, Robert J; Altshuler, Brooks; IMD; Phillips, Patricia; Martinez-
fonts, Al; McDonald, Edward (CNC)
Cc: IIMG, BTS-ICE; Plehal, James; Walsh, Molly; Doan, Douglas C; reevachon@yahoo.com;
Riordan, Tara; Breuder, Jen; Weber, Scott; Perry, Phil; Baker, Stewart
Subject: RE: Private Sector Donations Cell

All,

Just received a call from Kent Knutson of Home depot.  Ran this idea past him and he liked
it.  He even said they'd let Lowe's into the deal!
Now that's the spirit of America.

Al.


Alfonso Martinez-Fonts, Jr.
Department of Homeland Security
Special Assistant to the Secretary
Private Sector Office
al.martinez-fonts@dhs.gov
office- 202 282-8035
cell-202-465-5440


-----Original Message-----
From: Martinez-Fonts, Al
Sent: Sunday, September 04, 2005 10:13 AM
To: 'Cooper, Rich'; IIMG, Recorder; Shea, Robert; Penoyer, Brian; Stephan, Bob; Caverly,

CREW FOIA 1916

1

**From:**        Rhode, Patrick
**Sent:**        Sunday, September 04, 2005 5:47 PM
**To:**         Altshuler, Brooks
**Subject:**     FW: St Bernard Parish

**Importance:**     High

Brooks,

Please respond directly to Matt from Louisiana -

thanks

-----Original Message-----
From: Mayer, Matt [mailto:Matt.Mayer@dhs.gov]
Sent: Sunday, September 04, 2005 2:28 PM
To: Rhode, Patrick
Subject: FW: St Bernard Parish
Importance: High

Can you please keep me up to speed on what you find out about this one.
Thanks.

CREW FOIA 1917

| | |
|---|---|
| **From:** | Rhode, Patrick |
| **Sent:** | Sunday, September 04, 2005 4:57 PM |
| **To:** | Altshuler, Brooks |
| **Subject:** | FW: St Bernard Parish |
| **Importance:** | High |

Talk to me Goose - need a few sentence update to go to Jackson - thanks

-----Original Message-----
From: Rhode, Patrick
Sent: Sunday, September 04, 2005 3:09 PM
To: Altshuler, Brooks
Cc: Buikema, Edward
Subject: FW: St Bernard Parish
Importance: High

Brooks,

Need an answer to St Bernard question asap given those involved - thanks

Without forwarding - can you find out what the deal is between the President of St Bernard Parish declaring marshal law and taking equipment from the local Exxon refinery....cranes, etc.?

What is the general rule on the taking of such private equipment for emergency use?  Does FEMA do this?  Doesn't that have to be ok'd by the company?

Thx

Patrick


-----Original Message-----
From: Mayer, Matt [mailto:Matt.Mayer@dhs.gov]
Sent: Sunday, September 04, 2005 2:28 PM
To: Rhode, Patrick
Subject: FW: St Bernard Parish
Importance: High

Can you please keep me up to speed on what you find out about this one.
Thanks.



CREW FOIA 1918

1



CREW FOIA 1919

**From:**                      Rhode, Patrick
**Sent:**                    Sunday, September 04, 2005 3:09 PM
**To:**                        Altshuler, Brooks
**Cc:**                        Buikema, Edward
**Subject:**              FW: St Bernard Parish

**Importance:**        High

Brooks,

Need an answer to St Bernard question asap given those involved - thanks

Without forwarding - can you find out what the deal is between the President of St Bernard Parish declaring marshal law and taking equipment from the local Exxon refinery....cranes, etc.?

What is the general rule on the taking of such private equipment for emergency use?  Does FEMA do this?  Doesn't that have to be ok'd by the company?

Thx

Patrick

-----Original Message-----
From: Mayer, Matt [mailto:Matt.Mayer@dhs.gov]
Sent: Sunday, September 04, 2005 2:28 PM
To: Rhode, Patrick
Subject: FW: St Bernard Parish
Importance: High

Can you please keep me up to speed on what you find out about this one.
Thanks.



CREW FOIA 1920



CREW FOIA 1921