

**From:** Rhode, Patrick
**Sent:** Sunday, September 04, 2005 1:45 PM
**To:** Carwile, William
**Subject:** RE: Priority

b(5), DPP

---

**From:** Carwile, William
**Sent:** Sunday, September 04, 2005 1:24 PM
**To:** Heath, Michael; Buikema, Edward; Lowder, Michael
**Cc:** Rhode, Patrick; Altshuler, Brooks; Fenton, Robert; Russo, James N; Latham, Robert
**Subject:** RE: Priority

b(5), DPP



Bill

-----Original Message-----
From: Heath, Michael
Sent: Sunday, September 04, 2005 9:29 AM
To: Buikema, Edward; Lowder, Michael; Carwile, William
Cc: Rhode, Patrick; Altshuler, Brooks
Subject: FW: Priority

b(5), DPP
b(5), PLP

b(5), DPP



Sent from my BlackBerry Wireless Handheld



From:       Rhode, Patrick
Sent:       Sunday, September 04, 2005 1:44 PM
To:        Heath, Michael
Subject:    RE: Fema

-----Original Message-----
From: Heath, Michael
Sent: Sunday, September 04, 2005 1:16 PM
To: Rhode, Patrick
Subject: FW: Fema

FYI.

I am working it right now.

-----Original Message-----
From: Zemp, DeWitt [mailto:███████████████]
Sent: Sunday, September 04, 2005 1:14 PM
To: Heath, Michael
Subject: FW: Fema

-----Original Message-----
From: Jim Perry [mailto:████████████]
Sent: Sunday, September 04, 2005 1:12 PM
To: Grant, Margaret M.
Cc: Zemp, DeWitt
Subject: Fema

Maggie:

FEMA folks on the ground are telling us that the feds are sending them less than 50
percent of the commodities (food, water, and ice) they are requesting. I was actually
told about 25 percent, but less than 50 may be more fair. Therefore, we are scrounging
for more. As one of the top fema guys told me, fema is set up to augment what the state
locals, and private sector can provide, but fema is not meeting that need.

I think I just took a little of that frustration out on dewitt. Sorry dewitt.

========================================
Sent via a BlackBerry on the
Cellular South network.



**From:** Rhode, Patrick
**Sent:** Sunday, September 04, 2005 10:31 PM
**To:** Rule, Natalie
**Cc:** Craig, Daniel; 'brooks.altshuler@dhs.gov'
**Subject:** Fw: DEPARTMENT OF LABOR - DISPLACED WORKERS - FREQUENTLY ASKED QUESTIONS/ANSWERS

**Importance:** High

**Attachments:** whitehousedocperelcsept10 (10).doc

-----Original Message-----
From: Conway, Paul <conway.paul@dol.gov>
To: Wood, John F <John.F.Wood@dhs.gov>; Rhode, Patrick <Patrick.Rhode@dhs.gov>
Sent: Sun Sep 04 22:08:55 2005
Subject: FW: DEPARTMENT OF LABOR - DISPLACED WORKERS - FREQUENTLY ASKED QUESTIONS/ANSWERS

whitehousedocperel
csept10 (10)...

John/Pa        rick - please pass to your media teams asap - these are helpful



CREW FOIA 1926

1

b(s):PcP

| | |
|---|---|
| **From:** | Rhode, Patrick |
| **Sent:** | Sunday, September 04, 2005 10:55 PM |
| **To:** | Craig, Daniel; Rule, Natalie |
| **Cc:** | 'brooks.altshuler@dhs.gov' |
| **Subject:** | Re: DEPARTMENT OF LABOR - DISPLACED WORKERS - FREQUENTLY ASKED QUESTIONS/ANSWERS |

Exactly

-----Original Message-----
From: Craig, Daniel <Daniel.Craig@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Rule, Natalie <Natalie.Rule@fema.gov>
CC: 'brooks.altshuler@dhs.gov' <brooks.altshuler@dhs.gov>
Sent: Sun Sep 04 22:41:19 2005
Subject: Re: DEPARTMENT OF LABOR - DISPLACED WORKERS - FREQUENTLY ASKED QUESTIONS/ANSWERS

Heard the secretary of labor talking about a new program she has started called disaster
unemployment assistance


Daniel A. Craig
Director, Recovery Division
DHS/FEMA


-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Rule, Natalie <Natalie.Rule@fema.gov>
CC: Craig, Daniel <Daniel.Craig@fema.gov>; 'brooks.altshuler@dhs.gov'
<brooks.altshuler@dhs.gov>
Sent: Sun Sep 04 22:30:30 2005
Subject: Fw: DEPARTMENT OF LABOR - DISPLACED WORKERS - FREQUENTLY ASKED QUESTIONS/ANSWERS



-----Original Message-----
From: Conway, Paul <conway.paul@dol.gov>
To: Wood, John F <John.F.Wood@dhs.gov>; Rhode, Patrick <Patrick.Rhode@dhs.gov>
Sent: Sun Sep 04 22:08:55 2005
Subject: FW: DEPARTMENT OF LABOR - DISPLACED WORKERS - FREQUENTLY ASKED QUESTIONS/ANSWERS

John/Patrick - please pass to your media teams asap - these are helpful



b(5).DPP

From:        Rhode, Patrick
Sent:        Sunday, September 04, 2005 10:04 PM
To:          Craig, Daniel; Buikema, Edward; 'brooks.altshuler@dhs.gov'
Cc:          'Ken.Burris@dhs.gov'
Subject:     Fw:

-----Original Message-----
From: Simonson, Stewart (HHS/OS) <Stewart.Simonson@hhs.gov>
To: 'Rhode, Patrick' <Patrick.Rhode@dhs.gov>
CC: Bell, Allyson (HHS/OS) <Allyson.Bell@hhs.gov>; McKeown, Rich (HHS/OS)
<Rich.McKeown@hhs.gov>; Weems, Kerry (HHS/OS) <Kerry.Weems@hhs.gov>
Sent: Sun Sep 04 21:30:36 2005
Subject:

Patrick:

Hang in there.

Stewart



b(5), DPP

| | |
|---|---|
| From: | Rhode, Patrick |
| Sent: | Sunday, September 04, 2005 10:03 PM |
| To: | 'Stewart.Simonson@hhs.gov' |
| Cc: | 'Allyson.Bell@hhs.gov'; 'Rich.McKeown@hhs.gov'; 'Kerry.Weems@hhs.gov' |
| Subject: | Re: |

Thanks for the offer and I hope you are all hanging in there as well

Patrick

-----Original Message-----
From: Simonson, Stewart (HHS/OS) <Stewart.Simonson@hhs.gov>
To: 'Rhode, Patrick' <Patrick.Rhode@dhs.gov>
CC: Bell, Allyson (HHS/OS) <Allyson.Bell@hhs.gov>; McKeown, Rich (HHS/OS)
<Rich.McKeown@hhs.gov>; Weems, Kerry (HHS/OS) <Kerry.Weems@hhs.gov>
Sent: Sun Sep 04 21:30:36 2005
Subject:

Patrick:



Hang in there.

Stewart

1

b(5) DPP



**From:**     Rhode, Patrick
**Sent:**     Sunday, September 04, 2005 5:47 PM
**To:**       Jamieson, Gil; 'ken.burris@dhs.gov'
**Subject:**  RE: IIMG

I'm sorry about that Gil -

-----Original Message-----
From: Jamieson, Gil
Sent: Sunday, September 04, 2005 2:36 PM
To: Rhode, Patrick; 'ken.burris@dhs.gov'
Subject: IIMG

----------------------------
Sent from my BlackBerry Wireless Handheld

1

b(5), DPP

| | |
|---|---|
| **From:** | Rhode, Patrick |
| **Sent:** | Sunday, September 04, 2005 7:46 PM |
| **To:** | Jamieson, Gil; 'ken.burris@dhs.gov' |
| **Subject:** | Re: IIMG |

Ok - thx

-----Original Message-----
From: Jamieson, Gil <Gil.Jamieson@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; 'ken.burris@dhs.gov' <ken.burris@dhs.gov>
Sent: Sun Sep 04 19:05:39 2005
Subject: Re: IIMG

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Jamieson, Gil <Gil.Jamieson@fema.gov>; 'ken.burris@dhs.gov' <ken.burris@dhs.gov>
Sent: Sun Sep 04 17:47:25 2005
Subject: RE: IIMG

I'm sorry about that Gil -

-----Original Message-----
From: Jamieson, Gil
Sent: Sunday, September 04, 2005 2:36 PM
To: Rhode, Patrick; 'ken.burris@dhs.gov'
Subject: IIMG

Sent from my BlackBerry Wireless Handheld

CREW FOIA 1932

b(5) ACP,   b(5) DPP

**From:**           Rhode, Patrick
**Sent:**           Sunday, September 04, 2005 12:50 PM
**To:**             Heath, Michael
**Subject:**        FW: Donations cell

**From:** Trissell, David
**Sent:** Sunday, September 04, 2005 12:12 PM
**To:** Craig, Daniel; Rhode, Patrick
**Cc:** Orsino, Stephen
**Subject:** Donations cell

Thks.

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*

b(s) DPP

**From:** Rhode, Patrick [/O=ORGANIZATION/OU=FEMAUS/CN=RECIPIENTS/CN=PATRICK RHODE]
**Sent:** Tuesday, September 06, 2005 7:02 AM
**To:** Rule, Natalie
**Subject:** RE: Highlights for tomorrow

Need the red cross number for missing people – and makeup if possible

---

**From:** Rule, Natalie
**Sent:** Tuesday, September 06, 2005 1:52 AM
**To:** Rhode, Patrick
**Subject:** Highlights for tomorrow

Patrick:

Okay...have a good packet of info for you to go over in the a.m. I am going to work to get myself here at 6:30 a.m. to be ready to go over things with you by 7 a.m. Here is the packet of a lot of the info and I have highlighted themes.

**GMA Talking Points & Data**

<u>**KEY MESSAGES:**</u>



F

b(5) DPP



L

b(5) DPP

**From:** Rhode, Patrick [/O=ORGANIZATION/OU=FEMAUS/CN=RECIPIENTS/CN=PATRICK RHODE]
**Sent:** Tuesday, September 06, 2005 7:02 AM
**To:** Rule, Natalie
**Subject:** RE: Highlights for tomorrow

Need the red cross number for missing people -- and makeup if possible

**From:** Rule, Natalie
**Sent:** Tuesday, September 06, 2005 1:52 AM
**To:** Rhode, Patrick
**Subject:** Highlights for tomorrow

Patrick:

Okay...have a good packet of info for you to go over in the a.m. I am going to work to get myself here at 6:30 a.m. to be ready to go over things with you by 7 a.m. Here is the packet of a lot of the info and I have highlighted themes.

**GMA Talking Points & Data**

<u>**KEY MESSAGES:**</u>



F



b(5) DPP

CREW FOIA 1937

b(5), DPP

**From:** Rhode, Patrick
**Sent:** Tuesday, September 06, 2005 9:37 PM
**To:** Carwile, William
**Cc:** Munoz, Jesse
**Subject:** Re: Mayor of Pascagoula

Thanks Bill

-----Original Message-----
From: Carwile, William <William.Carwile@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>
CC: Munoz, Jesse <Jesse.Munoz@fema.gov>
Sent: Tue Sep 06 21:27:12 2005
Subject: FW: Mayor of Pascagoula

From: Woodard, Glenn
Sent: Tuesday, September 06, 2005 6:58 PM
To: Carwile, William; Latham, Robert
Subject: Mayor of Pascagoula

Rest easy, gentlemen.  His Honor, the Mayor of Pascagoula, is happy, even though it might
be for just a day or two.  Our man on the coast, Jesse Munoz, distinguished Deputy FCO,
and able ambassador, met with hizzoner this afternoon.  He resolved all issues without
resorting to threats or bodily harm.  Our man, Jesse, left the mayor smiling and asking
what he could do to help us.

Glenn

1

FL