IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, 11 Dupont Circle, N.W. Washington, D.C. 20036,  Plaintiff,  v.  UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Washington, DC 20528,  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-173 (RJL) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE
DEFENDANT'S VOLUNTARY NOTICE TO THE COURT
UNDER SEAL AND SUPPORTING POINTS AND AUTHORITIES**

Pursuant to Local Rule 5.1(j) of the Rules of this Court, defendant United States Department of Homeland Security, respectfully moves for an order permitting defendant to file under seal the Voluntary Notice to the Court.

The Voluntary Notice to the Court contains information pertaining to certain documents that are statutorily exempt from disclosure under the Freedom of Information Act ("FOIA"), and in particular, documents that are in whole or in part exempt under Exemptions 2, 5, and 6 of the FOIA, see 5 U.S.C. § 552(b)(2), (5) & (6). The Voluntary Notice contains information which, if disclosed to the public, would substantially increase the likelihood that there would be an unauthorized and improper disclosure of highly sensitive materials to members of the public who are not authorized to possess or review this material, which, in turn, would substantially undermine the policy underpinnings of Congress's statutorily enacted exemptions. Such

1

disclosure would improperly reveal materials that are protected under various privileges, including the presidential communications and deliberative process privileges, and which are thus exempt under FOIA Exemption 5, as well as materials withheld under FOIA Exemption 6 because release would constitute a clearly unwarranted invasion of personal privacy. Accordingly, consistent with defendant's obligation to protect the foregoing statutorily exempt, privileged materials, defendant is moving to file the Voluntary Notice under seal.  See, e.g., Cobell v. Norton, 355 F. Supp. 2d 531, 532-33 (D.D.C.  2005) (granting motion to seal documents under local rules).

Consistent with Local Rule 5.4(e)(1), defendant is serving, by hand, the Voluntary Notice on plaintiff's counsel.  Pursuant to Local Rule 5.1(j)(1), the Voluntary Notice is to be treated as sealed pending the outcome of this motion, and thus should not to be made public by the plaintiff.

Pursuant to Local Rule 7(m), the undersigned has attempted to consult with plaintiff's counsel and understands that the plaintiff does oppose the relief sought in this Motion.  A proposed order is attached.

Dated: March 1, 2007                                Respectfully submitted,

                                                    PETER D. KEISLER
                                                    Assistant Attorney General

                                                    JEFFREY A. TAYLOR
                                                    United States Attorney

                                                    ELIZABETH J. SHAPIRO (D.C. Bar 418925)
                                                    Assistant Director

                                                     /s/ Peter M. Bryce
                                                    Peter M. Bryce (NY and IL Bars)
                                                    Trial Attorney
                                                    U.S. Department of Justice
                                                    Civil Division, Federal Programs Branch

          20 Massachusetts Ave., N.W., Room 6138
          Washington, D.C.  20001
          Telephone: (202) 616-8335
          Fax: (202) 616-8470
          peter.bryce@usdoj.gov
          Attorneys for Defendant