## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, 11 Dupont Circle, N.W. Washington, D.C. 20036<br><br>                Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Washington, DC 20528<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-173 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PROPOSED ORDER**

Upon consideration of defendant's Motion for Leave to File Defendant's Voluntary Notice to the Court under seal, and finding good cause to seal the document at issue, it is hereby

ORDERED that defendant's Motion for Leave to File Defendant's Voluntary Notice to the Court under seal is GRANTED; and it is further

ORDERED that Defendant's Voluntary Notice to the Court shall be filed UNDER SEAL; and it is further

ORDERED that plaintiff may not disclose the fact of or substance of the Voluntary Notice.

DATED:_____

                                                                HON. RICHARD J. LEON
                                                                UNITED STATES DISTRICT JUDGE