# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND | ) | |
| ETHICS IN WASHINGTON, | ) | |
| 11 Dupont Circle, N.W. | ) | |
| Washington, D.C. 20036 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06-173 (RJL) |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF HOMELAND SECURITY, | ) | |
| Washington, DC 20528 | ) | |
| | ) | |
| Defendant. | ) | |
|  | ) | |

## DEFENDANT'S NOTICE OF FILING VOLUNTARY
## NOTICE TO THE COURT UNDER SEAL

Pursuant to Local Rule 5.4(e)(1), notice is hereby given that Defendant's Voluntary

Notice to the Court is to be filed under seal.  Defendant is simultaneously filing a motion for

leave to file the foregoing Notice under seal.

Dated: March 1, 2007                    Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO (D.C. Bar 418925)
Assistant Director

 /s/ Peter M. Bryce
Peter M. Bryce (NY and IL Bars)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6138

Washington, D.C.  20001
Telephone: (202) 616-8335
Fax: (202) 616-8470
peter.bryce@usdoj.gov
Attorneys for Defendant