# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br>Washington, D.C. 20005<br><br>   Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br>Washington, D.C. 20528<br><br>   Defendant. | Civil Action No. 06-173 (RJL) |

## NOTICE OF FILING UNDER SEAL

Per Order of the Court granting Defendant U.S. Department of Homeland Security's Motion to Seal, Plaintiff Citizens for Responsibility and Ethics in Washington files this Motion for Reconsideration under seal with the Clerk of the Court on paper.

                   Respectfully submitted,

                   /s/_____
                   ANNE L. WEISMANN
                   (D.C. Bar No. 298190)
                   Melanie Sloan
                   (D.C. Bar No. 434584)
                   Citizens for Responsibility and Ethics
                    In Washington
                   1400 Eye Street, N.W., Suite 450
                   Washington, D.C. 20005
                   Phone: (202) 408-5565
                   Fax: (202) 588-5020

March 2, 2007              Attorneys for Plaintiff