IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br>Washington, D.C. 20005<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br>Washington, D.C. 20528<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 06-173 (RJL)<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF FILING UNDER SEAL**

Per Order of the Court granting Defendant U.S. Department of Homeland Security's Motion to Seal, Plaintiff Citizens for Responsibility and Ethics in Washington files this Motion for Reconsideration under seal with the Clerk of the Court on paper.

                                            Respectfully submitted,

                                            /s/
                                            ANNE L. WEISMANN
                                            (D.C. Bar No. 298190)
                                            Melanie Sloan
                                            (D.C. Bar No. 434584)
                                            Citizens for Responsibility and Ethics
                                             In Washington
                                            1400 Eye Street, N.W., Suite 450
                                            Washington, D.C. 20005
                                            Phone: (202) 408-5565
                                            Fax: (202) 588-5020

March 2, 2007                                    Attorneys for Plaintiff