IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND<br>ETHICS IN WASHINGTON,<br>11 Dupont Circle, N.W.<br>Washington, D.C. 20036<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT<br>OF HOMELAND SECURITY,<br>Washington, DC 20528<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-173 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING UNDER SEAL

In accordance with the Court's Order of March 2, 2007, defendant U.S. Department of Homeland Security hereby files under seal its Reply to Plaintiff's Motion for Reconsideration

Dated: March 5, 2007　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　PETER D. KEISLER
　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　ELIZABETH J. SHAPIRO (D.C. Bar 418925)
　　　　　　　　　　　　　　　　　　Assistant Director

　　　　　　　　　　　　　　　　　　 /s/  *Elizabeth J. Shapiro for Peter M. Bryce*
　　　　　　　　　　　　　　　　　　Peter M. Bryce (NY and IL Bars)
　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　20 Massachusetts Ave., N.W., Room 6138
　　　　　　　　　　　　　　　　　　Washington, D.C.  20001
　　　　　　　　　　　　　　　　　　Telephone: (202) 616-8335
　　　　　　　　　　　　　　　　　　Fax: (202) 616-8470
　　　　　　　　　　　　　　　　　　peter.bryce@usdoj.gov
　　　　　　　　　　　　　　　　　　Attorneys for Defendant