AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CITIZENS FOR RESPONSIBILITY AND )
ETHICS IN WASHINGTON, )
    Plaintiff(s) )   **APPEARANCE**
)
)
    vs. )   CASE NUMBER   06-173 (RJL)
UNITED STATES DEPARTMENT OF )
HOMELAND SECURITY )
    Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Scott A. Hodes   as counsel in this
                                       (Attorney's Name)

case for:   Citizens for Responsibility and Ethics in Washington
                      (Name of party or parties)

3/22/07
Date

*[signature]*
Signature

Scott A. Hodes
Print Name

430375
BAR IDENTIFICATION

P.O. Box 42002
Address

Washington, D.C.   20015
City   State   Zip Code

301-404-0502
Phone Number