**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 06-0173 (RJL) |
| | ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) ) ) |
| Defendant. | ) ) |
| | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT OF MATERIAL FACTS**
**NOT IN DISPUTE**

Pursuant to LcvR 7(h), plaintiff Citizens for Responsibility and Ethics in Washington

("CREW") hereby responds to defendant U.S. Department of Homeland Security's ("DHS")

statement of material facts not in dispute:

1.  Plaintiff admits that the Federal Emergency Management Agency ("FEMA") is the

federal agency responsible for administering and coordinating the federal government's response

to presidentially-declared disasters and emergencies.  The remainder of this sentence is a

statement of law, not a statement of fact, but to the extent a response is required plaintiff denies

that FEMA is specifically given this responsibility under the Robert T. Stafford Disaster Relief

and Emergency Act.  42 U.S.C. §§ 5121-5206.

2.  Plaintiff admits that on August 29, 2005, Hurricane Katrina struck Louisiana,

Mississippi, Alabama and portions of Florida bordering the Gulf of Mexico causing severe

damage.  Plaintiff admits that the president issued a number of declarations of a major disaster

concerning Hurricane Katrina pursuant to the Robert T. Stafford Disaster Relief and Emergency

Assistance Act, 42 U.S.C. §§ 5121-5206.  The first declarations were issued on August 27, 2005

(State of Louisiana), August 28, 2005 (States of Mississippi and Florida) and August 29, 2005

(States of Alabama).  See 70 Fed. Reg. 53237-53239; 70 Fed. Reg. 53264-53265; 70 Fed. Reg.

53801-53805.  Plaintiff admits that Secretary of DHS Michael Chertoff named then-FEMA

Director Michael Brown the principal federal official for incident management purposes.

3.  Plaintiff admits that on September 7, 2007, it requested documents from FEMA under

the FOIA, and refers the Court to that request for a full and complete statement of its contents.

4.  Plaintiff admits that on September 7, 2007, it requested documents from FEMA under

the Freedom of Information Act ("FOIA"), and refers the Court to that request for a full and

complete statement of its contents.

5.  Plaintiff admits that on September 20, 2005, FEMA acknowledged CREW's FOIA

request and refers the Court to that letter for a full and complete statement of its contents.

6.  This paragraph is an overall summary of FEMA's processing of CREW's FOIA

request to it, which speaks for itself.  To the extent this summary concerns documents or portions

of documents FEMA released to plaintiff it is not a statement of material fact to which a

response is required.

7.  Plaintiff admits that from January 24, 2006 until February 17, 2007, FEMA made a

series of releases of documents, either in their entirety or in part, responsive to CREW's FOIA

request to it, and denies that those releases are material facts.

8.  Plaintiff admits that FEMA has asserted FOIA Exemptions 2, 5 and 6 over the

withheld documents.

9.  Plaintiff admits that it is only challenging defendant's use of FOIA Exemption 5.

Plaintiff denies that it agreed not to challenge the adequacy of defendant's search for records and

denies that the cited declaration of Adrian Sevier supports this assertion as Mr. Sevier was not a

party to any communications between counsel for plaintiff and defendant concerning any

narrowing of this litigation.

10.  Plaintiff admits that 1503 pages were withheld in whole or in part on the basis of

Exemption 5 by defendant, and of these 1503 pages, 870 were redacted in part and 633 were

released in full.

11.  Plaintiff denies that defendant's declarations and Vaughn index provide a

sufficiently detailed explanation of the documents at issue in this case that defendant withheld in

full or in part from plaintiff's FOIA requests.

<div style="margin-left: 45%;">

Respectfully submitted,


_____/s/_____
Anne L. Weismann
(D.C. Bar. No. 298190)
Melanie Sloan
(D.C. Bar No. 434584)
Citizens for Ethics and
  Responsibility in Washington
1400 Eye Street, N.W. Suite 450
Phone (202) 408-5565
Fax  (202) 588-5020

</div>

_____/s/_____

Scott A. Hodes,
(D.C. Bar No. 430375)
P.O. Box 42002
Washington, D.C.  20015
Phone (301) 404-0502
Fax (301) 738-2128

Attorneys for Plaintiff

Dated:  March 22, 2007