UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Civil Action No. 06cv0173 (RJL) <br> : |
| U.S. DEPARTMENT OF HOMELAND SECURITY | : <br> : <br> : |
| Defendant. | : <br> : |

**[PROPOSED] ORDER**

The Court having considered defendant's Motion for Summary Judgment, plaintiff's opposition and the entire record herein, it is hereby

ORDERED that defendant's motion is DENIED, and it is further

ORDERED that defendant shall release immediately to plaintiff all documents and portions of documents defendant withheld pursuant to Exemption 5 as within the deliberative process, presidential communications, and attorney-client privileges.


DATED:_____                    _____
                                        RICHARD J. LEON
                                        UNITED STATES DISTRICT JUDGE