UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br>11 Dupont Circle, N.W.<br>Washington, D.C. 20036<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY<br>Washington, D.C. 20528<br><br>　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 06cv0173 (RJL)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### SUPPLEMENTAL DECLARATION OF ADRIAN SEVIER

I, Adrian Sevier, declare as follows:

1. I am the Acting Deputy Chief Counsel of the Federal Emergency Management Agency (FEMA), United States Department of Homeland Security (DHS). My role and responsibilities as Acting Deputy Chief Counsel, are described in paragraph 1 of the declaration I previously provided in this matter.

2. At the time of the request,[1] FEMA OCC's General Law Division managed FEMA's Freedom of Information Act (FOIA) program. The General Law Division processed, coordinated, advised, reviewed, edited, and concurred on all of FEMA's responses to FOIA requests. In addition, the General Law Division advised and served as a liaison on FOIA issues with FEMA's Headquarters program offices, ten Regional offices, and other facilities and offices.

---

[1] As of April 1, 2007, management of the FOIA Program transferred from OCC General Law to the Office of Management.

3. I submit this declaration to supplement my initial declaration and to correct an error that appears in the <u>Vaughn</u> index submitted in support of FEMA's motion for summary judgment. Specifically, the <u>Vaughn</u> index entry describing the e-mail chain (including various segments of that chain) at bates nos. 1703-1748 states in part that: "[t]he portions withheld entirely pursuant to PCP are emails between a director of a corporation and White House advisers and forwarded to FEMA staff." This sentence is incorrect, and occurred as a result of a document editing error made on this particular entry during the course of revising the Vaughn Index. None of the e-mails in this chain involved a director of a corporation. Furthermore, none of the e-mails originated outside or were sent to anyone outside the federal Executive Branch. The portions of the e-mail withheld entirely pursuant to PCP are emails from White House advisers to staff members at various federal agencies, including the Department of Homeland Security, the Department of Transportation, the Department of Housing and Urban Development, the Small Business Administration, the Department of Health and Human Services, the Department of Agriculture, the Environmental Protection Agency, the Department of Energy, the Department of Labor, the Department of Commerce, the Department of the Treasury, the Office of the Secretary of Defense, the Department of Energy, and the Office of Cabinet Liaison.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

*/s/ Adrian Sevier*
ADRIAN SEVIER

Executed on: _April 20, 2007_