UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : Civil Action No. 06-0173 (RJL) <br> : |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | : <br> : <br> : |
| Defendant. | : <br> : <br> : |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") hereby requests leave of the Court to file the attached sur-reply to Defendant's Reply Memorandum in Support of its Motion for Summary Judgment in order to (1) address defendant's argument, raised for the first time in its reply brief, that certain of the documents it withheld meet the initial threshold of Exemption 5 of the Freedom of Information Act and (2) give the Court notice of the recent opinion in ICM Registry, LLC v. U.S. Department of Commerce, et al., No. 06-0949, 2007 WL 1020748 (D.D.C. March 29, 2007), which addressed issues relevant to this matter. By allowing this sur-reply, the Court will ensure a more accurate and complete record.

Counsel for defendant has advised plaintiff's counsel that, after reviewing copies of this motion as well as the attached sur-reply, defendant opposes this motion.

Respectfully submitted,

                                                  /s/
                                Anne L. Weismann
                                (D.C. Bar. No. 298190)
                                Melanie Sloan
                                (D.C. Bar No. 434584)
                                Citizens for Ethics and
                                   Responsibility in Washington
                                1400 Eye Street, N.W. Suite 450
                                Phone (202) 408-5565
                                Fax  (202) 588-5020

                                                  /s/
                                Scott A. Hodes,
                                (D.C. Bar No. 430375)
                                P.O. Box 42002
                                Washington, D.C.  20015
                                Phone (301) 404-0502
                                Fax (301) 738-2128

                                Attorneys for Plaintiff

Dated:   April 26, 2007