**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
CITIZENS FOR RESPONSIBILITY AND          :
ETHICS IN WASHINGTON                     :
                                         :
          Plaintiff,                     :
                                         :
     v.                                  :  Civil Action No. 06cv0173 (RJL)
                                         :
U.S. DEPARTMENT OF HOMELAND              :
SECURITY                                 :
                                         :
          Defendant.                     :
_____:

**[PROPOSED] ORDER**

The Court having considered Plaintiff's Motion for Leave to File Sur-Reply to

Defendant's Reply Memorandum in Support of its Motion for Summary Judgment and the entire

record herein, it is hereby

ORDERED that plaintiff's motion is GRANTED.


DATED:_____                    _____
                                         RICHARD J. LEON
                                         UNITED STATES DISTRICT JUDGE