**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, 11 Dupont Circle, N.W. Washington, D.C. 20036 )))))) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-173 (RJL) |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Washington, DC 20528 )))) | |
| Defendant. ) | |

**PROPOSED ORDER**

Upon consideration of plaintiff's Motion for Leave To File Sur-reply, d/e # 24 (the "Motion"), the briefing of the parties, and the entire record in this case, it is hereby,

ORDERED that plaintiff's Motion is denied.

SO ORDERED.

DATED:_____

_____
HON. RICHARD J. LEON
UNITED STATES DISTRICT JUDGE