UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED

SEP 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CITIZENS FOR RESPONSIBILITY )
AND ETHICS IN WASHINGTON, )
)
Plaintiff, )
) Civil Case No. 06-0173 (RJL)
v. )
)
UNITED STATES DEPARTMENT OF )
HOMELAND SECURITY, )

Defendant.

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 25, day of September, 2007, hereby

**ORDERED** that defendant's Motion for Summary Judgment is GRANTED as to the documents withheld under the deliberative process and attorney-client privileges; it is further

**ORDERED** that defendant's Motion for Summary Judgment is DENIED without prejudice as to the documents withheld under the presidential communications privilege (Docs. 4-5, 17, 48-50, 1366-68, 1369, 1379, 1380, 1397-14, 1415, 1419-24, 1436-37, 1441-46, 1447-49, 1474-80, 1482, 1485-89, 1504, 1505, 1619, 1627-28, 1629, 1650-52, 1660-63, 1897-1902 and 1903-04).

**SO ORDERED.**

RICHARD J. LEON
United States District Judge