**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND<br>ETHICS IN WASHINGTON,<br>11 Dupont Circle, N.W.<br>Washington, D.C. 20036<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT<br>OF HOMELAND SECURITY,<br>Washington, DC 20528<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-173 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PROPOSED ORDER

Upon consideration of defendant Department of Homeland Security's Renewed Motion

for Summary Judgment, the briefing of the parties, and the entire record in this case, it is hereby,

ORDERED that defendant's motion is granted and summary judgment shall be entered in

defendant's favor.

SO ORDERED.


DATED:_____


                                   _____
                                   HON. RICHARD J. LEON
                                   UNITED STATES DISTRICT JUDGE