**EXHIBIT B TO THE SECOND SUPPLEMENTAL DECLARATION OF ADRIAN SEVIER**

From:              Altshuler, Brooks
Sent:              Sunday, August 28, 2005 8:58 PM
To:                Brown, Michael D
Subject:           Fw: IIMG

Importance:        High

Fyi
-----------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 20:27:37 2005
Subject: Fw: IIMG

This is HSC pushing this. This is the job of the long term recovery esf in the nrp and
fema is the lead.  Let them play their raindeer games as long as they are not turning
around and tasking us with their stupid questions.  None of them have a clue about
emergency management(or economic impacts for that matter
-----------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Heath, Michael <Michael.Heath@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Burris, Ken <Ken.Burris@fema.gov>
CC: Sharro, Stephen <Stephen.Sharro@fema.gov>
Sent: Sun Aug 28 19:48:21 2005
Subject: IIMG

Patrick,


Just received a call from Matt Broderick, who said that the WH is pressuring him to stand    b(5),
up an IIMG. ████████████████████████████████████████████████████████████████████████████   DPP



He said that he wanted to let you know, that it was not to "get into our knickers".


ML


CREW FOIA 4

| | |
|---|---|
| From: | Altshuler, Brooks |
| Sent: | Sunday, August 28, 2005 9:58 PM |
| To: | Brown, Michael D |
| Subject: | Fw: IIMG |
| | |
| Importance: | High |

Fyi
- - - - - - - - - - - - - - - - - - - - -
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 20:27:37 2005
Subject: Fw: IIMG

This is HSC pushing this. This is the job of the long term recovery esf in the nrp and
fema is the lead. Let them play their reindeer games as long as they are not turning
around and tasking us with their stupid questions. None of them have a clue about
emergency management (or economic impacts for that matter
- - - - - - - - - - - - - - - - - - - - -
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Heath, Michael <Michael.Heath@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Burris, Ken <Ken.Burris@fema.gov>
CC: Sharro, Stephen <Stephen.Sharro@fema.gov>
Sent: Sun Aug 28 19:48:21 2005
Subject: IIMG

Patrick,


Just received a call from Matt Broderick, who said that the WH is pressuring him to stand
up an IIMG. ████████████████████████████████████████████████  b(5),
                                                                DPP

He said that he wanted to let you know, that it was not to "get into our knickers".


ML

FW: OPEN CALL for Assistance ANY AGENCY or Person                    Page 1 of 3



**From:**    Lokey, William
**Sent:**    Friday, September 02, 2005 3:36 PM
**To:**      Russo, James N
**Subject:** RE: OPEN CALL for Assistance ANY AGENCY or Person

Nick, We have received numerous inquiries such as this. Some from offices of congress and the WH. This group does not appear to have the urgency as others. I just pass them to the SAR group for plotting and planning. You looked good on TV

From: Russo, James N
Sent: Friday, September 02, 2005 2:35 PM
To: Lokey, William; Gallagher, Mark; Coachman, Sandy
Subject: FW: OPEN CALL for Assistance ANY AGENCY or Person

Folks, this may be a hoax, but I received this first by phone from the IRS. It may be worth a look if you have personnel in this area. Stay safe

From: Yarbrough Linnie E [mailto: ▓▓▓▓▓▓▓▓▓▓
Sent: Friday, September 02, 2005 3:22 PM
To: 'James.russo@dhs.gov'
Subject: FW: OPEN CALL for Assistance ANY AGENCY or Person


Linnie E. Yarbrough
Senior Security Support Specialist
Emergency Management/Physical Security
Mission Assurance & Security Services
Tennessee
▓▓▓▓▓▓▓▓


-----Original Message-----
From: Cothron Melissa R.
Sent: Friday, September 02, 2005 1:51 PM
To: Ruf Eric C; Yarbrough Linnie E
Subject: FW: OPEN CALL for Assistance ANY AGENCY or Person


See below, Dan Boone's answer. Does anyone have a FEMA contact?

Melissa Cothron, M.Ed.
LR Specialist/Chief, Health Services Section
801 Broadway, RM A440

CREW FOIA 48

FW: OPEN CALL for Assistance ANY AGENCY or Person                    Page 2 of 3

Nashville, TN  37203
Phone: 615-250-5323
Fax: 615-250-5736
OS:HC:R:FO:B


-----Original Message-----
From: Boone Dan
Sent: Friday, September 02, 2005 1:44 PM
To: Cothron Melissa R
Subject: RE: OPEN CALL for Assistance ANY AGENCY or Person


The only thing I can think of would be to forward it to FEMA, but I have no contacts there. I'm a little suspect of it though — they don't give an address. Could be a hoax.

-----Original Message-----
From: Cothron Melissa R
Sent: Friday, September 02, 2005 1:35 PM
To: Boone Dan
Subject: FW: OPEN CALL for Assistance ANY AGENCY or Person


Dan, see below.  Is there anything that we can do?

Melissa Cothron, M.Ed.
LR Specialist/Chief, Health Services Section
801 Broadway, RM A440
Nashville, TN  37203
Phone: 615-250-5323
Fax: 615-250-5736
OS:HC:R:FO:B


-----Original Message-----
From: Ruf Eric C
Sent: Friday, September 02, 2005 1:25 PM
To: Cothron Melissa R
Subject: FW: OPEN CALL for Assistance ANY AGENCY or Person


-----Original Message-----
From: Johnson Robert Mark
Sent: Friday, September 02, 2005 12:28 PM
To: Ruf Eric C
Subject: FW: OPEN CALL for Assistance ANY AGENCY or Person


9/21/2005                                    CREW FOIA 49

FW: OPEN CALL for Assistance ANY AGENCY or Person

Eric, I hope I was not the only one to receive this emergency request.
But please forward it nonetheless.

Mark Johnson
Program Analyst
SPEC Area 3
SE:W:CAR:SPEC:FO:DAL
MC 0700 MSRO, Room 460
4050 Alpha Road
Dallas, Texas 75244
Phone: 972-308-1541
Fax:   972-308-1879

-----Original Message-----
From: EmergencyEmail.ORG [mailto:bounced@emergencyemailnetwork.net]
Sent: Friday, September 02, 2005 9:25 AM
To: robert.m.johnson@irs.gov
Subject: LA: OPEN CALL for Assistance ANY AGENCY or Person

OPEN CALL FOR IMMEDIATE ASSISTANCE any agency any person.

We have a Salvation Army Building in New Orleans
Has victims on 2nd and third floor with no way out.
1st Floor Flooded.

No food or water left in building.

THE EMERGENCY EMAIL & WIRELESS NETWORK http://www.emergencyemail.org/

9/21/2005                       CREW FOIA 50



FW: Cost Share Adjustment

Page 1 of 1

From:      Donley, Diane [Diane.Donley@dhs.gov]
Sent:      Thursday, September 01, 2005 5:30 PM
To:        Lokey, William
Subject:   FW: Cost Share Adjustment

From: Sevier, Adrian
Sent: Thursday, September 01, 2005 11:50 AM
To: Adamcik, Carol Ann; Martinez, Mary; Smith, Gary; Harman, Michael; Davis, Linda H; Donley, Diane
Subject: Cost Share Adjustment

b(5), ACP

*Adrian Sevier*
*Office of General Counsel*
*Department of Homeland Security*
*Federal Emergency Management Agency*
*500 C Street, SW*
*Washington, DC 20472*
*(202) 646-3696*

*This communication, along with any attachments, is covered by federal and state law governing electronic communications
and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient,
you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have
received this in error, please reply immediately to the sender and delete this message. Thank you.*

9/21/2005

**CREW FOIA 1369**



From: Heath, Michael
Sent: Saturday, September 03, 2005 10:57 PM
To: Lokey, William; Buikema, Edward
Subject: Re: Contact

...ll,

...anks for all of your help. I will forward this to Joe Haign and Karl Rove.

------------------------
...nt from my BlackBerry Wireless Handheld

-----Original Message-----
...om: Lokey, William <William.Lokey@fema.gov>
...: Heath, Michael <Michael.Heath@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>
...nt: Sat Sep 03 22:42:00 2005
...bject: Contact

b(5), DPP

...okey

60

| | |
|---|---|
| From: | Lowder, Michael |
| Sent: | Sunday, August 28, 2005 8:24 PM |
| To: | Rhode, Patrick; Brown, Michael D; Altshuler, Brooks; Bulkema, Edward; Heath, Michael; Craig, Daniel; Burris, Ken |
| Subject: | FW: Superdome |

F Y I

ML

-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Sunday, August 28, 2005 8:24 PM
To: Michael Lowder
Subject: RE: Superdome

b(5), DPP

-----Original Message-----
From: Lowder, Michael [mailto:Michael.Lowder@dhs.gov]
Sent: Sunday, August 28, 2005 6:07 PM
To: Broderick, Matthew (CNC)
Subject: Superdome

5 trailers of water
2 trailers of MRE's

In bound to Superdome eta at 2100 eastern.

Under LEO escort.

CREW FOIA 1397

b(5),DPP

From:          Lowder, Michael
Sent:          Sunday, August 28, 2005 8:45 PM
To:            Brown, Michael D; Rhode, Patrick; Altshuler, Brooks; Buikema, Edward; Heath, Michael;
               Craig, Daniel; Burris, Ken
Subject:       RE: Superdome

What ever it takes.....

-----Original Message-----
From: Brown, Michael D
Sent: Sunday, August 28, 2005 8:46 PM
To: Lowder, Michael; Rhode, Patrick; Altshuler, Brooks; Buikema, Edward; Heath, Michael;
Craig, Daniel; Burris, Ken
Subject: Re: Superdome

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>;
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Brown, Michael D.<Michael.D.Brown@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Heath, Michael <Michael.Heath@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>; Burris,
Ken <Ken.Burris@fema.gov>
Sent: Sun Aug 28 20:23:37 2005
Subject: FW: Superdome

F Y I

ML

-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Sunday, August 28, 2005 8:24 PM
To: Michael Lowder
Subject: RE: Superdome

-----Original Message-----
From: Lowder, Michael [mailto:Michael.Lowder@dhs.gov]
Sent: Sunday, August 28, 2005 6:07 PM
To: Broderick, Matthew (CNC)
Subject: Superdome

5 trailers of water
2 trailers of MRE's

In bound to Superdome eta at 2100 eastern.

Under LEO escort.

CREW FOIA 1398

b(5), DPP

**From:** Brown, Michael D
**Sent:** Sunday, August 28, 2005 8:46 PM
**To:** Lowder, Michael; Rhode, Patrick; Altshuler, Brooks; Buikema, Edward; Heath, Michael; Craig, Daniel; Burris, Ken
**Subject:** Re: Superdome

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Heath, Michael <Michael.Heath@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>; Burris,
Ken <Ken.Burris@fema.gov>
Sent: Sun Aug 28 20:23:37 2005
Subject: FW: Superdome

F Y I

ML

-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Sunday, August 28, 2005 8:24 PM
To: Michael Lowder
Subject: RE: Superdome

-----Original Message-----
From: Lowder, Michael [mailto:Michael.Lowder@dhs.gov]
Sent: Sunday, August 28, 2005 6:07 PM
To: Broderick, Matthew (CNC)
Subject: Superdome

5 trailers of water
2 trailers of MRE's

In bound to Superdome eta at 2100 eastern.

Under LEO escort.



CREW FOIA 1399

b(5), DPP

**From:** Altshuler, Brooks
**Sent:** Sunday, August 28, 2005 9:00 PM
**To:** Brown, Michael D
**Cc:** 'Patrick.Rhode@dhs.gov'
**Subject:** Fw: Superdome

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 20:32:06 2005
Subject: Fw: Superdome

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Heath, Michael <Michael.Heath@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>; Burris,
Ken <Ken.Burris@fema.gov>
Sent: Sun Aug 28 20:23:37 2005
Subject: FW: Superdome

F Y I

ML

-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Sunday, August 28, 2005 8:24 PM
To: Michael Lowder
Subject: RE: Superdome

-----Original Message-----
From: Lowder, Michael [mailto:Michael.Lowder@dhs.gov]
Sent: Sunday, August 28, 2005 6:07 PM
To: Broderick, Matthew (CNC)
Subject: Superdome

5 trailers of water
2 trailers of MRE's

In bound to Superdome eta at 2100 eastern.

Under LEO escort.

CREW FOIA 1400

**From:** Brown, Michael D
**Sent:** Sunday, August 28, 2005 9:32 PM
**To:** Altshuler, Brooks
**Cc:** 'patrick.rhode@dhs.gov'
**Subject:** Re: Superdome

b(5), DPP

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
CC: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 21:00:28 2005
Subject: Fw: Superdome

b(5), DPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 20:32:06 2005
Subject: Fw: Superdome

b (5), DPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Heath, Michael <Michael.Heath@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>; Burris,
Ken <Ken.Burris@fema.gov>
Sent: Sun Aug 28 20:23:37 2005
Subject: FW: Superdome

F Y I

ML

-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Sunday, August 28, 2005 8:24 PM
To: Michael Lowder
Subject: RE: Superdome

b(5), DPP

-----Original Message-----
From: Lowder, Michael [mailto:Michael.Lowder@dhs.gov]
Sent: Sunday, August 28, 2005 6:07 PM
To: Broderick, Matthew (CNC)

CREW FOIA 1401

Subject: Superdome

5 trailers of water
2 trailers of MRE's

In bound to Superdome eta at 2100 eastern.

Under LEO escort.



CREW FOIA 1402

**From:** Altshuler, Brooks
**Sent:** Sunday, August 28, 2005 9:34 PM
**To:** Brown, Michael D
**Cc:** 'Patrick.Rhode@dhs.gov'
**Subject:** Re: Superdome

b(5), DPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
CC: 'patrick.rhode@dhs.gov' <patrick.rhode@dhs.gov>
Sent: Sun Aug 28 21:31:49 2005
Subject: Re: Superdome

b(5), DPP

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
CC: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 21:00:28 2005
Subject: Fw: Superdome

b(5), DPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 20:32:06 2005
Subject: Fw: Superdome

b(5), DPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Heath, Michael <Michael.Heath@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>; Burris,
Ken <Ken.Burris@fema.gov>
Sent: Sun Aug 28 20:23:37 2005
Subject: FW: Superdome

F Y I

ML

-----Original Message-----

CREW FOIA 1403

From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Sunday, August 28, 2005 8:24 PM
To: Michael Lowder
Subject: RE: Superdome

b (s), DPP

-----Original Message-----
From: Lowder, Michael [mailto:Michael.Lowder@dhs.gov]
Sent: Sunday, August 28, 2005 6:07 PM
To: Broderick, Matthew (CNC)
Subject: Superdome

5 trailers of water
2 trailers of MRE's

In bound to Superdome eta at 2100 eastern.

Under LEO escort.



CREW FOIA 1404

**From:** Brown, Michael D
**Sent:** Sunday, August 28, 2005 9:42 PM
**To:** Altshuler, Brooks
**Cc:** 'patrick.rhode@dhs.gov'
**Subject:** Re: Superdome

b(5), DPP

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
CC: 'patrick.rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 21:33:34 2005
Subject: Re: Superdome

b(5), DPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
CC: 'patrick.rhode@dhs.gov' <patrick.rhode@dhs.gov>
Sent: Sun Aug 28 21:31:49 2005
Subject: Re: Superdome

b(5), DPP

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
CC: 'patrick.rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 21:00:28 2005
Subject: Fw: Superdome

b(5), DPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 20:32:06 2005
Subject: Fw: Superdome

b(5), DPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>;

CREW FOIA 1405

Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Heath, Michael <Michael.Heath@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>; Burris,
Ken <Ken.Burris@fema.gov>
Sent: Sun Aug 28 20:23:37 2005
Subject: FW: Superdome

F Y I

ML

-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Sunday, August 28, 2005 8:24 PM
To: Michael Lowder
Subject: RE: Superdome

b(5),DPP



-----Original Message-----
From: Lowder, Michael [mailto:Michael.Lowder@dhs.gov]
Sent: Sunday, August 28, 2005 6:07 PM
To: Broderick, Matthew (CNC)
Subject: Superdome

5 trailers of water
2 trailers of MRE's

In bound to Superdome eta at 2100 eastern.

Under LEO escort.

**From:** Altshuler, Brooks
**Sent:** Sunday, August 28, 2005 9:43 PM
**To:** Brown, Michael D
**Cc:** 'Patrick.Rhode@dhs.gov'
**Subject:** Re: Superdome

b(5), DPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
CC: 'patrick.rhode@dhs.gov' <patrick.rhode@dhs.gov>
Sent: Sun Aug 28 21:41:53 2005
Subject: Re: Superdome

b(5), DPP

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
CC: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 21:33:34 2005
Subject: Re: Superdome

b(5), DPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
CC: 'patrick.rhode@dhs.gov' <patrick.rhode@dhs.gov>
Sent: Sun Aug 28 21:31:49 2005
Subject: Re: Superdome



b(5), DPP

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
CC: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 21:00:28 2005
Subject: Fw: Superdome

b(5), DPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 20:32:06 2005

CREW FOIA 1407

b(5), DPP

Subject: Fw: Superdome

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

-----------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Heath, Michael <Michael.Heath@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>; Burris,
Ken <Ken.Burris@fema.gov>
Sent: Sun Aug 28 20:23:37 2005
Subject: FW: Superdome

F Y I

ML

-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Sunday, August 28, 2005 8:24 PM
To: Michael Lowder
Subject: RE: Superdome

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

-----Original Message-----
From: Lowder, Michael [mailto:Michael.Lowder@dhs.gov]
Sent: Sunday, August 28, 2005 6:07 PM
To: Broderick, Matthew (CNC)
Subject: Superdome

5 trailers of water
2 trailers of MRE's

In bound to Superdome eta at 2100 eastern.

Under LEO escort.

From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
CC: 'patrick.rhode@dhs.gov' <patrick.rhode@dhs.gov>
Sent: Sun Aug 28 21:31:49 2005
Subject: Re: Superdome

b(5), DPP

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
CC: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 21:00:28 2005
Subject: Fw: Superdome



b(5), DPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 20:32:06 2005
Subject: Fw: Superdome

b(5), DPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Heath, Michael <Michael.Heath@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>; Burris,
Ken <Ken.Burris@fema.gov>
Sent: Sun Aug 28 20:23:37 2005
Subject: FW: Superdome

F Y I

ML

-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Sunday, August 28, 2005 8:24 PM
To: Michael Lowder
Subject: RE: Superdome

b(5), DPP

-----Original Message-----
From: Lowder, Michael [mailto:Michael.Lowder@dhs.gov]
Sent: Sunday, August 28, 2005 6:07 PM
To: Broderick, Matthew (CNC)
Subject: Superdome

5 trailers of water
2 trailers of MRE's

CREW FOIA 1409

In bound to Superdome eta at 2100 eastern.

Under LEO escort.



CREW FOIA 1410



From:        Rhode, Patrick [Patrick.Rhode@dhs.gov]
Sent:        Sunday, August 28, 2005 9:55 PM
To:          'Brooks.Altshuler@dhs.gov'; 'Michael.D.Brown@dhs.gov'
Subject:     Re: Superdome

b(5), DPP

Thanks

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@dhs.gov>
To: Brown, Michael D <Michael.D.Brown@dhs.gov>
CC: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 21:42:42 2005
Subject: Re: Superdome

b(5), DPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
CC: 'patrick.rhode@dhs.gov' <patrick.rhode@dhs.gov>
Sent: Sun Aug 28 21:41:53 2005
Subject: Re: Superdome

b(5), DPP

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
CC: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 21:33:34 2005
Subject: Re: Superdome

b(5), DPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
CC: 'patrick.rhode@dhs.gov' <patrick.rhode@dhs.gov>
Sent: Sun Aug 28 21:31:49 2005
Subject: Re: Superdome

b(5), DPP

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
CC: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>

CREW FOIA 1411

b(s),DPP

Sent: Sun Aug 28 21:00:28 2005
Subject: Fw: Superdome

████████████████████████████████████████████████████

--------------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 20:32:06 2005
Subject: Fw: Superdome

████████████████████████████████████████████████████

--------------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Brown, Michael D.<Michael.D.Brown@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Heath, Michael <Michael.Heath@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>; Burris,
Ken <Ken.Burris@fema.gov>
Sent: Sun Aug 28 20:23:37 2005
Subject: FW: Superdome

F Y I

ML

-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Sunday, August 28, 2005 8:24 PM
To: Michael Lowder
Subject: RE: Superdome

████████████████████████████████████████████████████

-----Original Message-----
From: Lowder, Michael [mailto:Michael.Lowder@dhs.gov]
Sent: Sunday, August 28, 2005 6:07 PM
To: Broderick, Matthew (CNC)
Subject: Superdome

5 trailers of water
2 trailers of MRE's

In bound to Superdome eta at 2100 eastern.

Under LEO escort.

CREW FOIA 1412

**From:** Rhode, Patrick [Patrick.Rhode@dhs.gov]
**Sent:** Monday, August 29, 2005 7:55 AM
**To:** 'Brown, Michael D'; Altshuler, Brooks
**Subject:** RE: Superdome

thanks

-----Original Message-----
**From:** Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
**Sent:** Sunday, August 28, 2005 9:32 PM
**To:** Altshuler, Brooks
**Cc:** 'patrick.rhode@dhs.gov'
**Subject:** Re: Superdome

b(5), PPP

-----Original Message-----
**From:** Altshuler, Brooks <Brooks.Altshuler@fema.gov>
**To:** Brown, Michael D <Michael.D.Brown@fema.gov>
**CC:** 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
**Sent:** Sun Aug 28 21:00:28 2005
**Subject:** Fw: Superdome

b(5), PPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
**From:** Altshuler, Brooks <Brooks.Altshuler@fema.gov>
**To:** 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
**Sent:** Sun Aug 28 20:32:06 2005
**Subject:** Fw: Superdome

b(5), PPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
**From:** Lowder, Michael <Michael.Lowder@fema.gov>
**To:** Rhode, Patrick <Patrick.Rhode@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Heath, Michael <Michael.Heath@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>; Burris,
Ken <Ken.Burris@fema.gov>
**Sent:** Sun Aug 28 20:23:37 2005
**Subject:** FW: Superdome

F Y I

ML

-----Original Message-----
**From:** Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
**Sent:** Sunday, August 28, 2005 8:24 PM
**To:** Michael Lowder
**Subject:** RE: Superdome

CREW FOIA 1413



b(5), DPP

-----Original Message-----
From: Lowder, Michael [mailto:Michael.Lowder@dhs.gov]
Sent: Sunday, August 28, 2005 6:07 PM
To: Broderick, Matthew (CNC)
Subject: Superdome

5 trailers of water
2 trailers of MRE's

In bound to Superdome eta at 2100 eastern.

Under LEO escort.

**From:**        Brown, Michael D
**Sent:**        Sunday, August 28, 2005 9:30 PM
**To:**          Rhode, Patrick; 'Brooks.Altshuler@dhs.gov'
**Subject:**     Re: IIMG

*b(5), DPP*

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: 'Altshuler, Brooks' <Brooks.Altshuler@dhs.gov>
CC: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Sun Aug 28 20:58:40 2005
Subject: RE: IIMG

Mike,

Check out below.- (Brooks, I thought the three of us might commiserate)

-----Original Message-----
From: Altshuler, Brooks [mailto:Brooks.Altshuler@dhs.gov]
Sent: Sunday, August 28, 2005 8:28 PM
To: 'Patrick.Rhode@fema.gov'
Subject: Fw: IIMG
Importance: High

This is HSC pushing this. This is the job of the long term recovery esf in the nrp and
fema is the lead.. Let them play their raindeer games as long as they are not turning
around and tasking us with their stupid questions.
None of them have a clue about emergency management[or economic impacts for that matter.
---------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Heath, Michael <Michael.Heath@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Burris, Ken <Ken.Burris@fema.gov>
CC: Sharro, Stephen <Stephen.Sharro@fema.gov>
Sent: Sun Aug 28 19:48:21 2005
Subject: IIMG

Patrick,

Just received a call from Matt Broderick, who said that the WH is pressuring
him to stand up an IIMG.

*b(5), DPP*

He said that he wanted to let you know, that it was not to "get into our knickers".

ML

CREW FOIA 1415



From: Brown, Michael D [Michael.D.Brown@dhs.gov]
Sent: Monday, August 29, 2005 5:35 PM
To: 'patrick.rhode@dhs.gov'; 'Brooks.Altshuler@dhs.gov'
Subject: Re: Operations Center Annex Volunteers

Put call into Hagin. Signal couldn't get through, left a voice mail regarding approval, with request to call one of us back. Nothing so far. Why don't you try calling again?

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@dhs.gov>
To: 'Brown, Michael D' <Michael.D.Brown@dhs.gov>; Altshuler, Brooks
<Brooks.Altshuler@dhs.gov>
Sent: Mon Aug 29 17:28:27 2005
Subject: RE: Operations Center Annex Volunteers

b(5), DPP

-----Original Message-----
From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Monday, August 29, 2005 5:11 PM
To: Altshuler, Brooks; 'patrick.rhode@dhs.gov'
Subject: Fw: Operations Center Annex Volunteers

At least Chuck gets it.

-----Original Message-----
From: McQueary, Charles <Charles.Mcqueary@dhs.gov>
To: Hill, Ken <Ken.Hill@DHS.GOV>; Hale, Janet <Janet.Hale@DHS.GOV>; Beardsworth, Randy
<Randy.Beardsworth@DHS.GOV>; Basham, W <Bob.Stephan@DHS.GOV>; Basham, W
<W.Basham@usss.dhs.gov>; Collins, Thomas <Thomas.Collins@uscg.dhs.gov>; Divine, Robert C
<Robert.Divine@dhs.gov>; Sutherland, Daniel <Daniel.Sutherland@dhs.gov>; Perry, Phil
<Phil.Perry@dhs.gov>; Turner, Pam <Pam.Turner@DHS.GOV>; Besanceney, Brian
<Brian.Besanceney@dhs.gov>; Utley, Ralph <Ralph.Utley1@dhs.gov>; Kelly, Nuala
<Nuala.Kelly@DHS.GOV>; Arcos, Cresencio <Cresencio.Arcos@dhs.gov>; Ostergaard, Dan
<Daniel.Ostergaard@dhs.gov>; Lockwood, Thomas <Thomas.Lockwood@dhs.gov>; Martinez-Fonts,
Al <Al.Martinez-fonts@DHS.GOV>; Mayer, Matt <Matt.Mayer@dhs.gov>; Filler, Joshua
<Joshua.Filler@DHS.GOV>; Oxford, Vayl <Vayl.Oxford@dhs.gov>; Williams, Dwight
<Dwight.Williams@dhs.gov>; Hoelscher, Doug <Doug.Hoelscher@dhs.gov>; Sullivan, Tim
<Tim.Sullivan@HQ.DHS.GOV>; Brown, Michael <DHS> <Michael.D.Brown@dhs.gov>
CC: Broderick, Matthew <Matthew.Broderick@dhs.gov>; Wischmann, Steve
<Steve.Wischmann@dhs.gov>; Wood, John (COS) <John.F.Wood@dhs.gov>; Boudreaux, Chad
<Chad.Boudreaux@dhs.gov>; Cannatti, Ashley <Ashley.Cannatti@dhs.gov>; Wiley, Miles
<Miles.Wiley@dhs.gov>; Richmond, Susan <Susan.Richmond@dhs.gov>; Birkeland, Blair
<Blair.Birkeland@dhs.gov>; Kliska, Jennifer <Jennifer.Kliska1@dhs.gov>; Tambone, Victor
<Victor.Tambone@DHS.GOV>; Ressler, Shila <Shila.Ressler@dhs.gov>; Cornyn, Danley
<Danley.Cornyn@dhs.gov>; IAIPExecSec <Iaipexecsec@dhs.gov>; Ayers, Dana
<Dana.Ayers@dhs.gov>; Woodard, Steven <Steven.Woodard@dhs.gov>; Heinlein, Elaine
<elaine.heinlein@dhs.gov>; Pultz, Rick <Richard.W.Pultz@uscg.dhs.gov>; Hehr, Casey
<Casey.Hehr@dhs.gov>; Paar, Tom <Tom.Paar@dhs.gov>; Keefer, Timothy
<Timothy.Keefer@dhs.gov>; Woods, Keshia <Keshia.Woods@dhs.gov>; Collado, Humberto
<Humberto.Collado@dhs.gov>; Leech, John <John.Leech@dhs.gov>; Cooney, Maureen
<Maureen.Cooney@dhs.gov>; Marmaud, Karen <Karen.Marmaud@dhs.gov>; Wall, Kenneth
<Kenneth.Wall@DHS.GOV>; Mares, Jan <Jan.Mares@dhs.gov>; Philbin, Patrick <Patrick.Philbin1
@dhs.gov>; Leckey, Eric <Eric.Leckey@dhs.gov>; Wolfe, Rebecca <Rebecca.Wolfe@dhs.gov>;
Beyer, Gregg A <Gregg.Beyer@dhs.gov>
Sent: Mon Aug 29 16:56:41 2005
Subject: RE: Operations Center Annex Volunteers

REW FOIA 1419

Ken,

b(5), DPP

Dr. Charles E. McQueary

Under Secretary for Science and Technology

Department of Homeland Security

From: Hill, Ken
Sent: Monday, August 29, 2005 4:39 PM
To: Hale, Janet; Beardsworth, Randy; McQueary, Charles; Stephan, Bob;
rbasham@usss.treas.gov; Collins, Thomas; Robert.Divine@dhs.gov; Sutherland, Daniel; Perry,
Phil; Turner, Pam; Besanceney, Brian; Utley, Ralph; Kelly, Nuala; Arcos, Cresencio;
Ostergaard, Dan; Lockwood, Thomas; Martinez-Fonts, Al; Mayer, Matt; 'Filler, Joshua';
Oxford, Vayl; Williams, Dwight; Hoelscher, Doug; Sullivan, Tim; Brown, Michael <DHS>
Cc: Broderick, Matthew; Wischmann, Steve; Wood, John (COS); Boudreaux, Chad; Cannatti,
Ashley; Wiley, Miles; Richmond, Susan; Birkeland, Blair; Kliska, Jennifer; Tambone,
Victor; Ressler, Shila; Cornyn, Danley; IAIPExecSec@dhs.gov; Ayers, Dana; Woodard, Steven;
_____, Elaine; 'Pultz, Rick'; Hehr, Casey; Paar, Tom; Keefer, Timothy; Woods, Keshia;
_____ Humberto; Leech, John; Cooney, Maureen; Marmaud, Karen; Wall; Kenneth; Mares,
_____in, Patrick; Leckey, Eric; Wolfe, Rebecca; gregg.beyer@dhs.gov
_____ Operations Center Annex Volunteers

As mentioned this morning in the 0900 Chief of Staff Meeting, the following is from the
HSO.

"During a large domestic incident, whether natural or terrorist related, it is highly
likely that the Homeland Security Operations Center (HSOC) will see dramatic increases in
information requests and responses that could exceed the Senior Watch Officer's (SWO)
capacity to coordinate both the information flow and incident management.  To address this
contingency, the HSOC is establishing an Operations Center Annex (OCA) capability
utilizing an HSOC Auxiliary Watch that can be stood up during significant incidents in
order to accommodate increased demands on the receipt and processing of incident
information.

The primary mission of the OCA will be to assist the SWO and the HSOC staff by screening
and redirecting critical information to the correct recipient, and/or closeout calls
coming into the HSOC or Department, as well as assist in the screening and prioritization
of additional suspicious activity reporting for forwarding to the HSOC.  The OCA will meet
the operational need to capture all requests for information, or reports of information,
during a domestic incident while allowing the HSOC to continue to operate unimpeded by the
increased requests for, and flow of, information.  Many Departmental personnel want to
contribute during a national emergency; to that end, members of the OCA will have a key
role in assisting in the next national emergency and have immediate awareness of the
incident and how it is managed and coordinated by the Department.

The OCA is envisioned to operate with as many as 20 Auxiliary Operations Desks on 12-hour
shifts covering 24-hour operations for as long as the incident or information management
demands require.  The OCA staffing can CREW 000420 based on the operational requirements,
but as many as 40 DHS personnel comprised within the HSOC OCA must be available to meet
the high-end demand posed by significant domestic incidents.  To accomplish this critical

function, we are soliciting volunteers to be placed onto the OCA roster.  This staff will receive the necessary training and guidance materials to prepare them for activation should the need arise. We recognize that during a crisis, many of your offices may be fully engaged in addressing the incident and many also have staff serving on the IIMG. Nonetheless, this is an opportunity for others to become fully involved in assisting during a critical period of time.

Please send your contact information by e-mail to Rebecca Wolfe at ████████████████████by Friday, September 9th if you would like to be a member of the HSOC Auxiliary Watch."

Thanks, Ken

CREW FOIA 1421

| | |
|---|---|
| **From:** | Rhode, Patrick |
| **Sent:** | Monday, August 29, 2005 6:32 PM |
| **To:** | 'Brown, Michael D'; 'Brooks.Altshuler@dhs.gov' |
| **Subject:** | RE: Operations Center Annex Volunteers |

I'm trying too - please let me know if you hear first - thanks

-----Original Message-----
From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Monday, August 29, 2005 5:35 PM
To: 'patrick.rhode@dhs.gov'; 'Brooke.Altshuler@dhs.gov'
Subject: Re: Operations Center Annex Volunteers

Put call into Hagin. Signal couldn't get through, left a voice mail regarding approval
with request to call one of us back. Nothing so far. Why don't you try calling again?

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@dhs.gov>
To: 'Brown, Michael D' <Michael.D.Brown@dhs.gov>; Altshuler, Brooks
<Brooks.Altshuler@dhs.gov>
Sent: Mon Aug 29 17:28:27 2005
Subject: RE: Operations Center Annex Volunteers

██████████████████████    b(5), DPP

-----Original Message-----
From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Monday, August 29, 2005 5:11 PM
To: Altshuler, Brooks; 'patrick.rhode@dhs.gov'
Subject: Fw: Operations Center Annex Volunteers

At least Chuck gets it.

-----Original Message-----
From: McQueary, Charles <Charles.Mcqueary@dhs.gov>
To: Hill, Ken <Ken.Hill@DHS.GOV>; Hale, Janet <Janet.Hale@DHS.GOV>; Beardsworth, Randy
<Randy.Beardsworth@DHS.GOV>; Stephan, Bob <Bob.Stephan@DHS.GOV>; Basham, W
<W.Basham@usss.dhs.gov>; Collins, Thomas <Thomas.Collins@uscg.dhs.gov>; Divine, Robert C
<Robert.Divine@dhs.gov>; Sutherland, Daniel <Daniel.Sutherland@DHS.GOV>; Perry, Phil
<Phil.Perry@dhs.gov>; Turner, Pam <Pam.Turner@DHS.GOV>; Besanceney, Brian
<Brian.Besanceney@dhs.gov>; Utley, Ralph <Ralph.Utley1@dhs.gov>; Kelly, Nuala
<Nuala.Kelly@DHS.GOV>; Arcos, Cresencio <Cresencio.Arcos@dhs.gov>; Ostergaard, Dan
<Daniel.Ostergaard@dhs.gov>; Lockwood, Thomas <Thomas.Lockwood@dhs.gov>; Martinez-Fonts,
Al <Al.Martinez-fonts@DHS.GOV>; Mayer, Matt <Matt.Mayer@dhs.gov>; Filler, Joshua
<Joshua.Filler@DHS.GOV>; Oxford, Vayl <Vayl.Oxford@dhs.gov>; Williams, Dwight
<Dwight.Williams@dhs.gov>; Hoelscher, Doug <Doug.Hoelscher@dhs.gov>; Sullivan, Tim
<Tim.Sullivan@HQ.DHS.GOV>; Brown, Michael <DHS> <Michael.D.Brown@dhs.gov>
CC: Broderick, Matthew <Matthew.Broderick@dhs.gov>; Wischmann, Steve
<Steve.Wischmann@dhs.gov>; Wood, John (COS) <John.F.Wood@dhs.gov>; Boudreaux, Chad
<Chad.Boudreaux@dhs.gov>; Cannatti, Ashley <Ashley.Cannatti@dhs.gov>; Wiley, Miles
<Miles.Wiley@dhs.gov>; Richmond, Susan <Susan.Richmond@dhs.gov>; Birkeland, Blair
<Blair.Birkeland@dhs.gov>; Kliska, Jennifer <Jennifer.Kliska1@dhs.gov>; Tambone, Victor
<Victor.Tambone@DHS.GOV>; Ressler, Shila <Shila.Ressler@dhs.gov>; Cornyn, Danley
<Danley.Cornyn@dhs.gov>; IAIPExecSec <Iaipexecsec@dhs.gov>; Ayers, Dana
<Dana.Ayers@dhs.gov>; Woodard, Steven <Steven.Woodard@dhs.gov>; Heinlein, Elaine
<elaine.heinlein@DHS.GOV>; Pultz, Rick <Richard.Pultz@uscg.dhs.gov>; Hehr, Casey
<Casey.Hehr@dhs.gov>; Paar, Tom <Tom.Paar@dhs.gov>; Keefer, Timothy
<Timothy.Keefer@dhs.gov>; Woods, Keshia <Keshia.Woods@dhs.gov>; Collado, Humberto
<................>; Leech, John <John.Leech@dhs.gov>; Cooney, Maureen

```
<Maureen.Cooney@dhs.gov>; Marmaud, Karen <Karen.Marmaud@dhs.gov>; Wall, Kenneth
<Kenneth.Wall@DHS.GOV>; Mares, Jan <Jan.Mares@dhs.gov>; Philbin, Patrick <Patrick.Philbin
@dhs.gov>; Leckey, Eric <Eric.Leckey@dhs.gov>; Wolfe, Rebecca <Rebecca.Wolfe@dhs.gov>;
Beyer, Gregg A <Gregg.Beyer@dhs.gov>
Sent: Mon Aug 29 16:56:41 2005
Subject: RE: Operations Center Annex Volunteers
```

Ken,                                                                                              b(5), DPP

[redacted]

Dr. Charles E. McQueary

Under Secretary for Science and Technology

Department of Homeland Security


```
From: Hill, Ken
Sent: Monday, August 29, 2005 4:39 PM
To: Hale, Janet; Beardsworth, Randy; McQueary, Charles; Stephan, Bob;
rbasham@usss.treas.gov; Collins, Thomas; Robert.Divine@dhs.gov; Sutherland, Daniel; Perry,
Phil; Turner, Pam; Besanceney, Brian; Utley, Ralph; Kelly, Nuala; Arcos, Cresencio;
Ostergaard, Dan; Lockwood, Thomas; Martinez-Fonts, Al; Mayer, Matt; 'Filler, Joshua';
Oxford, Vayl; Williams, Dwight; Hoelscher, Doug; Sullivan, Tim; Brown, Michael <DHS>
Cc: Broderick, Matthew; Wischmann, Steve; Wood, John (COS); Boudreaux, Chad; Cannatti,
Ashley; Wiley, Miles; Richmond, Susan; Birkeland, Blair; Kliska, Jennifer; Tambone,
Victor; Ressler, Shila; Cornyn, Danley; IAIPExecSec@dhs.gov; Ayers, Dana; Woodard, Steven;
McClain, Elaine; 'Pultz, Rick'; Hehr, Casey; Paar, Tom; Keefer, Timothy; Woods, Keshia;
[redacted] Humberto; Leech, John; Cooney, Maureen; Marmaud, Karen; Wall, Kenneth; Mares,
[redacted]bin, Patrick; Leckey, Eric; Wolfe, Rebecca; gregg.beyer@dhs.gov
[redacted] Operations Center Annex Volunteers
```

As mentioned this morning in the 0900 Chief of Staff Meeting, the following is from the HSOC:

"During a large domestic incident, whether natural or terrorist related, it is highly likely that the Homeland Security Operations Center (HSOC) will see dramatic increases in information requests and responses that could exceed the Senior Watch Officer's (SWO) capacity to coordinate both the information flow and incident management. To address this contingency, the HSOC is establishing an Operations Center Annex (OCA) capability utilizing an HSOC Auxiliary Watch that can be stood up during significant incidents in order to accommodate increased demands on the receipt and processing of incident information.

The primary mission of the OCA will be to assist the SWO and the HSOC staff by screening and redirecting critical information to the correct recipient, and/or closeout calls coming into the HSOC or Department, as well as assist in the screening and prioritization of additional suspicious activity reporting for forwarding to the HSOC. The OCA will meet the operational need to capture all requests for information, or reports of information, during a domestic incident while allowing the HSOC to continue to operate unimpeded by the increased requests for, and flow of, information. Many Departmental personnel want to contribute during a national emergency. To that end, members of the OCA will have a key role in assisting in the next national emergency and have immediate awareness of the incident and how it is managed and coordinated by the Department.

The OCA is envisioned to operate with as many as 20 Auxiliary Operations Desks on 12-hour shifts covering 24-hour operations for as long as the incident or information management demands require. The OCA staffing can be adjusted based on the operational requirements, but as many as 40 DHS personnel comprised within the HSOC OCA must be available to meet the high-end demand posed by significant domestic incidents. To accomplish this critical function, we are soliciting volunteers to be placed onto the OCA roster. This staff will receive the necessary training and guidance materials to prepare them for activation should the need arise. We recognize that during a crisis, many of your offices may be fully engaged in addressing the incident and many also have staff serving on the IIMG. Nonetheless, this is an opportunity for others to become fully involved in assisting during a critical period of time.

Please send your contact information by e-mail to Rebecca Wolfe at ████████████████████ by Friday, September 9th if you would like to be a member of the HSOC Auxiliary Watch."

Thanks, Ken

CREW FOIA 1424

Page 1 of 1

| | |
|---|---|
| **From:** | Heath, Michael |
| **Sent:** | Thursday, September 01, 2005 5:46 PM |
| **To:** | Altshuler, Brooks; Rhode, Patrick; Brown, Michael D; 'Michael Brown personal (michaelbrown@att.net)' |
| **Cc:** | Bossert, Thomas; Sanders, Marshall; McDow, Molly |
| **Subject:** | FW: Updated Briefing |
| **Attachments:** | Katrina_Briefing-States2.ppt |

b(5), DPP

This is the latest briefing for the U/S's meeting with The President tomorrow.

---

**From:** Podolske, Lew
**Sent:** Thursday, September 01, 2005 5:31 PM
**To:** Altshuler, Brooks; Heath, Michael; Biggs, Charlie
**Cc:** Ayers, Dana
**Subject:** Updated Briefing

b(5), DPP

CREW FOIA 1436

Page 1 of 1

**From:** Michael D Brown [michaelbrown@att.net]
**Sent:** Thursday, September 01, 2005 11:51 PM
**To:** 'Heath, Michael'; 'Altshuler, Brooks'; 'Rhode, Patrick'; 'Brown, Michael D'
**Cc:** 'Bossert, Thomas'; 'Sanders, Marshall'; 'McDow, Molly'
**Subject:** RE: Updated Briefing

I assume I'll have hard copies of this tomorrow.....

**From:** Heath, Michael [mailto:Michael.Heath1@dhs.gov]
**Sent:** Thursday, September 01, 2005 5:46 PM
**To:** Altshuler, Brooks; Rhode, Patrick; Brown, Michael D; Michael Brown personal (michaelbrown@att.net)
**Cc:** Bossert, Thomas; Sanders, Marshall; McDow, Molly
**Subject:** FW: Updated Briefing

b(5), DPP

This is the latest briefing for the U/S's meeting with The President tomorrow.

**From:** Podolske, Lew
**Sent:** Thursday, September 01, 2005 5:31 PM
**To:** Altshuler, Brooks; Heath, Michael; Biggs, Charlie
**Cc:** Ayers, Dana
**Subject:** Updated Briefing

b(5), DPP



CREW FOIA 1437

6/29/2006

From: Altshuler, Brooks [Brooks.Altshuler@dhs.gov]
Sent: Thursday, September 01, 2005 10:05 PM
To: 'Michael.D.Brown@dhs.gov'
Subject: Re: Grape vine

b(5), DPP

---

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@dhs.gov>
To: 'Altshuler, Brooks' <Brooks.Altshuler@dhs.gov>
Sent: Thu Sep 01 21:31:10 2005
Subject: RE: Grape vine

b(5), DPP

-----Original Message-----
From: Altshuler, Brooks [mailto:Brooks.Altshuler@dhs.gov]
Sent: Thursday, September 01, 2005 7:59 PM
To: 'Michael.D.Brown@dhs.gov'
Subject: Grape vine

b(5), DPP

Sent from my BlackBerry Wireless Handheld

CREW FOIA 1441

| | |
|---|---|
| From: | Brown, Michael D |
| Sent: | Thursday, September 01, 2005 10:11 PM |
| To: | 'Altshuler, Brooks' |
| Subject: | RE: Grape vine |

b(5), DPP

-----Original Message-----
From: Altshuler, Brooks [mailto:Brooks.Altshuler@dhs.gov]
Sent: Thursday, September 01, 2005 9:05 PM
To: 'Michael.D.Brown@dhs.gov'
Subject: Re: Grape vine

b(5), DPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@dhs.gov>
To: 'Altshuler, Brooks' <Brooks.Altshuler@dhs.gov>
Sent: Thu Sep 01 21:31:10 2005
Subject: RE: Grape vine

b(5), DPP

-----Original Message-----
From: Altshuler, Brooks [mailto:Brooks.Altshuler@dhs.gov]
Sent: Thursday, September 01, 2005 7:59 PM
To: 'Michael.D.Brown@dhs.gov'
Subject: Grape vine

b(5), DPP

Sent from my BlackBerry Wireless Handheld

CREW FOIA 1442

**From:**        Altshuler, Brooks [Brooks.Altshuler@dhs.gov]
**Sent:**        Thursday, September 01, 2005 10:16 PM
**To:**          'Michael.D.Brown@dhs.gov'
**Subject:**     Re: Grape vine

b(5), DPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@dhs.gov>
To: 'Altshuler, Brooks' <Brooks.Altshuler@dhs.gov>
Sent: Thu Sep 01 22:10:38 2005
Subject: RE: Grape vine

b(5), DPP

-----Original Message-----
From: Altshuler, Brooks [mailto:Brooks.Altshuler@dhs.gov]
Sent: Thursday, September 01, 2005 9:05 PM
To: 'Michael.D.Brown@dhs.gov'
Subject: Re: Grape vine

b(5), DPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@dhs.gov>
To: 'Altshuler, Brooks' <Brooks.Altshuler@dhs.gov>
Sent: Thu Sep 01 21:31:10 2005
Subject: RE: Grape vine

b(5), DPP

-----Original Message-----
From: Altshuler, Brooks [mailto:Brooks.Altshuler@dhs.gov]
Sent: Thursday, September 01, 2005 7:59 PM
To: 'Michael.D.Brown@dhs.gov'
Subject: Grape vine

b(5), DPP

CREW FOIA 1443

b(5),DPP

----------------------------------------

Sent from my BlackBerry Wireless Handheld





| | |
|---|---|
| **From:** | Altshuler, Brooks [Brooks.Altshuler@dhs.gov] |
| **Sent:** | Thursday, September 01, 2005 8:59 PM |
| **To:** | 'Michael.D.Brown@dhs.gov' |
| **Subject:** | Grape vine |

b(5), DPP

```
Sent from my BlackBerry Wireless Handheld
```

From:            Brown, Michael D
Sent:           Thursday, September 01, 2005 9:31 PM
To:             'Altshuler, Brooks'
Subject:       RE: Grape vine

b(5),DPP

-----Original Message-----
From: Altshuler, Brooks [mailto:Brooks.Altshuler@dhs.gov]
Sent: Thursday, September 01, 2005 7:59 PM
To: 'Michael.D.Brown@dhs.gov'
Subject: Grape vine

b(5),DPP

Sent from my BlackBerry Wireless Handheld

CREW FOIA 1446

b(5).DPP

**From:**      Brown, Michael D
**Sent:**      Friday, September 02, 2005 2:12 PM
**To:**        Altshuler, Brooks; 'patrick.rhode@dhs.gov'; Sanders, Marshall; Bossert, Thomas
**Subject:**   FAA Urgent

**From:**       Rhode, Patrick
**Sent:**       Monday, August 29, 2005 7:55 AM
**To:**         'Brown, Michael D'; 'Altshuler, Brooks'
**Subject:**    RE: Superdome

thanks

-----Original Message-----
From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Sunday, August 28, 2005 9:32 PM
To: Altshuler, Brooks
Cc: 'patrick.rhode@dhs.gov'
Subject: Re: Superdome

b(5), DPP

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
CC: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 21:00:28 2005
Subject: Fw: Superdome

b(5), DPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
To: 'Patrick.Rhode@dhs.gov' <Patrick.Rhode@dhs.gov>
Sent: Sun Aug 28 20:32:06 2005
Subject: Fw: Superdome

b(5), DPP

Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Heath, Michael <Michael.Heath@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>; Burris,
Ken <Ken.Burris@fema.gov>
Sent: Sun Aug 28 20:23:37 2005
Subject: FW: Superdome

F Y I

ML

-----Original Message-----
From: Broderick, Matthew [mailto:Matthew.Broderick@dhs.gov]
Sent: Sunday, August 28, 2005 8:24 PM
To: Michael Lowder                          CREW FOIA 1627
Subject: RE: Superdome

b(5), DPP

-----Original Message-----
From: Lowder, Michael [mailto:Michael.Lowder@dhs.gov]
Sent: Sunday, August 28, 2005 6:07 PM
To: Broderick, Matthew (CNC)
Subject: Superdome

5 trailers of water
2 trailers of MRE's

In bound to Superdome eta at 2100 eastern.

Under LEO escort.

| | |
|---|---|
| From: | Rhode, Patrick |
| Sent: | Sunday, August 28, 2005 8:59 PM |
| To: | 'Altshuler, Brooks' |
| Cc: | Brown, Michael D |
| Subject: | RE: IIMG |

Mike,

Check out below - (Brooks, I thought the three of us might commiserate)

-----Original Message-----
From: Altshuler, Brooks [mailto:Brooks.Altshuler@dhs.gov]
Sent: Sunday, August 28, 2005 8:28 PM
To: 'Patrick.Rhode@dhs.gov'
Subject: Fw: IIMG
Importance: High

This is HSC pushing this. This is the job of the long term recovery esf in the nrp and
fema is the lead.  Let them play their raindeer games as long as they are not turning
around and tasking us with their stupid questions.
None of them have a clue about emergency management [or economic impacts for that matter
---------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Lowder, Michael <Michael.Lowder@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Heath, Michael <Michael.Heath@fema.gov>;
Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Buikema, Edward <Edward.Buikema@fema.gov>;
Burris, Ken <Ken.Burris@fema.gov>
CC: Sharro, Stephen <Stephan.Sharro@fema.gov>
Sent: Sun Aug 28 19:48:21 2005
Subject: IIMG

Patrick,


Just received a call from Matt Broderick, who said that the WH is pressuring
him to stand up an IIMG.                                                          b(5). DPP



He said that he wanted to let you know, that it was not to "get into our knickers".


ML

| | |
|---|---|
| From: | Brown, Michael D [Michael.D.Brown@dhs.gov] |
| Sent: | Monday, August 29, 2005 7:00 PM |
| To: | 'patrick.rhode@dhs.gov'; Altshuler, Brooks; Craig, Daniel |

POTUS ok'd AL. I'll call Rikley unless its already done.

From:           Rhode, Patrick
Sent:           Monday, August 29, 2005 7:01 PM
To:             'Brown, Michael D'; 'patrick.rhode@dhs.gov'; 'Altshuler, Brooks'; 'Craig, Daniel'
Subject:        RE:

Please call Riley - thanks

-----Original Message-----
From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Monday, August 29, 2005 7:00 PM
To: 'patrick.rhode@dhs.gov'; Altshuler, Brooks; Craig, Daniel
Subject:

POTUS ok'd AL. I'll call Rikley unless its already done.

CREW FOIA 1651
.1

| | |
|---|---|
| **From:** | Rhode, Patrick [Patrick.Rhode@dhs.gov] |
| **Sent:** | Monday, August 29, 2005 7:01 PM |
| **To':** | 'Brown, Michael D'; 'patrick.rhode@dhs.gov'; Altshuler, Brooks; Craig, Daniel |
| **Subject:** | RE: |

Please call Riley - thanks

-----Original Message-----
From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Monday, August 29, 2005 7:00 PM
To: 'patrick.rhode@dhs.gov'; Altshuler, Brooks; Craig, Daniel
Subject:

POTUS ok'd AL. I'll call Rikley unless its already done.