**EXHIBIT C TO THE SECOND SUPPLEMENTAL DECLARATION OF ADRIAN SEVIER**

| CREW Bates Number | Document Date | Subject: | Withheld Status/ Exemption (b)(5) Privilege | Document Description |
|---|---|---|---|---|
| 17 | 8/29/2005 | (No subject) | Redacted PCP DPP | The text of this email is redacted pursuant to exemption (b)(5), PCP.  The text redacted pursuant to PCP reveals a communication from a White House adviser to FEMA staff. The purpose of the withheld communication was to gather, assess, and/or transmit information for purposes of informing, advising and/or assisting the presidential decision-making process.<br><br>Further, the text of this email is redacted in part pursuant to exemption (b)(5), DPP.  The redacted portion of the email reflects a question about a possible conference call from a FEMA staff member to the former Deputy Director of FEMA.Release of the communication and the predecisional discussions reflected therein would expose FEMA's deliberative process, adversely impact the free flow of advice and information, reveal the reasoning and deliberative process of agency officials, and, therefore, result in a chilling effect on intra-agency communications. |
| 1366-1368 | 9/1/2005 | IMPORTANT! CALLS FROM POTUS | Redacted PCP DPP | The text of this email chain is redacted in part pursuant to exemption (b)(5), PCP.  The text reveals communications from White House advisers or their staff relaying a request from the President to FEMA staff.   The purpose of the withheld communication was to gather, assess, and/or transmit information for purposes of informing, advising and/or assisting the presidential decision-making process.<br><br>Further, the text of this email chain is redacted in part pursuant to exemption (b)(5), DPP.  The portion of the email protected pursuant to DPP is about FEMA staff members' initial response to the request for information and a plan for further action.  Release of the communication and the predecisional discussions reflected therein would expose FEMA's deliberative process, adversely impact the free flow of advice and information - both within the Agency and between the cooperating agencies - reveal the reasoning and deliberative process of agency officials, and, therefore, result in a chilling effect on intra- and inter-agency communications. |

| | | | | |
|---|---|---|---|---|
| 1379 | 9/2/2005 | Call please | Redacted PCP DPP | The text of this email chain is redacted in part pursuant to exemption (b)(5), PCP. The text redacted pursuant to PCP reveals a communication from former Under Secretary Michael Brown to the President regarding the State response to fires caused by Hurricane Katrina. The purpose of the withheld communication was to gather, assess, and/or transmit information for purposes of informing, advising and/or assisting the presidential decision-making process. Further, the text of this email chain is redacted in part pursuant to exemption (b)(5), DPP. The text redacted pursuant to DPP is a summary of information received by FEMA from Louisiana state responders regarding the State response to fires caused by Hurricane Katrina and the rationale for the response. Release of the communication and the predecisional discussions reflected therein would expose FEMA's deliberative process, adversely impact the free flow of advice and information - both within the Agency and between the cooperating agencies - reveal the reasoning and deliberative process of agency officials, and, therefore, result in a chilling effect on intra- and inter-agency communications. |
| 1447-1449 | 8/31/2005 | Follow up from the White House | Redacted PCP | The text of this email chain is redacted in part pursuant to exemption (b)(5), PCP. The redacted text reveals communications regarding a particular request for information from the President and communicated by White House advisers or their staff to FEMA staff and FEMA's response to the request for information. The purpose of the withheld communication was to gather, assess, and/or transmit information for purposes of informing, advising and/or assisting the presidential decision-making process. |
| 1474-1480 | 9/2/2005 | (No Subject) | Redacted PCP DPP | The text of this email chain is redacted in part pursuant to exemption (b)(5), PCP. The text redacted pursuant to PCP describes discussions between the President and former Under Secretary Michael Brown regarding fires caused by Hurricane Katrina. The purpose of the withheld communication was to gather, assess, and/or transmit information for purposes of informing, advising and/or assisting the presidential decision-making process. Further, the text of this email chain is redacted in part pursuant to exemption (b)(5), DPP. The text redacted pursuant to DPP involves a discussion about the appropriate response to fires caused by Hurricane Katrina. Release of the communication and the predecisional discussions reflected therein would expose FEMA's deliberative process, adversely impact the free flow of advice and information - both within the Agency and between the cooperating agencies - reveal the reasoning and deliberative process of agency officials, and, therefore, result in a chilling effect on intra- and inter-agency communications. |

| | 9/1/2005 | UPDATE FOR AF-1 | Redacted PCP DPP | The text of this email chain is redacted in part pursuant to exemption (b)(5), PCP. The text redacted pursuant to PCP summarizes a discussion between the President and his advisers and former Under Secretary Michael Brown. The purpose of the withheld communication was to gather, assess, and/or transmit information for purposes of informing, advising and/or assisting the presidential decision-making process.

Further, the text of this email chain is redacted in part pursuant to exemption (b)(5), DPP. The portion of the email redacted pursuant to DPP reflects discussions pertaining to security and regarding the level of interaction and coordination between the federal responders to Hurricane Katrina including how FEMA could implement its response. Release of the communication and the predecisional discussions reflected therein would expose FEMA's deliberative process, adversely impact the free flow of advice and information - both within the Agency and between the cooperating agencies - reveal the reasoning and deliberative process of agency officials, and, therefore, result in a chilling effect on intra- and inter-a |
|---|---|---|---|---|
| 1482; 1485-1489 | | | | |
| | 9/3/2005 | Help/Report from Lott Staff | Redacted PCP DPP | The text of this email chain is redacted in part pursuant to exemption (b)(5), PCP. The email redacted is from a White House adviser and is circulated to FEMA staff, including the former Under Secretary. The purpose of the withheld communication was to gather, assess, and/or transmit information for purposes of informing, advising and/or assisting the presidential decision-making process.

Further, the text of this email chain is redacted in part pursuant to exemption (b)(5), DPP. The portion of the email redacted pursuant to DPP is a recommendation for a solution to problem outlined in the first part of the email. It is not clear whether a final decision was made with respect to the suggestion. Release of the predecisional recommendation would expose FEMA's deliberative process, adversely impact the free flow of advice and information - both within the Agency and between the cooperating agencies - reveal the reasoning and deliberative process of agency officials, and, therefore, result in a chilling effect on intra- and inter-agency communications. |
| 1505 | | | | |

| | | | | |
|---|---|---|---|---|
| 1619 | 9/8/2005 | Housing Area Command Special Report for VP Visit | Redacted PCP DPP | The text of this email is redacted in part pursuant to exemption (b)(5), PCP. The text redacted pursuant to PCP reveals a request from White House advisers or their staff to FEMA staff. The purpose of the withheld communication was to gather, assess, and/or transmit information for purposes of informing, advising and/or assisting the presidential decision-making process.<br><br>Further, the text of this email is redacted in part pursuant to exemption (b)(5), DPP. The portion redacted pursuant to DPP is a proposal regarding the report to be sent. Release of the communication and the predecisional discussions reflected therein would expose FEMA's deliberative process, adversely impact the free flow of advice and information - both within the Agency and between the cooperating agencies - reveal the reasoning and deliberative process of agency officials, and, therefore, result in a chilling effect on intra- and inter-agency communications. |
| 1660-1663 | 8/30/2005 | InterAgency | Redacted PCP DPP | The text of this email chain is redacted in part pursuant to exemption (b)(5), PCP. The text redacted pursuant to PCP reveals a summary of communications from a White House adviser to former Under Secretary Michael Brown. The purpose of the withheld communication was to gather, assess, and/or transmit information for purposes of informing, advising and/or assisting the presidential decision-making process.<br><br>Further, the text of this email chain is redacted in part pursuant to exemption (b)(5), DPP. The portion redacted pursuant to DPP reflects recommendations and discussion of an idea regarding the interaction and coordination between the federal and state responders to Hurricane Katrina, as well as certain other issues relating to the response to Katrina. Release of the communication and the predecisional discussions reflected therein would expose FEMA's deliberative process, adversely impact the free flow of advice and information, reveal the reasoning and deliberative process of agency officials, and, therefore, result in a chilling effect on intra-agency communications. |

| | | | | |
|---|---|---|---|---|
| 1897-1902 | 9/1/2005 | UPDATE FOR AF-1 | Redacted PCP DPP | The text of this email chain is protected in part pursuant to exemption (b)(5), PCP. The text summarizes a discussion between the President and his advisers and former Under Secretary Michael Brown. The purpose of the withheld communication was to gather, assess, and/or transmit information for purposes of informing, advising and/or assisting the presidential decision-making process.<br><br>Further, the text of this email chain is protected in part pursuant to exemption (b)(5), DPP. The portion of the email protected pursuant to DPPreflects deliberations about security and regarding the level of interaction and coordination between the federal responders to Hurricane Katrina, including how FEMA could implement its response. Release of the communication and the predecisional discussions reflected therein would expose FEMA's deliberative process, adversely impact the free flow of advice and information - both within the Agency and between the cooperating agencies - reveal the reasoning and deliberative process of agency officials, and, therefore, result in a chilling effect on intra- and inter-agency communications. |
| 1903-1904 | 9/2/2005 | (No Subject) | Redacted PCP DPP | The text of this email chain is redacted in part pursuant to exemption (b)(5), PCP. The text redacted pursuant to PCP describes discussions between the President and former Under Secretary Michael Brown regarding fires caused by Hurricane Katrina. The purpose of the withheld communication was to gather, assess, and/or transmit information for purposes of informing, advising and/or assisting the presidential decision-making process.<br><br>Further, the text of this email chain is redacted in part pursuant to exemption (b)(5), DPP. The text redacted pursuant to DPP involves a discussion about the appropriate response to fires caused by Hurricane Katrina. Release of the communication and the predecisional discussions reflected therein would expose FEMA's deliberative process, adversely impact the free flow of advice and information - both within the Agency and between the cooperating agencies - reveal the reasoning and deliberative process of agency officials, and, therefore, result in a chilling effect on intra- and inter-agency communications. |

From: Heath, Michael
Sent: Monday, August 29, 2005 4:18 PM
To:    Rhode, Patrick

PCP                              PCP/DPP

9/20/2005

CREW FOIA 17



Page 1 of 1

**From:** Heath, Michael
**Sent:** Thursday, September 01, 2005 12:30 PM
**To:** Lokey, William; Carwile, William; Bulkema, Edward; Sherman, Ron; Buikema, Edward; Lowder, Michael
**Cc:** Altshuler, Brooks; Rhode, Patrick
**Subject:** IMPORTANT! CALLS FROM POTUS

PCP

DPP

PCP

DPP

DPP

Thanks.

9/21/2005



From:          Carwile, William
Sent:          Thursday, September 01, 2005 12:55 PM
To:            Heath, Michael; Lokey, William; Buikema, Edward; Sherman, Ron; Buikema, Edward; Lowder,
               Michael
Cc:            Altshuler, Brooks; Rhode, Patrick; Heinje, Richard
Subject:       RE: IMPORTANT! CALLS FROM POTUS

DPP

-----Original Message-----
From: Heath, Michael
To: Lokey, William; Carwile, William; Buikema, Edward; Sherman, Ron; Buikema, Edward;
Lowder, Michael
Cc: Altshuler, Brooks; Rhode, Patrick
Sent: 9/1/05 12:30 PM
Subject: IMPORTANT! CALLS FROM POTUS

PCP

DPP

PCP                                                                    DPP

DPP

DPP

Thanks,

173

CREW FOIA 1367

Page 1 of 1

**From:** Lokey, William
**Sent:** Thursday, September 01, 2005 2:41 PM
**To:** Heath, Michael
**Subject:** RE: IMPORTANT! CALLS FROM POTUS

Request is being coordinated.

**From:** Heath, Michael
**Sent:** Thursday, September 01, 2005 11:30 AM
**To:** Lokey, William; Carwile, William; Buikema, Edward; Sherman, Ron; Buikema, Edward; Lowder, Michael
**Cc:** Altshuler, Brooks; Rhode, Patrick
**Subject:** IMPORTANT! CALLS FROM POTUS

PCP           DPP

PCP                    DPP

DPP

Thanks.

9/21/2005

From:
Sent:
To:
Subject:

Brown, Michael D
Friday, September 02, 2005 2:16 PM
Lokey, William; Buikema, Edward
Re: Call Please

PCP

-----Original Message-----
From: Lokey, William <William.Lokey@fema.gov>
To: Buikema, Edward <Edward.Buikema@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Fri Sep 02 13:13:59 2005
Subject: RE: Call Please

DPP

Sorry I could not do better.

124

CREW FOIA 1379

**From:** Heath, Michael
**Sent:** Wednesday, August 31, 2005 1:59 PM
**To:** Brown, Michael D
**Subject:** RE: Follow up from the White House

Thank you, sir.

PCP

-----Original Message-----
From: Brown, Michael D
Sent: Wednesday, August 31, 2005 2:00 PM
To: Heath, Michael
Subject: Re: Follow up from the White House

PCP

-----Original Message-----
From: Heath, Michael <Michael.Heath@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Wed Aug 31 13:53:00 2005
Subject: Follow up from the White House

PCP

Thanks,

Heath

CREW FOIA 1447

**From:**       Brown, Michael D
**Sent:**       Wednesday, August 31, 2005 9:45 PM
**To:**         Heath, Michael; Rhode, Patrick; Altshuler, Brooks
**Subject:**    RE: Follow up from the White House

Are we reaching and getting Freedom Corps to do something for us?

-----Original Message-----
From: Heath, Michael
Sent: Wednesday, August 31, 2005 12:59 PM
To: Brown, Michael D
Subject: RE: Follow up from the White House

Thank you, sir.

PCP

-----Original Message-----
From: Brown, Michael D
Sent: Wednesday, August 31, 2005 2:00 PM
To: Heath, Michael
Subject: Re: Follow up from the White House

PCP

-----Original Message-----
From: Heath, Michael <Michael.Heath@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Wed Aug 31 13:53:00 2005
Subject: Follow up from the White House

PCP



Thanks,

Heath

CREW FOIA 1448



**From:** Brown, Michael D
**Sent:** Wednesday, August 31, 2005 2:00 PM
**To:** Heath, Michael
**Subject:** Re: Follow up from the White House

PCP

-----Original Message-----
From: Heath, Michael <Michael.Heath@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Wed Aug 31 13:53:00 2005
Subject: Follow up from the White House

PCP

Thanks,

Heath



CREW FOIA 1449

**From:**     Brown, Michael D
**Sent:**     Friday, September 02, 2005 11:54 AM
**To:**       Altshuler, Brooks

PCP / DPP                    DPP

From:           Brown, Michael D
Sent:           Friday, September 02, 2005 12:27 PM
To:             Altshuler, Brooks
Subject:        Re:

PCP/DPP

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 11:58:42 2005
Subject: Re:

PCP/DPP

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 11:54:21 2005
Subject:

PCP/DPP                           DPP



CREW FOIA 1475

**From:** Brown, Michael D
**Sent:** Friday, September 02, 2005 11:59 AM
**To:** Altshuler, Brooks
**Subject:** Re:

PCP/DPP

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 11:54:21 2005
Subject:

PCP/DPP                                    DPP



CREW FOIA 1476

| | |
|---|---|
| From: | Rhode, Patrick [Patrick.Rhode@dhs.gov] |
| Sent: | Friday, September 02, 2005 1:20 PM |
| To: | 'Brown, Michael D'; Altshuler, Brooks |
| Subject: | RE: |

What do they want?

-----Original Message-----
From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Friday, September 02, 2005 12:27 PM
To: Altshuler, Brooks; 'patrick.rhode@dhs.gov'
Subject: Re:

DPP

PCP/DPP

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 11:58:42 2005
Subject: Re:

PCP/DPP

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 11:54:21 2005
Subject:

PCP/DPP

CREW FOIA 1477

**From:**       Brown, Michael D
**Sent:**       Friday, September 02, 2005 2:15 PM
**To:**         Lokey, William; Buikema, Edward
**Subject:**    Re: Call Please

PCP/DPP

-----Original Message-----
From: Lokey, William <William.Lokey@fema.gov>
To: Buikema, Edward <Edward.Buikema@fema.gov>; Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Fri Sep 02 13:13:59 2005
Subject: RE: Call Please





CREW FOIA 1478

**From:** Altshuler, Brooks
**Sent:** Friday, September 02, 2005 12:39 PM
**To:** Brown, Michael D
**Subject:** Re:

Taking to est now

---------------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 12:27:06 2005
Subject: Re:

PCP/DPP

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 11:58:42 2005
Subject: Re:

PCP/DPP

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 11:54:21 2005
Subject:

PCP/DPP          DPP



| | |
|---|---|
| From: | Altshuler, Brooks |
| Sent: | Friday, September 02, 2005 12:42 PM |
| To: | Brown, Michael D |
| Subject: | RE: |

Rhode, lowder, and Buikema have your message.

-----Original Message-----
From: Brown, Michael D
Sent: Friday, September 02, 2005 12:27 PM
To: Altshuler, Brooks
Subject: Re:

 PCP/DPP

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 11:58:42 2005
Subject: Re:

PCP/DPP

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 11:54:21 2005
Subject:

PCP/DPP          DPP



CREW FOIA 1480



**From:** Rhode, Patrick
**Sent:** Friday, September 02, 2005 11:23 AM
**To:** Brown, Michael D
**Subject:** Fw: UPDATE FOR AF-1

DPP

-----Original Message-----
**From:** Heath, Michael <Michael.Heath@fema.gov>
**To:** Rhode, Patrick <Patrick.Rhode@fema.gov>; Altshuler, Brooks <Brooks.Altshuler@fema.gov>; Burris, Ken <Ken.Burris@fema.gov>
**Sent:** Fri Sep 02 10:33:23 2005
**Subject:** UPDATE FOR AF-1

NDMS

DPP

See below from Lowder.

**From:** EST-ESF05CH <EST-ESF05CH@fema.gov>

**To:** Buikema, Edward <Edward.Buikema@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>; Hepler, Megs <Megs.Hepler@fema.gov>; Gray, Richard <Richard.Gray@fema.gov>; Garratt, David <Dave.Garratt@fema.gov>; Pawlowski, Michel <Michel.Pawlowski@fema.gov>; Lowder, Michael <Michael.Lowder@fema.gov>

**Sent:** Fri Sep 02 10:17:57 2005

**Subject:** Re: Spot Rep

A cell phone call was received from a truck driver carrying supplies at exit 2 on Causeway Blvd that his truck was being hijacked by an armed mob.  Contact was lost with the driver and attempts to re-contact him have been unsuccessful.  ESF-13 is following up.

CREW FOIA 1482

**From:** Brown, Michael D
**Sent:** Friday, September 02, 2005 11:51 AM
**To:** Rhode, Patrick
**Subject:** Re: UPDATE FOR AF-1

PCP/DPP

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Fri Sep 02 11:22:54 2005
Subject: Fw: UPDATE FOR AF-1

DPP

-----Original Message-----
From: Heath, Michael <Michael.Heath@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Altshuler, Brooks
<Brooks.Altshuler@fema.gov>; Burris, Ken <Ken.Burris@fema.gov>
Sent: Fri Sep 02 10:33:23 2005
Subject: UPDATE FOR AF-1

NDMS

DPP

See below from Lowder:

From: EST-ESF05CH <EST-ESF05CH@fema.gov>

To: Buikema, Edward <Edward.Buikema@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>;
Hepler, Megs <Megs.Hepler@fema.gov>; Gray, Richard <Richard.Gray@fema.gov>; Garratt, David
<Dave.Garratt@fema.gov>; Pawlowski, Michel <Michel.Pawlowski@fema.gov>; Lowder, Michael
<Michael.Lowder@fema.gov>

Sent: Fri Sep 02 10:17:57 2005

Subject: Re: Spot Rep

A cell phone call was received from a truck driver carrying supplies at exit 2 on Causeway
Blvd that his truck was being hijacked by an armed mob. Contact was lost with the driver
and attempts to re-contact him have been unsuccessful. ESF-13 is following up.

CREW-FOIA 1485



| | |
|---|---|
| From: | Rhode, Patrick |
| Sent: | Friday, September 02, 2005 11:54 AM |
| To: | Brown, Michael D |
| Subject: | RE: UPDATE FOR AF-1 |

DPP

thanks

-----Original Message-----
From: Brown, Michael D
Sent: Friday, September 02, 2005 11:51 AM
To: Rhode, Patrick
Subject: Re: UPDATE FOR AF-1

PCP/DPP

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Fri Sep 02 11:22:54 2005
Subject: Fw: UPDATE FOR AF-1

DPP

-----Original Message-----
From: Heath, Michael <Michael.Heath@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Altshuler, Brooks
<Brooks.Altshuler@fema.gov>; Burris, Ken <Ken.Burris@fema.gov>
Sent: Fri Sep 02 10:33:23 2005
Subject: UPDATE FOR AF-1

NDMS

DPP

CREW FOIA 1486

See below from Lowder:

From: EST-ESF05CH <EST-ESF05CH@fema.gov>

To: Buikema, Edward <Edward.Buikema@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>;
Hepler, Megs <Megs.Hepler@fema.gov>; Gray, Richard <Richard.Gray@fema.gov>; Garratt, David
<Dave.Garratt@fema.gov>; Pawlowski, Michel <Michel.Pawlowski@fema.gov>; Lowder, Michael
<Michael.Lowder@fema.gov>

Sent: Fri Sep 02 10:17:57 2005

Subject: Re: Spot Rep


A cell phone call was received from a truck driver carrying supplies at exit 2 on Causeway
Blvd that his truck was being hijacked by an armed mob.  Contact was lost with the driver
and attempts to re-contact him have been unsuccessful.  ESF-13 is following up.



CREW FOIA 1487

**From:**      Brown, Michael D
**Sent:**      Friday, September 02, 2005 11:56 AM
**To:**        Rhode, Patrick
**Subject:**   Re: UPDATE FOR AF-1

DPP

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Fri Sep 02 11:53:42 2005
Subject: RE: UPDATE FOR AF-1

DPP

thanks

-----Original Message-----
From: Brown, Michael D
Sent: Friday, September 02, 2005 11:51 AM
To: Rhode, Patrick
Subject: Re: UPDATE FOR AF-1

PCP/DPP

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Fri Sep 02 11:22:54 2005
Subject: Fw: UPDATE FOR AF-1

DPP

-----Original Message-----
From: Heath, Michael <Michael.Heath@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Altshuler, Brooks
<Brooks.Altshuler@fema.gov>; Burris, Ken <Ken.Burris@fema.gov>
Sent: Fri Sep 02 10:33:23 2005
Subject: UPDATE FOR AF-1

NDMS

DPP

CREW FOIA 1488



See below from Lowder:

From: EST-ESF05CH <EST-ESF05CH@fema.gov>

To: Buikema, Edward <Edward.Buikema@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>;
Hepler, Megs <Megs.Hepler@fema.gov>; Gray, Richard <Richard.Gray@fema.gov>; Garratt, David
<Dave.Garratt@fema.gov>; Pawlowski, Michel <Michel.Pawlowski@fema.gov>; Lowder, Michael
<Michael.Lowder@fema.gov>

Sent: Fri Sep 02 10:17:57 2005

Subject: Re: Spot Rep

A cell phone call was received from a truck driver carrying supplies at exit 2 on Causeway
Blvd that his truck was being hijacked by an armed mob.  Contact was lost with the driver
and attempts to re-contact him have been unsuccessful.  ESF-13 is following up.



CREW FOIA 1489

From:        Schumann, James [James.Schumann@dhs.gov]
Sent:        Saturday, September 03, 2005 10:22 AM
To:          Brown, Michael D
Cc:          Rhode, Patrick; Altshuler, Brooks; Bossert, Thomas
Subject:     FW: Report from Lott staff



PCP/DPP

CREW FOIA 1505

Page 1 of 1

**From:**      Gair, Brad
**Sent:**       Thursday, September 08, 2005 3:45 AM
**To:**          Brown, Michael D
**Cc:**          Picciano, Joe; Craig, Daniel; Garratt, David
**Subject:**   Housing Area Command Special Report for VP Visit
**Importance:**  High
**Attachments:**  FEMA SEC D+10.ppt

Mike,

PCP                                                          DPP
DPP            Sorry for getting it out so late.

**Brad Gair**
**DHS/FEMA**
(cell)
940.323.2750 (fax)

CREW FOIA 1619

6/29/2006

| | |
|---|---|
| From: | Brown, Michael D [Michael.D.Brown@dhs.gov] |
| Sent: | Tuesday, August 30, 2005 8:53 AM |
| To: | Altshuler, Brooks; 'patrick.rhode@dhs.gov' |
| Subject: | InterAgency |

PCP

DPP

On an unrelated matter, I am ready to blow up IT support at the mountain. In a MDRC and they can't seem to get me connected.....or even care about getting me connected.

From:           Rhode, Patrick
Sent:           Tuesday, August 30, 2005 9:01 AM
To:             'Brown, Michael D'; 'Altshuler, Brooks'
Subject:        RE: InterAgency

DPP

-----Original Message-----
From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Tuesday, August 30, 2005 8:53 AM
To: Altshuler, Brooks; 'patrick.rhode@dhs.gov'
Subject: InterAgency

PCP

DPP

On an unrelated matter, I amready to blow up IT support at the mountain. In a MDRC and
they can't seemto get me connected.....or even care about getting me connected.

**From:**           Rhode, Patrick
**Sent:**           Tuesday, August 30, 2005 9:12 AM
**To:**             'Brown, Michael D'; 'Altshuler, Brooks'
**Subject:**        RE: InterAgency

DPP

-----Original Message-----
From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Tuesday, August 30, 2005 8:53 AM
To: Altshuler, Brooks; 'patrick.rhode@dhs.gov'
Subject: InterAgency

PCP

DPP

On an unrelated matter, I amready to blow up IT support at the mountain. In a MDRC and
they can't seemto get me connected.....or even care about getting me connected.

**From:** Altshuler, Brooks [Brooks.Altshuler@dhs.gov]
**Sent:** Tuesday, August 30, 2005 10:00 AM
**To:** Brown, Michael D; 'Patrick.Rhode@dhs.gov'
**Subject:** Re; InterAgency

I will call barry
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>; 'patrick.rhode@dhs.gov'
<patrick.rhode@dhs.gov>
Sent: Tue Aug 30 08:52:47 2005
Subject: InterAgency

PCP

DPP

On an unrelated matter, I am ready to blow up IT support at the mountain. In a MDRC and
they can't seem to get me connected.....or even care about getting me connected.



**From:** Brown, Michael D
**Sent:** Friday, September 02, 2005 11:51 AM
**To:** Rhode, Patrick
**Subject:** Re: UPDATE FOR AF-1

PCP/DPP

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Fri Sep 02 11:22:54 2005
Subject: Fw: UPDATE FOR AF-1

Where is our military security?

-----Original Message-----
From: Heath, Michael <Michael.Heath@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Altshuler, Brooks
<Brooks.Altshuler@fema.gov>; Burris, Ken <Ken.Burris@fema.gov>
Sent: Fri Sep 02 10:33:23 2005
Subject: UPDATE FOR AF-1

NDMS

DPP

See below from Lowder:

From: EST-ESF05CH <EST-ESF05CH@fema.gov>

To: Buikema, Edward <Edward.Buikema@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>;
Hepler, Megs <Megs.Hepler@fema.gov>; Gray, Richard <Richard.Gray@fema.gov>; Garratt, David
<Dave.Garratt@fema.gov>; Pawlowski, Michel <Michel.Pawlowski@fema.gov>; Lowder, Michael
<Michael.Lowder@fema.gov>

Sent: Fri Sep 02 10:17:57 2005

Subject: Re: Spot Rep

A cell phone call was received from a truck driver carrying supplies at exit 2 on Causeway
Blvd that his truck was being hijacked by an armed mob. Contact was lost with the driver
and attempts to re-contact him have been unsuccessful. ESF-13 is following up.

From:           Rhode, Patrick
Sent:           Friday, September 02, 2005 11:54 AM
To:             Brown, Michael D
Subject:        RE: UPDATE FOR AF-1

DPP

thanks

-----Original Message-----
From: Brown, Michael D
Sent: Friday, September 02, 2005 11:51 AM
To: Rhode, Patrick
Subject: Re: UPDATE FOR AF-1

PCP/DPP

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Fri Sep 02 11:22:54 2005
Subject: Fw: UPDATE FOR AF-1

DPP

-----Original Message-----
From: Heath, Michael <Michael.Heath@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Altshuler, Brooks
<Brooks.Altshuler@fema.gov>; Burris, Ken <Ken.Burris@fema.gov>
Sent: Fri Sep 02 10:33:23 2005
Subject: UPDATE FOR AF-1

NDMS

DPP

CREW FOIA 1898

1

From:           Brown, Michael D
Sent:           Friday, September 02, 2005 11:56 AM
To:             Rhode, Patrick
Subject:        RE: UPDATE FOR AF-1

DPP

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Fri Sep 02 11:53:42 2005
Subject: RE: UPDATE FOR AF-1

DPP

thanks

-----Original Message-----
From: Brown, Michael D
Sent: Friday, September 02, 2005 11:51 AM
To: Rhode, Patrick
Subject: Re: UPDATE FOR AF-1

PCP/DPP

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Fri Sep 02 11:22:54 2005
Subject: Fw: UPDATE FOR AF-1

DPP

-----Original Message-----
From: Heath, Michael <Michael.Heath@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Altshuler, Brooks
<Brooks.Altshuler@fema.gov>; Burris, Ken <Ken.Burris@fema.gov>
Sent: Fri Sep 02 10:33:23 2005
Subject: UPDATE FOR AF-1

NDMS

DPP

See below from Lowder:

From: EST-ESF05CH <EST-ESF05CH@fema.gov>

To: Buikema, Edward <Edward.Buikema@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>; Hepler, Megs <Megs.Hepler@fema.gov>; Gray, Richard <Richard.Gray@fema.gov>; Garratt, David <Dave.Garratt@fema.gov>; Pawlowski, Michel <Michel.Pawlowski@fema.gov>; Lowder, Michael <Michael.Lowder@fema.gov>

Sent: Fri Sep 02 10:17:57 2005

Subject: Re: Spot Rep

A cell phone call was received from a truck driver carrying supplies at exit 2 on Causeway Blvd that his truck was being hijacked by an armed mob.  Contact was lost with the driver and attempts to re-contact him have been unsuccessful.  ESF-13 is following up.

CREW FOIA 1900

**From:**      Rhode, Patrick
**Sent:**      Friday, September 02, 2005 1:18 PM
**To:**        Buikema, Edward; Burris, Ken
**Subject:**   FW: UPDATE FOR AF-1

DPP

-----Original Message-----
From: Brown, Michael D
Sent: Friday, September 02, 2005 11:56 AM
To: Rhode, Patrick
Subject: Re: UPDATE FOR AF-1

DPP

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Fri Sep 02 11:53:42 2005
Subject: RE: UPDATE FOR AF-1

DPP

thanks

-----Original Message-----
From: Brown, Michael D
Sent: Friday, September 02, 2005 11:51 AM
To: Rhode, Patrick
Subject: Re: UPDATE FOR AF-1

PCP/DPP

-----Original Message-----
From: Rhode, Patrick <Patrick.Rhode@fema.gov>
To: Brown, Michael D <Michael.D.Brown@fema.gov>
Sent: Fri Sep 02 11:22:54 2005
Subject: Fw: UPDATE FOR AF-1

 DPP

-----Original Message-----
From: Heath, Michael <Michael.Heath@fema.gov>
To: Rhode, Patrick <Patrick.Rhode@fema.gov>; Altshuler, Brooks
<Brooks.Altshuler@fema.gov>; Burris, Ken <Ken.Burris@fema.gov>
Sent: Fri Sep 02 10:33:23 2005
Subject: UPDATE FOR AF-1

CREW FOIA 1901

NDMS

DPP

See below from Lowder:

From: EST-ESF05CH <EST-ESF05CH@fema.gov>

To: Buikema, Edward <Edward.Buikema@fema.gov>; Craig, Daniel <Daniel.Craig@fema.gov>;
Hepler, Megs <Megs.Hepler@fema.gov>; Gray, Richard <Richard.Gray@fema.gov>; Garratt, David
<Dave.Garratt@fema.gov>; Pawlowski, Michel <Michel.Pawlowski@fema.gov>; Lowder, Michael
<Michael.Lowder@fema.gov>

Sent: Fri Sep 02 10:17:57 2005

Subject: Re: Spot Rep


A cell phone call was received from a truck driver carrying supplies at exit 2 on Causeway
Blvd that his truck was being hijacked by an armed mob.  Contact was lost with the driver
and attempts to re-contact him have been unsuccessful.  ESF-13 is following up.

CREW-FOIA 1902

From:        Brown, Michael D [Michael.D.Brown@dhs.gov]
Sent:        Friday, September 02, 2005 12:27 PM
To:          Altshuler, Brooks; 'patrick.rhode@dhs.gov'
Subject:     Re:

DPP

PCP/ DPP

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 11:58:42 2005
Subject: Re:

PCP/DPP

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 11:54:21 2005
Subject:

PCP/ DPP                              DPP

CREW FOIA 1903

1



From:        Rhode, Patrick
Sent:        Friday, September 02, 2005 1:20 PM
To:          'Brown, Michael D'; 'Altshuler, Brooks'
Subject:     RE:

What do they want?

-----Original Message-----
From: Brown, Michael D [mailto:Michael.D.Brown@dhs.gov]
Sent: Friday, September 02, 2005 12:27 PM
To: Altshuler, Brooks; 'patrick.rhode@dhs.gov'
Subject: Re:

DPP

PCP/DPP

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 11:58:42 2005
Subject: Re:

PCP/DPP

-----Original Message-----
From: Brown, Michael D <Michael.D.Brown@fema.gov>
To: Altshuler, Brooks <Brooks.Altshuler@fema.gov>
Sent: Fri Sep 02 11:54:21 2005
Subject:

PCP/DPP

CREW FOIA 1904