UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Citizens for Responsibility and<br>  Ethics in Washington, | )<br>)<br>) |
|       Plaintiff, | )<br>) |
| v. | )    Civil Action No.: 06-0173 (RJL)<br>) |
| United States Department of<br>  Homeland Security, | )<br>)<br>) |
|       Defendant. | )<br>) |

### UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT OUT OF TIME AND SUPPORTING MEMORANDUM

At the status conference held on January 30, 2008 before this Court, the parties stipulated to and the Court agreed to a briefing schedule in which the Plaintiff was to file its Opposition to Defendant's Renewed Motion for Summary Judgment and Supporting Memorandum by February 19, 2008 and Defendant was to file its Reply by March 10, 2008.

Plaintiff's papers were finalized and ready for submission on February 19, 2008. Due to an illness in CREW counsel's family, however, the brief was not filed on February 19, 2008. Plaintiff has conferred with Defendant, and Defendant does not oppose this motion as long as its Reply is extended to March 11, 2008.

### CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests leave to file its Opposition to Defendant's Renewed Motion for Summary Judgment and Supporting Memorandum on

February 20, 2008, one day out of time.  Plaintiff does not oppose a one-day extension in Defendant's time to file its reply, should it be necessary.

                                Respectfully submitted,

                                _____/S/_____
                                Anne L. Weismann
                                (D.C. Bar. No. 298190)
                                Melanie Sloan
                                (D.C. Bar No. 434584)
                                Citizens for Responsibility and
                                  Ethics in Washington
                                1400 Eye Street, N.W. Suite 450
                                Washington, D.C.  20005
                                Phone (202) 408-5565
                                Fax  (202) 588-5020

                                _____/S/_____
                                Scott A. Hodes,
                                (D.C. Bar No. 430375)
                                P.O. Box 42002
                                Washington, D.C.  20015
                                Phone (301) 404-0502
                                Fax (301) 738-2128


                                Attorneys for Plaintiff

Dated:  February 20, 2008