UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Citizens for Responsibility and<br>  Ethics in Washington,<br><br>        Plaintiff,<br><br>v.<br><br>United States Department of<br>  Homeland Security,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 06-0173 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

The Court having considered Plaintiff's Unopposed Motion for Leave to File Plaintiff's Opposition to Defendant's Renewed Motion for Summary Judgment Out of Time and Supporting Memorandum, and the entire record herein, it is hereby

ORDERED that Plaintiff's Opposition to Defendant's Renewed Motion for Summary Judgment and Supporting Memorandum may be filed on February 20, 2008, and it is further hereby;

ORDERED that Defendant's Reply shall be filed by March 11, 2008.


DATED_____        _____
                              RICHARD J. LEON
                              UNITED STATES DISTRICT JUDGE

1