UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Citizens for Responsibility and<br>  Ethics in Washington,<br><br>          Plaintiff,<br><br>v.<br><br>United States Department of<br>  Homeland Security,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.:  06-0173 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

The Court having considered Plaintiff's Opposition to Defendant's Renewed Motion for Summary Judgment and the entire record herein, it is hereby

ORDERED that defendant's renewed motion for summary judgment is denied, and it is further hereby;

ORDERED that defendant release the documents it has attempted to withhold pursuant to the presidential communications privilege to plaintiff within ten days of this Court's Order.

DATED_____              _____
                                                      RICHARD J. LEON
                                                      UNITED STATES DISTRICT JUDGE

1