## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) ) | **Civil Case No. 06-0173 (RJL)** |
| **UNITED STATES DEPARTMENT OF HOMELAND SECURITY,** | ) ) ) | |
| **Defendant.** | ) ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 22 day of July, 2008, hereby

**ORDERED** that defendant's Renewed Motion for Summary Judgment (Dkt. #29) is GRANTED; and it is further

**ORDERED** that summary judgment is entered for defendant.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge